UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESCOBAR MOLINA,<br><br>       Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECUIRTY, et al.,<br><br>       Defendants. | Civil Action No. 25-3417 (UNA) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John J. Bardo as counsel for Defendant in this action.

Dated: September 25, 2025

Respectfully submitted,

*/s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2539

*Attorney for the United States of America*