**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al*. | |
| *Plaintiffs*, | |
| v. | No. 1:25-cv-03417 |
| U.S. DEPARTMENT OF HOMELAND, *et al.* | |
| *Defendants*. | |

**PROPOSED ORDER**

At the District of Columbia this _____ day of September, 2025, having considered the Motion of counsel for Plaintiffs seeking the admission of Graham Glusman *pro hac vice*, and the Declaration of Graham Glusman submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

Date:_____                    _____
                                                                            United States District Judge