**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al*.<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND, *et al.*<br><br>*Defendants*. | No. 1:25-cv-03417 |

**<u>PROPOSED ORDER</u>**

At the District of Columbia this _____ day of September, 2025, having considered the Motion of counsel for Plaintiffs seeking the admission of Eva Lilienfeld *pro hac vice*, and the Declaration of Eva Lilienfeld submitted in support of the Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED.

Date:_____          _____
                                                             United States District Judge