IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR MOLINA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-03417 <br><br> **MOTION FOR SAMANTHA HSIEH'S ADMISSION** *PRO HAC VICE* |

     Pursuant to Local Rule 83.2(d), Adina Appelbaum of Amica Center for Immigrant Rights respectfully moves for the admission and appearance of Samantha Hsieh *pro hac vice* in the above-captioned matter as an additional counsel of record for Plaintiffs Jose Escobar Molina, B.S.R., N.S., R.S.M., and CASA, Inc.  As set forth in the accompanying declaration ("Exhibit A"), Samantha Hsieh is admitted, practicing, and a member in good standing of the Virginia State Bar.  This motion is supported and signed by Adina Appelbaum, an active and sponsoring member of the Bar of this Court.  A proposed order is attached.

Respectfully submitted,

Dated: October 1, 2025

                                                     */s/ Adina Appelbaum*
                                                     Adina Appelbaum
                                                     D.C. Bar No. 1026331
                                                     AMICA CENTER FOR IMMIGRANT RIGHTS
                                                     1025 Connecticut Avenue NW, Suite 701
                                                     Washington, D.C. 20036
                                                     (202) 331-3320
                                                     adina@amicacenter.org

                                                    *Counsel for Plaintiffs*