# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

Jose Escobar Molina, et al.,

_____
Plaintiff(s)

vs.

U.S. Dep't of Homeland Security

_____
Defendant(s)

)
)
)
)
)
)
)

Case Number:    1:25-cv-03417

## DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1.  Full Name:  Samantha Hsieh

2.  State bar membership number: Virginia Bar No. 90800

3.  Business address, telephone and fax numbers:

    1025 Connecticut Ave. NW, Ste. 701, Washington DC 20036

4.  List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    Virginia Supreme Court; Fourth, Fifth, Eleventh, Ninth, and D.C. Circuits; EDVA, WDVA,

5.  Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐      No ☑

6.  Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    Yes ☐    No ☑

    (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7.  List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  1

    (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8.  Are you a member of the DC Bar? No

9.  Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐  has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐  has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐  has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

| 10/1/25 | s/ Samantha Hsieh |
|---|---|
| DATE | SIGNATURE  OF  ATTORNEY |

2