**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSE ESCOBAR MOLINA, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-03417<br><br>**[PROPOSED] ORDER** |

In the District of Columbia this ____ day of October 2025, having considered the Motion for Samantha Hsieh's Admission *Pro Hac Vice* (ECF No. __) and the Declaration for *Pro Hac Vice* Admission submitted in support of the Motion;

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and that Samantha Hsieh be admitted *pro hac vice* to appear and participate fully in the above captioned case.

Dated: _____

                                         _____
                                         Hon.
                                           United States District Judge