AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, et al., *individually and on behalf of all others similarly situated* ) <br> *Plaintiff* ) <br> v. ) <br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., ) <br> *Defendant* ) | Case No. 1:25-cv-3417 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 10/02/2025

/s/ Madeleine Gates
*Attorney's signature*

Madeleine Gates (D.C. Bar No. 90024645)
*Printed name and bar number*

700 14th Street, NW, Suite 400
Washington, D.C. 20005
*Address*

madeleine_gates@washlaw.org
*E-mail address*

(202) 319-1044
*Telephone number*

(202) 319-1010
*FAX number*