IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*<br><br>     *Plaintiffs*,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>     *Defendants*. | No. 25-cv-3417-PLF |

**<u>DECLARATION OF ALEXANDRA J. WIDAS IN SUPPORT OF PLAINTIFFS'
MOTION FOR A PRELIMINARY INJUNCTION, TO STAY AGENCY ACTION,
AND FOR PROVISIONAL CLASS CERTIFICATION</u>**

I, Alexandra J. Widas, declare pursuant to 28 U.S.C. § 1746 that:

1.    I am an attorney with the law firm Covington & Burling LLP.  I represent Plaintiffs José Escobar Molina, B.S.R., N.S., R.S.M., and CASA, Inc., on behalf of themselves and similarly situated individuals ("Plaintiffs") in this action.  I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification. If called upon to do so, I could and would competently testify as follows:

2.    Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of the U.S. Customs & Immigration Enforcement's ("ICE") Broadcast Statement of Policy, which is Appendix A to the Settlement Agreement in *Castanon Nava v. Dep't of Homeland Sec.*, No. 1:18-cv-0757 (N.D. Ill. Nov. 23, 2021), as found on the ICE website, available at https://www.ice.gov/doclib/legalNotice/220527castanonSettlement_attA.pdf (last accessed Oct. 1, 2025).

3.    Attached hereto as **<u>Exhibit 2</u>** is a true and correct copy of a Press Release from the White House entitled "Promises Made, Promises Kept:  Border Security Achieved in Fewer Than 100 Days" (Apr. 28, 2025), as found on the White House website, available at https://www.whitehouse.gov/articles/2025/04/promises-made-promises-kept-border-security-achieved-in-fewer-than-100-days/#:~:text=PROMISE%20KEPT%3A,a%20single%20migrant%20on%20camera.%E2%80%9D D (last accessed Oct. 1, 2025).

4.    Attached hereto as **<u>Exhibit 3</u>** is a true and correct copy of a Washington Post article by Nick Miroff and Maria Sacchetti entitled "Trump Officials Issue Quotas to ICE Officers to Ramp Up Arrests" (Jan. 28, 2025), available at https://www.washingtonpost.com/immigration/2025/01/26/ice-arrests-raids-trump-quota, accessed through Lexis+.

5.    Attached hereto as **<u>Exhibit 4</u>** is a true and correct copy of a Politico article by Kyle Cheney and Josh Gerstein entitled "DOJ Is Walking Back the White House's Goal to Arrest 3,000 Immigrants Per Day" (August 3, 2025), available at https://www.politico.com/news/2025/08/03/white-house-doj-immigration-quota-mismatch-00490406 (last accessed Oct. 2, 2025).

6.    Attached hereto as **<u>Exhibit 5</u>** is a true and correct copy of an ABC News article by Michelle Stoddart, et al. entitled "Trump Puts D.C. Police Department Under Federal Control, Deploys National Guard" (Aug. 12, 2025), available at https://abcnews.go.com/Politics/trump-hold-news-conference-crime-dc-after-threatening/story?id=124528406 (last accessed Oct. 1, 2025).

7.   Attached hereto as **Exhibit 6** is a true and correct copy of an article from The Hill by Mike Lillis and Rebecca Beitsch entitled "DC Critics Slam Trump's Crackdown as Power Grab Focused on Immigration" (Aug. 20, 2025), available at https://thehill.com/homenews/state-watch/5460622-trump-dc-crime-crackdown-immigration (last accessed Oct. 1, 2025).

8.   Attached hereto as **Exhibit 7** is a true and correct copy of Order No. 6372-2025 of the U.S. Attorney General entitled "Restoring Safety and Security to the District of Columbia (Aug. 15, 2025), available at https://www.justice.gov/ag/media/1411361/dl?inline (last accessed Oct. 1, 2025).

9.   Attached hereto as **Exhibit 8** is a true and correct copy of a Press Release from the U.S. Department of Homeland Security entitled "Statement from a DHS Spokesperson on Directive Expanding Immigration Law Enforcement to Some Department of Justice Officials" (Jan. 23, 2025), available at https://www.dhs.gov/news/2025/01/23/statement-dhs-spokesperson-directive-expanding-immigration-law-enforcement (last accessed Oct. 1, 2025).

10.   Attached hereto as **Exhibit 9** is a true and correct copy of a CNN article by Holmes Lybrand, et al. entitled "FBI Agents Are Again Pulled from Their Day Jobs to Address a Trump Priority" (Aug. 14, 2025), available at https://www.cnn.com/2025/08/14/politics/fbi-washington-immigration-epstein (last accessed Oct. 1, 2025).

11.   Attached hereto as **Exhibit 10** is a true and correct copy of a New York Times article by Hamed Aleaziz, et al. entitled "How Washington Became a Testing Ground for ICE" (Oct. 1, 2025), available at https://www.nytimes.com/2025/10/01/us/politics/washington-dc-ice.html (last accessed Oct. 1, 2025).

12.   Attached hereto as **Exhibit 11** is a true and correct copy of a Press Release from the U.S. Department of Homeland Security entitled "DHS Scores Major Victory at Supreme Court" (Sept. 8, 2025), available at https://www.dhs.gov/news/2025/09/08/dhs-scores-major-victory-supreme-court (last accessed Oct. 1, 2025).

13.   Attached hereto as **Exhibit 12** is a true and correct copy of a Washington Post article by Jenny Gathright entitled "Trump's D.C. Emergency Has Ended.  ICE and the National Guard Can Stay." (Sept. 11, 2025), available at https://www.washingtonpost.com/dc-md-va/2025/09/10/trump-dc-emergency-ends (last accessed Oct. 1, 2025).

14.   Attached hereto as **Exhibit 13** is a true and correct copy of an X post by Michael W. Banks (@USBPChief) from Sept. 17, 2025 at 10:42 a.m., available at https://t.co/U7DrgTVu0f (last accessed Oct. 1, 2025).

15.   Attached hereto as **Exhibit 14** is a true and correct copy of a Fox5DC article by Sam Kosmas entitled "Trump Threatens National Emergency in D.C. If Mayor Does Not Cooperate with ICE" (Sept. 15, 2025), available at https://www.fox5dc.com/news/trump-threatens-national-emergency-dc-mayor-does-not-cooperate-ice (last accessed Oct. 1, 2025).

16.   Attached hereto as **Exhibit 15** is a true and correct copy of a Truth Social post by Donald J. Trump (@realDonaldTrump) from September 15, 2025 at 1:06 a.m., available at https://truthsocial.com/@realDonaldTrump/posts/115206570863756188 (last accessed Oct. 1, 2025).

17.   Attached hereto as **Exhibit 16** is a true and correct copy of a New York Times Article by Heather Knight and Hamed Aleaziz entitled "Trump Fired a U.S. Attorney Who Insisted on Following a Court Order" (Sept. 26, 2025), available at https://www.nytimes.com/2025/09/26/us/trump-fires-us-attorney-california-immigration.html, accessed through Lexis+.

18.   Attached hereto as **Exhibit 17** is a true and correct copy of a Washington Post article by Teo Armus and Jenny Gathright entitled "Lawsuit Accuses ICE of Illegally Arresting Latino Immigrants in D.C." (Sept. 25, 2025), available at https://www.washingtonpost.com/immigration/2025/09/25/dc-ice-arrests-lawsuit-trump, accessed through Lexis+.

19.   Attached hereto as **Exhibit 18** is a true and correct copy of a Press Release from the U.S. Department of Homeland Security entitled "DHS Debunks New York Times False Reporting: DHS Does NOT Deport U.S. Citizens" (Oct. 1, 2025), available at https://www.dhs.gov/news/2025/10/01/dhs-debunks-new-york-times-false-reporting-dhs-does-not-deport-us-citizens (last accessed Oct. 1, 2025).

20.   Attached hereto as **Exhibit 19** is a true and correct copy of an X post by the U.S. Department of Homeland Security (@DHSgov) (Sept. 25, 2025 at 4:45 p.m.), available at https://x.com/DHSgov/status/1971315047201694042 (last accessed Oct. 1, 2025).

21.   Attached hereto as **Exhibit 20** is a true and correct copy of a CBS News article by Kaia Hubbard entitled "Trump Deploys National Guard to D.C., Takes Control of Local Police in Crime Crackdown" (Aug. 11, 2025), available at https://www.cbsnews.com/news/trump-to-hold-news-conference-on-d-c-crime-amid-federal-takeover-threat/ (last accessed Oct. 2, 2025).

22.   **Exhibit 21** has been intentionally omitted.

23.   Attached hereto as **Exhibit 22** is a true and correct copy of a Wall Street Journal article by Elizabeth Findell, et al. entitled "The White House Marching Orders That Sparked the L.A. Migrant

Crackdown" (June 10, 2025), available at https://www.wsj.com/us-news/protests-los-angeles-immigrants-trump-f5089877?gaa_at=eafs&gaa_n=ASWzDAhPnC21W13RUdUvpajq2XZzKcnvQzQxLxeFxFp5RIwrHAy5CiCVwDrNhPKkxCE%3D&gaa_ts=68dde8a0&gaa_sig=b_ASurmSyW_IsR-vzR6tKFNvbDyPthF-RA-AcgTH6NlbQ66OB5-NBlYEQpTH7x6PeYtoJ1HVLcUHHpcK0jMG3A%3D%3D, accessed through Lexis+.

24.    Attached hereto as **Exhibit 23** is a true and correct copy of an article from The Guardian by José Olivares entitled "U.S. Immigration Officers Ordered to Arrest More People Even Without Warrants" (June 4, 2025), available at https://www.theguardian.com/us-news/2025/jun/04/immigration-officials-increased-detentions-collateral-arrests (last accessed Oct. 1, 2025).

25.    Attached hereto as **Exhibit 24** is a true and correct copy of a CBS News article by Lauren Victory and Sabrina Franza entitled "FBI Reports 'Targeted Immigration Enforcement Operation' in South Shore, Chicago" (Sept. 30, 2025), available at https://www.cbsnews.com/chicago/news/ice-chicago-south-shore-fbi (last accessed Oct. 1, 2025).

26.    Attached hereto as **Exhibit 25** is a true and correct copy of an Associated Press article published by WTOP News entitled "Trump's Crackdown in DC Leaves Residents on Edge as Federal Agents Set Up Checkpoints" (Aug. 21, 2025), available at https://wtop.com/dc/2025/08/trumps-immigration-crackdown-brings-checkpoints-and-new-fears-to-washington (last accessed Oct. 1, 2025).

27.    Attached hereto as **Exhibit 26** is a true and correct copy of a news article from The Tablet by Michael Sean Winters entitled "DC Mass Attendance Falls After Immigration Arrests" (Aug. 25, 2025), available at https://www.thetablet.co.uk/news/dc-mass-attendance-falls-after-immigration-arrests (last accessed Oct. 1, 2025).

28.    Attached hereto as **Exhibit 27** is a true and correct copy of a Catholic News Agency article by Madalaine Elhabbal entitled "ICE Arrests Take Toll on DC Churches" (Aug. 21, 2025), available at  https://www.catholicnewsagency.com/news/266095/ice-arrests-take-toll-on-dc-churches  (last accessed Oct. 1, 2025).

29.    Attached hereto as **Exhibit 28** is a true and correct copy of a Washington Post article by Teo Armus entitled "They Watched ICE Detain Their Dad. Now D.C. Neighbors Escort Them to School." (Sept. 11, 2025), available at https://www.washingtonpost.com/immigration/2025/09/11/immigrants-school-kids-trump-dc (last accessed Oct. 1, 2025).

30.  Attached hereto as **<u>Exhibit 29</u>** is a true and correct copy of an PBS News article by Moriah Balingit entitled "Federal Surge Has Taken a Toll on Children of Immigrants in Washington" (Sept. 17, 2025), available at https://www.pbs.org/newshour/politics/federal-surge-has-taken-a-toll-on-children-of-immigrants-in-washington (last accessed Oct. 1, 2025).

31.  Attached hereto as **<u>Exhibit 30</u>** is a true and correct copy of a Washington Post article by Teo Armus, et al. entitled "ICE Is Joining D.C. Police Patrols. Moped Drivers Are Getting Detained." (Aug. 21, 2025), available at https://www.washingtonpost.com/dc-md-va/2025/08/21/dc-police-ice-moped-crackdown-delivery-drivers (last accessed Oct. 1, 2025).

32.  Attached hereto as **<u>Exhibit 31</u>** is a true and correct copy of an NBC News article by Didi Martinez entitled "Detentions of D.C. Delivery Drivers Leave Immigrant Communities on Edge" (Aug. 19, 2025), available at https://www.nbcnews.com/news/us-news/dc-delivery-driver-detentions-spark-concern-fear-community-rcna225671 (last accessed Oct. 1, 2025).

33.  Attached hereto as **<u>Exhibit 32</u>** is a true and correct copy of an NBC News article by Julia Ainsley, et al. entitled "Under Trump Administration, ICE Scraps Paperwork Officers Once Had to Do Before Immigration Arrests" (Sept. 9, 2025), available at https://www.nbcnews.com/politics/national-security/trump-administration-ice-scraps-paperwork-officers-immigration-arrests-rcna229407 (last accessed Oct. 1, 2025).

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on October 3, 2025, in Washington, D.C.


*/s/ Alexandra J. Widas*
Alexandra J. Widas (D.C. Bar No. 1645372)

# Exhibit 1

CONFIDENTIAL
FINAL DRAFT (11/23/21)

## APPENDIX A

Broadcast Statement of Policy

**This Broadcast states the underlying laws and policies applicable to all arrests effected under 8 U.S.C. § 1357(a)(2) / INA § 287(a)(2) and is to be interpreted consistent with all implementing regulations, as well as any DHS or ICE policies or memoranda governing immigration enforcement priorities and any additional requirements such policies or memoranda may impose upon the taking of any action to enforce the immigration laws of the United States.**

A. Warrantless Arrests

Under 8 U.S.C. § 1357(a)(2) / INA § 287(a)(2), Immigration & Customs Enforcement ("ICE") Officers may conduct warrantless arrests if there is "reason to believe that the alien [] [to be] arrested is [present] in the United States in violation of any [U.S. immigration] law and is likely to escape before a warrant can be obtained for [the] arrest." The "reason to believe" standard requires ICE Officers to have probable cause that an individual is in the United States in violation of U.S. immigration laws *and* probable cause that the individual is likely to escape before a warrant can be obtained for the arrest.

In considering "likelihood of escape," an ICE Officer must consider the totality of circumstances known to the officer before making the arrest. While there is no exhaustive list of factors that should be considered in determining whether an individual is "likely to escape before a warrant can be obtained" under 8 U.S.C. § 1357(a) / INA § 287(a), factors relevant to the determination may include the ICE Officer's ability to determine the individual's identity, knowledge of that individual's prior escapes or evasions of immigration authorities, attempted flight from an ICE Officer, ties to the community (such as a family, home, or employment) or lack thereof, or other specific circumstances that weigh in favor or against a reasonable belief that the subject is likely to abscond. The particular circumstances before the ICE Officer are not to be viewed singly; rather, they must be considered as a whole. However, mere presence within the

CONFIDENTIAL
FINAL DRAFT (11/23/21)

United States in violation of U.S. immigration law is not, by itself, sufficient to conclude that an alien is likely to escape before a warrant for arrest can be *obtained*.

When conducting enforcement actions, ICE Officers shall, at the time of arrest or as soon as it is practical and safe to do so, identify themselves as immigration officers in accordance with 8 C.F.R. § 287.8(c)(2)(iii).

After having made an arrest under 8 U.S.C. § 1357(a)(2) / INA § 287(a)(2), an ICE Officer must document the facts and circumstances surrounding that warrantless arrest in the narrative section of the alien's I-213 as soon as practicable. This documentation must include: (1) that the alien was arrested without a warrant; (2) the location of the arrest and whether this location was a place of business, residence, vehicle, or a public area; (3) whether the alien is an employee of the business, if arrested at a place of business, or whether the alien is a resident of the residence, if arrested at a residential location; (4) the alien's ties to the community, if known at the time of arrest, including family, home, or employment (**Note**: Information learned post-arrest relevant to custody determination should be documented separately from the information relevant to likelihood of escape known at the time of the warrantless arrest.); (5) the specific, particularized facts supporting the conclusion that the alien was likely to escape before a warrant could be obtained; and (6) a statement of how "at the time of arrest, the designated immigration officer [did], as soon as it [wa]s practical and safe to do so, identify himself or herself as an immigration officer who is authorized to execute an arrest; and state[d] that the person is under arrest and the reason for the arrest."

B. Vehicle Stops

The policy above applies to all warrantless arrests under 8 U.S.C. § 1357 (a) (2) / INA § 287(a)(2), including warrantless arrests resulting from vehicle stops.

As federal law enforcement officers, ICE Officers lack federal statutory authority to enforce state or local vehicle or traffic laws. *See* 8 U.S.C. §§ 1357 (a)(4), (a)(5) / INA §§ 287(a)(4), (a)(5). Accordingly, when making vehicle stops, ICE Officers shall not state to the driver or occupant(s) of a vehicle that the purpose for a stop is related to any vehicle or traffic laws and regulations.

CONFIDENTIAL
FINAL DRAFT (11/23/21)

ICE Officers may stop a vehicle to enforce civil immigration laws only if they are aware of specific, articulable facts that reasonably warrant suspicion that the vehicle contains an alien(s) who may be illegally in the country.

As soon as practicable after making an arrest under 8 U.S.C. § 1357(a)(2) / INA § 287(a)(2) pursuant to a vehicle stop, in addition to the documentation requirements for warrantless arrests described above, the ICE Officer also must document the facts and circumstances surrounding the vehicle stop that resulted in a warrantless arrest in the narrative section of the alien's I-213. This documentation shall include the specific, articulable facts that formed the basis for the ICE Officer's reasonable suspicion that an alien in the vehicle stopped was present within the United States in violation of U.S. immigration law.

# Exhibit 2

*The* WHITE HOUSE

ARTICLES

PROMISES MADE, PROMISES KEPT: Border Security Achieved in Fewer Than 100 Days

The White House

April 28, 2025

Since President Donald J. Trump took office, he and his administration have ushered in the most secure border in modern American history — and he didn't need legislation to do it. President Trump has made good on the promises he made on the campaign trail to usher in an unprecedented era of homeland security.

Here are a few of those promises:

**PROMISE MADE:** "We will close the border. We will stop the invasion of illegals into our country." (_10/12/24, Aurora, CO_)

**PROMISE KEPT:**

- Illegal border encounters are <u>down</u> by 95%.

- Illegal immigrant "gotaways" — the top threat to public safety — are <u>down</u> by 99%.

- <u>Fox News correspondent Bill Melugin</u>: "If Fox were to send me down there right now, I would have trouble finding a single migrant on camera."

- <u>CBS immigration reporter Camilo Montoya-Galvez</u>: "Typically, when we go to the U.S./Mexico border, we at least see one group of people who are trying to cross into the U.S. illegally. We did not see a single migrant."

- _The Wall Street Journal_: Border Crossings Grind to Halt as Trump's Tough Policies Take Hold

- _The New York Times_: How Trump's Hard-Line Tactics Are Driving Down Migration

- <u>CBS News</u>: Amid Trump crackdown, illegal border crossings plunge to levels not seen in decades

- <u>Axios</u>: Border crossings plunge to lowest levels in decades: New data

- _New York Post_: Northern border sector previously overrun by illegal migrants sees dramatic drop in crossings: 'We haven't seen anyone since November'

- _The Times_: This city was a border flashpoint. Now the only migrants are quail

- Reuters: Migrant arrests at US-Mexico border in March lowest ever recorded

- Bloomberg: US-Bound Migration Plunges 99% Along Panama Jungle Route

- _The Washington Times_: Under Trump, border catch-and-release has dropped 99.99% from worst Biden month

- _Los Angeles Times_: California-Mexico border, once overwhelmed, now nearly empty

**PROMISE MADE:** "We will expel every single illegal alien gang member and migrant criminal operating on American soil and remove the savage gang, Tren de Aragua, from the United States." _(1/19/25, Washington, D.C.)_

**PROMISE KEPT:**

- President Trump <u>designated</u> Tren de Aragua, MS-13, and other vicious gangs and cartels as Foreign Terrorist Organizations.

- <u>Department of Justice</u>: 27 Members or Associates of Tren de Aragua Charged with Racketeering, Narcotics, Sex Trafficking, Robbery and Firearms offenses

- <u>Homeland Security Secretary Kristi Noem</u>: "Under President Trump, we have arrested over 150,000 aliens — including more than 600 members of the vicious Tren de Aragua gang."

- The Trump Administration <u>directed</u> the successful apprehension of a key MS-13 gang leader — an <u>illegal immigrant</u> living in Virginia and operating as one of the top three MS-13 leaders in the U.S.

- The Trump Administration <u>directed</u> the successful arrests of three illegal immigrant MS-13 gang members in Florida, wanted on first-degree murder charges, and <u>another high-ranking MS-13 member</u> in New York, linked to 11 murders.

- ICE <u>arrested</u> 370+ illegal immigrants as part of a major operation in Massachusetts — many of whom have serious criminal convictions and charges, including murder, child rape, fentanyl trafficking, and armed robbery.

**PROMISE MADE:** "On Day One … We will begin the largest deportation operation in the history of our country." *(10/21/24, Concord, NC)*

**PROMISE KEPT:**

- <u>New York Post</u>: Trump's mass deportation raids result in 655% spike in arrests of terrorists roaming US — including one of India's 'most wanted'

- Since President Trump took office, there have been <u>139,000 deportations</u>.
  - In President Trump's first 50 days, ICE <u>arrested</u> 32,809 illegal immigrants — nearly 75% of whom were accused or convicted criminals — virtually the same number of arrests over the entirety of Biden's final year in office.

- <u>NBC News</u>: Immigration enforcement operations ramp up in cities across the U.S.

**PROMISE MADE:** "I will immediately end the Biden border nightmare that traffickers are using to exploit vulnerable women and children." *(7/21/23)*

**PROMISE KEPT:**

- The number of unaccompanied illegal immigrant children <u>reached</u> a record low.
  - At its peak under Biden, 4.6% of illegal border crossings were unaccompanied minors — many of whom were victims of trafficking. In the first two weeks of March under President Trump, just <u>0.4% of illegal crossings</u> were unaccompanied minors.

**PROMISE MADE:** "Under my leadership, we will seal it up and expand that wall until we have total control." *(3/4/23, National Harbor, MD)*

**PROMISE KEPT:**

- <u>White House Press Secretary Karoline Leavitt</u>: "More than 85 miles of new border barrier are already in various stages of construction and planning."

- President Trump <u>resumed</u> construction of the border wall <u>immediately</u>, with <u>dozens of miles</u> of new construction underway.

- *Santa Fe New Mexican*: Construction to fill border wall gaps underway in Southern New Mexico

- <u>NewsNation</u>: "Border wall construction resumes in Texas"

**PROMISE MADE:** "You have the gotaways. You know what the gotaways are? It's the people that don't want to be looked at at all. So, they're worse than the people we're seeing that's why they don't want to be looked at." *(11/3/24, Macon, GA)*

**PROMISE KEPT:**

- Border Czar Tom Homan: "Known gotaways — people we knew crossed the border … weren't apprehended, weren't fingerprinted, weren't vetted. Average day under Joe Biden? More than 1,800 gotaways. Yesterday? 38 — 38 too many, but we'll get that to zero. We went from 1,800 [per day] to 38."

- Fox News's Bill Melugin: "Border Patrol's nationwide recorded gotaways have plummeted to a stunningly low daily average of just 77 over the last 21 days, according to internal CBP data we've reviewed. President Biden averaged 1,837 gotaways per day in fiscal year 2023 at the height of the crisis, totaling 670,674 for the year."

---

**PROMISE MADE:** "I will ban all welfare and federal benefits for illegals, and then they won't come." (*10/29/24, Allentown, PA*)

**PROMISE KEPT:**

- President Trump signed an executive order to ensure taxpayer resources are not used to incentivize or support illegal immigration.

- The Trump Administration ended food stamps for illegal immigrants.

- The Trump Administration "clawed back" tens of millions paid to house illegal aliens in luxury NYC hotels and ended a $40 million contract to "improve … inclusion of sedentary migrants."

- The Department of Education revoked waivers that allowed certain colleges to divert federal funds intended for low-income students and students with disabilities to illegal immigrants.

---

**PROMISE MADE:** "I will end catch-and-release." (*10/12/24, Aurora, CO*)

**PROMISE KEPT:**

- Since taking office, the Trump Administration has arrested 150,000+ illegal immigrants, deported 139,000+ illegal immigrants, and released just nine illegal immigrants into the U.S. — a staggering 99.99% decrease over the same period last year under Biden.

- *New York Post*: Trump orders Border Patrol to immediately stop setting illegal migrants free in the US: 'Catch and release is ended'

- *The Washington Times*: Under Trump, border catch-and-release has dropped 99.99% from worst Biden month

---

**PROMISE MADE:** "My administration will deliver justice for every family whose loved one has been stolen from them by migrant crime, including Laken Riley, Rachel Morin, Jocelyn Nungaray, Kayla Hamilton, and every other precious American soul that we have lost to these animals. Their memories will live in their hearts forever and our hearts forever, and we will never, ever forget them." (*1/19/25, Washington, D.C.*)

**PROMISE KEPT:**

- <u>Fox News</u>: Trump signs Laken Riley Act into law as first legislative victory in new administration

- <u>Newsweek</u>: Laken Riley's Mom Says Trump Didn't Forget Her Daughter as Bill is Signed

- <u>The Hill</u>: Trump signs Laken Riley Act, marking first legislative win of second term

**PROMISE MADE:** "I will invoke the Alien Enemies Act of 1798. Think of that. 1798, this was put there. 1798 — that's a long time ago, right? To target and dismantle every migrant criminal network operating on American soil." (*10/12/24, Aurora, CO*)

**PROMISE KEPT:**

- <u>The White House</u>: Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua

- *The New York Times*: Trump Invoked the Alien Enemies Act to Speed Up Deportations

**PROMISE MADE:** "Kamala's app for illegals will be shut down immediately — within 24 hours." (*10/12/24, Aurora, CO*)

**PROMISE KEPT:**

- <u>NBC News</u>: Trump shuts down immigration app, dashing migrants' hopes of entering U.S.

- *The New York Times*: Trump Shuts Down Migrant Entry App, Signaling the Start of His Crackdown

- <u>Fox News</u>: Up to 1M migrants who used Biden's CBP One app ordered to deport by Trump admin

**PROMISE MADE:** "Today, I am announcing a new plan to end all sanctuary cities in North Carolina and all across our country... and we will bring down the full weight of the federal government on any jurisdiction that refuses to cooperate." (*9/21/24, Wilmington, NC*)

**PROMISE KEPT:**

- <u>Politico</u>: Fresh executive order targets sanctuary cities, federal aid for undocumented migrants

- <u>Reuters</u>: Trump steps up immigration crackdown, warns city, state officials against interference

- <u>*The Wall Street Journal*</u>: Trump Plans to Withhold All Federal Funding From Sanctuary Cities

- <u>Politico</u>: Trump administration sues New York over sanctuary policies for undocumented immigrants

- <u>AP</u>: Trump administration sues Chicago in latest crackdown on 'sanctuary' cities

 

GET THE FACTS →

NEWS

WIRE

ISSUES

CONTACT

VISIT

EOP

ADMINISTRATION

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS

THE SIGNERS



Subscribe to The White House newsletter

| Your email | SIGN UP |

Text POTUS to 45470 to receive updates

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy



# Exhibit 3

### *Trump officials issue quotas to ICE officers to ramp up arrests*

Washington Post.com

January 28, 2025

Copyright 2025 Factiva ®, from Dow Jones

All Rights Reserved



Copyright 2025, The Washington Post Co. All Rights Reserved.

The Washington Post

**Section:** SOCIALISSUES-RELIGION-IMMIGRATION

**Length:** 1042 words

**Byline:** By Nick MiroffMaria Sacchetti

## Body

U.S. Immigration and Customs Enforcement officials have been directed by Trump officials to aggressively ramp up the number of people they arrest, from a few hundred per day to at least 1,200 to 1,500, because the president has been disappointed with the results of his mass deportation campaign so far, according to four people with knowledge of the briefings.

The quotas were outlined Saturday in a call with senior ICE officials, who were told that each of the agency's field offices should make 75 arrests per day and managers would be held accountable for missing those targets. The four people spoke on the condition of anonymity to disclose internal briefings.

Trump officials issue quotas to ICE officers to ramp up arrests

The orders significantly increase the chance that officers will engage in more indiscriminate enforcement tactics or face accusations of civil rights violations as they strain to meet quotas, according to current and former ICE officials.

White House "border czar" Tom Homan has said for weeks that ICE would not conduct mass roundups and its officers would prioritize immigrants with criminal records and who are gang members. But the quotas issued this weekend would place ICE officers under more pressure to seize a wider range of potential deportees to avoid reprimand, including immigrants who have not committed crimes.

Neither ICE nor Homan responded to requests for comment. After an earlier version of this article was published, White House press secretary Karoline Leavitt said in an email that, "your story is false," but did not reply when asked for specifics.

Homan told ABC News in an interview broadcast Sunday that the administration is "in the beginning stages" of its mass deportation plan, and while public safety threats and national security threats are a priority, "as that aperture opens, there'll be more arrests nationwide."

ICE announced in a statement Sunday that agents "began conducting enhanced targeted operations today in Chicago," with help from other federal agencies, including the FBI. Acting Homeland Security secretary Benjamine C. Huffman last week revoked a directive that had essentially barred ICE from arresting immigrants in or around sensitive areas such as schools, hospitals and churches.

Later Sunday, Homan appeared on a streaming service with Phil McGraw, the television doctor known as Dr. Phil, to emphasize that ICE is searching for specific immigrants who have committed crimes.

"Sweeps don't occur anywhere," Homan told McGraw, whose MeritTV said they were inside the ICE Command Center in Chicago.

Trump officials issue quotas to ICE officers to ramp up arrests

An ICE official who was not authorized to discuss the quota said the agency's list of criminal suspects was sufficiently long, so officers would be able to continue prioritizing public safety and national security threats to meet quotas.

Last year, ICE told lawmakers there were about 670,000 immigrants on its caseload who had criminal convictions or faced criminal charges. Some are serving sentences in jails and prisons.

But Paul Hunker, a former ICE chief counsel in Dallas, said arresting serious offenders takes time, staff and planning - more time than quotas might allow.

"Quotas will incentivize ICE officers to arrest the easiest people to arrest, rather than the people that are dangerous noncitizens," said Hunker, who, as the agency's chief counsel in Dallas, oversaw offices in North Texas and Oklahoma from 2003 through January 2024.

"I've just never heard of that," he said, referring to the quotas.

The agency manages a docket of about 7.8 million people who potentially face deportation, but many of them have pending claims in the U.S. immigration system or a form of provisional residency status. ICE's caseload more than doubled during Joe Biden's presidency amid record numbers of illegal border crossings.

ICE officers deployed aggressively during President Donald Trump's first week in office, boosting the number of immigrants taken into custody from fewer than 400 on Tuesday to nearly 600 on Friday. The number declined to 286 on Saturday, according to ICE.

Trump's supporters and others have pointed out that those totals will not yield the "millions" of deportations the president has promised.

Trump made a similar promise during his first term and came up far short, reaching a peak of about 267,000 during the 2019 fiscal year. The Biden administration deported 271,000 in fiscal year 2024, the highest annual total in a decade. Trump has long had little patience for explanations of why his goals are not realistic.

Trump officials issue quotas to ICE officers to ramp up arrests

ICE officers have been told for years that indiscriminate roundups are unsafe and counterproductive, because they spread panic throughout immigrant communities and produce significant public backlash. ICE and the White House did not immediately respond to requests for comment.

Trump officials have told ICE the president expects arrest operations to proceed around-the-clock and that officers should cancel personal leave, according to the four people briefed on the directives.

ICE has about 5,500 officers nationwide working on immigration enforcement, a staffing level that has remained roughly flat for the past decade. The Trump administration took steps to supplement those numbers by deputizing officers and agents at the Justice Department to investigate immigration violations and make arrests, enlisting personnel from the FBI, U.S. Marshals, the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco, Firearms and Explosives and the Federal Bureau of Prisons.

Trump also ordered ICE's Homeland Security Investigations division to shift its focus to immigration enforcement. The agency is DHS's investigative division for counterterrorism, drug smuggling, human trafficking cases, child exploitation and other crimes.

"Mobilizing these law enforcement officials will help fulfill President Trump's promise to the American people to carry out mass deportations," Huffman said in a statement. "For decades, efforts to find and apprehend illegal aliens have not been given proper resources. This is a major step in fixing that problem."

Former ICE officials, speaking on the condition of anonymity to describe the work of Homeland Security Investigations, said reassigning special agents to carry out civil immigration enforcement will mean they devote less time to probing serious crimes.

## Notes

PUBLISHER: Washington Post

Trump officials issue quotas to ICE officers to ramp up arrests

## Classification

**Language:** ENGLISH

**Publication-Type:** Web Publication

**Journal Code:** WPCOM

**Subject:** IMMIGRATION (93%); IMMIGRATION, CITIZENSHIP & DISPLACEMENT (91%); NATIONAL SECURITY & FOREIGN RELATIONS (91%); ARRESTS (90%); BORDER CONTROL (90%); NEGATIVE NEWS (90%); CORRECTIONS (89%); CRIME, LAW ENFORCEMENT & CORRECTIONS (89%); CRIMINAL OFFENSES (89%); DEPORTATION (89%); INTERNATIONAL RELATIONS & NATIONAL SECURITY (89%); NATIONAL SECURITY (88%); SAFETY (85%); US FEDERAL GOVERNMENT (79%); GOVERNMENT BODIES & OFFICES (78%); GOVERNMENT DEPARTMENTS & AUTHORITIES (78%); IMMIGRATION LAW (78%); INTERVIEWS (78%); LAW ENFORCEMENT (78%); SPECIAL INVESTIGATIVE FORCES (78%); SENTENCING (77%); CIVIL RIGHTS (73%); CRIMINAL CONVICTIONS (73%); SAFETY, ACCIDENTS & DISASTERS (68%); gcat Political/General News (%); gcom Society/Community (%); gcrim Crime/Legal Action (%); gimm Human Migration (%); gpir Politics/International Relations (%)

**Company:** usice United States Immigration and Customs Enforcement

**Industry:** TELEVISION INDUSTRY (69%); STREAMING MEDIA (64%); STREAMING PLATFORMS (60%)

Trump officials issue quotas to ICE officers to ramp up arrests

**Person:** DR PHIL MCGRAW (50%)

**Geographic:** WASHINGTON DC, USA (79%); UNITED STATES (94%); NORTH AMERICA (79%); namz North America; usa United States; usdc Washington DC; uss Southern U.S.

IP Descriptors: immigration, Immigration, Religion, SocialIssues

**Load-Date:** January 28, 2025

End of Document

# Exhibit 4

 

**POLITICO**


-50%     -50%     -50%     -50%

$198.99     $113.99     $148.99     $198

## DOJ is walking back the White House's goal to arrest 3,000 immigrants per day

It's another discrepancy between what White House advisers say and the administration's legal posture.



Federal agents stand in Los Angeles on July 7, 2025, as part of the Trump administration's immigration crackdown there. | Damian Dovarganes/AP

By **KYLE CHENEY** and **JOSH GERSTEIN**
08/03/2025 07:00 AM EDT
Updated: 08/03/2025 01:24 PM EDT

   

Stephen Miller was unequivocal: Immigration and Customs Enforcement officers would seek to arrest 3,000 or more immigrants per day, a staggering target that he said was necessary to carry out President Donald Trump's mass deportation agenda.

"Under President Trump's leadership, we are looking to set a goal of a minimum of 3,000 arrests for ICE every day and President Trump is going to keep pushing to get that number up higher each and every day," the senior White House adviser told Fox News' Sean Hannity in May.

Top Stories from POLITICO

Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 29 of 201

Read More

00:00                                                02:00

But when federal judges pressed for details about that figure last week, the administration denied any such quota existed. The contradiction came in a lawsuit that alleged the intense pressure to rack up arrests had led ICE to conduct illegal sweeps in Los Angeles.

It's not the only case that has featured the 3,000-arrest-per-day target as a crucial piece of evidence that the administration's single-minded drive to rack up arrests may have prompted immigration authorities to cut corners or break the law. Washington-based Judge Jia Cobb, a Biden appointee, cited the figure when she ruled Friday that the administration's dramatic expansion of "expedited" deportation proceedings violated the law. And Judge Trina Thompson, a Biden appointee in San Francisco, pointed to the purported goal Thursday when she blocked the administration's bid to end temporary protected status for tens of thousands of Nicaraguan, Honduran and Nepali immigrants.

But on Wednesday, the Justice Department said no such orders had ever been given.

"DHS has confirmed that neither ICE leadership nor its field offices have been directed to meet any numerical quota or target for arrests, detentions, removals, field encounters, or any other operational activities that ICE or its components undertake in the course of enforcing federal immigration law," a Justice Department attorney reported to the 9th Circuit Court of Appeals.

While DOJ attorney Yaakov Roth attributed the quota claim to "anonymous reports in the newspapers," he didn't mention that Miller — Trump's deputy chief of staff and homeland security adviser — had publicly confirmed the 3,000-daily-arrest "goal" in the televised interview on Fox.

The discrepancy is the latest example of a gulf between what White House advisers say in public and what the Justice Department says in court. In this instance, the chasm may be undermining the DOJ's already strained credibility with judges.

Homeland Security officials did not respond to requests for comment. A White House spokesperson, Abigail Jackson, did not directly respond to questions about the discrepancy between Miller's comments and the administration's position in court.

"The Trump Administration is committed to carrying out the largest mass deportation operation in history by enforcing federal immigration law and removing the countless violent, criminal illegal aliens that Joe Biden let flood into American communities," Jackson said.

Advertisement

AD

A Justice Department spokesperson said there is no disconnect between the DOJ's court filings and the White House's public statements.

"The entire Trump Administration is united in fully enforcing our nation's immigration laws and the DOJ continues to play an important role in vigorously defending the President's deportation agenda in court," the DOJ spokesperson said.

Immigration advocates have pointed to reports about the daily 3,000-arrest quota as proof that the administration's most extreme tactics — ones they contend violate due process and other constitutional or legal principles — are the result of a single-minded drive to hit numerical targets. Judges have pointed to those reports as well, figuring them into the analysis of whether the administration's tactics are legal.

The existence of the target has created particular complications in the case challenging the immigration sweeps in Los Angeles. The administration is fighting an order that a federal judge issued last month prohibiting ICE from conducting "roving" immigration arrests based on broad criteria such as presence at a home improvement store or car wash.

The claim of a quota featured prominently in oral arguments at the 9th Circuit last week on the administration's bid to overturn that order. And when the 9th Circuit ruled Friday night, leaving the order largely intact, the judges seemed to highlight the contradiction by quoting the entirety of DOJ's denial and then taking note of Miller's statement to Fox about a "goal."

The three Democratic-appointed judges assigned to the case said the vague factors ICE appeared to be relying on "impermissibly cast suspicion on large segments of the law-abiding population, including anyone in the District who appears Hispanic, speaks Spanish or English with an accent, wears work clothes, and stands near a carwash, in front of a Home Depot, or at a bus stop."

During the arguments Monday, the appeals judges assigned to the case pressed the Justice Department for an answer on whether ICE officers were under pressure to meet some numerical target that might encourage them to detain

people based on grounds that fall short of the "reasonable suspicion" the law required.

Roth conceded that such a quota, if it existed, could support claims that some arrests did not meet the legal standard. But he said it wouldn't justify the proactive order that Judge Maame Ewusi-Mensah Frimpong imposed three weeks ago, barring "roving" arrests in the federal judicial district centered in Los Angeles.

"That might increase the risk of a constitutional violation in a particular case, but I don't think that alone would be sufficient for an injunction," Roth replied.

A lawyer fighting the immigration arrests, Mohammad Tajsar of the ACLU, told the appeals court in a filing Thursday that the government's statements do not rule out the existence of some sort of quota motivating ICE officers.

"Defendants' carefully worded letter does not negate an arrest quota," Tajsar wrote. "Those actions can heavily influence agents' and officers' conduct."

**FILED UNDER:** DEPARTMENT OF JUSTICE, LEGAL, STEPHEN MILLER, IMMIGRATION AND CUSTOMS ENFORCEMENT



### Global Security

Free through the end of 2025, this POLITICO Pro newsletter preview explores the people, policies, and power shifts shaping today's international security landscape.

**EMAIL**

Your Email

**EMPLOYER**

Employer

\* All fields must be completed to subscribe

SIGN UP

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service . You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here . This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SPONSORED CONTENT



**America's accelerating exit from itself**

Financial Times



**The secret life of the first millennial saint**

The Economist



**Break Free From Partisan News: Try…**

If you are tired of echo chambers and partisan new…

Reason



**What our analysis of 900 firms shows abo…**

The Economist



**Kevin Sorbo Begs: Quit Eating Blueberries If…**

heartflowhealth.com

About Us

10/3/25, 10:53 AM

Case 1:25-cv-03417-BAH   Judges could analyze the latest mismatch between White House immigration goals and DOJ's position in court - POLITICO   Filed 10/03/25   Page 32 of 201   Document 17-1

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do Not Sell or Share My Personal Information and Opt Out of Targeted Advertising

© 2025 POLITICO LLC

# Exhibit 5

# Trump puts DC police department under federal control, deploys National Guard

abcnews.go.com/Politics/trump-hold-news-conference-crime-dc-after-threatening/story

Michelle Stoddart, Kelsey Walsh, Tierra Cunningham                    August 12, 2025



Despite the president's claims, crime in D.C. is down over the last two years.

At an extraordinary news conference on Monday, President Donald Trump revealed plans to take over the Washington, D.C. police department and deploy National Guard troops in the nation's capital to combat what he says is rampant violent crime that statistics show is actually decreasing.

"We're here for a very serious purpose. Very serious, very," Trump said. "Something's out of control. But we're going to put it in control very quickly, like we did in the southern border. I'm announcing a historic action to rescue our nation's capital from crime, bloodshed, bedlam and squalor and worse. This is Liberation Day in D.C., and we're going to take our capital back."

He said he was declaring a public safety emergency in order to put the Washington police department under federal control and station the National Guard on the city's streets.



President Donald Trump with Defense Secretary Pete Hegseth and US Attorney General Pam Bondi
addresses the media in the James S. Brady Press Briefing Room of the White House, Washington,
August 11, 2025.
Will Oliver/EPA/Shutterstock

Trump announced that Attorney General Pam Bondi will be taking command of the
Metropolitan Police Department and DEA Administrator Terry Cole will be interim federal
commissioner of the force.

He delivered his message standing beside Bondi, Secretary of Defense Pete Hegseth, U. S.
Attorney for the District of Columbia Jeanine Pirro, FBI Director Kash Patel and Interior
Secretary Doug Burgum who will all play a role in the takeover Trump announced.

"Let me be crystal clear. Crime in D.C. is ending and ending today. We are going to use
every power we have to fight criminals here," Bondi said.



Attorney General Pam Bondi speaks, alongside Defense Secretary Pete Hegseth and President Donald Trump during a news conference to discuss crime in Washington, DC, in the Brady Press Briefing Room at the White House in Washington, August 11, 2025.
Andrew Caballero-Reynolds/AFP via Getty Images

Hegseth said 800 National Guardsmen would be deployed to start. He later told Fox News' Laura Ingraham that how long the Guard members are deployed is "the president's call."

The Defense secretary said the Guard would serve similar functions as those deployed to Los Angeles earlier this summer in reaction to anti-ICE protests. While they won't be performing law enforcement functions, "They're going to be proactive. If you take an action or a shot at them, there will be a consequence," he said.

Trump said the capital "has been overtaken by violent gangs and bloodthirsty criminals, roving mobs of wild youth, drugged out maniacs and homeless people," and added that police "now they are allowed to do whatever the hell they want."

Contrary to the president's claim, preliminary year-to-date crime comparisons from Washington's Metropolitan Police Department show that overall crime in D.C. has decreased by 7% since last year, with violent crime down 26% and property crime reduced by 5%.

He said the city's homeless would be dealt with as well.

"We're going to be removing homeless encampments from all over our parks, our beautiful, beautiful parks, which now a lot of people can't walk on," he said. "They've been very, very dirty, very -- got a lot of problems. But we've already started that. We're moving the encampments away, trying to take care of people. Some of those people, we don't know how they even got there. And some of those people are from different countries, different parts of the world. Nobody knows who they are. They have no idea."

He continued, "But they're there getting rid of the people from underpasses and public spaces from all over the city. There are many places that they can go, and we're going to help them as much as you can help. But they'll not be allowed to turn our capital into a wasteland for the world to see," he said.

"If our capital is dirty, our whole country is dirty and they don't respect us," he said, comparing Washington to other world cities.

FBI and Border Patrol officers arrest a man along the U Street corridor during a federal law enforcement deployment to the nation's capital, August 10, 2025 in Washington.
Andrew Leyden/Getty Images

House Judiciary Committee Ranking Democrat Rep. Jamie Raskin said he will be introducing a resolution to reverse what he called "this plainly ridiculous" state of local emergency and "restore full home rule powers to the Mayor, Council and people of the District of Columbia."

Washington Mayor Muriel Boswer, a Democrat, responded Monday afternoon that "we're at a 30 year violent crime low," adding, "while this action today is unsettling and unprecedented, I can't say that given some of the rhetoric of the past, that we're totally surprised."

Washington, DC Mayor Muriel Bowser speaks at a press conference after President Donald Trump announced a federal takeover of the Metropolitan Police Department at the Wilson Building, August 11, 2025 in Washington.
Kevin Dietsch/Getty Images

The president promoted the news conference in multiple posts on his social media platform and on Sunday posted that it would "also be about Cleanliness and the General Physical Renovation and Condition of our once beautiful and well maintained Capital."

In a separate post, Trump said the homeless should leave D.C., accompanied by photos of homeless encampments along his route from the White House to his golf club in Sterling, Virginia.

"The Homeless have to move out, IMMEDIATELY. We will give you places to stay, but FAR from the Capital," Trump wrote. "The Criminals, you don't have to move out. We're going to put you in jail where you belong."

The news conference comes after Trump last week ordered an increase in law enforcement as part of an executive order he signed in March to "Make the District of Columbia Safe and Beautiful."

A White House official said the law enforcement effort a "whole of government approach to improve overall public safety" and said that law enforcement will "be focused on high traffic tourist areas and other known hotspots."

The official added that federal officers "will be identified, in marked units, and highly visible."

Trump said Sunday that he has given D.C. Mayor Muriel Bowser an opportunity to reduce crime rates but she has failed to do that.

"The Mayor of D.C., Muriel Bowser, is a good person who has tried, but she has been given many chances, and the Crime Numbers get worse, and the City only gets dirtier and less attractive. The American Public is not going to put up with it any longer," he claimed.

President Donald Trump speaks during a news conference to discuss crime in Washington, D.C, in the Brady Press Briefing Room at the White House in Washington, August 11, 2025.
Jim Watson/AFP via Getty Images

Bowser said Sunday that Washington has spent the last two years driving down violent crime, "driving it down to a 30 year low, in fact."

"It is true that we had a terrible spike in crime in 2023, but this is not 2023, this is 2025 and we've done that by working with the community, working with the police, working with our prosecutors, and, in fact, working with the federal government," Bowser told MSNBC.

A man, who was later arrested, interacts with Border Patrol and FBI agents along the U Street corridor, August 10, 2025, in Washington.
Andrew Leyden/Getty Images

On Saturday, Trump said the nation's capital has become "one of the most dangerous cities anywhere in the World."

Last week, he threatened to deploy the National Guard to D.C. and, as he has on several occasions since he was inaugurated in January, suggested that there should be a federal takeover.

That call came after Edward Coristine, a former Department of Government Efficiency employee, was beaten after he tried to break up a carjacking in D.C.

The seven-day law enforcement effort is being led by the U.S. Park Police but includes personnel from the Metro Transit Police Department, Amtrak Police Department, United States Capitol Police, Washington's Metro Police Department, Homeland Security Investigations, Federal Protective Service, Enforcement and Removal Operations, Drug

Enforcement Administration, Federal Bureau of Investigation, Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Marshals Service, United States Attorney's Office-District of Columbia, Department of Interior, Pre-Trial Services Agency, Court Services and Offender Supervision Agency (CSOSA), the White House official said.

*ABC News' Isabella Murrary and Luis Martinez contributed to this report.*

## Related Topics

President Trump

# Exhibit 6

# DC critics slam Trump's crackdown as power grab focused on immigration

**H** thehill.com/homenews/state-watch/5460622-trump-dc-crime-crackdown-immigration

Mike Lillis, Rebecca Beitsch                                                  August 20, 2025



Mayor [Muriel Bowser](#) (D) and other officials in Washington, D.C., say the Trump administration's crime crackdown is really about exerting power and elevating immigration enforcement — not making D.C. safer.

While top Trump officials say the high-profile deployments have had the immediate effect of stifling crime in the District, local critics are raising questions about both the geographic placement of National Guard troops and federal officers — who have been most prominent in tourist hot spots and other wealthier parts of the city — and the focus of the criminal crackdown.

Of the 556 arrests tallied by the White House since it began increasing federal law enforcement presence on Aug. 7, nearly half of the arrests, 233, have been classified by the administration as migrants without legal status, a White House official said Tuesday.

"I think it makes the point that this is not about D.C. crime," Bowser said earlier in the week, adding that the administration should be transparent about its intent.

"Nobody is against focusing on driving down any level of violence," Bowser said. "And so if this is really about immigration enforcement, the administration should make that plain."

The list of those arrested includes immigrants with alleged criminal histories of assault, kidnapping, burglary and larceny, the White House official said. But it also includes delivery drivers arrested as they tried to pick up food from commercial venues, sparking a backlash from human rights advocates and some D.C. residents.

Fueling the criticisms, the highest profile arrest to date was that of a Justice Department employee accused of throwing a sandwich at an agent of U.S. Customs and Border Protection in a section of the city best known for its vibrant nightlife.

Sign up for the Morning Report

The latest in politics and policy. Direct to your inbox.

By signing up, I agree to the Terms of Use, have reviewed the Privacy Policy, and to receive personalized offers and communications via email, on-site notifications, and targeted advertising using my email address from The Hill, Nexstar Media Inc., and its affiliates

Other high-profile or viral encounters have largely centered on immigration.

Video captured at least five masked agents who refused to answer questions about what agency they were with as they used a stun gun on a delivery driver before placing the man in an unmarked vehicle. When an onlooker said the officers were ruining the country, one federal agent responded "liberals already ruined it."

In another case, a man captured video of his delivery driver as he was detained just minutes away, arrested by officers after the Arabic speaker was apparently unable to answer questions posed by officers.

The apparent focus on immigration has prompted protests around the city. In one high-profile example, video from Tuesday shows a crowd in the Columbia Heights neighborhood marching behind a group of Immigration and Customs Enforcement (ICE) agents and chanting "ICE go home" until the agents reach their vehicles and leave the area.

The following day, the administration pushed back against the demonstrations, dispatching Vice President Vance, White House deputy chief of staff Stephen Miller and Defense Secretary Pete Hegseth to Union Station, the transportation hub where National Guard troops have been stationed for days.

Vance touted the National Guard presence as "a great example of what's possible when you actually have the political willpower to bring law and order and common decency back to the public spaces of the United States of America," while Miller railed against "stupid white hippies" protesting the crackdown.

Some Democrats say the president has launched the tough-on-crime effort merely to deflect attention away from the ongoing saga surrounding Jeffrey Epstein, the late financier and convicted sex offender who had past ties to Trump and his elite social circle in South

Florida.

"Trump is using DC as a stage and DC residents as props in a political play to distract from his Epstein problem," D.C. Del. Eleanor Holmes Norton (D) posted on the social platform X. "This is unacceptable."

Charles Allen, a D.C. Council member, cast the takeover as a way to assert control and distract from problems within the Trump presidency.

"Authoritarianism, power, and control — what this has all been about — made plain," he wrote on X last week.

"It might make sense if he's trying to create compelling TV and distract folks from the real scandals he's facing, but it doesn't make our city safer & it's a dangerous abuse of power and authority," he added later.

Announcing his D.C. crime crackdown earlier in the month, Trump said it was necessary to combat levels of crime in Washington he portrayed as dystopian. The surge in federal forces would "rescue our nation's capital from crime, bloodshed, bedlam and squalor, and worse," he said.

But during that announcement, Trump repeatedly turned to the topic of immigration.

"This city will no longer be a sanctuary for illegal alien criminals," he said.

"We will have full, seamless, integrated cooperation at all levels of law enforcement, and we'll deploy officers across the District with an overwhelming presence."

Initially, the administration deployed 800 unarmed National Guard troops, on top of hundreds of other officers across a host of agencies including the FBI, ICE and U.S. Customs and Border Protection.

Since then, the numbers have grown dramatically, with six GOP-led states sending their National Guard forces to D.C. at the request of the administration, bringing the total to nearly 2,000 various law enforcement officers patrolling D.C. Additionally, the guard members will begin carrying weapons, according to numerous reports.

During a press briefing on Wednesday, Bowser made clear that she doesn't support the surge of military troops.

"I don't think the National Guard should be used for law enforcement," she said. "Calling women from their homes and their jobs and their families — they have to be used on mission-specific items that benefit the nation. I don't think you have an armed militia in the nation's capital."

The D.C. Police Union, which says it represents 3,000 of the city's law enforcement officers, has hailed the arrival of the federal reinforcements as a necessary step in combating violent crime in the nation's capital. The union posted numbers on Monday indicating that crime in D.C. plummeted in the first week after Trump announced the law enforcement surge, versus the week prior. Violent crimes, the group said, were down 22 percent over that span, while all crimes were down 8 percent.

Carjackings saw the greatest change, down 83 percent.

"At the direction of @POTUS, our nation's capital is a SAFER place — and we are just getting started," U.S. Attorney General Pam Bondi posted Tuesday on X.

Bondi said the surge has led to the seizure of 76 guns, including nine on Monday night alone.

On Wednesday, Bondi promoted a new campaign from the U.S. Marshals Service offering a $500 reward for information leading to an arrest during the federal surge.

"Together, we will make DC safe again!" she wrote.

Violent crime in D.C., which saw a large spike during the COVID pandemic, has since plummeted even long before Trump's policing campaign, however, raising questions about the true effectiveness of the federal surge. Offenses related to carjackings, for example, fell from 319 through the first eight months of 2024 to 190 over the same span this year, according to D.C.'s Metropolitan Police Department.

Given those trends, Trump's critics see a more menacing campaign, warning that the militarization of Washington's streets brings with it an authoritarian air that's quickly damaged certain businesses. That includes restaurants, which saw a plunge in reservations in the days after the administration's law enforcement takeover.

"The whole region understands that oppression of people in Washington hurts everybody who lives in our region," Rep. Jamie Raskin (Md.), the senior Democrat on the House Judiciary Committee, told MSNBC on Tuesday. "We don't want to see people's rights being trampled there."

The crackdown comes as D.C. police officers have been under pressure to do more to assist federal officers with immigration enforcement.

The Metropolitan Police Department has traditionally sought to bar its officers from taking actions based solely on immigration status if someone doesn't otherwise have a criminal warrant out for their arrest.

But in a move that was later shifted under court scrutiny, Bondi sought to appoint a new D.C. police commissioner while also seeking to unwind D.C. laws limiting police involvement in immigration enforcement.

Immigration advocates in D.C. say now any brush with law enforcement could be disastrous for migrants.

"This disturbing policy strips away the rights and safety of our communities. Even the most common police interactions — such as a traffic violation or reporting a crime — can have life-altering consequences for immigrants, including detention and deportation," the Amica Center for Immigrant Rights said in a statement before Bondi's order was tamed by the courts.

"This policy adds to the atmosphere of fear and distrust, perpetuates racial profiling, and criminalizes innocent people."

Tags Eleanor Holmes Norton Jeffrey Epstein Muriel Bowser Pete Hegseth Stephen Miller

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

# Exhibit 7



# Office of the Attorney General
## Washington, D. C. 20530

ORDER NO.  6372-2025

### RESTORING SAFETY AND SECURITY TO THE DISTRICT OF COLUMBIA

Residents of the District of Columbia, the thousands of Americans who commute into the District for work every day, and the millions of tourists from all over the world who visit our Nation's capital have a right to feel safe and to be free from the scourge of violent crime. Notwithstanding false media narratives and apparent efforts by some District employees to manipulate crime statistics, the danger posed by violent crime in the District is plain for all to see. As Executive Order 14333 of August 11, 2025 (Declaring a Crime Emergency in the District of Columbia), makes clear, the "rising violence in the capital now urgently endangers public servants, citizens, and tourists" and is impeding the proper functioning of the Federal Government. These dangers are multiplied by the District's sanctuary city policies, which actively shield criminal aliens from the consequences required by federal law. The proliferation of illegal aliens into our country during the prior Administration, including into our Nation's capital, presents extreme public safety and national security risks to our country.

Pursuant to section 3 of Executive Order 14333 and section 740(a) of the District of Columbia Home Rule Act, Drug Enforcement Administration Administrator Terrance C. Cole shall serve as the Attorney General's designee for the duration of the emergency declared by the President for the purpose of directing the Mayor of the District of Columbia to provide such services of the Metropolitan Police Department ("MPD") as the Attorney General deems necessary and appropriate.

Pursuant to section 3 of Executive Order 14333 and section 740(a) of the District of Columbia Home Rule Act, I hereby deem the following services to be necessary and appropriate and direct the Mayor to immediately provide for:

1. Assistance with the enforcement of federal immigration law, as deemed necessary and appropriate by Administrator Cole, notwithstanding D.C. Code § 24–211.07 or any other provision of the D.C. Code or MPD policy.

2. Assistance with locating, apprehending, and detaining aliens unlawfully present in the United States, as deemed necessary and appropriate by Administrator Cole, notwithstanding section II, paragraphs A.2 and F of General Order GO-PCA-702.01, D.C. Code § 24–211.07, or any other provision of the D.C. Code or MPD policy.

3. Database inquiries and compliance with requests for information from any federal law enforcement entity, as deemed necessary and appropriate by Administrator Cole, notwithstanding paragraph 22 of General Order GO-PER-201.26 or any other provision of the D.C. Code or MPD policy.

4. Enforcement of section 22-1307 of the D.C. Code and all D.C. municipal regulations pertaining to the unlawful occupancy of public spaces, as deemed necessary and appropriate by Administrator Cole.

Attorney General Order No. 6370-2025 is hereby rescinded.

_8/15/25_
Date

_Pam Bondi_
Pamela Bondi
Attorney General

# Exhibit 8

10/1/25, 9:11 PM    Statement from a DHS Spokesperson on Directive Expanding Immigration Law Enforcement to | Homeland Security

Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 50 of 201



| NOTICE | Due to the lapse in federal funding, this website will not be actively managed. Click here for more information. |



U.S. Department of Homeland Security

# Statement from a DHS Spokesperson on Directive Expanding Immigration Law Enforcement to Some Department of Justice Officials

**Release Date:** January 23, 2025

WASHINGTON – Today, Acting Department of Homeland Security Secretary Benjamine Huffman issued a directive essential to fulfilling President Trump's promise to carry out mass deportations.

The directive gives Department of Justice (DOJ) law enforcement officials in the U.S. Marshals, Drug Enforcement Administration (DEA), the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the Federal Bureau of Prisons authority to investigate and apprehend illegal aliens.

*"Thanks to the last Administration's open border policies, we've seen violent criminals and gang members terrorize American communities. Today's action empowers law enforcement officials at the DOJ to help identify and apprehend aliens who have illegally come into our country. Mobilizing these law enforcement officials will help fulfill President Trump's promise to the American people to carry out mass deportations. For decades, efforts to find and apprehend illegal aliens have not been given proper resources. This is a major step in fixing that problem."*

## Topics

HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)

## Keywords

DEPARTMENT OF JUSTICE (DOJ) (/KEYWORDS/DEPARTMENT-JUSTICE-DOJ)    IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)

Last Updated: 01/24/2025

# Exhibit 9

# FBI agents are again pulled from their day jobs to address a Trump priority

**CNN** cnn.com/2025/08/14/politics/fbi-washington-immigration-epstein

Holmes Lybrand, Evan Perez, Josh Campbell                                August 14, 2025



FBI agents and Secret Service Police officers patrol the Navy Yard neighborhood in Washington, DC, on August 12.

Evelyn Hockstein/Reuters

FBI agents – thrust into yet another role for which they are not trained – have been put on patrol duties with local police as part of President Donald Trump's declaration of a crime emergency in Washington, DC.

In the past several months, the agency's rank-and-file, who specialize in complex threat investigations, have been assigned to fulfill a bevy of roles outside their lanes of expertise, spending overnight and weekend shifts poring over old Jeffrey Epstein files looking for necessary redactions, assisting ICE in finding and removing illegal immigrants and now patrolling the streets of the nation's capital.

While federal agencies including the FBI often link up with local police departments to help with specific investigations and task forces or to build out certain tools they may need, such as gun tracing, agents are not trained or equipped for community policing, multiple federal

law enforcement officials told CNN.

FBI Director Kash Patel took office vowing to "let cops be cops." But in recent years, the FBI has touted how many new agents don't come from former police backgrounds and instead come from backgrounds in technology, law and other disciplines. One 2024 class of new agents included more than 44% with advanced degrees, according to an internal newsletter.

"FBI agents are not police officers," Former FBI deputy director and CNN law enforcement analyst Andrew McCabe said Tuesday. "Most of them don't come to the FBI from a background as a police officer. So they don't have the training and the skillset and the experience of doing that work, which can be dangerous both for them and for the people they would be policing."

For many FBI agents, much of the job is done largely at a desk, and training necessary to de-escalate situations in the field, or what beat cops are looking for when trying to identify threats or potential hostile situations, are not comprehensively part of training for agents.

What's more, the FBI use-of-force policy generally has a much lower threshold for when agents are allowed to use their firearms to protect themselves than most police departments – in the case of Washington, DC, officers, have options to use tasers and pepper spray before using lethal force, not standard equipment for agents.

Federal agents are also typically only minimally trained in conducting vehicle stops, which remains one of the most dangerous aspects of a police officer's job. Unlike routine police encounters with suspects, which may only involve one or two officers, when agencies like the FBI conduct an arrest, they typically plan out the operation methodically in advance and execute it with a complement of agents that far outnumbers the suspect.

Several law enforcement officers told CNN that many agents now tasked with patrolling the streets of DC alongside the Metropolitan Police Department are in a wait-it-out posture, hoping they'll be able to turn their complete focus back to the cases they were investigating previously when Trump's 30-day period of controlling the MPD is currently set to come to an end.

"This isn't hard: If we're doing (policing) we're not covering down on those other threats," said one person.

Other federal agencies involved in the surge of resources to DC, like the Secret Service, US Marshals Service, Federal Protective Service, ICE and Border Patrol have officers with far more experience arresting individuals or conducting more standard, on-the-ground police work than the FBI.

The difference in training was an issue that arose most recently in the protests following the police killing of George Floyd in 2020.

Agents with no significant training in crowd control were thrust into the streets to help protect federal buildings and found themselves outnumbered by protesters. To try to deescalate tensions, some agents took a knee in a symbolic gesture that has since become a flashpoint in the Trump administration's retribution against so-called "woke" policies associated with political opponents. Under Patel, some of those agents have faced reassignments to less-prestigious jobs and internal disciplinary investigations.

The FBI declined to comment on multiple questions from CNN for this story.

Since the weekend, FBI agents have been embedding with Metropolitan Police Officers and, according to Patel, were involved in 10 of the 23 arrests that occurred in DC Monday night. It's unclear to what extent FBI agents participated in the arrests.

The arrests included unlawful possessions of firearms, DUI warrants, one on a search warrant for a prior murder charge and more, Patel touted on social media.

"When you let good cops be cops they can clean up our streets and do it fast," Patel wrote on X. "More to come. Your nation's Capital WILL be safe again."

## Epstein files and immigration

In 2025, hundreds of FBI agents were reassigned to immigration-related duties, which raised concerns at the time among some agents that the switch could hinder important national security investigations, including into espionage by foreign countries and terror threats.

At the time of the push for more federal agents to help with immigration enforcement, FBI agents involved were told by supervisors not to document moving resources away from high-priority cases.

Behind the scenes, some FBI agents clashed with their immigration enforcement counterparts, with major flashpoints involving the refusal by those agents to engage in what they viewed as racial profiling and other tactics that could violate the Constitution, according to law enforcement sources. While agency leaders have publicly touted a very close and cooperative working relationship between organizations, the situation has at times been much different on the ground, sources said.

Then came the files of Jeffrey Epstein, the sex offender and accused sex trafficker who killed himself in prison in 2019 before the case against him could go to trial.

FBI agents in March worked tirelessly, sometimes in 12-hour shifts, to review documents and evidence against Epstein in order to make redactions on the Justice Departments failed attempt to cull conspiracy theories and accusations that they were continuing to hide imagined crimes against the rich and powerful. Much of which stemmed from Trump's allies, including those in key leadership positions.

Agents were ordered to put aside investigations related to threats from China and Iran, as well as cases in order to complete the Epstein redactions, something every division in the bureau was ordered to supply agents for.

Reaction to Trump's plan which calls for FBI agents to patrol with DC police

"There is no other entity that does that work if the FBI is not doing it," McCabe said. "And that is really important stuff that needs to be done every day in this country by a limited resource of FBI agents. And so every time you distract them into doing something like this, you're doing less of that."

Patel and his deputy director, Dan Bongino, often tout the work of the FBI online, recently highlighting the bust of an alleged human trafficking operation in Nebraska, fentanyl seizures, and other FBI successes.

## Volatile time at FBI

The new reassignments to help patrol DC come days after two senior FBI officials, including the acting-director before Patel was appointed by Trump to lead the agency, along with other agents, were summarily fired following perceived opposition to the administration.

The firings, including of former acting director Brian Driscoll after he fought the administration's plans to quickly fire more than 100 mid-level and senior employees in the early days of Trump's second administration, has also spread an air of concern among agents over who could be targeted next or what past actions could land them in trouble with Trump-appointed leadership.

Law enforcement sources fear this volatile period inside the FBI could lead to a brain drain amid constantly evolving threats as numerous agents, analysts and professional staff consider departing for other agencies, or into the private sector where their national security and investigative skills remain highly sought.

"Morale is the worst I've seen," said one law enforcement source. "The bureau is becoming unrecognizable. Lots of people are weighing really difficult decisions right now."

# Exhibit 10

10/1/25, 9:16 PM
Case 1:25-cv-03417-BAH
How Washington Became a Testing Ground for ICE - The New York Times
Document 17-1
Filed 10/03/25
Page 57 of 201

# How Washington Became a Testing Ground for ICE

A series of arrests captured on video reveal how immigration officers have worked with other law enforcement agencies to identify migrants during stops for minor infractions.

 ▶ **Listen to this article · 14:10 min**  Learn more

  

**By Hamed Aleaziz, Brent McDonald and Amogh Vaz**
Reporting from Washington

Oct. 1, 2025   Updated 6:08 p.m. ET

A man from El Salvador was stopped for allegedly driving a landscaping truck through federal parkland. A Honduran man was pulled over when the police said he ran a stop sign as his family left a local park. A Jordanian man was detained while working in a food truck on the National Mall during a crackdown on unlicensed vendors.

President Trump's deployment of federal law enforcement officers in August across Washington — intended, officials said, to lower crime — transformed what was one of the largest sanctuary cities in the country into a test case for Immigration and Customs Enforcement as it expands its efforts in major urban centers.

The agency sharply increased its arrests in the city by working alongside the local police and other federal agencies to identify immigrants during stops for minor traffic violations, according to law enforcement officials, lawyers for detained migrants, internal immigration records and witness accounts.

ICE had made only 85 arrests in Washington from Jan. 20 through the end of July, according to data obtained by the Deportation Data Project. But from early August until mid-September, ICE made around 1,200 arrests, according to officials with knowledge of the data.

One key to the strategy: ICE's close partnership with both the Metropolitan Police Department and the U.S. Park Police, according to a New York Times review of dozens of videos filmed by witnesses in Washington. At other times, the agency operated alone, with masked officers detaining people in sometimes aggressive encounters that drew angry protests from neighbors.

Last week, an immigrants rights organization sued the Department of Homeland Security, accusing the agency of targeting people for their ethnicity, making arrests without probable cause and sowing "terror in Latino and other communities across the District."

The department called allegations that it had engaged in racial profiling "disgusting, reckless, and categorically FALSE."



President Trump addressed federal officers and National Guard members at a U.S. Park Police facility in Washington days after declaring a crime emergency in the city. Nathan Howard/Reuters

As the administration works to deepen police cooperation on immigrant enforcement throughout the country, the effort in Washington shows how migrants stopped by local law enforcement for low-level infractions can swiftly be detained by ICE — a boost for an agency struggling to meet the White House's demands for higher arrest numbers.

Since January, ICE has signed more than 520 agreements in 35 states that allow local law enforcement to collaborate with federal officials on immigration enforcement during routine patrols.

However, the administration has faced resistance to such arrangements from liberal cities with so-called sanctuary policies, which ban the police from assisting immigration agents.

To get around that in Washington, the Trump administration exploited the city's tenuous status as a federal district, compelling the police to cooperate with ICE by declaring a "crime emergency." Previously, under Washington's sanctuary city law, local police officers had not been permitted to cooperate with federal immigration enforcement authorities.

It also took advantage of the array of federal law enforcement already operating in the region, including the U.S. Park Police, which also has officers in New York and San Francisco. During the surge, Interior Secretary Doug Burgum deputized immigration officers to patrol with Park Police officers and granted the Park Police authority to pursue fleeing offenders.

Tricia McLaughlin, a homeland security spokeswoman, said in a statement that immigration officials in Washington had "arrested gang members, kidnappers, drug traffickers and other violent thugs." She highlighted the department's collaboration with the local police, the Park Police and other law enforcement agencies, adding, "Criminal aliens are a public safety threat, and there should be no place for sanctuary policies that place crime over the community."

The Department of Homeland Security did not respond to questions about how many of the 1,200 people detained for immigration violations in Washington had also been accused of committing other crimes.

While Mayor Muriel Bowser has said that local police officers would stop assisting immigration enforcement when Mr. Trump's emergency order expired on Sept. 10, the federal deployment has opened the door to more cooperation.

The Metropolitan Police Department has left in place a policy change allowing officers to share information with federal immigration authorities about people not in custody, such as during traffic stops, according to Daniel Gleick, a spokesman for the mayor's office. And the police department continues to work with a federal task force focused on Washington that includes officers from homeland security, the mayor acknowledged on Wednesday.

"We never wanted M.P.D. to patrol with homeland security agencies, but they are part of the task force, and that should change," she told reporters.

Mr. Trump has also threatened to once again take over the city's police department if the mayor does not cooperate on immigration enforcement.

And ICE officials, who continue to work with other federal agencies in Washington, said they did not plan to let up. "We're going to continue our operations in the D.C. metro area," Marcos Charles, who leads ICE's enforcement and removal operations, said in an interview.

## Seizing On Traffic Violations

One of the first visible signs of ICE's presence in Washington came at "safety compliance" checkpoints set up on major streets at rush hour, after dark outside popular restaurants and during the day in residential zones. Videos show officers working alongside local police officers as drivers were told to pull over their cars or scooters for minor infractions.

Immigration officers were also frequently seen in videos accompanying local police officers during routine traffic stops.

The Times obtained videos from witnesses who recorded them, or from the lawyers of the people arrested, and verified their locations, names and legal status with federal law enforcement officials. Some witnesses who shared videos with The Times requested that their names be withheld out of fear of retaliation.

In one case, Aaron, a 41-year-old Honduran man, was driving away from a local park on Sept. 8 with his wife and two young children when he was pulled over for failing to make a full stop at an intersection.

Videos of the incident show a police vehicle parked directly behind his car, followed by two Customs and Border Protection vehicles.

Federal officers determined that he did not have legal status and detained him, records show.

Aaron, who asked to be identified by only his first name out of fear of retribution, said he had lived in Washington for six years, building a life in the immigrant-rich Columbia Heights neighborhood. He worked as a maintenance worker, fixing HVAC systems, and coached soccer.

In an interview from inside an ICE detention facility in Virginia, Aaron said he had no idea how his family would pay for rent and food without him.

"I mean, I'm destroyed, completely destroyed," he said. "They changed my life — I think forever."

Some police officials are worried about the long-term impact of the work with immigration authorities. One police official, who spoke on the condition of anonymity because they were not authorized to speak publicly, voiced concerns that the department's forced alliance with ICE could shatter trust between local police officers and the immigrant community.

# A New Focus for Park Police



A U.S. Park Police officer and homeland security agents in August pulled over, questioned and administered a sobriety test to a man in Washington suspected of having incorrect tags on his vehicle.
Kenny Holston/The New York Times

The primary role of the Park Police, a division of the National Park Service, is protecting national parklands, federal buildings and monuments in Washington, New York and San Francisco. But under the current administration, the agency has stepped up its role in immigration enforcement, a shift from its traditional focus, according to former officers.

Videos collected and verified by The Times show members of the Park Police, trailed by homeland security agents, initiating traffic stops of landscaping, construction and food delivery vehicles around the city.

10/1/25, 9:16 PM
Case 1:25-cv-03417-BAH   Document 17-1   Filed 10/03/25   Page 64 of 201
How Washington Became a Testing Ground for Trump's ... - The New York Times

On Aug. 20, Park Police officers pulled over a truck that bore the logo of a Maryland landscaping business as it drove through Rock Creek Park, a national park that bisects the District of Columbia.

The officers said the vehicle was pulled over because its tags were obscured, and asked to see the identification of those inside the truck, according to the driver, a U.S. citizen who spoke on the condition of anonymity out of fear of retaliation.

When one member of the landscaping crew failed to provide a valid ID, he was pulled from the passenger seat, according to the driver, who filmed the arrest on his phone.

"This is an illegal detention," he can be heard shouting in the video.

Ms. McLaughlin, the homeland security spokeswoman, said officers discovered during the stop that the man was a Honduran immigrant who had entered the United States illegally, adding that he had resisted arrest.

The next day, the landscaping company sent its clients an email saying that it would be forced to pause work in Washington "until we can determine how to ensure the safety of our team."

Rock Creek Park, a forested greenway typically frequented by cyclists and joggers, has been a major area of focus of the joint immigration operations.

In late August, a junk removal truck driving through the park was pulled over by Park Police officers working with agents from Homeland Security Investigations. The alleged violation: driving a commercial vehicle through a federal park.

The two men inside the truck, one from Nicaragua and the other from Egypt, were placed in custody pending deportation, the Department of Homeland Security said.

A few days later, a Park Police officer pulled over Erminio Guevara, a native of El Salvador, for driving a landscaping truck through the same park. A local resident filmed Mr. Guevara as he was being arrested and loaded into an unmarked S.U.V. She asked the officers why he was being detained and whether they had racially profiled him. They did not respond.

According to the department, Mr. Guevara admitted to entering the United States illegally in 2001.

Since early August, residents have sent hundreds of videos, photos and tips to D.C. Migrant Solidarity Mutual Aid, an immigrant support group that set up an ICE tip hotline.

Amy Fischer, who leads the organization, said the footage reflected a dramatic surge in dragnet-style arrest tactics.

"We just saw the roving patrols arresting anybody that looked brown, basically," Ms. Fischer said.

The Department of Homeland Security has rejected such claims, saying that it uses "reasonable suspicion" to make arrests.

"What makes someone a target for immigration enforcement is if they are illegally in the U.S. — NOT their skin color, race, or ethnicity," the agency wrote in a social media post.

The Park Police's partnership with ICE has drawn the agency into the administration's aggressive public campaign against undocumented immigrants.

In August, the two agencies worked together to detain Laith Husam Farah Zaza, a Jordanian man accused of overstaying his visa, as he worked in a food truck near the National Mall. Afterward, immigration officials posted his photo on social media, highlighting the role of the Park Police in "targeting unlawful food truck and cart vendors."

Mr. Farah Zaza's wife, Fatima Marroquin-Pineda, who is a U.S. citizen, said her husband had been working extra hours as a line cook to help pay the fees required to obtain legal status through their marriage.

She said she was shocked to see the government celebrate his arrest on social media. "He was not a criminal, and it's not a crime to work on a food truck," she said.

Aubrie Spady, an Interior Department spokeswoman, said in a statement: "U.S. Park Police are responsible for conducting common, legitimate traffic stops. If immigration violations are found, the U.S. Park Police allow the Department of Homeland Security to take it from there."

## Questions About Due Process

ICE has also worked on its own in Washington, targeting people in their cars and stopping others on the sidewalk for minor infractions.

Videos show some officers wearing masks while carrying out arrests — a practice that is now banned in California — creating confusion and alarm among local residents.

ICE officials have said the face coverings are necessary to protect the safety of their officers, noting they have been threatened and attacked. "The brave men and women of ICE choose to wear masks for safety, not secrecy," the agency said in a statement.

On Sept. 2, Allison Price, 49, was walking her dog with her husband in D.C.'s Chevy Chase neighborhood when she saw two armed, masked agents in a beat-up minivan pull over a utility vehicle. In less than five minutes, the vehicle's driver and passenger were in handcuffs and whisked away.

The Department of Homeland Security said that two men, Marvin Saul Alvarez from El Salvador and Daniel Misael Perez-Perez from Guatemala, had entered the United States illegally and were picked up during "a targeted enforcement operation."

"It was like an abduction," said Ms. Price, who recorded the arrest on her cellphone while unsuccessfully pressing an officer to identify his agency. No other police officers were present.

"I kept thinking, if it was me or my family and I was disappeared, how would you have any evidence?"



Allison Price and her husband, Jonathan Kaplan, were alarmed by masked immigration officers making an arrest near their Washington home on Sept. 2.    Brent McDonald/The New York Times

After the arrest, Ms. Price uploaded the video to YouTube and asked the community to help circulate it online.

"This is not acceptable," Ms. Price said. "I'm a D.C. resident of 25 years. Like, how is this happening? What is the authority? What is due process?"

Campbell Robertson and Albert Sun contributed reporting.

**Hamed Aleaziz** covers the Department of Homeland Security and immigration policy for The Times.

**Brent McDonald** is a Times senior video journalist based in Washington.

**Amogh Vaz** is a video journalist for The Times.

A version of this article appears in print on of the New York edition with the headline: In Washington, a Testing Ground for ICE Tactics

# Exhibit 11

# DHS Scores Major Victory at Supreme Court

dhs.gov/news/2025/09/08/dhs-scores-major-victory-supreme-court



**Release Date:** September 8, 2025

*The Supreme Court ruled the Trump Administration can continue operations in Los Angeles to remove dangerous criminal illegal aliens from the streets*

WASHINGTON – The Department of Homeland Security landed a major legal victory Monday morning when the Supreme Court issued a stay in the case of *Perdomo v. Noem*. The ruling allows DHS to continue carrying out immigration operations in the Los Angeles area.

*"This is a win for the safety of Californians and the rule of law,"* said **Assistant Secretary Tricia McLaughlin**. *"DHS law enforcement will not be slowed down and will continue to arrest and remove the murderers, rapists, gang members, and other criminal illegal aliens that Karen Bass continues to give safe harbor."*

The court ruled 6-3 in favor of the Trump Administration. With its decision, the court stayed a ruling by federal judge Maame Ewusi-Mensah Frimpong in July blocking DHS from conducting immigration sweeps in Southern California.

To the mainstream media's chagrin, there are no "indiscriminate stops" being made. The Supreme Court simply applied longstanding precedent regarding what qualifies as "reasonable suspicion" under the Fourth Amendment. What makes someone a target of ICE

is if they are illegally in the U.S. DHS enforces federal immigration law without fear, favor, or prejudice.

In his opinion, **Justice Brett Kavanaugh**'s discussed the federal government's duty to enforce immigration laws on the books and the fact that the Judicial Branch does NOT make those laws:

- *"The fact remains that, under the laws passed by Congress and the President, [illegal aliens] are acting illegally by remaining in the United States – at least unless Congress and the President choose some other legislative approach to legalize some or all of those individuals now illegally present in the country. And by illegally immigrating into and remaining in the country, they are not only violating the immigration laws, but also jumping in front of those noncitizens who follow the rules and wait in line to immigrate into the United States through the legal immigration process."*

- *"[I]t is also important to stress the proper role of the Judiciary. The Judiciary does not set immigration policy or decide enforcement priorities. It should come as no surprise that some Administrations may be more laissez-faire in enforcing immigration law, and other Administrations more strict. Article III judges may have views on which policy approach is better or fairer. But judges are not appointed to make those policy calls."*

Last Updated: 09/24/2025

# Exhibit 12

*Democracy Dies in Darkness*

**D.C., Md. & Va.**

# Trump's D.C. emergency has ended. ICE and the National Guard can stay.

President Trump no longer has control of D.C. police now that his 30-day emergency has ended. Immigration enforcement and National Guard presence will continue.

Updated September 11, 2025

 By Jenny Gathright

President Donald Trump's 30-day emergency control of D.C. police officially expired Wednesday, meaning he no longer has the power to direct Mayor Muriel E. Bowser (D) to provide him with whatever police services he deems necessary — a milestone that Bowser has framed as imperative for the city.

But as Trump's unprecedented flex of presidential authority over public safety in the nation's capital ends, other notable interventions in the city, including the National Guard presence and aggressive immigration enforcement, can continue. D.C. will also remain uniquely vulnerable to federal incursion — as evidenced by actions in Congress on Wednesday, when lawmakers considered a slate of bills to overhaul the city's criminal justice policies and further restrict its limited home rule.

The result, for D.C. residents and officials, will be an uneasy transition, as uncertainty persists about what will change for residents on the ground as a result of the emergency ending. In a news conference Wednesday, Bowser emphasized that her administration is still focused on public safety — but what is changing is the president's authority to make demands of her police force through one specific section of the Home Rule Act, the law that grants the city its limited self-government.

"Our public safety mission doesn't change," Bowser said. "What changes with the end of the emergency is the Home Rule charter, Section 740 that … compels the mayor to provide [D.C. police] services."

Bowser issued a mayoral order last week establishing what she sees as the city's off-ramp from Trump's emergency declaration: an "emergency operations center" that formalizes coordination between D.C. and the federal law enforcement agencies that regularly work with city police — but notably excluded Immigration and Customs Enforcement from the list of agencies to communicate with.

The order seemed to have Bowser's intended effect. The White House and Congress soon underlined backed off threats to extend Trump's emergency, seemingly satisfied with her offer of indefinite coordination.

## Make the most of the DMV with our newsletter

Make living in D.C. a little easier and more fun. Sign up for the Post Local newsletter to get local news, weather and expert advice — where to eat, where to drink and how to get around — every weekday.



(The Washington Post)

But outside of the emergency operations center, ICE retains vast authority to detain D.C. residents regardless of city policies. Bowser on Wednesday said broadly that her police department would not focus on immigration enforcement after the emergency ends, noting that a new D.C. police policy allowing officers to assist ICE in certain circumstances was tied to the presidential emergency. Over the past month, police were frequently accompanied by ICE agents while on patrol.

Trump declared his D.C. emergency on Aug. 11, invoking the part of the Home Rule Act that gives the president the power to direct the D.C. mayor to provide him or her with "such services of the Metropolitan Police force as the President may deem necessary and appropriate" for up to 30 days, or longer with Congress's approval. The mayor, in turn, "shall provide" those services — leaving the city no choice but to comply.

Separate from the emergency declaration, Trump also surged federal law enforcement presence in the District and ordered in the D.C. National Guard, which he controls.

The city looked different for residents during the emergency. D.C. police worked with federal law enforcement to seize illegal guns and make other arrests — an escalation of the long-established, routine collaboration between D.C. and the feds. National Guard troops from the District and several states with Republican governors dotted the city's Metro stations and touristy areas along the National Mall. D.C.'s court system stayed up past typical hours under a crush of prosecutions. And many residents responded with defiance to what they saw as federal overreach, filming and yelling at masked ICE agents and gathering in the thousands for a protest last weekend.

Trump, outside a D.C. restaurant Tuesday evening, declared his intervention a success.

"It's a safe city. I just want to thank the National Guard. We loved working with the mayor and the chief, and we all worked together, and the outcome is really spectacular. We have a capital that's very, very safe right now," he said.

As for what will happen to the National Guard, whose deployment in D.C. could stretch months longer, Bowser said it was her sense that the deployment will wind down as people get tired of it. Internal documents, reviewed and reported on by The Washington Post, showed that military officials have been briefed on the at-times negative public sentiments toward their D.C. operation — and are aware of the risks that the domestic mobilization poses to Americans' trust in the military.

"My sense is that people will get weary," Bowser said. "Guardsmen, the states where people have left — they will get weary, and they will want to know that they are serving their mission. And I think there's going to be a useful life of such a deployment in the District, and I think that useful life is coming to an end."

In one of the month's most controversial shifts for residents, D.C. police's relationship with ICE changed during the emergency period, alarming many in the deep-blue city whose laws and police department policies prevent local officers from enforcing immigration laws.

During the first week of the emergency, D.C. Police Chief Pamela A. Smith issued an order that officers would be allowed to help ICE transport detainees and could share information with ICE about people not in D.C. police custody, including at traffic stops. A department spokesperson framed the change as a clarification and emphasized that other D.C. police policies prohibiting collaboration with ICE remained on the books. But the order drew alarm from the city's immigrant communities and advocates.

Late on the same day Smith issued her order, U.S. Attorney General Pam Bondi — Trump's designee for requesting D.C.'s services during the emergency — issued an order of her own, unsatisfied with Smith's policy change. Bondi demanded "full cooperation" from D.C. police with immigration enforcement, rescinding Smith's new order and seeking to suspend several D.C. police policies that prohibit the department from sharing information with immigration authorities. District officials challenged Bondi's order in a lawsuit, and while a judge indicated that the city would probably have to comply with Bondi's demands, the court never issued a final ruling.

Though the legal question was not fully resolved, the department's apparent change in posture played out on the District's streets, where ICE accompanied D.C. police as they enforced traffic laws on moped drivers delivering food, many of whom are immigrants. The joint patrols transformed routine traffic enforcement — which before Trump's emergency often resulted in immediate releases — into a pipeline for moped drivers to land in ICE detention.

Now, with the emergency over, the Trump administration can no longer compel D.C. police to cooperate with ICE, Bowser said. She emphasized in her Wednesday news conference that immigration enforcement would not be a focus for the local police.

"Immigration enforcement is not what [the Metropolitan Police Department] does. And with the end of the emergency, it won't be what MPD does in the future," Bowser said.

While the mayor stopped short of declaring that the police chief would rescind her order on assisting ICE, she said Wednesday that the order "goes with the emergency, and the emergency is over."

The Trump administration requested some other services from D.C. during the emergency, Bowser officials said Wednesday, though neither the mayor's office nor the White House has detailed a full list.

In response to an inquiry from The Post about those specific requests, D.C. Deputy Mayor for Public Safety and Justice Lindsey Appiah offered a broad statement about compliance with Bondi's order.

"During the Presidential emergency, the District worked with the U.S. Attorney General Pamela Bondi and her designee on providing the services of the Metropolitan Police Department identified in the Attorney General's order issued on August 15," Appiah said. "Services in the order included assistance with the enforcement of federal immigration law; assistance in locating, apprehending, and detaining those unlawfully present in the United States; requests for information from a federal law enforcement entity; and the enforcement of unlawful occupancy of public spaces."

A senior Bowser administration official said other specific requests from the federal government during the emergency were related to beautification, graffiti removal, crime analytics, homeless encampments assistance and river cleanup but did not provide further details about the specific asks.

As the city exits the emergency, Bowser also acknowledged that local police would need to repair trust with residents, particularly immigrant communities that have been targeted by immigration enforcement — and who have seen D.C. police work alongside ICE agents.

"I can assure you we're going to do everything possible" to rebuild trust, Bowser said. "I don't know that it's a one-and-done thing. I think that building community trust is a long-term commitment that we have in the District."

*Meagan Flynn, Tara Copp and Alex Horton contributed to this report.*

# Exhibit 13



← **Post**

**Chief Michael W. Banks** ✔
@USBPChief

Border Patrol enforces immigration laws wherever the mission takes us. This past weekend, while supporting @ICEgov operations in Washington, D.C., Border Patrol agents arrested multiple criminal aliens who had managed to remain in the U.S. - until now. Among those taken into custody were individuals from Venezuela and Colombia with serious criminal histories, including aggravated homicide, assault, and firearms charges.



0:15

10:42 AM · Sep 17, 2025 · **71.6K** Views

**Don't miss what's happening**
People on X are the first to know.

Log in    **Sign up**

Case 1:25-cv-03417-BAH Document 17-1 Filed 10/03/25 Page 78 of 201



Read 55 replies

**Don't miss what's happening**
People on X are the first to know.

Log in    **Sign up**

# Exhibit 14

# Trump threatens national emergency in DC if mayor does not cooperate with ICE

**FOX 5** fox5dc.com/news/trump-threatens-national-emergency-dc-mayor-does-not-cooperate-ice

Sam Kosmas                                                                    September 15, 2025



**Trump threatens to declare another emergency in DC**

President Donald Trump says he's ready to declare a national emergency and federalize Washington, D.C. after Mayor Muriel Bowser said she does not expect police to cooperate with Immigration and Customs Enforcement.

**WASHINGTON** - President Donald Trump says he's ready to declare a national emergency and federalize Washington, D.C. after Mayor Muriel Bowser said she does not expect police to cooperate with Immigration and Customs Enforcement.

In a post to his social networking site Truth Social, Trump claimed that his federal intervention in the nation's capital dramatically reduced crime and revitalized the city.

## Truth Social post

"It has been a beautiful thing to watch but, now, under pressure from the Radical Left Democrats, Mayor Muriel Bowser, who has presided over this violent criminal takeover of our Capital for years, has informed the Federal Government that the Metropolitan Police

Department will no longer cooperate with ICE in removing and relocating dangerous illegal aliens," he posted.

He warned that the move could lead to a surge in crime and said he would take action to ensure public safety in the nation's capital.

"If I allowed this to happen, CRIME would come roaring back," he wrote. "To the people and businesses of Washington, D.C., DON'T WORRY, I AM WITH YOU, AND WON'T ALLOW THIS TO HAPPEN. "

He added, "I'll call a National Emergency, and Federalize, if necessary!!!"

The White House has not released a plan regarding any steps or timeline for a emergency declaration.

In August, Trump expanded the presence of federal law enforcement and immigration agents across the city, took control of the Metropolitan Police Department, and activated thousands of National Guard troops.



President Donald Trump and First Lady Melania Trump attend an event at the Pentagon in Arlington, Virginia to commemorate the 24th anniversary of the September 11, 2001 terrorist attacks, Thursday, September 11, 2025. (Official White House Photo by A

**The Source:** Information in this article comes from the Associated Press, President Donald Trump's Truth Social post, and previous FOX 5 reporting.

# Exhibit 15



## Truth Details
2677 replies

Donald J. Trump
@realDonaldTrump

The Federal Government, under my auspices as President of the United States of America, has stepped into the complete criminal mess that was Washington, D.C., our Nation's Capital. Because of this, D.C. has gone from one of the most dangerous and murder ridden cities in the U.S.A., and even around the World, to one of the safest - In just a few weeks. The "place" is absolutely booming, with restaurants, stores, and businesses packed and, for the first time in decades, virtually NO CRIME. It has been a beautiful thing to watch but, now, under pressure from the Radical Left Democrats, Mayor Muriel Bowser, who has presided over this violent criminal takeover of our Capital for years, has informed the Federal Government that the Metropolitan Police Department will no longer cooperate with ICE in removing and relocating dangerous illegal aliens. If I allowed this to happen, CRIME would come roaring back. To the people and businesses of Washington, D.C., DON'T WORRY, I AM WITH YOU, AND WON'T ALLOW THIS TO HAPPEN. I'll call a National Emergency, and Federalize, if necessary!!! Thank you for your attention to this matter. MAKE AMERICA GREAT AGAIN!!! President DJT

**8.47k** ReTruths  **36.2k** Likes                    Sep 15, 2025, 1:06 AM



# Exhibit 16

## *Trump Fired a U.S. Attorney Who Insisted on Following a Court Order*

The New York Times

September 26, 2025 Friday 14:16 EST

Copyright 2025 The New York Times Company All Rights Reserved

**Section:** US

**Length:** 1382 words

**Byline:** Heather Knight and Hamed Aleaziz, Heather Knight is a reporter in San Francisco, leading The Times&#8217;s coverage of the Bay Area and Northern California.

**Highlight:** The top federal prosecutor in Sacramento was fired hours after she reminded a Border Patrol chief to abide by court-ordered restrictions on immigration raids.

## Body

For 15 years, Michele Beckwith oversaw some of the toughest federal prosecutions in California. She went after transnational terrorists, sex traffickers and the Aryan brotherhood.

She became the acting U.S. attorney in Sacramento this year when her boss, a Biden appointee, stepped down in January.

But her career crumbled in July, she said, after she issued a warning to Gregory Bovino, the California face of President Trump's immigration crackdown.

The dismissal of Ms. Beckwith appeared to be an early example of how Mr. Trump has fired top federal prosecutors who did not help carry out his political agenda.

Last week, Mr. Trump fired a U.S. attorney in Virginia who determined there was insufficient evidence to indict James B. Comey, the former F.B.I. director, and Letitia James, the New York State attorney general, both political targets of the president. The Virginia prosecutor was

Trump Fired a U.S. Attorney Who Insisted on Following a Court Order

replaced by a Trump loyalist who *convinced a federal grand jury* on Thursday to indict Mr. Comey on two counts.

Documents reviewed by The New York Times show that the July 15 firing of Ms. Beckwith occurred less than six hours after she told Mr. Bovino, *the Border Patrol chief in charge of the Southern California raids*, that a court order prevented him from arresting people without probable cause in a vast expanse that stretches from the Oregon border to Bakersfield. She was removed not only from her post as acting U.S. attorney in the Eastern District of California, but from the office altogether.

"It's unjust," she said of the firings across the federal government this year, in an interview. "We have to stand up and insist the laws be followed."

Ms. Beckwith, a Democrat, was replaced temporarily by Kimberly Sanchez, a Republican who also worked in the Eastern District. Two days later, Mr. Bovino and his agents went to Sacramento and raided a Home Depot parking lot, where they said they arrested at least eight people for being in the country without authorization.

"Folks, there is no such thing as a sanctuary city," Mr. Bovino said in a *video he shared on social media*, with a holstered gun at his hip and canisters secured to his vest as he stood in front of the State Capitol.

"Whether it's here in Sacramento or nationwide," he continued, "we're here, and we're not going anywhere."

The end of Ms. Beckwith's federal career was precipitated by a phone call from Mr. Bovino on July 14. He told her that he was bringing his officers to Sacramento, about 600 miles north of the Mexico border, and wanted to know whom to notify in her office if they were assaulted, she recalled.

Trump Fired a U.S. Attorney Who Insisted on Following a Court Order

Ms. Beckwith said she reminded him that the Border Patrol was under a federal court order prohibiting it from stopping people indiscriminately in her district. It was clear, she said, that he knew about the order but did not seem to think it would stop his raid.

At 10:57 the next morning, she emailed Mr. Bovino to reiterate she expected "compliance with court orders and the Constitution."

Hours later, her work cellphone went dark. Then her computer did, too. She checked her personal email account.

At 4:31 p.m., she received an email from Saurabh Sharma, special assistant to Mr. Trump.

"Michele," it stated, "On behalf of President Donald J. Trump, I am writing to inform you that your position as First Assistant United States Attorney and employment with the Department of Justice is terminated, effective immediately."

Ms. Beckwith was promptly marched out of the office.

A spokeswoman for Mr. Trump referred questions to the Department of Justice, which declined to comment on the matter.

A Department of Homeland Security official, who was part of the Sacramento operation and spoke on the condition of anonymity because they were not authorized to speak publicly, said that federal officials were offended by Ms. Beckwith's suggestion that immigration agents were going to violate the rights of migrants.

What's more, the official said, Mr. Bovino felt Ms. Beckwith was refusing to provide his team the legal support it needed to safely conduct the operations.

In a statement, Mr. Bovino said, "The former Acting US Attorney's email suggesting that the United States Border Patrol does not ALWAYS abide by the Constitution revealed a bias against law enforcement."

Trump Fired a U.S. Attorney Who Insisted on Following a Court Order

Ms. Beckwith's impasse with Mr. Bovino was rooted in a lawsuit filed by the American Civil Liberties Union after his border agents conducted the unannounced raids in Bakersfield, where they arrested day laborers outside a Home Depot and farmworkers in orchards in January.

A federal judge in April ruled that the Border Patrol could detain people only if they had a reasonable suspicion that they were violating federal immigration law.

"You just can't walk up to people with brown skin and say, 'Give me your papers,'" U.S. District Court Judge Jennifer Thurston said. She granted an injunction stopping the Border Patrol from detaining people without probable cause while the case proceeds.

But that order did not apply to Southern California, where federal officials intensified their crackdown in June, leading to protests and Mr. Trump's deployment of the National Guard against the wishes of California leaders. A Los Angeles judge in July also placed restrictions on immigration raids in Southern California, but the Supreme Court overruled her decision this month.

"The Supreme Court's decision is evidence of the fact Border Patrol follows the Constitution and the Fourth Amendment," Mr. Bovino said.

There are 93 U.S. attorneys overseeing federal prosecutions in districts throughout the country. It is common for them, as appointees, to resign after a new president is elected.

It is not common, however, for presidents to demand that prosecutors carry out certain acts as a condition of employment, said Nina Mendelson, a professor of law at the University of Michigan with expertise in administrative law. U.S. attorneys are supposed to be able to operate freely from political pressure.

"We still have a norm of prosecutorial independence and even-handedness and integrity at the federal level," she said. "Political pressure to prosecute enemies or shield friends would not typically be considered cause for removal."

Trump Fired a U.S. Attorney Who Insisted on Following a Court Order

In August, Attorney General Pam Bondi appointed Eric Grant, who defended the Trump administration against major environmental lawsuits during the president's first term, as interim U.S. attorney for the Eastern District of California. Mr. Grant replaced Ms. Sanchez, who is now second in command in the office, the position that Ms. Beckwith once had.

Ms. Mendelson said the firing of longtime civil servants without cause, as in the case of Ms. Beckwith, is rare. Ms. Beckwith said that while the president had the right to remove her as acting U.S. attorney, he should have allowed her to return to prosecutorial work in the Eastern District.

Ms. Beckwith has appealed her termination, arguing she could not be fired without cause and without due process. She is seeking that her removal be expunged from her record, as well as back pay with interest and attorneys' fees.

Ms. Beckwith said she was motivated by justice, not politics.

She was raised in Ohio by a father who worked in a fiberglass factory and a mother who stayed home to take care of her and her sister. They did not talk about politics.

She and her husband, also a lawyer, moved to California in 2004 for work and eventually decided to raise their family in Davis, a college town west of Sacramento, where she is a member of the school P.T.A. Though she is a registered Democrat, she pointed out that she has served Republican and Democratic presidents alike.

"I'm an American who cares about her country," she said. "I'm a public servant. That is my calling."

PHOTOS: The California National Guard was ordered to Los Angeles by President Trump to assist with an immigration crackdown. (PHOTOGRAPH BY GABRIELA BHASKAR/THE NEW YORK TIMES); Michele Beckwith, the former acting U.S. attorney in Sacramento, is suing over her removal from office by President Trump. (PHOTOGRAPH BY ROZETTE HALVORSON FOR THE NEW YORK TIMES); Gregory Bovino, U.S. Border Patrol chief in charge of Southern

California, complained about legal advice from Ms. Beckwith. (PHOTOGRAPH BY PATRICK T. FALLON/AGENCE FRANCE-PRESSE — GETTY IMAGES) This article appeared in print on page A14.

## Classification

**Language:** ENGLISH

**Document-Type:** News

**Publication-Type:** Web Publication

**Subject:** NEGATIVE NEWS (90%); CRIMINAL PROSECUTION (93%); ATTORNEYS GENERAL (68%); IMMIGRATION (90%); IMMIGRATION LAW (90%); BORDER CONTROL (90%); GOVERNMENT & PUBLIC ADMINISTRATION (89%); INDICTMENTS (90%); MANAGERS & SUPERVISORS (72%); US STATE GOVERNMENT (89%); SEX TRAFFICKING (73%); LAWYERS (91%); SANCTUARY SITES (76%); LAW COURTS & TRIBUNALS (90%); NEGATIVE PERSONAL NEWS (90%); US FEDERAL GOVERNMENT (90%); TERRORISM (73%); PROBABLE CAUSE (74%); TERRITORIAL & NATIONAL BORDERS (90%); IMMIGRATION, CITIZENSHIP & DISPLACEMENT (90%); EVIDENCE (70%); NATIONAL SECURITY & FOREIGN RELATIONS (91%); ARRESTS (89%); INTERVIEWS (76%); FEDERAL INVESTIGATIONS (90%); TERRORISM & COUNTERTERRORISM (90%); LITIGATION (90%); GOVERNMENT BODIES & OFFICES (90%); PUBLIC PROSECUTORS (96%); IMMIGRATION ENFORCEMENT (90%); SPECIAL INVESTIGATIVE FORCES (91%); US DEMOCRATIC PARTY (78%); US REPUBLICAN PARTY (78%); Beckwith, Michele (%); United States Attorneys (%); Appointments and Executive Changes (%); Justice Department (%); United States Politics and Government (%); Trump, Donald J (%); Illegal Immigration (%); Immigration Detention (%); Border Patrol (US) (%); Bovino, Gregory (%); California (%)

**Company:**  SPAREBANKEN VEST ASA (63%)

**Organization:** FEDERAL BUREAU OF INVESTIGATION (56%); US ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF CALIFORNIA (54%)

**Industry:** SIC6021 NATIONAL COMMERCIAL BANKS (63%); ATTORNEYS GENERAL (68%); SEX TRAFFICKING (73%); LAWYERS (91%); PARKING SPACES & FACILITIES (50%); PUBLIC PROSECUTORS (96%)

**Person:** JAMES COMEY (79%); DONALD TRUMP (93%); Beckwith, Michele; Trump, Donald J; Bovino, Gregory

**Geographic:** BAKERSFIELD, CA, USA (79%); SACRAMENTO, CA, USA (94%); NEW YORK, USA (79%); CALIFORNIA, USA (94%); UNITED STATES (92%); MEXICO (79%)

**Load-Date:** September 29, 2025

---

End of Document

# Exhibit 17

## *Lawsuit accuses ICE of illegally arresting Latino immigrants in D.C.*

washingtonpost.com

September 25, 2025

Copyright 2025 Factiva ®, from Dow Jones

All Rights Reserved

**FACTIVA**®

Copyright 2025, The Washington Post Co. All Rights Reserved.

### The Washington Post

**Section:** SOCIALISSUES-RELIGION-IMMIGRATION

**Length:** 1226 words

**Byline:** By Teo ArmusJenny Gathright

## Body

Four D.C. residents and the Maryland-based immigrant rights' organization CASA sued the Trump administration Thursday, alleging that federal officials violated immigration law by systematically arresting people in the District whom they perceived to be Latino without warrants or probable cause.

The lawsuit follows a sharp surge in immigration arrests across the nation's capital since President Donald Trump in August seized temporary control of the D.C. police department, mobilized the National Guard and ramped up federal law enforcement. Although Trump said he launched the surge to tamp down on violent crime, immigration enforcement became a highly visible focus.

Lawsuit accuses ICE of illegally arresting Latino immigrants in D.C.

Federal officers, sometimes working alongside D.C. police, arrested hundreds of immigrants they said were in the United States illegally - as well as some with open asylum cases or other protections against being detained or immediately deported.

The class-action lawsuit, filed in federal court in D.C., said ICE has been bypassing two statutory requirements its officers must meet before making an immigration-related arrest without a warrant: probable cause that the person being arrested is in the U.S. illegally, and probable cause that they are likely to escape before law enforcement can obtain a warrant.

"They're not even doing the bare minimum as far as asking individual questions about a person's immigration status," said Ama Frimpong, legal director at CASA. Their actions, she added, have sent a chill through immigrant communities in and around D.C.

Tricia McLaughlin, a spokeswoman for the Department of Homeland Security, said in a statement that the allegations made in the lawsuit were "disgusting, reckless, and categorically FALSE."

"What makes someone a target for immigration enforcement is if they are illegally in the U.S. - NOT their skin color, race, or ethnicity," she said. "DHS law enforcement uses 'reasonable suspicion' to make arrests. There are no 'indiscriminate stops' being made."

She cited a recent ruling from the Supreme Court, which sided with the federal government in a suit that alleged federal agents were making indiscriminate stops during a similar surge in Los Angeles this year. Justice Brett M. Kavanaugh wrote in a concurring opinion that race or ethnicity can be considered along with other factors, such as what jobs people are working, in forming reasonable suspicion to stop someone for an immigration check.

However, the core argument in the D.C. lawsuit concerns detentions, not stops, Frimpong said.

Detentions surged dramatically during Trump's crackdown. In its first 29 days, law enforcement officials arrested more than 943 immigrants in D.C., according to figures released by the White House. That's more than twice the number of people ICE arrested in the District during the first

six months of Trump's presidency, according to a Washington Post analysis of figures from the Deportation Data Project at the University of California at Berkeley.

The four plaintiffs, who were all arrested during the crackdown, continue to fear being arrested by ICE while going about their daily lives because they are Latino, the lawsuit claims.

The lawsuit was filed Thursday as a class-action case in the U.S. District Court for the District of Columbia. In addition to DHS and the agency's secretary, Kristi L. Noem, the other defendants it names are the Justice Department, Attorney General Pam Bondi, four agencies housed within those departments that plaintiffs say were also involved in the arrests - Immigration and Customs Enforcement, Customs and Border Protection, Border Patrol and the Drug Enforcement Administration - and their top officials.

Natalie Baldassarre, a Justice Department spokeswoman, declined to comment.

The suit outlines the stories of several plaintiffs arrested by ICE agents in D.C. despite having some form of protection from deportation or already being under ICE supervision.

The lead plaintiff, a 47-year-old Salvadoran man named José Escobar Molina, was arrested by ICE last month despite having had temporary protected status since 2001, the lawsuit claims. While walking from his Northwest Washington apartment to his work truck on the morning of Aug. 21, Escobar Molina was seized by unidentified federal agents, who arrested him without a warrant and without asking for his name or identification, the lawsuit said.

Escobar Molina told them he had papers, the lawsuit alleged, but the agents did not listen.

"No you don't. You are illegal," the agents responded, according to the lawsuit.

After agents put him in a car, Escobar Molina again told them he had papers.

"Shut up, bitch! You're illegal," the driver of the car yelled back.

The next day, after Escobar Molina was held overnight at an ICE processing facility in Chantilly, Virginia, an ICE supervisor realized he had temporary protected status, the suit claims.

Lawsuit accuses ICE of illegally arresting Latino immigrants in D.C.

Aditi Shah, a staff attorney at the American Civil Liberties Union of D.C. who is working on the case, said Escobar Molina's release showed that ICE knew "he shouldn't have been arrested or detained in the first place."

So many people had been arrested in the D.C. crackdown starting in mid-August that the Northern Virginia processing center - which is not designed for overnight stays - had become severely overcrowded with hundreds of people sleeping on floors for multiple days.

The lawsuit also describes several other Latino plaintiffs, referred to by pseudonyms, who were detained by ICE despite having pending asylum applications - including one 51-year-old man who was arrested in the parking lot of a D.C. Home Depot and then held for nearly four weeks in various detention centers before being released.

Stories like that one, Shah said, show how ICE's alleged violation of probable cause requirements have "sown terror" among the city's immigrant communities.

"This is a policy and practice of conducting unlawful arrests," she said. "People like our plaintiffs and other individuals whose stories we describe in the complaint are living in fear each day because they may be subject to arrest and detention."

White House officials said in a statement this month that of more than 2,600 criminal arrests between Aug. 7 and Sept. 14, more than 1,000 involved "illegal aliens."

The White House did not respond to questions Thursday on whether that figure included immigrants with open asylum applications or work permits.

The lawsuit also claims that the surge in arrests has caused harm to CASA, a nonprofit headquartered in Langley Park, Maryland, that works with tens of thousands of immigrants across the D.C. region.

"We are now having to focus on and instead respond to requests for assistance related to someone's detention," said Frimpong, the group's legal director. "We've had to divert resources to responding to the issues caused by the federal agents' illegal actions."

Lawsuit accuses ICE of illegally arresting Latino immigrants in D.C.

For instance, a team normally dedicated to helping people enroll in public benefits has devoted about a quarter of its time to responding to arrests, the lawsuit says. And legal teams have scrapped green card and naturalization legal clinics to help families locate their loved ones or find attorneys.

Moves such as those have hurt CASA's ability to meet deliverables required as a condition of some grants - in one case causing the organization to lose about half the funding in a county grant, the suit said.

## Notes

PUBLISHER: Washington Post

## Classification

**Language:** ENGLISH

**Publication-Type:** Web Publication

**Journal Code:** WPCOM

**Subject:** IMMIGRATION (99%); IMMIGRATION LAW (93%); CRIME, LAW ENFORCEMENT & CORRECTIONS (93%); ASSOCIATIONS & ORGANIZATIONS (90%); ARREST WARRANTS (90%); GOVERNMENT & PUBLIC ADMINISTRATION (78%); LAW ENFORCEMENT (90%); SUITS & CLAIMS (93%); VIOLENT CRIME (73%); HISPANIC AMERICANS (90%); POLITICAL ASYLUM (78%); LAW COURTS & TRIBUNALS (73%); SUPREME COURTS (73%); NEGATIVE PERSONAL NEWS (91%); US FEDERAL GOVERNMENT (89%); CLASS ACTIONS (78%); NATIONAL SECURITY (71%); PROBABLE CAUSE (91%); POLICE FORCES (78%); IMMIGRATION, CITIZENSHIP & DISPLACEMENT (96%); CRIMINAL OFFENSES (78%);

Lawsuit accuses ICE of illegally arresting Latino immigrants in D.C.

NATIONAL SECURITY & FOREIGN RELATIONS (91%); RACE & ETHNICITY (89%); DEPORTATION (89%); DECISIONS & RULINGS (72%); ARRESTS (92%); LITIGATION (94%); GOVERNMENT BODIES & OFFICES (91%); IMMIGRATION ENFORCEMENT (91%); SPECIAL INVESTIGATIVE FORCES (89%); PUBLIC OFFICIALS (90%); gcat Political/General News (%); gcom Society/Community (%); gcrim Crime/Legal Action (%); gethm Ethnic Minorities (%); gimm Human Migration (%); gpir Politics/International Relations (%); gsoc Social Issues (%)

**Person:** BRETT M KAVANAUGH (79%); DONALD TRUMP (90%)

**Geographic:** SAN FRANCISCO BAY AREA (79%); LOS ANGELES, CA, USA (79%); WASHINGTON DC, USA (99%); CALIFORNIA, USA (92%); MARYLAND, USA (92%); UNITED STATES (96%); NORTH AMERICA (79%); namz North America; usa United States; usdc Washington DC; uss Southern U.S.

IP Descriptors: immigration, Immigration, Religion, SocialIssues

**Load-Date:** September 25, 2025

---

**End of Document**

# Exhibit 18




| NOTICE | Due to the lapse in federal funding, this website will not be actively managed. Click here for more information. |
|---|---|

**Homeland Security**

U.S. Department of Homeland Security

# DHS Debunks New York Times False Reporting: DHS Does NOT Deport U.S. Citizens

**Release Date:** October 1, 2025

*Make no mistake, if you lay a hand on a law enforcement officer, you will be prosecuted to the fullest extent of the law*

**WASHINGTON** — The U.S. Department of Homeland Security (DHS) today sets the record straight, again, about the New York Times false and misleading report alleging DHS is targeting U.S. citizens during targeted U.S. Immigration and Customs Enforcement (ICE) operations.

## 'I'm From Here!': U.S. Citizens Are Ending Up in Trump's Dragnet

As immigration agents take a more aggressive approach, they have stopped and in some cases detained American citizens.

*"We have said it a million times: ICE does NOT arrest or deport U.S. citizens. One week after the terrorist attack targeting ICE in Dallas, the media is once again shamefully peddling a false narrative, attempting to demonize our DHS law enforcement agents, who are already facing a 1000% increase in assaults against them,"* said **Assistant Secretary Tricia McLaughlin**. *"Any U.S. citizens arrested are because of obstructing or assaulting law enforcement."*

The following are some of the FALSE claims made in the New York Times article and the facts from DHS:

**FALSE CLAIM**: *DHS roams the streets, courthouses, and workplaces demanding proof of citizenship from residents.*

**THE FACTS**: DHS enforcement operations are highly targeted and are not resulting in the arrest of U.S. citizens. We do our due diligence. We know who we are targeting ahead of time. If and when we do encounter individuals subject to arrest, our law enforcement is **trained to ask** a series of well-determined questions to determine status and removability. ICE does not arrest or detain U.S. citizens.

**FALSE CLAIM**: *Detainees are being held in immigration facilities overnight without access to a lawyer or even a phone call.*

**THE FACTS**: Any claim that there are subprime conditions at ICE detention centers are false. In fact, ICE has higher detention standards than most U.S. prisons that hold actual U.S. citizens. All detainees are provided with proper meals, medical treatment, and have opportunities to communicate with lawyers and their family members.

**FALSE CLAIM**: *Kenny Laynez-Ambrosio was innocently detained during a traffic stop.*

**THE FACTS**: On May 2, 2025, several adult male illegal aliens from Guatemala were arrested by U.S. Border Patrol agents responding to a request for assistance from Florida Highway Patrol (FHP) Troopers conducting a vehicle stop near John D. MacArthur Beach State Park in North Palm Beach, FL. During the encounter, Kenny Laynez who was part of a group of illegal aliens that **resisted arrest** during a traffic stop.

**FALSE CLAIM**: *Jason Brian Gavidia was innocently arrested during an immigration enforcement operation.*

**THE FACTS**: Gavidia was detained on the street for investigation for **interference** and released after being confirmed to be a U.S. citizen with no outstanding warrants.

**FALSE CLAIM**: *Javier Ramirez was driven around for hours and did not speak to a lawyer or any family member for three days.*

**THE FACTS**: Ramirez was arrested for **assaulting a law enforcement officer and interfering with agents performing their duties**.

**FALSE CLAIM**: *George Retes was wrongly arrested and held by ICE.*

**THE FACTS**: As U.S. Customs and Border Protection (CBP) and ICE agents were executing criminal search warrants on July 10 at the marijuana sites in Camarillo, CA, George Retes—a U.S. citizen—became v**iolent and refused to comply with law enforcement**. He challenged agents and **blocked their route by refusing to move his vehicle out of the road**. CBP arrested Retes for **assault.**

**FALSE CLAIM**: *Leonardo Garcia Venegas was wrongfully detained for hours.*

**THE FACTS**: During a targeted worksite operation, Garcia Venegas **attempted to obstruct and prevent the lawful arrest of an illegal alien**. He physically got in between agents and the subject they were attempting to arrest and refused to comply with numerous verbal commands. Anyone who actively obstructs law enforcement in the performance of their sworn duties, including U.S. citizens, will of course face consequences which include arrest

## Topics

IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

## Keywords

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)

Last Updated: 10/01/2025

# Exhibit 19



https://x.com/DHSgov/status/1971315047201694042

**Post**

**Homeland Security** ✓
@DHSgov

These are the types of anti-ICE LIES that place the men and women of @ICEgov in danger.

Allegations that DHS law enforcement officers engage in "racial profiling" are disgusting, reckless, and categorically FALSE.

What makes someone a target for immigration enforcement is if they are illegally in the U.S.—NOT their skin color, race, or ethnicity.

Under the fourth amendment of the U.S. Constitution, DHS law enforcement uses "reasonable suspicion" to make arrests. There are no "indiscriminate stops" being made. The Supreme Court recently vindicated us on this question. DHS enforces federal immigration law without fear, favor, or prejudice.

Race-baiting opportunism in the form of a baseless lawsuit is no better than when it comes from politicians or activists.

**Washington Examiner**    Subscribe

# DC residents file class action against ICE for 'arbitrary' arrests

4:45 PM · Sep 25, 2025 · **188.3K** Views

💬 619    🔁 790    ❤️ 2.8K    🔖 72

# Exhibit 20

10/2/25, 11:17 PM
Trump deploys National Guard to D.C., takes control of local police in crime crackdown - CBS News
Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 106 of 201

U.S.    Government Shutdown    Manchester Attack    World    Politics    HealthWatch    MoneyWatch

**POLITICS**

# Trump deploys National Guard to D.C., takes control of local police in crime crackdown

By **Kaia Hubbard**

Updated on: August 11, 2025 / 7:59 PM EDT / CBS News



*Washington* – President Trump said Monday that he is deploying members of the National Guard to Washington, D.C., and that the federal government has taken control of the D.C. police as part of a push to <u>crack down on crime</u> in the nation's capital, despite data showing crime has declined in the city in recent years.

"I'm announcing a historic action to rescue our nation's capital from crime, bloodshed, bedlam and squalor and worse," Mr. Trump said at a news conference at the White House. "This is liberation day in D.C., and we're going to take our capital back."

Flanked by Secretary of the Interior Doug Burgum, Attorney General Pam Bondi, Defense Secretary Pete Hegseth and FBI Director Kash Patel, Mr. Trump said he was officially enforcing Section 740 of the District of Columbia Home Rule Act of 1973 and placing the D.C. Metropolitan Police Department "under direct federal control." He said Bondi was taking control of the department immediately under a public safety emergency. A White House official later said the arrangement is expected to last 30 days, the maximum amount of time allowed under the law without action from Congress.

"In addition, I'm deploying the National Guard to help reestablish law, order and public safety in D.C., and they're going to be allowed to do their job properly," Mr. Trump said, adding later that about 800 guardsmen would be called up.

Hegseth said the Guard was formally mobilized Monday morning and would be "flowing into the streets of Washington in the coming week." In an accompanying executive order, Mr. Trump wrote that the deployment "shall remain in effect until I determine that conditions of law and order have been restored in the District of Columbia."

10/2/25, 11:17 PM
Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 108 of 201
Trump deploys National Guard in D.C., takes control of local police in crime crackdown - CBS News



Inside the $40,000 a year school where AI shapes every lesson, without teachers

Read More

Violent crime in D.C. has been declining for the last year and a half after spiking in 2023, according to local police data. So far this year, robberies have dropped

crime in the capital city hit its lowest level in more than 30 years, the Justice Department said.



President Trump delivers remarks during a press conference in the James S. Brady Press Briefing Room of the White House on Aug. 11, 2025.

ANDREW HARNIK / GETTY IMAGES

The president criticized what he called "phony numbers" on crime in D.C., saying the administration would "look into that." And he said the crime issue "directly impacts the functioning of the federal government and is a threat to America, really."

"We have other cities also that are bad. Very bad. You look at Chicago, how bad it is. You look at Los Angeles, how bad it is," Mr. Trump said. "We're not going to lose our cities over this."

The president said the effort "will go further," saying the administration is "starting very strongly with D.C." and "we're going to clean it up real quick."

Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 110 of 201

"It's becoming a situation of complete and total lawlessness," the president added. He called it "embarrassing" for him to be "up here talking about how unsafe and dirty and disgusting this once beautiful capital was," ahead of his meeting with Russian President Vladimir Putin on Friday.

The president cited a number of high-profile crimes, including the alleged assault of a former Department of Government Efficiency staffer last week, who the president said was "savagely beaten by a band of roving thugs after defending a young woman from an attempted carjacking." Shortly after the incident, the White House announced that it had boosted the presence of federal law enforcement in the district, as Mr. Trump threatened a federal takeover of the city.

Mr. Trump said a process had begun over the weekend to remove homeless encampments in the district. He noted that the Metropolitan Police Department and federal authorities would be supported by the 800 D.C. National Guardsmen and potentially "much more."

"If necessary, we're going to move servicemembers directly to joining the guardsmen," Mr. Trump said.

In an executive order declaring a crime emergency in the district, the president determined that "special conditions of an emergency nature exist" that require the use of the MPD for federal purposes, including maintaining law and order, protecting federal buildings, monuments and other federal property and ensuring the "conditions necessary for the orderly functioning of the Federal

Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 111 of 201

Government." The executive order directs the D.C. mayor to provide the services of the Metropolitan Police force for federal use "for the maximum period permitted under section 740 of the Home Rule Act."

The law allows the president to require the D.C. mayor to provide "such services of the Metropolitan Police force as the President may deem necessary and appropriate" for a period of 48 hours, a deadline that can be extended by notifying Congress about the takeover and how much longer it is likely to continue. A House Oversight Committee spokesperson confirmed to CBS News that the panel had been notified by the president of the extension beyond 48 hours. The statute says the president can control the police department for up to 30 days, "unless the Senate and the House of Representatives enact into law a joint resolution authorizing such an extension."

D.C. Mayor Muriel Bowser said that "we will follow the law" and comply with the president's order. She said she hopes to meet with Bondi soon, and noted that the D.C. police chief remains in operational control of the MPD.

"While this action today is unsettling and unprecedented, I can't say that, given some of the rhetoric of the past, that we're totally surprised," Bowser said at a news conference later in the day. "I can say to D.C. residents that we will continue to operate our government in a way that makes you proud."

The moves come after the administration deployed about 450 federal law enforcement officers from a number of agencies across D.C. overnight Sunday.

The president pledged in a social media post Sunday that he would "make our Capital safer and more beautiful than it ever was before."

"The Homeless have to move out, IMMEDIATELY," Mr. Trump said on Truth Social. "We will give you places to stay, but FAR from the Capital. The Criminals, you don't have to move out. We're going to put you in jail where you belong. It's all going to happen very fast, just like the Border."

The president previously deployed the National Guard in Los Angeles amid heated protests over immigration raids in June. Mr. Trump also deployed the National Guard in June 2020 to D.C. to quell protests after the death of George Floyd.

In March, Mr. Trump signed an executive order establishing a "D.C. Safe and Beautiful Task Force." He has said violent crime must be stopped in the district, claiming that it "has become one of the most dangerous cities anywhere in the World."

Bowser pushed back on the characterization of crime in the district, noting on Monday that violent crime is down following a well-documented spike in violence in 2023 in the wake of the COVID-19 pandemic.

"We have been able to reverse that 2023 crime spike. This year, crime isn't just down from 2023. It's also down from 2019, before the pandemic, and we're at a 30-year violent crime low," she said. "We're not satisfied. We haven't taken our foot off the gas. And we continue to look for ways to make our cities safer."

The mayor told MSNBC on Sunday that she has talked with Mr. Trump "repeatedly" about crime and that "the president is very aware of our efforts." Bowser acknowledged that "the D.C. National Guard is the president's National Guard, so that's always his prerogative." And she noted that "federal law enforcement is always on the street in D.C. and we always work cooperatively with them."

In another <u>post</u> later Sunday, the president said Bowser "is a good person who has tried, but she has been given many chances, and the Crime Numbers get worse, and the City only gets dirtier and less attractive."

Del. Eleanor Holmes Norton, a Democrat who represents the district in a nonvoting seat in the House, said Mr. Trump's move to federalize D.C. police is a "historic assault on D.C. home rule," calling it a "counterproductive, escalatory seizure of D.C.'s resources to use for purposes not supported by D.C. residents."

<u>Aaron Navarro</u> and <u>Weijia Jiang</u> contributed to this report.

**More from CBS News**

 40% of arrests in D.C. crackdown have been immigration-related, data shows

 Trump's legal crackdown on "sanctuary" jurisdictions yields few results so far

 Parts of Golden Gate National Recreation Area closed as government shutdown begins

 Blue Angels, military aircraft out of Salinas, California airshow due to government shutdown

In:   **Muriel Bowser**     **Donald Trump**     **National Guard of the United States**     **Crime** **Washington D.C.**

**Kaia Hubbard**

Kaia Hubbard is a politics reporter for CBS News Digital, based in Washington, D.C.

© 2025 CBS Interactive Inc. All Rights Reserved.

## Why Gen X is the real loser generation

PAID   THE ECONOMIST    Read More

## Sam Altman Lists 5 Books That Will Give You an Unfair Advantage

Ever since he was a kid, Sam Altman—the CEO of OpenAI —has been an avid reader. He shares the nine books that he thinks will change your life.

PAID   BLINKIST: SAM ALTMAN'S READING LIST

## Flight Attendant Reveals How Seniors Can Fly Business Class For The Price Of Economy

Americans, You'll Want To Check This Out ASAP!

PAID    AIRLINES | INSIDER DEALS

## Amazon Driver Reveals the Little-Known Secret That's Costing Amazon Big

This simple trick can save tons of money on amazon but most Prime members are ignoring it.

## Virginia Residents With Credit Card Debt Could Be In For Loan-Free Relief

Americans with over $20k in unsecured debt could reduce their eligible debt payments by 30% or more by doing

## French Scientists Discover New Method To Alleviate Senior Fatigue

New research suggests this method helps seniors who suffer from a deficiency, which can lead to fatigue, cold

## Palantir might be the most overvalued firm of all time

PAID    THE ECONOMIST    [ Read More ]

## Sharpen your chainsaw in 10 seconds without removing the chain.

PAID    SHERUM    [ Learn More ]

## Snoop's Crypto Cringe: Unc Fumbles the Bag with Trump Ties

PAID    BLAVITY.COM    [ Click Here ]

## The Rattler: A Free Newsletter Vehemently Defending Freedom

PAID    REASON    [ Subscribe ]

## Don't Miss Out on the All-New Toyota Tacoma Tacozilla

PAID    CAR & DRIVER

## Jeff Bezos Says the 1-Hour Rule Makes Him Smarter. I Gave It A Go.

Thousands swear by the morning routing of the 1-Hour Rule. I gave it a go to see what all the fuss is about.

10/2/25, 11:17 PM
Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 115 of 201
Trump deploys National Guard to D.C., takes control of local police in crime crackdown - CBS News

## Tirzepatide Wins For Weight Loss - Only $119/Month

Ships to your door. No insurance required. 3 simple steps.

PAID    FUTURHEALTH

## This 250th Anniversary Hat Is Being Snapped up in Ashburn

PAID    FANYIL    Shop Now

## Nobel Scientists Discover Method To Alleviate Senior Fatigue

New research suggests this method helps seniors who suffer from a deficiency, which can lead to fatigue, cold hands, and brain fog.

## Costco Shoppers Say This Fat-Burning Patch Triggers Weight Loss "Unlike Any Other"

PAID    CONSUMERSFIND    Learn More

## Dishonest Drivers Beware: This 4K Dash Cam Sees All

Amazon is Selling It Right Now, With Millions of Positive Reviews!

PAID    SHERUM    Learn More

## Touchdowns and Trump Moves: Football Players Embrace the Viral Dance Craze

PAID    BLAVITY.COM    Watch Now

## It's the Perfect Retirement Symbol

Our unisex Hawaiian hat is the perfect badge of retirement. Buy 2, get 10% off. Shop today.

PAID    FANYIL    Shop Now

## Edema Is Not From Salty Food. Meet the Real Enemy of Swollen Legs

PAID    FOOTRENEW

## Judge denies bid to reopen Abrego Garcia case

CBS NEWS

## Sam's Club Is Offering Its Best Membership Deal of the Year: Join Sam's Club for Just $15

10/2/25, 11:17 PM
Case 1:25-cv-03417-BAH Document 17-1 Filed 10/03/25 Page 116 of 201
Trump deploys National Guard to D.C., takes control of local police in crime crackdown - CBS News

## Your Dog Will Absolutely Love This Anti-Anxiety Dog Bed!

But don't just take our word for it — this bed is recommended by over 600,000 dog owners! It helps relieve stress and anxiety, so your dog can finally sleep peacefully. Now 60% OFF

## Neuropathy? When The Burning, Tingling & Numbness Won't Stop - Do This

PAID   TRENDING NEWS   Learn More

## Edema is Not From Salty Food! Meet The Main Enemy of Edema

PAID   FOOTRENEW

## Heidi Klum Halloween Costumes Through the Years

She's thrown ~Heidiween~ for over 20 years and counting.

PAID   COSMOPOLITAN

## Your jackpot journey starts here - Play slots now!

PAID   SPLIT RICHES   Learn More

## Neither Left nor Right: A Newsletter for Libertarians.

If you are tired of echo chambers and partisan news, try this daily newsletter. No cost.

PAID   REASON   Sign Up

**Featured**

Hegseth Military Meeting

Government Shutdown 2025

NFL Week 4 Picks

CFB Week 5 What to Watch

**Follow Us On**

YouTube

10/2/25, 11:17 PM
Case 1:25-cv-03417-BAH   Document 17-1   Filed 10/03/25   Page 117 of 201
Trump deploys National Guard to D.C., takes control of local police in crime crackdown - CBS News

Facebook

Instagram

X

**Privacy**

Privacy Policy

California Notice

Your Privacy Choices

Terms of Use

**More from CBS News**

Newsletters

Podcasts

Download Our App

Brand Studio

Sitemap

**Company**

About Paramount

Advertise With Paramount

Join Our Talent Community

Help

Feedback

Copyright ©2025 CBS Interactive Inc. All rights reserved.

# Exhibit 21

Exhibit 21
intentionally omitted.

# Exhibit 22

## The White House Marching Orders That Sparked the L.A. Migrant Crackdown;  After deportations fell short of President Trump's campaign promises, federal agents summoned to a meeting in Washington were told to 'just go out there and arrest illegal aliens'

The Wall Street Journal Online

June 10, 2025

Copyright 2025 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2025 Dow Jones & Company, Inc. All Rights Reserved.

**THE WALL STREET JOURNAL.**

**Section:** POLITICS; Politics and Policy

**Length:** 2151 words

**Byline:** By Elizabeth Findell, Ruth Simon, Michelle Hackman and Tarini Parti

## Body

Even with the high-profile arrests of suspects by masked immigration agents and the plane loads of migrants swiftly ferried out of the U.S., President Trump was falling short of the number of daily deportations

carried out by the Biden administration in its final year.

So in late May, Stephen Miller, a top White House aide and the architect of the president's immigration agenda, addressed a meeting at the headquarters of Immigration and Customs Enforcement, known as ICE. The message was clear: The president, who promised to deport millions of immigrants living in the country illegally, wasn't pleased. The agency had better step it up.

Gang members and violent criminals, what Trump called the "worst of the worst," weren't the sole target of deportations. Federal agents needed to "just go out there and arrest illegal aliens," Miller told top ICE officials, who had come from across the U.S., according to people familiar with the meeting.

Agents didn't need to develop target lists of immigrants suspected of being in the U.S. illegally, a longstanding practice, Miller said. Instead, he directed them to target Home Depot, where day laborers typically gather for hire, or 7-Eleven convenience stores. Miller bet that he and a handful of agents could go out on the streets of Washington, D.C., and arrest 30 people right away.

"Who here thinks they can do it?" Miller said, asking for a show of hands.

The White House Marching Orders That Sparked the L.A. Migrant Crackdown After deportations fell short of President Trump's campaign promises, federal agents sum....

ICE agents appeared to follow Miller's tip and conducted an immigration sweep Friday at the Home Depot in the predominantly Latino neighborhood of Westlake in Los Angeles, helping set off a weekend of protests around Los Angeles County, including at the federal detention center in the city's downtown. On Saturday, Trump ordered 2,000 National Guard troops to Southern California, despite objections by Gov. Gavin Newsom.

Law-enforcement officers used tear gas, rubber bullets and flash-bang stun grenades against increasingly unruly crowds. Demonstrators threw tree branches, scooters, fireworks and debris from a freeway overpass onto police vehicles below. The unrest continued Monday and roughly 700 Marines were dispatched to protect federal property and personnel.

"To do this in militaristic gear in L.A. is intended to notch up the image of deportations being in high gear," said Muzaffar Chishti, senior fellow at the Migration Policy Institute. "But the actual deportations are paltry compared with the imagery."

Since Miller's meeting with ICE officials, daily arrests have risen, according to ICE officials.

There are no written directives, but officers have been told to "do what you need to do" to make more arrests, according to current and former ICE officials familiar with the directives.

The administration's immigration enforcement is a sharp break with past government practices, according to attorneys, immigration advocates and officials from previous administrations.

Federal agents make warrantless arrests. Masked agents take people into custody without identifying themselves. Plainclothes agents in at least a dozen cities have arrested migrants who showed up to their court hearings. And across the U.S., people suspected of being in the country illegally are disappearing into the federal detention system without notice to families or lawyers, according to attorneys, witnesses and officials.

In Coral Springs, Fla., at least eight agents in tactical gear, shields and rifles surrounded a home with guns raised to arrest a father with no criminal history. In Irvine, Calif., ICE agents drove a phalanx of military vehicles in the Orange County suburb to arrest a person, though not for illegal immigration. They were seeking a resident's son who had allegedly posted fliers alerting neighbors to the presence of ICE agents.

The raid alarmed the Foundation for Individual Rights and Expression, an organization that defends free speech, which requested a copy of the warrant. "Criticism of government officials is core protected speech, and to criticize them you have every right to identify them," said Aaron Terr, the group's director of public advocacy.

The Trump administration defends its tactics for arrests, including many documented in cellphone videos and posted on social media. ICE officers have been donning protective gear and concealing their faces because of threats, said Tom Homan, the White House border czar. "They're simply trying to enforce the law, and they're trying to protect themselves," he said.

"Keeping President Trump's promise to deport illegal aliens is something the administration takes seriously," said Abigail Jackson, a White House spokeswoman.

Breaking glass

The White House Marching Orders That Sparked the L.A. Migrant Crackdown After deportations fell short of President Trump's campaign promises, federal agents sum....

The Trump administration hopes news reports and other publicity about its tough enforcement actions will prompt immigrants who are in the country illegally to leave the U.S. voluntarily. Migrants have been offered a $1,000 payment if they document their departures.

On social media, regional ICE offices post photos of immigrants taken into custody along with photos of burly ICE agents, their faces masked or blurred or their backs turned. "Over the past 100 days, ICE and our partners have accomplished some amazing feats," the ICE office in Houston posted on X.

The Border Patrol's El Centro sector in Southern California posted photos of a broken car window on Facebook: The caption said, "This illegal alien is listing his accomplishments for the past week: Refused to open window during an immigration inspection; Got his window shattered for an extraction."

Alfredo "Lelo" Juarez Zeferino, a Washington state farmworkers union organizer, was another ICE target. Agents in an unmarked car stopped him as he was driving his wife to her job at a tulip farm. The agents, who didn't show badges or identification, smashed in his window and pulled him from the car, according to Familias Unidas por la Justica, a farmworker union.

ICE has stopped regularly publishing arrest data, and has been accused of overstating the numbers. The Trump administration arrested roughly 66,500 migrants living in the U.S. illegally and deported nearly 66,000 in its first 100 days, a higher pace of arrests compared with 2024, and a slightly slower pace for deportations.

Earlier this year, ICE officials set daily arrest quotas and deputized agents from the Federal Bureau of Investigation and other law-enforcement agencies. ICE officials eliminated a Biden-era policy that blocked officers from arresting people without proof of legal residency who happened to be in the vicinity of targeted suspects. Raids at schools, churches and hospitals are now allowed.

In February, two agents wearing tactical gear entered El Potro's Mexican Cafe and Cantina in Liberty, Mo., while another guarded the front door, according to a lawsuit filed in the U.S. District Court in Chicago. In all, more than 10 agents participated.

The ICE agents said they were looking for someone, but didn't say who, or provide a photograph, according to the lawsuit. Agents arrested 12 restaurant employees. The suit against the government alleges that the arrests were made without a warrant or probable cause that the workers would flee. In a court filing, much of which was redacted, the government said the arrests "were supported by documented, probable cause determinations."

One problem for the administration was that ICE had only about 5,000 officers ready and trained to make arrests, according to an agency official. As ICE officers face more threats, they form ever-larger teams to conduct arrests, officials said. Larger teams means ICE can be in fewer places.

Officials from the White House and the Department of Homeland Security have made clear there will be consequences for not hitting arrest targets. Top officials at DHS have pushed out one acting ICE director and are threatening a second.

Late last month, the top ICE official overseeing arrests and deportations, Kenneth Genalo, resigned rather than fire deputies for poor performance, said people familiar with the matter.

One reason deportations haven't picked up might be that ICE operations have received so much attention, prompting migrants to be more cautious, according to agents and leaders.

The White House Marching Orders That Sparked the L.A. Migrant Crackdown After deportations fell short of President Trump's campaign promises, federal agents sum....

A Cuban man in San Antonio being processed by ICE agents and law enforcement officers after being arrested last month while driving his children to school. PHOTO: Danielle Villasana for WSJ

Last kiss

On a recent morning, half a dozen SUVs waited in the dark of a suburban neighborhood in San Antonio. Agents joked over the radio about how easy they were to spot: They had struggled to turn off their automatic headlights, and two neighbors drove around the block, peering into the agents' windows before returning to their driveways.

Minutes later, their target, a Cuban father who worked at a local candy factory, began loading two young children into a red SUV. The agents initially planned to follow and arrest him after he had dropped the children at school. Instead, they decided to arrest him immediately because the children's mother was also in the car.

With lights flashing, the SUVs converged on the car. The man stepped from the driver's seat with his hands up while the woman in the passenger seat scolded the agents for arresting him in front of the children. She asked if she could give her husband a kiss before they took him. None of the agents responded.

The agents next tailed a yellow pickup through a taqueria restaurant drive-through line before arresting the driver. They let him go when he showed a Global Entry card proving he was a U.S. citizen. Agents said they may have confused the man with his son.

Elsewhere, Americans detained by ICE have said they were held for hours or longer before being allowed to prove their citizenship.

ICE agents checking the identification of a man they were set to arrest in San Antonio. He was released after proving he was a U.S. citizen. PHOTO: Danielle Villasana for WSJ

Courthouse arrests have become a nationwide strategy, according to DHS officials and lawyers. They allow ICE to boost arrest numbers with fewer resources. It also puts migrants in a corner: Should they risk arrest by following the legal process and appearing in court?

At a court in Phoenix last month, attorney Isaac Ortega said prosecutors requested dismissals for a string of cases, including that of his client, a Venezuelan man who had entered the U.S. legally under a Biden administration program terminated by Trump.

After the man left the hearing room, agents arrested him. They refused to identify themselves, answer questions or show a warrant.

"It was completely out of the norm," Ortega said.

Other lawyers say clients have been denied access to legal counsel. Luis Campos, a Tucson-based attorney, said a Border Patrol agent physically blocked him from seeing a woman on the maternity ward who had just given birth. The woman and her family had requested that she have counsel, Campos said. ICE said all laws and procedures were followed.

The White House Marching Orders That Sparked the L.A. Migrant Crackdown After deportations fell short of President Trump's campaign promises, federal agents sum....

In some jurisdictions, agents said their supervisors have allowed them to more frequently seek criminal warrants to arrest targets. Administrative warrants are typically used for illegal immigration, which is a civil, not a criminal, violation. Criminal warrants allow agents to break down doors and forcibly enter homes.

Bags with the belongings of people who were arrested by ICE agents in San Antonio. PHOTO: Danielle Villasana for WSJ

Maksim Zaitsev, a 36-year-old Russian citizen with a pending asylum case, said he was beaten by ICE agents after calling for his wife when the agents arrested him during an immigration check-in at an ICE office. "It was like I was in a washing machine," Zaitsev said in an interview from a detention facility in Adelanto, Calif.

Photographs in court filings show Zaitsev with bruises and scabs on his face. Zaitsev was charged for biting an officer, but a federal judge dismissed the assault case, citing government misconduct. Zaitsev said it was self-defense.

"We came to the United States for protection because of what we encountered in Russia," he said. "It seems that we are encountering here what we fled."

Videos shared on social media show plainclothes men, one masked, arresting people at a courthouse in Albemarle County, Va., without identifying themselves or their agency. That prompted James Hingeley, the county's elected commonwealth attorney, to launch an investigation. ICE said in a statement that the arrest was a lawful operation by its agency and bystanders who attempted to intervene would be prosecuted.

Hingeley said arrests by officers who don't identify themselves pose a threat to the people being taken into custody, as well as to bystanders. "If you operate as if you're a street gang," he said, "you create a danger to yourself and the public."

Write to Elizabeth Findell at elizabeth.findell@wsj.com , Ruth Simon at Ruth.Simon@wsj.com , Michelle Hackman at michelle.hackman@wsj.com and Tarini Parti at tarini.parti@wsj.com

## Notes

PUBLISHER: Dow Jones & Company, Inc.

## Classification

**Language:** ENGLISH

**Publication-Type:** Web Publication

**Journal Code:** WSJO

The White House Marching Orders That Sparked the L.A. Migrant Crackdown After deportations fell short of President Trump's campaign promises, federal agents sum....

**Subject:** IMMIGRATION (94%); IMMIGRATION, CITIZENSHIP & DISPLACEMENT (93%); DEPORTATION (92%); NATIONAL SECURITY & FOREIGN RELATIONS (92%); ARRESTS (90%); ILLEGAL IMMIGRANTS (90%); IMMIGRATION ENFORCEMENT (90%); SPECIAL INVESTIGATIVE FORCES (90%); TALKS & MEETINGS (90%); US PRESIDENTS (90%); CRIME, LAW ENFORCEMENT & CORRECTIONS (89%); WEAPONS & ARMS (89%); DAY LABORERS (78%); IMMIGRATION LAW (78%); LAW ENFORCEMENT (78%); NEGATIVE MISC NEWS (78%); NEGATIVE NEWS (78%); PROTESTS & DEMONSTRATIONS (78%); TEAR GAS (78%); TRENDS & EVENTS (74%); LAWYERS (73%); VIOLENT CRIME (73%); ARMED FORCES (62%); MILITARY WEAPONS (62%); GRENADES (61%); ccat Corporate/Industrial News (%); csmlbs Small/Medium Businesses (%); gcat Political/General News (%); gcivds Civil Unrest (%); gcns National/Public Security (%); gcom Society/Community (%); gcrim Crime/Legal Action (%); gillim Illegal Immigration (%); gimm Human Migration (%); gpir Politics/International Relations (%); gpol Domestic Politics (%); grisk Risk News (%); gsoc Social Issues (%); nanl Analyses (%); ncat Content Types (%); ncolu Columns (%); nfact Factiva Filters (%); nfcpex C&E Executive News Filter (%); nimage Images (%); nstacs Statistics (%); PROVIDER TERMS: bureau/Politics Campos, Luis Chishti, Muzaffar coverage/Enterprise coverage/Washington Enterprise Exclusive Analysis Genalo, Kenneth Hingeley, James Homan, Tom Integrated Webview Jackson, Abigail Law leder Miller, Stephen MVPTEST Newsom, Gavin NWREGULAR Ortega, Isaac Policy Politics Politics and Policy PTC SYND Tell me something I don't know Terr, Aaron US News Washington Wires WPWSJ00027089433 WSJ WSJ Japanese WSJ-PRO-WSJ.com WSJ.com WSJ.com Site Search WSJAsia WSJEurope wsjwashington wsjwashington-politics xBrand Immersive XBRNDIMMRS Zaitsev, Maksim Zeferino, Juarez (%)

**Company:** HOME DEPOT INC (83%);  7-ELEVEN INC (55%); usice United States Immigration and Customs Enforcement

**Organization:** US IMMIGRATION & CUSTOMS ENFORCEMENT (83%)

**Ticker:** HD (NYSE) (83%)

**Company-Number:** DJ Ticker: bureau/Politics Campos, Luis Chishti, Muzaffar coverage/Enterprise coverage/Washington Enterprise Exclusive Analysis Genalo, Kenneth Hingeley, James Homan, Tom Integrated Webview Jackson, Abigail Law leder Miller, Stephen MVPTEST Newsom, Gavin NWREGULAR Ortega, Isaac Policy Politics Politics and Policy PTC SYND Tell me something I don't know Terr, Aaron US News Washington Wires WPWSJ00027089433 WSJ WSJ Japanese WSJ-PRO-WSJ.com WSJ.com WSJ.com Site Search WSJAsia WSJEurope wsjwashington wsjwashington-politics xBrand Immersive XBRNDIMMRS Zaitsev, Maksim Zeferino, Juarez

**Industry:** NAICS444110 HOME CENTERS (83%); NAICS445131 CONVENIENCE RETAILERS (55%); NAICS457110 GASOLINE STATIONS WITH CONVENIENCE STORES (55%); SIC5411 GROCERY STORES (55%); LAWYERS (73%); CONVENIENCE STORES (66%); ARMED FORCES (62%); MILITARY WEAPONS (62%); EMERGENCY VEHICLES (61%); RETAILERS (51%); BRIDGES & TUNNELS (50%)

The White House Marching Orders That Sparked the L.A. Migrant Crackdown After deportations fell short of President Trump's campaign promises, federal agents sum....

**Person:** DONALD TRUMP (90%); GAVIN NEWSOM (79%); JOE BIDEN (79%)

**Geographic:** LOS ANGELES, CA, USA (92%); SAN ANTONIO, TX, USA (79%); CALIFORNIA, USA (94%); WASHINGTON DC, USA (92%); TEXAS, USA (79%); UNITED STATES (97%); NEW ZEALAND (92%); AUSTRALIA (79%); NORTH AMERICA (79%); OCEANIA (79%); apacz Asia Pacific; ausnz Australia/Oceania; namz North America; nz New Zealand; sant San Antonio; usa United States; usca California; usdc Washington DC; uss Southern U.S.; ustx Texas; usw Western U.S.

IP Descriptors: bureau/Politics Campos, Luis Chishti, Muzaffar coverage/Enterprise coverage/Washington Enterprise Exclusive Analysis Genalo, Kenneth Hingeley, James Homan, Tom Integrated Webview Jackson, Abigail Law leder Miller, Stephen MVPTEST Newsom, Gavin NWREGULAR Ortega, Isaac Policy Politics Politics and Policy PTC SYND Tell me something I don't know Terr, Aaron US News Washington Wires WPWSJ00027089433 WSJ WSJ Japanese WSJ-PRO-WSJ.com WSJ.com WSJ.com Site Search WSJAsia WSJEurope wsjwashington wsjwashington-politics xBrand Immersive XBRNDIMMRS Zaitsev, Maksim Zeferino, Juarez

IP Codes: bureau/Politics Campos, Luis Chishti, Muzaffar coverage/Enterprise coverage/Washington Enterprise Exclusive Analysis Genalo, Kenneth Hingeley, James Homan, Tom Integrated Webview Jackson, Abigail Law leder Miller, Stephen MVPTEST Newsom, Gavin NWREGULAR Ortega, Isaac Policy Politics Politics and Policy PTC SYND Tell me something I don't know Terr, Aaron US News Washington Wires WPWSJ00027089433 WSJ WSJ Japanese WSJ-PRO-WSJ.com WSJ.com WSJ.com Site Search WSJAsia WSJEurope wsjwashington wsjwashington-politics xBrand Immersive XBRNDIMMRS Zaitsev, Maksim Zeferino, Juarez

**Load-Date:** June 11, 2025

---

**End of Document**

# Exhibit 23

10/1/25, 10:50 PM                 US immigration officers ordered to arrest more people even without warrants | US immigration | The Guardian

Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 129 of 201

## US immigration

🕐 This article is more than **3 months old**

# US immigration officers ordered to arrest more people even without warrants

**Exclusive: Ice officers told to get 'creative' with arrests, including of undocumented people encountered by chance**



📷 An Ice agent in Chicago in January. Photograph: Christopher Dilts/Bloomberg via Getty Images

**José Olivares** *in New York*

Wed 4 Jun 2025 07.00 EDT

Senior US immigration officials over the weekend instructed rank-and-file officers to "turn the creative knob up to 11" when it comes to enforcement,

including by interviewing and potentially arresting people they called "collaterals", according to internal agency emails viewed by the Guardian.

Officers were also urged to increase apprehensions and think up tactics to "push the envelope" one email said, with staff encouraged to come up with new ways of increasing arrests and suggesting them to superiors.

"If it involves handcuffs on wrists, it's probably worth pursuing," another message said.

The instructions not only mark a further harshening of attitude and language by the Trump administration in its efforts to fulfill election promises of "mass deportation" but also indicate another escalation in efforts, by being on the lookout for undocumented people whom officials may happen to encounter – here termed "collaterals" – while serving arrest warrants for others.

The emails, sent by two top Immigration and Customs Enforcement (Ice) officials this past Saturday, instructed officers around the country to increase arrest numbers over the weekend. This followed the Department of Homeland Security secretary, Kristi Noem, and the White House deputy chief of staff, Stephen Miller, pressing immigration officials last month to jack up immigration-related arrests to at least 3,000 people a day.

One of the emails, written by Marcos Charles, the acting executive associate director of Ice's enforcement and removal operations, instructs Ice officials to go after people they may coincidentally encounter.

"All collaterals encounters [sic] need to be interviewed and anyone that is found to be amenable to removal needs to be arrested," Charles wrote, also saying: "We need to turn up the creative knob up to 11 and push the envelope."

The email later added: "We complained for the last four years about not being allowed to do our job, and now the time has come for us to step up!"

Experts explained that collateral arrests happen when Ice has a warrant to arrest a particular person or persons but when they arrive, they might encounter additional people, such as relatives or co-workers, and then arrest them as well. This despite not having additional warrants or necessarily any evidence of crimes. Being undocumented in the US is a civil offense, not criminal, so "collateral" arrests may oftentimes include people with no criminal backgrounds.

Case 1:25-cv-03413-BAH    Document 17-1    Filed 10/03/25    Page 131 of 201

Ice is typically required to have a warrant before they arrest someone. Although not illegal, the practice of collateral arrests without a warrant has been less common, due to heightened legal requirements.

"I am extremely troubled by [the emails] for a number of reasons," said Mark Fleming, associate director of litigation at the National Immigrant Justice Center (NIJC). Fleming said the emails suggest an attempt by Ice to skirt the legal requirements for warrantless arrests.

In 2022, a court settlement put in place some rules for Ice, requiring the agency to have warrants to justify an arrest. If officers did not have a warrant during a collateral arrest, Ice had to show probable cause to justify the arrest and detention. Notably, an officer had to document that a person was likely to escape before getting the additional warrant.

The settlement terms ended in mid-May. But Fleming and the NIJC are challenging the Trump administration, claiming that the settlement should continue to protect people from warrantless arrests. They also accuse Ice of violating the settlement terms earlier this year when Ice officials unlawfully arrested a number of people without obtaining warrants, Fleming and the NIJC said, and then generating the warrant after the arrests.

The emails obtained by the Guardian, Fleming said, shows that Ice "learned nothing from the litigation and the policy that resulted. It sure seems like there is an intention to once again violate both the statute but also the requirements for making warrantless arrests."

## Sign up to This Week in Trumpland          ✉ Free newsletter

A deep dive into the policies, controversies and oddities surrounding the Trump administration

**Enter your email address**

[                                                                    ]   Sign up

**Privacy Notice:** Newsletters may contain information about charities, online ads, and content funded by outside parties. If you do not have an account, we will create a guest account for you on theguardian.com to send you this newsletter. You can complete full registration at any time. For more information about how we use your data see our Privacy Policy. We use Google reCaptcha to protect our website and the Google Privacy Policy and Terms of Service apply.

Another email reviewed by the Guardian was sent on Saturday by a senior longtime Ice official, Francisco Madrigal.

"While the weekend is still young, please look at efforts to increase our arrests over these two days compared to our results from last weekend,"

Madrigal wrote. "We know there are different dynamics to consider on Sats and Sundays, and many of you have been pushing what works and trying out new lines of effort as well.

"If you'd like to run something up or if we can help give a push somewhere, please reach out. If it involves handcuffs on wrists, it's probably worth pursuing," Madrigal added.

The Trump administration has roped in other federal agencies and further deputized local law enforcement officials as it pushes to widen its dragnet. Charles also asked officials, on the topic of collateral arrests and increased efforts, to "convey this to your local federal partners and teams".

The Department of Homeland Security responded that the Trump administration was pursuing "criminal illegal aliens".

"After four years of not being allowed to do their jobs, Ice officers are being empowered under President Trump and Secretary Noem's leadership to enforce the law and arrest illegal aliens," the DHS assistant secretary Tricia McLaughlin said in a statement. "Although it may come as a shock to the Guardian that the Trump administration is arresting illegal aliens, this is not groundbreaking news, and it is exactly what the American people elected President Trump to do."

Michael Kagan, the director of the UNLV Immigration Clinic, said the push to arrest people without warrants was a divergence from Obama- and Biden-era policies, during which Ice prioritized arresting people with criminal backgrounds. Under the first and current Trump administrations, "everyone can be a priority", he said.

"Collateral arrests are an outgrowth of that," Kagan added, warning that they can open the door to abuses, including racial profiling and the arrest of US citizens. "It's about immigration enforcement becoming indiscriminate and just targeting whoever they can get their hands on, rather than a more targeted approach."

## Most viewed

# Exhibit 24

CAR T-Cell Therapy Access Barriers     M.D./alert®     S

**Chicago**  |  News   Weather   Sports   Video                          ☁ 70°

LOCAL NEWS

# FBI reports "targeted immigration enforcement operation" in South Shore, Chicago



By Lauren Victory, Sabrina Franza
Updated on: September 30, 2025 / 6:58 PM CDT / CBS Chicago

Federal agents reported in the South Shore neighborhood were part of a "U.S. Border Patrol targeted immigration enforcement operation" overnight, the FBI confirmed.



Agents were seen holding long guns outside a residential building overnight near 75th Street and South Shore Drive. Most federal agents were wearing camouflage with vests that read U.S. Border Patrol, Police, or FBI. Several agents were seen on an armored green truck, going in and out of U-Haul and Budget rental trucks.

Women and children appear to be some of the people led away by federal agents and taken into vans staged in a parking lot near a school. Officials have not confirmed how many people were taken into custody.

CBS News Chicago spoke to a man who says his boyfriend, who is a U.S. citizen, was escorted off the premises by federal agents.

"Ziptied, they put him in a bus, they had immigrants and the Black people in one bus. They still, they said they were checking people for warrants," Marlee Sanders said.

AD



Sanders took CBS News crews inside the building, where he said federal agents busted holes through walls and doors to access the people living inside. Those doors are now boarded up following the operation.

10/1/25, 11:04 PM
Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 137 of 201
Failure parts targeted immigrant enforcement operation in South Shore, Chicago - CBS Chicago



CBS News crews were taken inside the building, where federal agents busted holes through walls and doors to access the people living inside

CBS NEWS CHICAGO

Law enforcement sources said that what happened is protocol to briefly detain everyone in a large building to keep everyone safe during a mission.

Residents who live inside the building said they were shocked by how they were treated.

Pertissue Fisher said she was detained by federal agents and asked if she was a U.S. citizen.

"They asked me was I was a U.S. citizen, I said yeah. I was born here."

She was held for hours in a van with other neighbors while agents confirmed her identity, citizenship, and confirmed she had no active warrants.

Fisher described the scene as she said children were also led out of the building.

"No shoes, the kids didn't had no shoes, no pants on. They just treated us like we were nothing."

"He said he had warrants for five people, so I said, 'So why you detaining the whole building?' He said it's for the safety of our people."

Ebony Watson watched and filmed what was a massive show of force, and rental trucks were used in the mission alongside ICE, FBI, and other federal agencies.

CBS News Chicago tried to contact the property manager of the building, but no one would meet or give us any information about what happened.

"It's crazy, it felt like we were under siege last night," Darrell Ballard said.

The neighborhood is still trying to get questions answered about what happened.

"They brought a baby out completely naked and wouldn't allow the mother the chance to clothe her child, it's, it's distressing," Ballard said.

The FBI spokesperson did not provide further details. CBS News Chicago reached out to ICE, Homeland Security, and Border Patrol for information about the operation, including how many were detained and why, but has yet to hear back.

10/1/25, 11:04 PM
Trump seeking to deploy troops to protect ICE in Illinois - CBS Chicago
Case 1:25-cv-03417-BAH   Document 17-1   Filed 10/03/25   Page 139 of 201

Watch CBS News

# Trump seeking to deploy troops to protect ICE in Illinois

This comes a day after Gov. JB Pritzker said his administration learned the Trump administration is seeking to deploy 100 troops in Illinois, following the deployment of armed federal agents in downtown Chicago over the weekend, and multiple clashes between protesters and ICE agents in west suburban Broadview in recent weeks.

Pritzker said the Illinois National Guard has learned the Department of Homeland Security sent a memo to the Pentagon, requesting the deployment of 100 military troops in Illinois to protect ICE personnel and facilities. The governor's office said it's unclear if those troops would be Illinois National Guard, National Guard members from other states, or active-duty military troops.

Pritzker and Mayor Brandon Johnson both have repeatedly said that the Trump administration's immigration crackdown in the Chicago area, and his repeated threats to send in troops have nothing to do with public safety.

## More from CBS News

 37 arrested in South Shore ICE raid that DHS claims targeted gang

Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 140 of 201


Federal officials target Twin Cities in immigration fraud investigation


Pepper ball fired at CBS Chicago reporter part of incidents involving media outside Broadview ICE facility


Federal judge sends case against 8 suspects in July 4 ICE facility attack in Texas to a grand jury

In:   **South Shore**     **Immigration**     **Chicago**

**Lauren Victory**

Lauren Victory is a Morning Insider reporter for CBS2 Chicago. Lauren joined the station in May 2016 and is a graduate of the Medill School of Journalism at Northwestern…

© 2025 CBS Broadcasting Inc. All Rights Reserved.

Pritzker compares Trump to Putin, calls for invoking 25th Amendmen…

Discover

Watch CBS News

## Take a Shot at Saving

Show off your good driving skills with Snapshot and see if you could save.

PAID  PROGRESSIVE INSURANCE  Get quote

## Hi-Neck Sleeveless 100% Pima Cotton Blouse, Scarlet Red - True Fit - Scarlet Red / M

Elevate your ensemble with the refined structure of this Hi-Neck Sleeveless Cotton Blouse. Designed with a

## Discover a prostate cancer Rx treatment.

All Rights Reserved. 074-0555-PM 02/22

PAID  XTANDI.COM  Learn More

## Sam Altman Lists 5 Books That Will Give You an Unfair Advantage

Ever since he was a kid, Sam Altman—the CEO of OpenAI —has been an avid reader. He shares the nine books that he thinks will change your life.

PAID  BLINKIST: SAM ALTMAN'S READING LIST

## Heritage Crochet Knit Jacket - Modern Fit - Aquatic/White / XL

Our Heritage Crochet Knit Jacket features an intricate crochet design. This jacket is adorned with braided trim, offering design and interest to the piece. The addition of soft shoulder pads help create structure with this jack…

## HelloFresh Vs. Blue Apron: Which Meal Kit Is Worth Your Money In 2025?

Meal Kit Face-Off: Who Comes Out On Top?

## Squad Goals

We'll help you find a great rate, even if it's not with us!

PAID  PROGRESSIVE INSURANCE  Get quote

## Ashburn: Here's The Average Price of a 6-Hour Gutter Upgrade

Thanks to this smart gutter upgrade its never been easier to prevent clogs and water damage and keep your home protected year-round.

## The Name Your Price® tool

Try our handy online tool today and we'll help get you options that fit your budget.

10/1/25, 11:04 PM
Case 1:25-cv-03418-BAH   Document 17-1   Filed 10/03/25   Page 142 of 201
Fed. reports target of immigration enforcement operation on South Shore, Chicago | CBS Chicago

Watch CBS News

PAID   PROGRESSIVE INSURANCE   [ Get quote ]

## Discover Canva for Campus

Help your students build in-demand visual skills with Canva for Campus. Reach out to our team today to learn more.

## Replace Your Entire Roof in as Little as 1 Day!

Don't buy a new roof until you check this out.

PAID   METAL ROOFING INNOVATIONS   [ Learn More ]

## See Why Thousands Trust This Home Warranty

Get peace of mind—affordable coverage for appliances and systems.

PAID   FIRST AMERICAN HOME WARRANTY   [ Learn More ]

## Costco Shoppers Say This Fat-Burning Patch Triggers Weight Loss "Unlike Any Other"

PAID   CONSUMERSFIND   [ Learn More ]

## We Did The Research On HelloFresh And Blue Apron For You

Big Differences, One Clear Winner

PAID   POPDUST   [ Learn More ]

## Residents in Virginia With Credit Card Debt Could Be in for a Big Surprise

PAID   WEEKLY FINANCIAL SOLUTIONS

## Residents In Virginia With Credit Card Debt Could Be In For A Big Surprise

There's a way to pay off credit card debt without getting a loan.  See if you are eligible for the program.

PAID   WEEKLY FINANCIAL SOLUTIONS

## The Smart Way to Handle Home Repairs

Plans from just $28/month. For a limited time, use promo code FA200 for $200 off.

PAID   FIRST AMERICAN HOME WARRANTY   [ Learn More ]

## 8 Dumbest Things Middle-Class Americans Waste Money On

Think you're good with money? These hidden money traps are fooling even the smartest Americans.

PAID   FINANCEBUZZ   [ Read More ]

## Here's What a New Metal Roof Should Cost You in 2025!

Enter your ZIP and answer a few quick questions.

Watch CBS News

PAID   METAL ROOFING INNOVATIONS   Get Quote

# Tirzepatide Wins For Weight Loss - Only $119/Month

Ships to your door. No insurance required. 3 simple steps.

PAID   FUTURHEALTH

# Edema Is Not From Salty Food. Meet the Real Enemy of Swollen Legs

PAID   FOOTRENEW

# Tirzepatide Crushes Ozempic For Weight Loss - Only $179/Month

Tirzepatide beats stubborn weight with 2X the speed. Order today.

PAID   MEDVI

# Don't Miss Out on the All-New Toyota Tacoma Tacozilla

PAID   CAR & DRIVER

# Upgrade Your Wallet with a New Cash Back Card.

See Recommendations for Great Cash Back Credit Cards of 2025. Compare Cards that Fit Your Needs.

PAID   INTUIT CREDIT KARMA   Learn More

# Here's The Average Price of Gutter Protection For 2,500 Sq Ft House

Choose LeafFilter gutter protection for your gutter needs. They'll clean out, repair, and protect your gutters from

# Dexcom G7 is proven to lower A1C and increase time in range[3–7].

Dexcom G7 shows your glucose in real time, so you can make more informed decisions, and better control your

Featured

Hegseth Military Meeting

Government Shutdown 2025

NFL Week 4 Picks

CFB Week 5 What to Watch

**Follow Us On**
Watch CBS News

YouTube

Facebook

Instagram

TikTok

X

**CBS News Chicago**

Meet the Team

Program Guide

Contests & Promotions

Advertise With Us

Sitemap

**Regulation**

Public File for WBBM-TV

Public Inspection File Help

FCC Applications

EEO Report

**Privacy**

Privacy Policy

California Notice

Your Privacy Choices

Terms of Use

**Company**

About Paramount

Advertise With Paramount

Join Our Talent Community

10/1/25, 11:04 PM
Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 145 of 201
FBI reports targeted immigration enforcement operation in South Shore, Chicago - CBS Chicago

Help
Watch CBS News

Feedback

©2025 CBS Broadcasting Inc. All Rights Reserved.

# Exhibit 25

# Trump's crackdown in DC leaves residents on edge as federal agents set up checkpoints

**The Associated Press (https://wtop.com/author/the-associated-press/)**
August 21, 2025, 8:56 PM



**Trump visits National Guard troops in DC, vows city will be 'maxed out in terms of beauty'**

WASHINGTON (AP) — Federal authorities have set up checkpoints around the nation's capital, sometimes asking people for their immigration status and detaining them, as President Donald Trump's crackdown ensnares more residents each day.

Trump claimed that a crime crisis required his Republican administration's intervention in the Democratic-led city this month, brushing aside statistics that showed the problem was already waning. However, immigration enforcement appears to be a priority, as more than a third of people arrested in the last two weeks were in the country illegally, according to the White House.

Hundreds of federal agents and National Guard soldiers have surged into Washington, leaving some residents on edge and creating tense confrontations in the streets.

A day care center was partially closed Thursday when staff became afraid to go to work because they heard about federal agents nearby. An administrator asked parents to keep their children at home if possible.

Other day cares have stopped taking kids on daily walks because of fears about encountering law enforcement.



# Trump visits cops and troops

The White House said there have been 630 arrests, including 251 people who are in the country illegally, since Aug. 7, when Trump began surging federal agents into the city. Trump has been ratcheting up the pressure since then, seizing control of the D.C. police department on Aug. 11 and deploying more National Guard troops, mostly from Republican-led states.

On Thursday evening, Trump visited with officers and troops at a U.S. Park Police facility in the latest show of force from the White House.

"We're not playing games," he said.

Trump suggested that operations in the city could be drawn out and serve as a model for others around the country.

"We're going to make it safe, and we're going to go on to other places, but we're going to stay here for a while," he said.

Soldiers have been largely stationed in downtown areas, such as monuments on the National Mall and transit stations. However, federal agents are operating more widely through the city. D.C. Mayor Muriel Bowser (https://apnews.com/article/trump-bowser-dc-home-rule-national-democrats-8e262a15267bdae66049201a4cc4a6a8) acknowledged the proliferation of traffic checkpoints Thursday.

"The surge of federal officers is allowing for different types of deployments, more frequent types of deployments, like checkpoints," Bowser said.

A crowd of people gathered outside a municipal office building to protest Trump's crackdown, waving signs and cheering speakers who denounced the president's plans. Their numbers swelled into the hundreds until police closed off nearby streets. When the rally ended, many remained to dance and listen to music.

In other neighborhoods Thursday evening, residents banged pots and pans on rooftops, front steps and street corners.

# Not a normal traffic stop

On Thursday morning, as Martin Romero rode through Washington's Rock Creek Park on his way to a construction job in Virginia, he saw police on the road up ahead. He figured it was a normal traffic stop, but it wasn't.

Romero, 41, said U.S. Park Police were telling pickup trucks with company logos to pull over, reminding them that commercial vehicles weren't allowed on park roads. They checked for licenses and insurance information, and then U.S. Immigration and Customs Enforcement agents came over.

Romero said there were two agents on one side of his truck and three on the other. He started to get nervous as the agents asked where they were from and whether they were in the country illegally.

"We just came here to work," Romero said afterwards. "We aren't doing anything bad."

Two people in his truck were detained and the agents didn't give a reason, he said. He also saw three other people taken from other vehicles.

"I feel really worried because they took two of our guys," he said. "They wouldn't say where they're taking them or if they'll be able to come back."

Romero said he called his boss, who told him to just head home. They wouldn't be working today.

Enrique Martinez, a supervisor at the construction company, came to the scene afterwards. He pondered whether to call families of the detained men.

"This has never happened to our company before," Martinez said. "I'm not really sure what to do."

# Checkpoints are legal, to a point

The Supreme Court has upheld the use of law enforcement and government checkpoints for specific purposes, such as policing the border and identifying suspected drunk drivers.

But there are restrictions on that authority, especially when it comes to general crime control. Jeffrey Bellin (https://law.vanderbilt.edu/bio/?pid=jeffrey-bellin), a former prosecutor in Washington and professor at Vanderbilt Law School who specializes in criminal law and procedures, said the Constitution doesn't allow "the government to be constantly checking us and stopping to see if we're up to any criminal activity."

He said checkpoints for a legally justifiable purpose — like checking for driver's licenses and registrations — cannot be used as "subterfuge" or a pretext for stops that would otherwise not be allowed. And though the court has affirmed the use of checkpoints at the border, and even some distance away from it, to ask drivers about immigration status, Bellin said it was unlikely the authority would extend to Washington.

Anthony Michael Kreis (https://law.gsu.edu/profile/anthony-kreis/), a professor at Georgia State College of Law, said the seemingly "arbitrary" and intrusive nature of the checkpoints in the capital could leave residents feeling aggrieved.

"Some of the things could be entirely constitutional and fine, but at the same time, the way that things are unfolding, people are suspicious — and I think for good reason," he said.

Lilly Burchfield, 25, said she's seen people in her neighborhood come out of their homes to yell at federal agents.

"It feels like we're all coming together as a community and everyone that I've talked to has been outraged by what's happening," she said.

# From Los Angeles to D.C.

There are few places in the country that have been unaffected by Trump's deportation drive, but his push into D.C. is shaping into something more sustained, similar to what has unfolded in the Los Angeles area since early June.

In Los Angeles, immigration officers — working with the Border Patrol and other federal agencies — have been a near-daily presence at Home Depots, car washes and other highly visible locations.

In a demonstration of how enforcement has affected routines, the bishop of San Bernardino, California, formally excused parishioners of their weekly obligation to attend Mass after immigration agents detained people on two parish properties.

Immigration officials have been an unusually public presence, sending horse patrols to the city's famed MacArthur Park (https://apnews.com/article/california-immigration-raid-troops-military-2d81f5c35f9d11db9e32234e03480497) and appearing outside California Gov. Gavin Newsom's (https://apnews.com/article/obama-newsom-redistricting-texas-democrats-house-midterms-26ef7d0ccb44e57a5ddc36ff99f7de9c) news conference last week on congressional redistricting. Authorities said an agent fired at a moving vehicle last week after the driver refused to roll down his window during an immigration stop.

The National Guard and Marines were previously in the city for weeks on an assignment to maintain order amid protests.

A federal judge blocked the administration from conducting indiscriminate immigration stops in Southern California but authorities have vowed to keep the pressure on.

____

Associated Press writers Eric Tucker, Ashraf Khalil, Matt Brown and Joey Cappelletti in Washington and Elliot Spagat in San Diego contributed reporting.

Copyright © 2025 The Associated Press. All rights reserved. This material may not be published, broadcast, written or redistributed.

(1/12)



**Trump District of Columbia** Between a now empty pickup truck and what's left of his work crew at right, Martin   ...See full caption
AP Photo/Jacquelyn Mar

### Related Categories:

**Government News (https://wtop.com/government/)** | **Latest News (https://wtop.com/news/)** |
**Local News (https://wtop.com/local/)** | **National News (https://wtop.com/national/)** |
**Washington, DC News (https://wtop.com/local/dc/)**

---

### Tags:

**dc federal takeover (https://wtop.com/tag/dc-federal-takeover/)** |
**law enforcement surge (https://wtop.com/tag/law-enforcement-surge/)**

# Exhibit 26





Keep the conversation going by donating today

CLICK HERE TO GO TO OUR DONATION PAGE TO FIND OUT MORE

Login

SUBSCRIBE

# DC Mass attendance falls after immigration arrests

**Michael Sean Winters**     25 August 2025, The Tablet     Prev     **Next**



Sacred Heart church in Washington's Columbia Heights neighbourhood is home to people of many nationalities, with Mass celebrated each weekend in English, Haitian Creole, Portuguese, Spanish and Vietnamese.

Roman Catholic Archdiocese of Boston




SUBSCRIBE

Parish priests in Washington, DC reported a sharp decline in Mass attendance and participation in religious education, due to immigrants' fears of being detained

This followed President Donald Trump's decision to federalise the city's police and import National Guard troops from other jurisdictions. The president said this was necessary to combat crime in the US capital, although crime has been declining in the city the past few years and other cities register far higher crime rates.

Fr Emilio Biosca Agüero OFM Cap, parish priest of Sacred Heart Church in Washington, said that seven of his parishioners had been detained including one man who came to the church for marriage preparation and another who was in confirmation class. After two men were detained in front of Sacred Heart's school, hundreds of people expected for a celebration of St Oscar Romero at the church stayed away, with only 200 attending.

Sacred Heart is in the heart of Washington's Columbia Heights neighbourhood, and is home to people of many nationalities. Mass is celebrated each weekend in English, Haitian Creole, Portuguese, Spanish and Vietnamese. Biosca said attendance at Masses was down about 20 per cent in recent months, due to concern immigration enforcement agents would arrest them.

A few blocks north of Sacred Heart, the Episcopal Church of St Stephen and the Incarnation announced it was cancelling services after immigration officials were seen monitoring the church's distribution of food to needy residents.

Informal networks of congregants use WhatsApp to warn each other if they see immigration agents, who often wear no identifying uniform or badge, and some churches have conducted training seminars to teach people how to react if police, immigration agents or National Guard troops confront them, informing them of their rights, and making sure they have contact information for immigration lawyers.

"The people who participate at Sacred Heart are hardworking, resilient, law-abiding and devout, placing their trust in God and hoping that US laws will take into account their contribution to improving this country," said Fr Biosca.

### Immigration arrests shake parishes in Washington, DC

### Where have all the 'illegal' migrants to the US gone?





 Login

SUBSCRIBE

THE CATHOLIC CHURCH IN AMERICA     US POLITICS

    

**Help us keep The Tablet's voice independent, clear and far-reaching.**

Founded in 1840, The Tablet is the leading independent English-language Catholic weekly, celebrated for great writing, astute analysis, brilliant arts and books reviews and trustworthy reporting from correspondents in Britain, Ireland, Rome and across the world.

Independent, high-quality journalism is at the heart of what we do. The Tablet does not have deep pockets and we are not funded by rich donors. If you appreciate our work please consider supporting The Tablet's Development Fund. It only takes a moment and you can cancel at any time.

- Support with £5 per month
- Support with £10 per month
- Support with other amount.

DONATE NOW

   

Article end

Prev    Next

## MOST READ ARTICLES

**1** Plea for dialogue in Congo after peace deal fails



Login

SUBSCRIBE

**4** Pope Leo XIV appoints top lawyer to succeed him as Prefect of Dicastery for Bishops

**5** Cardinal explains how synodality brings together key dimensions of Vatican II

**6** Tablet retreat – a Franciscan adventure

---

## FROM THE EDITOR'S DESK

### The question of digital ID and why scapegoating migrants serves no-one

---

### Trump's peace deal – a long and winding road

---

## RELATED ARTICLES



### Supreme challenge – how President Trump is using his executive power




## Arvo Pärt at 90



## Tablet retreat – a Franciscan adventure

# THE TABLET

The International Catholic News Weekly

**SIGN UP FOR OUR NEWSLETTER**

Get the latest news and special offers delivered to your inbox

Type your email address here…

10/1/25, 9:29 PM
Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 158 of 201
DC Mass attendance falls after immigration arrests - The Tablet




Login

SUBSCRIBE

Subscribe

Advertise

Jobs

About us

Permissions

Help

Contact us

FOLLOW US 

Website by Digital Virtue

Copyright © The Tablet Publishing Company 2025, all rights reserved.

# Exhibit 27

Wednesday, October 01, 2025                 A service of EWTN News      CNA 

          🔍  •••  Donate    |    ☰ MENU

# ICE arrests take toll on DC churches



The Shrine of the Sacred Heart in Washington D.C. | Credit: Madalaine Elhabbal/CNA

 **By Madalaine Elhabbal**

Washington, D.C. Newsroom, Aug 21, 2025 / 18:18 pm

Catholic churches that serve Spanish-speaking communities in the Archdiocese of Washington have reported anxiety as encounters with immigration enforcement continue to function as a major aspect of the Trump administration's crackdown on crime in the nation's capital.

Sacred Heart Shrine in Columbia Heights reported that **six of its parishioners were detained** by Immigrations and Customs Enforcement (ICE) agents in recent weeks, including an usher who was on his way to evening Mass. Other parishes in the archdiocese have also expressed concern amid the current situation in the District.

This comes after the Trump administration **announced Aug. 11** the deployment of federal agents and the National Guard in order to crack down on widespread crime in D.C.

Following an executive order from Washington Metropolitan Police Chief Pamela Smith, D.C. police officers have been permitted to notify ICE agents of encounters with undocumented migrants, resulting in tight collaboration between the two law enforcement agencies in the city.



[Ad]

**Support Pope Leo XIV this World Mission Sunday**

This October 19, answer the Pope's invitation to be missionaries of hope among the peoples.

*The Pontifical Missic*

Sacred Heart Shrine's pastor, Father Emilio Biosca Agüero, OFM Cap, told **Religion News Service** that one of the parishioners detained by ICE was a man in marriage preparation, while another was in a confirmation class.

Some of the detainees, the pastor noted, were stopped by immigration officials while on their way to the shrine for catechetical classes over the past several weeks. Bisoco estimated in the report that Mass attendance at his parish has dropped about 20% from 2,500 to less than 2,000 people.

The priest also said the parish WhatsApp chats "have been filled with immigration agent sightings and warnings to parish members."

Biosca Agüero declined to comment to CNA on the story.

Last month, an ICE spokesperson **told CNA**: "While ICE is not subject to previous restrictions on immigration operations at sensitive locations, to include schools, churches, and courthouses, ICE does not indiscriminately take enforcement actions at these locations."

"U.S. Immigration and Customs Enforcement arrests aliens who commit crimes and other individuals who have violated our nation's immigration laws," the spokesperson noted, adding: "All aliens in violation of U.S. immigration law may be subject to arrest, detention, and, if found removable by final order, removed from the United States."

According to the RNS report, attendance at St. Gabriel Catholic Church in the Petworth neighborhood of D.C. has also gone down.

The communications director at Our Lady Queen of the Americas parish, Kevin Arevalo, told CNA that "the parishioners that we have had coming to Sunday Mass

have expressed concerns and fears over the situation here in D.C."

Arevalo said there have not been any detentions on church grounds and that he is not aware of any parishioners being detained on their way to attend Mass at the parish or nearby.

However, he noted several detentions he has heard of have taken place in neighborhoods like Columbia Heights and Mount Pleasant, and many parishioners of Our Lady Queen of the Americas "have to go through those areas to get to our parish."

As such, Arevalo and the parish's administrator, Father James Morrison, are currently preparing alternative ways to reach the community amid rising fears regarding immigration enforcement.

"I know that most of them live pretty far and go out of their way to come here for our Masses and activities," he said, "so we're looking at using digital media and our channels, our online channels, to reach out to them and serve them in whatever best way possible we can."

**(Story continues below)**

## Subscribe to our daily newsletter

Email*

First name*

Last name*

☐ **CNA Subscriber**

☐ **I agree to receive other communications from EWTN**

and consent to the terms of the **Privacy Policy.** *

protected by **reCAPTCHA**
Privacy · Terms

Get the CNA UPDATE!

He concluded: "We definitely won't stay quiet about this because our parish, the majority, is Hispanic-Latino community. So you want to make sure that we're listening to them and we're attentive to what they're going through."

At the time of publication, the Archdiocese of Washington has not responded to requests for comment. The U.S. Conference of Catholic Bishops (USCCB) declined to comment.

Tags: **USCCB - United States Conference of Catholic Bishops**, **Catholic News**, **Archdiocese of Washington**, **Immigration and Customs Enforcement**, **Illegal Immigration**

---



Madalaine Elhabbal is a staff reporter for Catholic News Agency, based at the Washington, D.C. headquarters of EWTN News.

---

## Our mission is the truth. Join us!

Your monthly donation will help our team continue reporting the truth, with fairness, integrity, and fidelity to Jesus Christ and his Church.

Donate

TRENDING

**1**  How to pray the St. Thérèse of Lisieux novena

**2**  Bishops 'grateful,' 'relieved' after pro-abortion Durbin declines Catholic award

**3**  At UN, archbishop faults nations for 'turning a blind eye' to persecution of Christians

**4**  Pope Leo XIV, Arnold Schwarzenegger promote care for the earth at climate conference

**5**  Pope Leo XIV on Trump's Gaza peace plan: 'A realistic proposal'

YOU MAY ALSO LIKE



### Bishop Mark Brennan gives blistering critique of indiscriminate immigration enforcement

Aug 7, 2025



### Morality of Trump immigration, refugee policies sparks pitched debate

Apr 9, 2025

West Virginia Bishop Mark Brennan is criticizing the Trump administration's policy of deporting "as many immigrants as possible."

An array of policymakers, theologians, and representatives for Catholic aid organizations have shared their takes on immigration with CNA.



## Cardinal McElroy talks immigration in first public appearance since DC installation

Mar 25, 2025

Appealing to the teachings of Pope Francis, Cardinal Robert McElroy centered his remarks on the parable of the good Samaritan.



CNA is a service of EWTN News, Inc.

Contact us

EIN: 27-4581132

  

## TOOLS

Subscribe to our newsletter

RSS Feed

Advertise with us

## LEGAL

Privacy Policy

Cookie Policy

Terms and Conditions



Notice at Collection

© 2025 CNA | All rights reserved.

# Exhibit 28

*Democracy Dies in Darkness*

# They watched ICE detain their dad. Now D.C. neighbors escort them to school.

"Walking school buses" help kids get to class as an influx of federal immigration agents has mixed-status and undocumented families worrying about even their morning routines.

September 11, 2025

 By Teo Armus

Kevin paced back and forth on the curb outside his D.C. apartment building, waiting for the "walking school bus" of neighbors that would shuttle him to elementary school.

The "bus" — a procession of parents strolling with coffee mugs and clutching the hands of backpack-clad students — was the newest feature of the 10-year-old's morning routine. As the Trump administration targets residents who've entered the country illegally, filling some D.C. neighborhoods with anxiety, it was meant to offer a sense of security for children of immigrants like him.

Last year, Kevin and his younger brother and sister would make the short walk to school in their quiet, hilly neighborhood of rowhouses with only their mom, Rossy.

But that was before federal immigration agents came up to their dad, who had a standing deportation order, put him in handcuffs and took him away in a gray truck — a scene last month that the three young siblings, all of whom were born in the United States, witnessed as their summer break was coming to a close.

A few days later, Kevin's uncle, who ICE officials say crossed the southern border illegally in 2023, left the apartment they shared to head to work and never came back. Rossy tearfully banged on the windows of their apartment out of grief, saying her brother had been taken to a U.S. Immigration and Customs Enforcement detention center despite having an open asylum application. (She spoke to The Washington Post on the condition that her full name not be used because she is also in the country illegally.)

Now, the walk to fifth grade — just up the hill and around the corner — suddenly seemed a lot more fraught, though Trump administration officials say that children are not being targeted by ICE agents.

"What if they come and take you too?" Kevin asked his mother while getting ready that morning, just before they headed down to the lobby. "Who will we stay with?"

Around the District, children and parents with different legal statuses were asking themselves those questions as they started a new school year.

President Donald Trump's moves to federalize D.C. police and dispatch federal law enforcement agents throughout the District have led to a flurry of immigration arrests. Trump said the overall effort was meant to re-establish law and order in the nation's capital and make Americans feel safe in the city.

But in this corner of Northwest Washington — home to families from El Salvador, Venezuela and Ethiopia — the news of arrest after arrest only seemed to create anxiety about heading outside. So families and their neighbors are working to create envelopes of safety.

In one neighborhood down the road, parents now take turns picking up day care employees at their homes and shuttling them to work. In Columbia Heights, U.S. citizens and visa holders have formed lookouts and apartment building group chats to alert their neighbors of ICE agents in the area — or just vehicles that look like federal law enforcement.

And then there are the walking buses at schools like Kevin's. That daily caravan is in part meant to boost attendance after several parents and their kids reported noticeably fewer students on the first day of classes, said Vanessa Rubio, a school parent and local community activist.

"We've always worked with law enforcement. We've always welcomed law enforcement to come into our buildings to talk to our students," said Rubio, who scrambled to coordinate the effort two days before classes started. "But right now, instead of making us feel safe, they're making us feel scared and intimidated."

Federal officials have reported more immigration-related arrests in D.C. since Trump's Aug. 11 crime emergency declaration than the three prior months combined, according to the University of California at Berkeley's Deportation Data Project. In many cases, those 786 arrests were made alongside D.C. police officers who have been ordered to help ICE.

Based on videos shared from neighbors and details in local chat groups, Rubio estimates that at least 20 people have been detained by federal immigration officers in the area zoned for Kevin's elementary school since Trump moved to federalize D.C. police.

Many of those arrests, she said, took place between 5 a.m. and 10 a.m., while many immigrants are heading to work and others are either getting their children ready for school or dropping them off. Federal agents were seen by one parent picking up a man outside a retirement home that sits less than 500 feet from the school, Rubio said.

Department of Homeland Security spokesperson Tricia McLaughlin said in a statement that ICE is not conducting enforcement operations at schools and is not going to schools to make arrests of children.

The agency "takes its responsibility to protect children seriously and will continue to work with federal law enforcement to ensure that children are safe and protected," the statement said.

### ICE increasingly targets undocumented migrants with no criminal record

The Trump administration is increasingly targeting unauthorized immigrants with no criminal record as it ramps up arrests, a Washington Post analysis of U.S. Immigration and Customs Enforcement data shows.

For Kevin, though, the agency's efforts meant something very different.

He had heard classmates talking about how federal agents, like those who took his dad, had been driving around the neighborhood. He had also seen footage of them in D.C. while watching Univision on the flat-screen TV hanging in their otherwise sparse living room.

And he knew they could detain his mom, who had arrived from El Salvador two decades ago by crossing the southern border illegally and who has not tried to get legal status.

As the procession of people on the walking school bus inched closer, Kevin spotted one mom's familiar knit unicorn hat. A sign held by other volunteers read: "WALKING BUS / BUS A PIE," a variation of the different ways used to announce the bus's presence in English and Spanish.

"There's a lot of kids here today," Kevin said.

Rubio, who was wearing bright pink to identify herself as the bus "conductor," waved at him and Rossy as the other parents and children gathered on their doorstep.

"Good morning!" she exclaimed. "Buenos días."

Rubio grinned at them, as if it was just another week at the same elementary school she had attended herself — even when she knew that was hardly the case.

They started walking.

As they made the steep climb up the tree-lined street, the memory of his father getting arrested by ICE agents in Maryland weighed heavy on Kevin's mind, he later said.

He and his two siblings were leaving their dad's apartment in Hyattsville, where they had stayed for the weekend, when it happened.

Saturdays and Sundays were spent with their dad, Florentin Uduber Cruz. On that weekend in August, Cruz, who had a final order of deportation issued against him in 2006, had taken the three children to shop for clothes and supplies before school started. His 5-year-old daughter got a sparkly pink backpack adorned with a cat's face, which she now insists on taking to every day of kindergarten.

The boys kicked around a soccer ball with Cruz and some friends; at night, they all gathered around a pink-frosted strawberry cake and watched the girl blow out the candles to celebrate what would be her fifth birthday the following day.

Cruz was preparing to drop them off with their mother in D.C. the next morning when, outside of his home, two men in uniform stepped out of a gray SUV and started barking orders.

"Put your hands on the car," Kevin remembers the men telling his dad.

They grabbed Cruz's wrists and fastened them into handcuffs.

His daughter started crying. Kevin's 7-year-old brother went running back inside to grab Cruz's girlfriend. Kevin stood there, motionless, as the officers asked if Cruz wanted to hug his children one more time.

He shook his head no.

"It's too late," Kevin remembers his dad saying.

McLaughlin, the DHS spokesperson, said in a statement that Cruz was "an illegal alien from El Salvador" who received a final order of deportation in 2006.

The statement added that his children "were never left without a guardian" because "their mother came outside and the children were left safely in her care" — though the family noted that the adult who came to grab them was Cruz's girlfriend, not Rossy.

As Cruz was shuttled between ICE detention centers and eventually deported back to El Salvador, Kevin started fretting at home about "the list" he heard news anchors talk about on TV.

Normally preoccupied with Feastables chocolate, dragon drawings and soccer star Cristiano Ronaldo, he started talking about wanting to move to El Salvador, a country he only knew through video calls on WhatsApp. On the phone with his grandmother, who still lived there, he wondered if his dad and uncle had been on ICE's list, too.

"They don't want us here," Kevin told his mother after one call with Cruz, who had showed off his family's house in the Salvadoran city of La Unión and introduced his children to their cousins.

## 4.1 million migrants

The Washington Post analyzed more than 4.1 million U.S. immigration court records from the past decade to find out where migrants come from and where they live once they arrive in the country.

The week before school started, Kevin started asking his mom if she had money for flights, she said.

One night at the dinner table, Kevin recalled how his dad had picked him up from soccer practice twice a week after school last year. He asked Rossy: Who was going to take care of that now?

And he brought up how her best friend, who lived with her children four floors below their apartment in the same building, had been detained during a check-in appointment with ICE. The woman's husband chose to move the whole family back to El Salvador instead of parenting solo in D.C.

Rossy was struggling to find an immigration lawyer to represent her brother, who had been detained in D.C. 10 days into Trump's takeover of the District. Headaches from the stress left her in bed for hours.

But as the start of school inched closer, she did her best to distract Kevin every time he asked about moving to join his dad.

It was enough to get all three children out the door to walk up the hilly street toward school with Rubio.

On this morning, they passed two women leaning by a rocky fence next to the sidewalk. Their pink shirts denoted they were also part of the walking bus. Rubio had planted people like them at intersections around the area to keep an eye on children and parents.

"Good morning everybody," one of them said, though Kevin seemed to pay little mind as he strutted past them and his brother around the corner.

They neared the school entrance, where Rossy broke off to leave her daughter with the other kindergartners in the cafeteria. Kevin hugged his mom and ran ahead, toward the main entrance.

They had made it to school without issue. He could head inside for another taste of fifth grade, where he would review division problems and play Kahoot with his classmates.

The next day, though, they'd have to walk the route all over again.

## What readers are saying

The comments reflect a deep concern for the impact of immigration enforcement on families and communities, particularly focusing on the fear and trauma experienced by children witnessing the deportation of their parents. The presence of "walking buses" is seen as a compassionate...  Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.

# Exhibit 29



# Federal surge has taken a toll on children of immigrants in Washington

Politics    Sep 17, 2025 2:24 PM EDT

WASHINGTON (AP) — The last time she saw her husband, the father of her three children, was when he left their Washington apartment a month ago to buy milk and diapers. Before long he called to say he had been pulled over — but not to worry, because it was just local police. The next time she heard from him, he was at a detention center in Virginia.

Since that day, the 40-year-old mother of three has been too afraid to take her two sons to their nearby charter school. Like her husband, who has since been deported, she is an immigrant from Guatemala and has lived in the U.S. illegally for more than a decade. She spoke on the condition of anonymity out of fear she would be targeted by immigration authorities.

All three of the couple's children were born in the nation's capital, and the older two attend a local charter school. She planned to keep them home until a volunteer offered to drive them. Still, one of the boys was so upset over his father's absence he missed three days of school one week.

Schools in Washington reopened late last month against the backdrop of a law enforcement surge that brought masked Immigration and Customs Enforcement agents into normally quiet neighborhoods, scenes likely to be replicated elsewhere as President Donald Trump dispatches federal agents to the streets of other big cities.

In some Washington communities, the fear spread by the police presence has taken a toll on children. Some students have had parents swept up in the crackdown. Other students fear they or their family members could be next. Parents are grappling with how to explain the situation.

"In my community, the impact has been immense fear and terror that is threatening student safety getting to and from school every day," said Ben Williams, a high school social studies teacher who also serves on the District of Columbia State Board of Education. "It is really making everyone feel on edge every day as to whether someone, a community member or a parent or someone that is close or connected to the community, could be taken."

## Arrests instill fear

In northwest Washington's Mount Pleasant neighborhood, where million-dollar rowhouses and affordable apartments home to immigrant families share the same tree-lined blocks, federal agents became a common sight and neighbors documented several arrests.

Raul Cortez, an immigrant from El Salvador, said his 7-year-old son has grown deeply afraid of police.

"The children pay attention. They are very intelligent, and they know what is happening," Cortez said.

A few moments later, his son caught sight of an idling police car. His eyes widened.

**WATCH: Legal scholar analyzes key court rulings on Trump's immigration agenda**

Mindful that some parents were afraid of leaving the house, volunteers began organizing "walking buses" to accompany groups of children by foot from apartment buildings to schools. Outside Bancroft Elementary, which teaches students in English and Spanish, volunteers are stationed at street corners in orange vests, ready to blow a whistle if they see signs of immigration authorities.

## Immigration enforcement can lead to dips in school attendance

Research has linked immigration raids near schools to lower academic outcomes for Latino students, who are more likely to have family ties to immigrants.

Trump's immigration crackdown also has affected school attendance in other parts of the country. In the months following his January inauguration, districts across the country reported lower attendance as immigrant families kept their children home. In California's Central Valley, immigration raids in January and February coincided with a 22% spike in student absences compared with the previous two school years, according to a study from Stanford University economist Thomas Dee and Big Local News.

In Washington, deputy mayor for education Paul Kihn said at a news conference near the start of the school year that attendance had been about at the same level as last year. D.C. Public Schools, which educates about half of the district's students, said it could not provide data on school attendance during the federal intervention.

But Williams, who represents schools serving large immigrant communities, said attendance at some schools has taken a hit.

Around the country, educators have been on alert since Trump, a Republican, in January directed the Department of Homeland Security to rescind a memo that barred officers from entering schools and churches without a supervisor's approval. They replaced it with guidance that urges officers to use "discretion and a healthy dose of common sense" before setting foot on a school campus.

The country's largest teachers unions filed a lawsuit last week over the immigration crackdown, saying fear stirred by arrests near campuses has led some children to drop out of school.

In response, Homeland Security officials said ICE agents have not entered schools to make arrests. "ICE is not conducting enforcement operations at, or 'raiding,' schools. ICE is not going to schools to make arrests of children," Assistant Secretary Tricia McLaughlin said in a statement.

Emma Leheny, an education attorney who worked for the Education Department under President Joe Biden, a Democrat, said fear can be pervasive even if ICE agents don't enter a school.
"As ICE encircles our local schools or leaves us with the impression that they might, the effect is an immediate chill that extends beyond the school building into the neighborhood and the community," Leheny said.

## Many children of those targeted are US citizens

Across the United States, in 2023 there were 4.6 million U.S.-born children who lived with a parent who did not have authorization to be in the country, according to the Pew Research Center. Another 1.5 million children were without legal permission themselves.

For children separated from their parents, the toll is especially steep.

The mother of three from Guatemala said her sons now sleep in her bed and wake in the middle of the night crying. This week, her husband arrived in Guatemala. She is contemplating returning to her home country because without child care, and while she fears deportation, she cannot work.

Case 1:25-cv-03417-BAH Document 17-1 Filed 10/03/25 Page 178 of 201

"My dream was to give them the best education, the one I didn't have," she said.

Her eldest son wanted to be a doctor, and her middle child a police officer.

"That American dream," she said, "is gone."

# A free press is a cornerstone of a healthy democracy.

Support trusted journalism and civil dialogue.

## Donate now →

*By* — Moriah Balingit, Associated Press

# Exhibit 30

*Democracy Dies in Darkness*

# ICE is joining D.C. police patrols. Moped drivers are getting detained.

Before Trump's crusade against 'out of control' crime in D.C., most delivery drivers were let go after traffic stops. Now they are being sent to immigrant detention centers.

Updated August 21, 2025

By Teo Armus, Dan Rosenzweig-Ziff, Emily Davies, Jonathan Baran and Mariana Alfaro

A growing number of delivery drivers, most of them from Central or South America, are being detained by federal agents on D.C. streets and put into immigration detention in one of the most visible and high-profile effects of President Donald Trump federalizing the D.C. police force.

Many of these cases are the result of a new practice: Immigration and Customs Enforcement agents are accompanying D.C. police officers on moped traffic stops to determine the immigration status of those delivery drivers, and then detain and deport them if they are in the United States illegally, according to three police officers who spoke on the condition of anonymity because they were not authorized to speak publicly.

One D.C. police officer said ICE agents stand behind them while making traffic stops. As police ask for registration, license and proof of insurance to make sure someone can legally drive, the agents "are using that information to determine immigration status," the officer said.

Before last week, D.C. police's efforts to enforce moped laws — meant to address complaints about food delivery drivers speeding and weaving through traffic — resulted mostly in immediate releases.

But with ICE officials joining police officers on their patrols, more people are landing in detention. The arrests, filmed in public and posted to social media, have gone viral and have had a chilling effect among moped drivers, leaving many afraid to pick up orders and some of their busiest gathering spots deserted.

**Podcast episode**

One night under Trump's D.C. crackdown



Washington Post journalists head out for a tense night on one of D.C.'s busiest corridors during the first weekend of President Donald Trump's federal takeover.

Play now   28 min                    Follow on

The Washington Post reviewed nearly 100 videos and photos documenting federal and local law enforcement activity in D.C. since Aug. 11, when Trump announced he would place the D.C. police under federal control and deploy the National Guard on city streets to fight crime. The Post found 23 videos that showed ICE officers, who were identified by their uniforms, present for law enforcement stops. It's unclear from the footage whether the incidents were immigration-related.

At least 11 of the stops involved delivery drivers, and in each one, ICE was present.

DHS spokesperson Tricia McLaughlin said in a statement Thursday that "President Trump was clear: he will make DC safe and beautiful again. In less than a week, ICE and CBP arrested gang members, kidnappers, drug traffickers, and other violent thugs. We will support the re-establishment of law and order and public safety, so Americans can feel safe in our nation's capital."

D.C. police did not respond to a request for comment.

Asked to respond specifically to concerns that routine enforcement of traffic violations and registration issues with mopeds could allow ICE to detain more drivers, Mayor Muriel E. Bowser (D) said: "We are exploring any additional guidance that our officers need."

She also pointed to pending litigation over an order that U.S. Attorney General Pam Bondi issued last week seeking to compel the D.C. police to "fully cooperate" with federal immigration enforcement. The city sued the administration, but a judge signaled in court last week that she is likely to allow Bondi's order. Guidance for D.C. police on working with ICE has been unclear since then.

Violent crimes in the city have been declining since 2023. Thirty-one percent of District residents say crime is an "extremely" or "very" serious problem in the city, down from 50 percent in May and 65 percent in spring 2024, according to a Washington Post-Schar School poll.

D.C. advocacy groups, moped drivers, witnesses and lawyers have suggested that the Trump administration appeared to be using the police takeover to ramp up immigration enforcement within the District.

Nithya Nathan-Pineau, an attorney at the Immigrant Legal Resource Center, said that the moped drivers were especially easy targets for immigration enforcement. The drivers work in a largely unregulated industry known to be filled with immigrant workers and almost exclusively in public spaces, where it is easier to make a warrantless arrest.

That has also made many of those arrests visible to many bystanders, especially in the dense, affluent neighborhoods close to downtown D.C. In one of the earliest and highest-profile of these incidents — witnessed and filmed by a Post reporter on Saturday — federal officers tackled and detained Christian Carías Torres, a Venezuelan national, as passersby asked what agency the officials worked for. District officials have said no D.C. police officers were at the scene.

McLaughlin said in a statement Wednesday that ICE had placed Carías Torres into removal proceedings and called him a "suspected gang member," an allegation the Trump administration has repeatedly used without providing evidence.

In the days since, many drivers have temporarily relocated to other cities, they told The Post. Some have tried to limit their orders to the Maryland suburbs or switched to bikes. Others have stopped working altogether. Only the few drivers with work permits and open asylum applications are going onto the streets, half a dozen said in interviews.

"You don't want to go outside," said Yonatan Colmenarez, an asylum seeker who arrived from Venezuela two years ago and who has driven a moped around D.C. since then. "It gives you a kind of emotional damage; you're not sure who they might be."

He said he has ventured out only twice since Trump's announcement.

Drivers like Colmenarez often work for DoorDash, UberEats or Grubhub, companies that immigrants without work authorization are drawn to because of lower barriers to entry, experts say. Food delivery workers are typically independent contractors, meaning they do not need to go through the verification hurdles required for direct employees of companies. In many cases, applicants need only provide a Social Security number and a valid driver's license.

In statements to The Post, spokespeople for DoorDash and Uber said their workers must complete background checks, among other requirements, to deliver food orders.

More than 15 states, as well as the District, allow undocumented immigrants to hold driver's licenses. Immigrants whose work authorization has been ended by the Trump administration may be continuing to work on gig economy apps if they have a valid driver's license, although companies are legally barred from contracting with workers they know to be unauthorized to work.

Gabriel Ravelo Torrealba, 22, never attained a work permit or a driver's license but nonetheless managed to deliver for DoorDash by registering as a biker, relatives said, after entering the United States from Venezuela through an appointment on the CBP One app in December 2023.

Last year he got into a crash on his moped, the victim of a hit-and-run that left him in the hospital for three months and in recovery for another two. After he recovered, he dipped into his savings to buy another scooter.

"I don't want to be a loser. I want to make you proud," his mother, Lorenza Torrealba Olivo, recalls him telling her.

In an incident that has since gone viral, Ravelo was driving his moped Tuesday morning when a D.C. police cruiser pulled up beside him, video shows. Soon after he was detained, an ambulance arrived at the scene. He told his family he was handcuffed and taken to the hospital after suffering injuries to his hand and leg in the arrest.

Ravelo was taken on Wednesday to a detention center in Virginia, he told family members after he arrived. His mother said Ravelo had received a deportation order.

ICE did not respond to a request for comment on his case.

Other cases have not been documented on video but have left family members in a similar spot.

Jose Peña, a Salvadoran man who arrived in Maryland nearly three years ago, recently lost his job in construction and bought a motorcycle last week, hoping to make up that income by delivering food on DoorDash, his brother Alexander said. He is in the country illegally and had previously been detained while attempting to cross the border.

Peña, who lives in New Carrollton with his 16-year-old son, was out for his first full day as a DoorDash delivery driver Saturday morning when he went missing, his brother said. By 2 p.m., nobody in the family could get in touch.

It was only after a missing-persons report was filed that a Howard County police officer investigating the case found the only record of Jose Peña's disappearance — a log made about noon Saturday in an ICE database. An officer from an unknown agency appears to have looked up Jose Peña's record, his family said the officer told them.

"My brother has gone missing. There's no other word for it," Alexander Peña said on Tuesday morning. "We don't know if he's been kidnapped, we don't know if he's been in an accident, we don't know if he's alive. At this time, we know nothing from him."

In a brief call Tuesday night, Jose Peña told his family what happened: He had been approached by police near a Walmart in the Fort Totten neighborhood and was told there was an issue with his motorcycle plates. When he was unable to produce documentation, the officials arrested him and turned him over to ICE, an agency within the Department of Homeland Security.

A senior DHS official in a statement Wednesday called him "a criminal illegal alien with suspected gang ties" and said he lied to law enforcement about his country of origin and had faced criminal charges in El Salvador — all charges that family members denied.

That afternoon, his location finally showed up in an ICE locator the family had been filling out all week: Peña was now in an immigration detention facility near Richmond.

*Lauren Kaori Gurley, Jenny Gathright, Olivia George and Warren Rojas contributed to this report.*

---

## Make the most of the DMV with our newsletter

Make living in D.C. a little easier and more fun. Sign up for the Post Local newsletter to get local news, weather and expert advice — where to eat, where to drink and how to get around — every weekday.

(The Washington Post)

## What readers are saying

The comments reflect a divided opinion on the collaboration between ICE and D.C. police targeting moped delivery drivers for immigration enforcement. Some commenters express concern over the targeting of vulnerable workers and the potential for racial profiling, arguing that it... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.

# Exhibit 31

U.S. NEWS

# Detentions of D.C. delivery drivers leave immigrant communities on edge

A series of videos showing federal agents conducting operations in D.C. has sparked immigrant concerns as the Trump administration continues its federal takeover.



—— An Uber Eats delivery driver is arrested Saturday in Washington, D.C.    Tyler DeSue

Aug. 19, 2025, 5:00 AM EDT

## By Didi Martinez

Washington, D.C., resident Tyler DeSue woke up tired and craving breakfast Saturday morning, so he did what many people in that situation would do: He used Uber Eats to put in an order for burritos.

When his driver took longer than usual, DeSue checked the app and noticed something seemed wrong – the delivery driver's GPS location had stopped short of his address. He went outside to look for him.

"I stepped into the street, I looked down and see lights in the direction, like police lights, in the direction of where my driver was," DeSue said in an interview. "It was my driver by himself and, like, nine different officers all wearing different uniforms. ... Most of them had face coverings on."

**Video shows masked law enforcement arresting man in Washington, D.C.**
01:09



When DeSue went to investigate, the driver – whose name appeared on the food app as "Sidi" – was being questioned, first about his vehicle's registration and then about his immigration status, he said.

"You're gonna come with us, you're gonna come with us today," a masked agent can be heard telling Sidi in video that DeSue recorded and provided to NBC News.

"Can you tell me in Arabic, please?" Sidi says, adding that he did not understand what was being said and that he was nervous.

One of the agents, wearing a vest emblazoned "POLICE HSI" – short for Homeland Security Investigations, a part of Immigration and Customs Enforcement – replies that they do not have an Arabic translator. The men then cuff Sidi's hands, waist and feet before they put him in an unmarked car. DeSue said he has since reported the incident to Uber.

NBC News has not been able to verify the driver's full name, nationality or location, and Uber did not immediately respond to a request for comment.

The incident is one of several arrests of delivery drivers recorded by eyewitnesses across the Washington area that have gone viral since the Trump administration took over law enforcement in the nation's capital last week.

The videos, scattered across social media and shared among D.C. delivery driver chat groups, are having a chilling effect on the drivers themselves. Some of them have chosen to stop making deliveries in the city.

It has been "five days since working, looking at what to do. And, well, closed down here waiting for things to pass, because I don't know what to do," a D.C.-area delivery driver who did not want to be named told NBC News in a voice message in Spanish.

On Sunday afternoon, DeSue said, an area where 15 to 20 delivery drivers typically would be parked out front of his home looking at their phones for their next orders was an empty lot.

"I haven't seen a driver anywhere in the last two days," he said.

Some other D.C. residents have noticed the dwindling presence of delivery drivers, as well.

"The number of people who come to pick up orders has diminished," said Clarissa Vasquez, who works at a restaurant in the Columbia Heights neighborhood. "We are at 4% of the people who come to pick up food."

Last Thursday, Vasquez witnessed and recorded the arrest of a delivery driver named Josue Mercedes Franco Cerros, who she said would often come by the restaurant to pick up deliveries.

"He was in front of the restaurant when I see that there are two policemen and they have him," Vasquez said. "They didn't give a single explanation. The police would tell him to lift up his hair

because they wanted to take a photo. The guy was nervous, he was in shock, crying, of course, because he was working, and for the police to arrive all of a sudden, anyone would get nervous."

Cerros, a Honduran national, was eventually taken away by law enforcement. His bike was loaded on a truck with the logo of D.C.'s Metropolitan Police Department on it, according to Vasquez and video obtained by NBC News. Almost a day later, Cerros appeared on the ICE detainee locator database in ICE custody in Virginia, where he remained Monday evening.

Veronica Gonzalez, a friend of Cerros', said he had been living in the area for at least 10 years and had worked delivery during the day and at a local restaurant at night.

"He never thought that something would happen," Gonzalez said. "Because all that we saw in the news, I said, 'Son, you have to be careful.' And he would say, 'No, no, I don't think anything will happen.'"

The Department of Homeland Security did not immediately respond to a request for comment on the detentions of Cerros and Sidi or to a question about whether the detentions of delivery drivers like them are part of a coordinated effort to stop and check the immigration statuses of delivery drivers. The Metropolitan Police Department referred questions to the mayor's office, which did not immediately respond to request for comment.

Atenas Estrada, a deputy program director with the nonprofit Amica Center for Immigrant Rights in Washington, said that the center is also aware of similar reports about delivery drivers and that such instances can contribute to fear within both undocumented and documented immigrant communities.

"What I am seeing, personally, is widespread fear amongst community members. People, you know, making decisions or avoiding places that they perhaps would not otherwise avoid or leave," Estrada said.

As for Tyler DeSue, who has since made a series of TikTok videos about Sidi's arrest, he has decided to temporarily stop using delivery apps out of concern for the drivers.

"I made a video on it, about, you know, stopping using Uber Eats, DoorDash, and I know a lot of friends who stopped using it," he said.

---

  Didi Martinez

Didi Martinez is a producer for NBC News' national security unit.

# Exhibit 32

10/1/25, 10:23 PM
Case 1:25-cv-03412-BAH Document 17-1 Filed 10/03/25 Page 193 of 201
Under Trump administration, ICE scraps paperwork officers once had to do before immigration arrests



EXCLUSIVE

NATIONAL SECURITY

# Under Trump administration, ICE scraps paperwork officers once had to do before immigration arrests

For years, officers were required to fill out "homework" before operations. But, one source noted, "it's hard to fill out a worksheet that just says, 'Meet in the Home Depot parking lot.'"

**ICE scraps paperwork for officers before arrests**

02:37

00:36 / 02:36

Get more news **LIVE** on NBC NEWS NOW ⟩

Sept. 9, 2025, 5:00 AM EDT / Updated Sept. 9, 2025, 6:57 PM EDT

**By Julia Ainsley, Didi Martinez and Laura Strickler**

For more than 15 years, before they conducted any operation to arrest an immigrant in the United States, officers with Immigration and Customs Enforcement's Enforcement and Removal Operations division have been required to fill out a form with details about their target – name, appearance, known addresses and employment, immigration history, any criminal history and more – and give it to a supervisor for approval.

This year, in a sign of how the agency has moved from targeted enforcement to broad street sweeps under the Trump administration, that policy has been ended, six current and former officials and agents of ICE and the Department of Homeland Security told NBC News.

"It's hard to fill out a worksheet that just says, 'Meet in the Home Depot parking lot,'" one of the former ICE officials said.

The policy shift sheds light on the way ICE is now operating ahead of anticipated immigration crackdowns in Chicago and Boston, and it helps explain the seemingly spontaneous nature of recent arrests in Los Angeles and Washington, D.C.

Both Darius Reeves, the former director of ICE's Baltimore field office, and two former officials with DHS, under which ICE falls, said the form, known as a field operations worksheet, had been required for nearly every arrest the division made. The only exceptions, they said, were instances in which ICE was called out to assist local law enforcement agencies.

The exact date of the change is unclear, but it happened before this summer. Reeves, who left ICE in May, said that he was made aware of it before he left and that it was communicated down from DHS leadership. The decision was made because of a perception that the worksheet is "a waste of time," he said, but he said he believes it is actually "a very valuable necessity" now "bypassed … so they could keep constantly flooding the streets" with officers. Reeves said that, even though the worksheets are no longer mandatory, he knows some officers are still using them out of concern for future legal liability.

Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 195 of 201



— ICE and other federal agents take a delivery driver into custody at Union Station in Washington, D.C., on Aug. 16.  Andrew Leyden / Getty Images file

Top Trump administration officials, like border "czar" Tom Homan, have said they are prioritizing detaining and deporting immigrants with criminal histories – people whom Homan calls "the worst of the worst." But that kind of focused work is at odds with President Donald Trump's promises to conduct the largest mass deportation in American history, sending "millions and millions" of people out of the country. As a result, ICE has been under immense pressure to quickly increase the number of immigrants it is arresting, with less regard for whether they have any criminal histories.

NBC News has reported that in a meeting in May, White House deputy chief of staff Stephen Miller berated ICE officials, threatening to fire the leaders of field offices that conducted the fewest arrests each month if the agency did not begin making at least 3,000 arrests a day.

Since then, ICE has moved toward conducting broad sweeps in places frequented by immigrants –for instance, Home Depot parking lots, where some undocumented people congregate hoping to be hired for construction and other work – and neighborhoods where they live. Social media

10/1/25, 10:23 PM
Case 1:25-cv-03412-BAH    Document 17-1    Filed 10/03/25    Page 196 of 201
Trump administration ICE scraps paperwork officers use to detail targeted immigration arrests

users capturing viral videos from around the country have alleged officers are profiling rather than specifically targeting individual immigrants.

ICE did not respond to requests for comment before this story was published.

After initial publication, however, DHS Assistant Secretary Tricia McLaughlin sent NBC News a statement in which she did not directly address whether the requirement that officers complete an FOW had been eliminated.

"ICE replaced this inefficient and outdated paperwork with a streamlined tech-based platform. This more efficient system cuts down on time and allows our law enforcement officers to spend more time out in the field," she said. "We still have the same information of who we are targeting well ahead of time-including name, appearance, known addresses, employment, immigration history, and criminal history. The only change is instead of manual paperwork-we now are using technology to make our officers more efficient."

Asked about this statement, Reeves said DHS leadership did not provide a new platform as an alternative when the policy mandating FOWs ended.

According to Reeves and two of the former officials as well as a former agent, the FOWs had already been completed electronically, not on paper, and using information taken from computerized databases.

## Targeted vs. profiling

Immigration enforcement is likely to ramp up soon in Chicago, where there are several predominantly Latino neighborhoods. DHS is building a staging area at a naval base north of the city and bringing in additional ICE and Border Patrol agents to conduct more immigration arrests this month, two federal law enforcement sources familiar with the plans said.

ICE officers are working on a list of "high-value" targets to arrest in Chicago, one of the current DHS officials said, such as immigrants who have committed crimes.

Scott Shuchart, who was ICE's assistant director for regulatory affairs and policy during the Biden administration, said the efforts in Los Angeles and Washington have also involved ICE's making more random arrests to boost numbers. He did not have knowledge of the policy change to discontinue the worksheets but said that, previously, they were used to show officers had done their "homework."

"There would be a reason that you go for Peter rather than Paul," he said. "They are now interested in numbers, and if you are interested in numbers, you do things like wandering around racially profiling people."

DHS and ICE have denied that they are racially profiling. Homeland Security Secretary Kristi Noem has told reporters that "every single operation" ICE conducts is based on "investigative work and on casework."



— An Immigration and Customs Enforcement police SUV patrols the National Mall in Washington on Aug. 24. Jose Luis Magana / AP file

Acting ICE Director Todd Lyons recently told NBC News that the agency is not profiling, but rather conducting "targeted enforcement operations."

One of the former DHS officials said that terminology, though, does not mean ICE officers know in advance whom they are arresting.

Another of the former ICE officials said: "They're bending the definition of 'targeted' to conform with their operations. By 'targeted,' they might mean going to an area where they can find immigrants."

And in July, a federal judge in Los Angeles issued a temporary restraining order blocking ICE from conducting "roving patrols" and from relying on people's races or other factors, like their speaking Spanish, as reasons to detain them.



— Federal agents block people protesting an ICE immigration raid at a nearby licensed cannabis farm near Camarillo, Calif., on July 10. Mario Tama / Getty Images

An analysis by David J. Bier, the director of immigration studies at the libertarian Cato Institute, found that ICE arrests in the Los Angeles area fell 66% after the judge's order. Data obtained through a Freedom of Information Act request by the Deportation Data Project, Bier noted, showed that ICE had made 756 arrests in the area in the week leading up to the judge's order. Two weeks later, the number was at 258.

10/1/25, 10:23 PM
Case 1:25-cv-03417-BAH    Document 17-1    Filed 10/03/25    Page 199 of 201
Under Trump administration, ICE scraps paperwork officers used to detail some immigration arrests

On Monday, the Supreme Court voted 6-3 to lift the judge's order and the restrictions it had placed on stops in the Los Angeles area.

Similar operations appear to have been taking place in Washington. Raquel Sánchez told NBC News that she had been seeing federal officers around her neighborhood in August. Then, early one morning, she and her husband, Jesus Muñoz Colorado, were driving to work when they were stopped by a group including ICE officers. Seven unmarked cars surrounded their vehicle, blocking it from moving forward, she said, and then officers knocked on the car door and told the couple to roll down the windows or they would shatter them.

It is not clear whether Sánchez and Colorado were specifically targeted for arrest, but they were not outside of their home when they were stopped, and Sánchez said that as far as she could tell, the officers did not know their names. Video of the stop provided to NBC News shows them telling officers that they are going through the process of applying for U visas, which is given to victims of certain crimes and people who have information about those crimes and can be helpful to law enforcement, as well as their family members.



—    An ICE operation raid at Huntington Park in Los Angeles on June 13.

Department of Homeland Security / Anadolu via Getty Images

Sánchez and Colorado were handcuffed and taken to a local ICE facility. She spoke with NBC News after she was released; he is still in detention.

Their lawyer, Julia Toro, who has been practicing immigration law in Washington for 20 years, said that since the immigration crackdown there began, she has had eight clients without criminal backgrounds who have been arrested.

"The officers ask them, 'Do you have any documents and do you have any papers? Show me,'" she said. "It's not like they know who they are picking up. They are arbitrary stops."

In a statement provided to a reporter with Telemundo 44 in Washington, which is also part of the NBC News Group, an ICE spokesperson said, "Jesus Munoz-Colorado and his wife Raquel Noemi Sanchez-Monge, are illegal aliens with no lawful status to remain in the United States." The spokesperson also said that neither "have any pending visas to lawfully remain in the U.S."

## Liability for officers?

Several of the current and former ICE and DHS officials who told NBC News about the end of the policy mandating use of the field operations worksheets also said that the worksheets were not about just planning or establishing justification for arrests: They also protect the officers. For example, Reeves said that though the form does not include a section about it, officers would often write and attach another sheet with information about whether someone targeted in an operation could be armed, information that helps keep officers safe.

The form could also help protect officers legally, they all said.

"For a professional law enforcement agency, you don't just fly willy-nilly. Crossing your T's, dotting your I's, checking with OPLA," one of the former DHS officials said, referring to the agency's Office of the Principal Legal Advisor. "They [ICE officers] may not believe it, but it's truly protecting them to make sure they are actually operating within their legal bounds."

Paul Hunker, who previously was ICE's chief counsel in Dallas, said the worksheets officers filled out could be used to protect them in lawsuits. Officers could be sued for civil rights violations if they make arrests without probable cause, he said.

"What's critical is that ICE has to articulate probable cause to arrest, so the worksheet might be helpful for them if they get challenged on that," Hunker told NBC News.

---



### Julia Ainsley

I am NBC News' Senior Homeland Security Correspondent.

---



### Didi Martinez

Didi Martinez is a producer for NBC News' national security unit.

---

### Laura Strickler

Laura Strickler is the senior investigative producer on the national security team where she produces television stories and writes for NBCnews.com.

---