## DECLARATION OF ANA GRACIA

I, Ana Gracia, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Ana Gracia. I am an attorney at the firm Law Offices of Jezic & Moyse, LLC. Prior to being in private practice, I was an attorney at Catholic Charities of the Archdiocese of Washington. I have been practicing exclusively immigration law for nearly five years in the District of Columbia and Maryland. I have represented individuals before U.S immigration courts, the State Department, the Department of Homeland Security, Board of Immigration Appeals, and Maryland State Courts, including numerous individuals detained by Immigration and Customs Enforcement ("ICE").

2. Prior to August 2025, I represented several individuals, some of whom had been detained by ICE in the District of Columbia for various reasons, including criminal history and immigration status. In many cases, ICE focused on individuals it considered enforcement priorities, such as those with recent criminal convictions or prior deportation orders.

3. After August 2025, I have observed a significant shift in the way ICE is conducting enforcement and detaining individuals in the District of Columbia. ICE no longer focuses on a targeted approach, prioritizing individuals deemed enforcement priorities, such as those with serious criminal records or final orders of removal. ICE has increasingly adopted more aggressive enforcement tactics. These changes have led to the detention of individuals who, under previous guidelines, would not have been considered a priority for enforcement. People with no criminal history, pending immigration relief, or longstanding ties to the community are now being detained alongside those who meet traditional priority criteria.

4. Many of my clients have shared that ICE is increasingly targeting Latino individuals who live and work in the District of Columbia. They have described being fearful and anxious as they witness people being approached or detained at their workplaces and in public spaces. Several have expressed that they feel singled out because of the way they look or the language they speak, creating an environment of heightened fear and distrust within the community.

5. ICE officers are also arresting individuals who have pending applications before USCIS. I recently represented a client with a pending application for U Nonimmigrant Status. He had no criminal record, and his only immigration violation was the manner of his entry into the United States. Despite this, he was detained by ICE.

6. I represent an individual who was detained by ICE on August 16, 2025. My client, a Latino man with no criminal history, had been living in the United States for 11 years. On the morning of his arrest, he was with his uncle and employer, purchasing work materials at a Home Depot in the District of Columbia. After leaving the store, they noticed they were being followed. They stopped at a nearby McDonald's to get breakfast, and as soon as they parked, three immigration officers approached the vehicle. Without presenting a warrant, the officers opened my client's car door and demanded identification from both him and his uncle. My client handed his license and Guatemalan identification document. The officers told my client he was "illegal" and placed him under arrest on the spot. There was no resistance, no attempt to flee, and no indication that ICE conducted any individualized assessment of his immigration status, flight risk, or ties to the community. Despite this, ICE took my client into custody immediately. During transport, my client remained handcuffed in the back seat while the officers continued driving around for

approximately an hour, actively searching for additional individuals to detain. Eventually, they pursued another vehicle, resulting in a car chase with my client still unsecured and handcuffed in the back seat. During the chase, my client sustained multiple injuries, including a nosebleed and blunt trauma to his head, which caused dizziness and vomiting. Although he repeatedly asked for medical assistance, he was not given any attention for approximately 40 minutes after reporting his symptoms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2025.

_____
Ana Gracia