IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,

    *Plaintiffs*,

v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*, *et al.*,

    *Defendants*.

No. 1:25-cv-03417

### DECLARATION OF ANAMARIA DOE

I, Anamaria Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Anamaria Doe, I am 42 years old, and until last week, I worked in a kitchen in a restaurant in Foggy Bottom. I have lived in the District of Columbia since 2004.

2. On the morning of September 24, 2025, I was working at my job in the kitchen of a restaurant in the Foggy Bottom neighborhood of Washington, D.C. I was working there for about four years.

3. At approximately 11:00 a.m., around twenty to twenty-five agents wearing the uniforms of several different federal agencies entered the restaurant and blocked the front and back exits. I saw that some of the agents had markings of ICE and others of DHS, and there was one that was wearing FBI insignia.

4. The agents announced that they were looking for people who did not have a work permit or who were in the country illegally. The agents had a list of individuals who worked in the restaurant, along with their names and photos. I was not on this list. The agents asked me

if I had a work permit, and I replied I did not. They asked me for my full name and if I had citizen children, and I replied that I have two citizen children who live here. They asked me where I was from and I said Guatemala. The agents did not ask me any other questions about my immigration status. The agents asked me if I had a criminal history, and I replied that I did not. They took a photo of me on their phone. They asked me if I had permission to be here and I didn't respond.

5. The agents never showed me any warrant for my arrest. The agents did not ask me where I lived in Washington, D.C., how long I had lived there, whether or not I had family in Washington, D.C. other than my children, or any questions about my connections to the city or my community.

6. Approximately an hour and a half after their arrival at the restaurant, the agents placed everyone who was on the list and me—even though I was not on any list—in handcuffs and transferred us into a vehicle. During this hour and a half, they asked us questions, took our data, and asked us to wait. I did not make any attempt to flee or resist arrest. We were then transported to a facility in Virginia, where we were kept until approximately 7:30 p.m. that evening.

7. At that point, I was released and told to return to the facility the next day, September 25, 2025, when I would be given an ankle monitor. On September 25, 2025, I returned to the facility and received an ankle monitor.

8. I have not received any explanation as to why I was arrested or released, nor has anyone provided me with information about why I need to wear an ankle monitor. I have not received any kind of representation that I will not be subject to arrest and/or detention by ICE or by law enforcement officials for immigration purposes in the future.

9. Since 2004, when I first entered this country, this is the first and only time I was stopped, arrested, or detained by law enforcement. I have not had any other interactions with law enforcement and I have never been convicted of any crime or offense.

10. As a consequence of my detention, I have not been able to return to work. I am the head of the household and have two children, both of whom are U.S. citizens, who rely on me. Since my arrest, I have suffered severe anxiety and have been unable to eat or sleep. Since leaving detention, I have seen ICE in the area where I live. There are a lot of them circling around the area. I have heard a lot from the community in D.C about the presence of ICE in the city, and have heard that in the mornings they are taking people from where I live and are taking people off the streets every day.

11. I am afraid of retaliation towards me and my family if my identity were to become public as a result of my participation in this lawsuit. I am afraid that my family members and I will be retaliated against and harassed by members of the public on social media given recent reports about people harassing noncitizens online.

12. This declaration was read to me in full in Spanish on October 1, 2025, by Alexis Gorfine of Covington & Burling LLP. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2025.

*Anamaria Doe*
Signature

3

I, Alexis Gorfine, a Law Clerk at Covington & Burling LLP, affirm Anamaria Doe gave me permission to sign this declaration on her behalf. At 1:30 PM on October 1, 2025, I read the above Declaration back to Anamaria Doe word for word to confirm its accuracy, and she stated that it was accurate.

Executed on October 1, 2025.

*Alexis R. Gorfine*
Signature