## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,

      *Plaintiffs*,

      v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

      *Defendants*.

No. 25-cv-3417

## DECLARATION OF ANDRÉS DOE

I, Andrés Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Andrés Doe. I am 38 years old and have lived in the United States since 2015. I lived in Washington, D.C., with my domestic partner and six-year-old son. My son was born in the United States. I am originally from El Salvador.

2. On September 16, 2025, at 10:40am, I was returning from my job as a demolition worker and was going to park my car near 14th St. and Missouri St. NW. ICE agents stopped me, saying that they were looking for a specific person and thought I was that person. They told me I needed to present my ID, which I did.

3. The agents told me they checked their system, and I was not the person they were looking for. Even though I was not their target, they said their check showed them I did not have legal status, and they had to arrest me. They did not present any warrant or document to me prior to placing handcuffs on me and arresting me.

4. I told the agents before they put handcuffs on me that I have never had problems with anyone and have never committed a crime here. I told them I have a young son at home who was born in the United States. They told me this did not matter because I did not have papers, and they had to arrest me. I did not flee or resist arrest.

5. After telling me I was under arrest, placing handcuffs on me, and putting me in their car, the agents took me to a processing center where I stayed for a day, and then they moved me to another facility in Virginia where I stayed for three days. In this second center, they were supposed to let us go outside, but they never let us leave the prison.

6. At the second detention center, they also took from me $3,800 that I had withdrawn from the bank on the way home to pay the rent. They told me that if I signed the paperwork agreeing to be voluntarily deported, they would give me $1,000 to help me resettle in El Salvador. While ICE did return the $3,800 to my wife after five days, they never gave me the $1,000 to help me settle in El Salvador. I felt tricked into signing the paperwork, like I had no other choice.

7. They took me to Caroline Detention Facility in Virginia, where I was for four days. They sent me to Louisiana, where I stayed for two days until they put me on a plane and sent me to El Salvador. I was deported on Friday, September 26, 2025 to El Salvador.

8. My arrest and deportation has been traumatic for both me and my family. My wife no longer has my income to help pay rent and support our family, and she has to work while also taking care of our son. This has been most traumatic for my six-year-old son, who is terrified to go to school because he does not want to leave my wife. He is afraid my wife will disappear the same way I did. He will not eat and he often wakes up in the middle of the night to see if my wife is still there.

9. My wife is now trying her best to get the paperwork in order for my U.S. citizen son to return to El Salvador with her. There are many procedures she has to follow so that he can legally leave the country and so that our family can be reunited.

10. I wish to proceed pseudonymously because I am afraid of the retaliation me and my family may face if my identity were to become public as a result of my participation in this lawsuit.

11. This declaration was read to me in full in Spanish on October 2, 2025 by Alexis Gorfine. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2025.

Andrés Doe
_____
Andrés Doe

I, Alexis Gorfine, Law Clerk at Covington & Burling LLP, affirm Andrés Doe gave me permission to sign this declaration on his behalf. At 1:55 pm on October 2, 2025, I read the above Declaration back to Andrés Doe word for word to confirm its accuracy and he stated that it was accurate.

Executed on October 2, 2025.

Alexis R. Gorfine
Alexis Gorfine