**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants*. | No. 25-cv-3417 |

**<u>DECLARATION OF ANTONY DOE</u>**

I, Antony Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Antony Doe. I am 52 years old. I am a CASA member, and I identify as Latino.

2. I have been in the United States since 2005. Before I was arrested, I lived in Silver Spring, Maryland, with my wife and six children.

3. The morning of August 25, 2025, I was driving down Mt. Pleasant St. NW in Washington, DC. When I got to the intersection of 16th Street and Mt. Pleasant St., I suddenly saw a car parked across the street without any lights on. The car and several people were blocking the street so I had to quickly brake so I wouldn't hit anyone. When I stopped, more officers arrived in a car and crossed the street towards me.

4. There were several police officers in the area, and they surrounded me. Some of them were wearing masks and hiding their faces. Most of them were wearing green uniforms with vests that said "Police," but there was also one that was a Park Police officer. They had two cars: one was a Suburban and the other was a Mustang.

5. They approached me, asked me to step out of the car, and told me I was under arrest. I complied with their instructions and I did not make any attempt to resist arrest. They did not ask to see any identification or even ask my name. I asked them why they were detaining me, and they said that's how the law is. They didn't explain any more than that. They did not show me any documents or warrant either.

6. Before they arrested me, the officers did not ask me any questions about my personal circumstances. They didn't ask about how long I have been in the United States, if I have family here, if I have a job, or anything else. They just said they had to arrest me because that's how the law is.

7. Fifteen minutes after they arrested me, the officers took me first to a Park Police station in the Rock Creek neighborhood of D.C. It was only after they had arrested me and taken me here that they asked me questions about my immigration status. There were about eight officers asking me questions.

8. I was at that police station for about three hours before they came back with a big group of people. I don't remember exactly how many people were there, but everyone they brought was Latino. They took all of us to a detention center in Chantilly, Virginia. It wasn't until about 2 am that I was finally able to call my wife and tell her what happened.

9. After that, the officers moved me to a federal jail in Richmond, Virginia. I was there for eight days, and they never let me use the phone to call my wife. After that, they moved me again to a detention center in Pittsburgh, Pennsylvania. I am still there now.

10. My arrest and detention has been too hard for my family to bear. Before they arrested me, I worked for a small company fixing and installing air conditioning units. I needed this job to support my wife and my six children. My children are so young— the youngest is

only 18 months old and the rest are 3, 5, 10, 11, and 18 years old. They are all U.S. citizens. Only my oldest is old enough to work. Because of that, my family depends greatly on my income to survive. Economically, it has been very bad.

11. But it has been even harder psychologically. My arrest and detention traumatized our entire family. This arrest will haunt us forever. It has been especially difficult for my children. They have so much anxiety that it is affecting their school. My 10-year old has been affected the most. She sees a school psychologist every day because she is so depressed about what happened. My 11-year old also sees a psychologist in school. My 5-year old does not understand what happened but asks for me every day. It has been hard for my wife to look after and comfort all our children while I have been gone.

12. When they arrested me, they dirtied my name and my dignity. All I want now is for my rights to be respected and to be returned to my family. I am asking the immigration judge in my case to release me on bond, and I am going to apply for status in front of the immigration judge. I just want the opportunity to stay here with my family.

13. I am using a pseudonym because I am afraid of harassment and retaliation for participating in this lawsuit if my real identity is revealed.

14. This declaration was read to me in full in Spanish on October 1, 2025 by Megan Steinheimer.  I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

I, Megan Steinheimer, CASA Representative, affirm Mr. Antony gave me permission to sign this declaration on his behalf because he is currently detained. At 9:00am on October 1, 2025, I read the above Declaration back to Mr. Antony to confirm its accuracy and Mr. Antony stated that it

was accurate.

Executed on October 1,2025.



Signature