IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,

    *Plaintiffs,*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants.*

No. 25-cv-3417

**DECLARATION OF B.R.G.**

I, B.R.G., pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is B.R.G. I am 34 years old. I have lived in the United States since 2005 and D.C. for about 14 years. I am a Latino from Guatemala, and I have two brothers. One of them is a U.S. citizen. I own my own business working in construction and as a handyman. I attend Iglesias Nueva Vida church.

2. On August 28, 2025, at around 9:00 AM, I was driving with a co-worker in a construction van to Georgetown on Rock Creek Parkway in D.C., when I drove up to a police checkpoint. A D.C. police officer came to the van window and told me that I was not allowed to drive a commercial vehicle on this road, even though I had driven on this road since 2008 with no issues. The officer asked for my license and registration, which I handed to the officer, and he then asked for my immigration status. I asked him why he asked me that. The police officer then said he would go back to his car and come back.

1

3. Soon after, about six ICE agents wearing vests walked up to the van and asked me my immigration status and how long I've been in the United States. I told them since 2005 and that I did not have status. One of them said, "Turn off the engine, and get out of the car because we are going to arrest you." I got out of the van and did not make any attempt to resist arrest. The ICE agent then said that he was going to take me to the jail and that a judge would decide whether I get to stay in the United States. The agent also told me that if I try to run away they would shoot me. An ICE agent in a mask put handcuffs on me really tight and shoved me against the car.

4. None of the agents at any point identified themselves, presented a warrant, or indicated that they knew me or my name prior to the arrest. They also did not ask me any questions about my ties to the community, how long I've been living or working in D.C., or my family here.

5. The agents put me in a car and drove me to Chantilly, Virginia. I was there for only two hours, and they fingerprinted and interviewed me. They then took me to another facility, which I believe was in Farmville. The staff there were incredibly abusive to me and the others there. They put us in a room with 30-35 people with no beds. Everyone was sleeping on the floor with aluminum foil for a sheet. Everyone there called it the "freezer" because it was so cold. I asked for another sheet but the guard refused to give me one because there were others already. They were all wet and disgusting. They only fed us bean burritos that were impossible to keep down in my stomach.

6. After a few hours, I was transferred to a jail. I was there for 6 days. We only got one hour of time outside, and they kept the lights on 24 hours.

7. ICE then transferred me to Moshannon Valley, where I am currently housed. Conditions at Moshannon are better than the previous facilities, but I have nightmares nearly every night about getting re-arrested. The first weekend here I could barely sleep at all.

8. Since 2005, when I entered this country, this is the first and only time I was arrested/detained by law enforcement. I have not had any other interactions with law enforcement, I have never been convicted of any crime/offense, and I have not had any issues with meeting deadlines or appearing in court in relation to my immigration case.

9. I am deeply concerned and scared by this incident. I believe I was stopped and arrested solely because of the color of my skin and my appearance, as it was clear that the arresting officer did not know who I was and did not present any warrant. I live in D.C. and have taken this route to go to work many times before and am very scared that I may be arrested and detained again if I am released.

10. This experience has been traumatizing to me and my family, especially to my brother. He is very worried for me. If I am released, I am going to need a therapist to process the trauma of what has happened to me over the past month.

11. This declaration was read to me in full in Spanish on September 30, 2025, by Yahir Santillan-Guzman. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2025.

*B.R.G* (signature)

I, Yahir Santillan-Guzman, a paralegal at Covington & Burling LLP, affirm B.R.G. gave me permission to sign this declaration on his behalf because he is currently detained. At 10:45am on September 30, 2025, I read the above Declaration back to B.R.G. word for word to confirm its accuracy and he stated that it was accurate.

Executed on September 30, 2025.

_____
Signature