## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSE ESCOBAR MOLINA *et al.*, *individually
and on behalf of all others similarly situated*,

       *Plaintiffs*,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

       *Defendants*.

No. 1:25-cv-03417

## DECLARATION OF C.

I, C., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am 43 years old and I am a landscape worker. I have lived in Gaithersburg, Maryland for twenty years and I often travel to D.C. for work. I am a naturalized U.S. citizen. I am Latino.

2. On August 20, 2025 at around 8 a.m., I was driving to work. My colleague was in the car with me in the front passenger seat. My colleague is Latino. I was driving a work truck with the name of my business in white lettering on both sides. The truck belongs to the business and had current license plates and registration. I was driving within the speed limit.

3. As I was driving in northwest D.C., a dark blue SUV marked Park Police turned on its

1

flashing lights and I pulled over and put the truck in park. My window was already down – the truck is old and does not have air conditioning – and I placed my hands where the officer could see them. A Black male officer approached my side of the car. He was wearing a dark Park Police uniform with a badge on his chest.

4. The officer did not present me with a warrant or identify himself. He did not appear to know my name or the name of my colleague in the passenger seat. I asked why I was stopped. He said that he had trouble seeing my car tags. He said he wanted to make sure my colleague and I were "all right" and wanted to see both of our IDs.

5. While the first officer was talking, another agent approached the car on the passenger side. He was a White man in plain clothes wearing a black vest that said "POLICE" in white letters. He started yelling "Where are you from?" He was very aggressive. I was trying to understand why I had been stopped and to get my ID out. The second agent opened the passenger-side door, grabbed my colleague, threw him on the ground, and got on top of him. My colleague had not said a word or moved from his seat the entire time. He did not try to run or exit the car. Neither officer appeared to know my colleague's name, and they did not show a warrant for him. They did not ask him any questions about his ties to the area or his individual circumstances before throwing him on the ground and restraining him.

6. The officer on my side of the car joined the agent who had arrested my colleague. At that point, I began filming them with my phone. I loudly said that my colleague has a right to a lawyer and that they had entered my car without my consent. I got out of the car and filmed as I walked around to the sidewalk where they were restraining my colleague. I kept repeating "this is an illegal detention."

7.  As I came around the car, the first officer said something to me that I couldn't hear. I told him I didn't do anything wrong. He handcuffed me. I said that I am a U.S. citizen.

8.  During the interaction, more cars began pulling up and other agents got out. Many of them had their faces covered and were wearing camouflage clothing. One came over and patted me down. He did not identify himself or state why I was being detained.

9.  As this was going on, bystanders were slowing down to see what was happening, and several were filming. An agent arrested one person who was filming, but there were others.

10. My colleague was placed in an unmarked van.

11. I was in handcuffs for approximately 20 minutes. The first officer came back and said something along the lines of "You said you're a U.S. citizen, can I finally see your ID?" I told him my drivers' license was behind my credit card in my wallet. He took it away for a bit. Another agent to my right was aggressively asking "Where are you from?" I replied that I had already given my information to the first officer and I did not have to reply to him. Another agent said "He already said he's a" and used a term that I gathered means U.S. citizen; I believe it was something like "U.C." Another person yelled "So what are we going to do with this one?" and someone else said "We have to let him go." They took me over to the car and uncuffed me. The first officer gave me a "Notice of Infraction" for "obstructed tags."

12. To the best of my knowledge, my colleague was deported.

13. I am afraid of retaliation my family and I may face if my identity were to become public as a result of my participation in this lawsuit. I am particularly afraid that my family and I will be retaliated against and harassed by members of the public on social media given

3

recent reports about people harassing immigrants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October _1_ , 2025.

C.