**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | No. 25-cv-3417 |

I, Cristina, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Cristina. I am 52 years old and have lived in the United States since 2022. I am a legal permanent resident, and I live in Brentwood, Maryland, with my son, Rodrigo. I make this declaration on my own personal knowledge, except as to facts relayed to me by my son in a telephone call concerning his arrest and detention by agents and except as to matters expressly stated to be upon information and belief, and as to these, I believe them to be true.

2. I am originally from Peru. I moved in with Rodrigo in May 2025 after separating from my ex-husband because he was emotionally abusive. I currently work in a restaurant as a server.

3. On the night of September 8, 2025, I received a call from my son, Rodrigo. He and his coworker were driving home after finishing their delivery shift when an unmarked vehicle hit my son's coworker's motorbike near Rhode Island Avenue and 18th Street in

Washington, D.C. My son stopped to help his coworker, and plain-clothed individuals that Rodrigo described as bounty hunters exited the vehicle that had struck the motorbike.

4. Rodrigo was grabbed by the collar of his shirt and thrown to the ground even though he had done nothing wrong and had done nothing to escalate the interaction. The individuals told him to stay silent and proceeded to handcuff him.

5. After Rodrigo was handcuffed, the individuals took Rodrigo and his coworker to a police station and dropped them off at the station.

6. He told me he was not shown any documents nor a warrant throughout the entire interaction with the police and the plain-clothed individuals. Rodrigo speaks English and told me that he asked to see documents and they did not provide any. He told me he was not asked for his name, his identification, what his immigration status was, how long he has lived in the United States, who his family members are and what his work history is, or anything else about his ties to the community or his circumstances.

7. After his arrest, Rodrigo was taken to an ICE detention center in Farmville, Virginia, and then he was transferred to El Paso, Texas. I can rarely contact him.

8. Rodrigo's arrest has severely threatened his health. He is diagnosed with hypertension, and he was provided with the wrong dosage medication at the detention center. Additionally, the detention center in El Paso is not providing his medication, which is further exacerbating his condition.

9. This has been very traumatic for me. The stress and anxiety from my son's detention have taken a toll on my physical well-being, and I am scared to leave the house out of fear of going through the same experience he endured. I am also scared of collapsing on the street out of panic and terror.

10. I am a legal permanent resident and still have this fear because it's clear to me from my son's experience that agents are arresting people just for their skin color.

11. Due to my abusive ex-husband, I fear for my safety if my identity is public. I am also afraid of retaliation me and my family may face if my identity were to become public as a result of my participation in this lawsuit. I am particularly afraid that me and my family members will be retaliated against and harassed by members of the public on social media given recent reports about people harassing noncitizens and asylum seekers online.

12. This declaration was read to me in full in Spanish on September 30, 2025, by Yahir Santillan-Guzman. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2025.

*Cristina*
_____
Cristina