**DECLARATION OF DANIELA ANELLO**

I, Daniela Anello, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Daniela Anello. I am the Chief Executive Officer of DC Bilingual Public Charter School, located at 33 Riggs Rd NE, Washington, DC 20011. I hold a Master of Arts in Literacy Specialist from Teachers College, Columbia University, and a Bachelor of Arts in Elementary Education from the State University of New York at Geneseo.

2. I began my journey at DC Bilingual in 2009 as a Literacy Coach, advancing to Resident Principal and Interim Principal before the Board of Trustees appointed me as Head of School. This year marks my 16th year with the school. The DC Public Charter School Board ranks DC Bilingual among the highest performing elementary charter schools in the city, and The New Teacher Project places DC Bilingual in the top quartile of all DC charter schools for its strong instructional culture. Under my leadership, DC Bilingual received the U.S. Department of Education's prestigious National Blue Ribbon School Award for Educational Excellence in 2024, recognizing exemplary schools in the top 15% of all public schools on state assessments.

3. On September 25, 2025, at approximately 3:45 p.m. outside of DC Bilingual Public Charter School, at least nine officers from the Metropolitan Police Department (MPD), Homeland Security Investigations (HSI), Enforcement and Removal Operations (ERO), Customs and Border Patrol (CBP), and Federal Bureau of Investigation (FBI) were involved in the arrest of two young Latino men outside our school. The officers had three unmarked cars. This occurred during school dismissal, just steps from our school playground. The arrest was in plain view of dozens of parents and children at the playground and others watching from windows in the school. Many children began

crying and asking if they were going to be taken away. Students and teachers from other nearby schools also witnessed the incident.

4. Despite the fact that at least nine MPD and federal officers participated in the arrest, there was no sign that the young men were armed or posing any threat to those around them. Indeed, the officers did not follow typical protocol when there is a safety issue outside of our school (such as alerting the school to shelter in place). As shown in videos taken of the arrest, the men did not resist in any way. Officers searched their backpacks and did not appear to find anything of note. The detained men did not appear to resist or run away at any point, and appeared to cooperate with the officers' directions. At least one MPD officers spoke to the detained men in Spanish.

5. One of the MPD officers uncuffed one of the detained men, and handed him over to a masked ICE officer, who then re-cuffed him. The detained man was then placed into an unmarked car.

6. During the incident, I witnessed officers speak rudely and in a highly escalatory fashion to concerned neighbors, school staff, parents and caregivers who were simply asking for information about what was taking place. In a video I have in my possession, one bystander said, "Can you tell us what they're being arrested for?" An MPD officer responded, "It's none of your business." A bystander asked, "Do you have a warrant for their arrest?" The officer responded, "Go back to that line over there."

7. One MPD officer repeatedly threatened to arrest bystanders--including me--who were exercising their First Amendment right to record the arrest or who asked questions. Even though none of the bystanders were blocking officers or disrupting the arrests in any way, this MPD officer asserted that bystanders were not allowed to stand on the sidewalk or on

the street and demanded that they move farther away. A second officer remarked caustically to alarmed bystanders: "If you have such a problem with us, don't call 911 next time." When informed that children were watching the arrest and crying because they were concerned about being taken away by the officers, the first officer responded dismissively: "Make up the narrative. That's what you do anyway." Several officers turned their back on the people trying to speak to them.

8. Later that same day, on September 25, 2025, I submitted a letter to Mayor Bowser and Members of the DC Council reporting the incident via email. *See* Exhibit A.

9. As the leader of a school that serves a large Latino and immigrant population, I continue to seek clarity to assure our families that our campus remains a safe space. Our community has been directly impacted by ICE arrests and regularly witnesses ICE activity in the area surrounding our school. Already, our children carry fears about coming to school, and incidents like this deepen their anxiety and mistrust.

10. I'm also concerned about the impact that this arrest will have on our school community's trust in the MPD. At DC Bilingual, we've built a strong, positive relationship with MPD over many years. Officers have volunteered to speak to our students about safety, appeared at school events, represented the MPD at college and career classroom events, assisted when issues arise in the neighborhood, and supported safe arrival and dismissal. Our school's relationship of mutual trust and respect with MPD benefits our students, staff, families, and community. Unfortunately, incidents like these arrests threaten to erode that trust, which could lead to serious harm for our community.

11. Given my own experience and deep familiarity with schools across Washington, DC, I believe that DC Bilingual is not the only community impacted by actions by MPD and

federal immigration officials. Many other schools and neighborhoods across the city are also experiencing the consequences of these actions.

12. From my experience supporting the DC Bilingual community, I have seen firsthand the devastating impact of aggressive immigration enforcement activity in Washington, DC, including multiple arrests carried out near school. I'm aware of several incidents in which men who were the primary breadwinner of their families were taken into custody, leaving other family members struggling to pay rent, navigate daily life, or even feel safe leaving their homes.

13. The effects on children are especially heartbreaking. Students have carried fear and trauma of a parent, loved one, or neighbor being taken away, which directly impacts their emotional well-being and their ability to focus, learn, and regularly attend school.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2025.

*Daniela S Anello*
Daniela Anello

# **EXHIBIT A**



Daniela Anello <danello@dcbilingual.org>

---

### Incident Outside of DC Bilingual 9.25.25
12 messages

---

**Daniela Anello** <danello@dcbilingual.org>   Thu, Sep 25, 2025 at 11:16 PM
To: pmendelson@dccouncil.gov, kmcduffie@dccouncil.gov, abonds@dccouncil.gov, rwhite@dccouncil.gov, chenderson@dccouncil.gov, bnadeau@dccouncil.gov, bpinto@dccouncil.gov, mfrumin@dccouncil.gov, "Lewis-George, Janeese (Council)" <jlewisgeorge@dccouncil.gov>, "Parker, Zachary (Council)" <zparker@dccouncil.gov>, callen@dccouncil.gov, wfelder@dccouncil.gov, twhite@dccouncil.gov, muriel.bowser@dc.gov, "Kihn, Paul (EOM)" <paul.kihn@dc.gov>, "Botstein, Clara (EOM)" <clara.botstein@dc.gov>
Bcc: DCB Executive Board <executiveboard@dcbilingual.org>, DCB Executive Leadership <leadership@dcbilingual.org>, PTA DC Bilingual <pta@dcbilingual.org>, Rebecca Jones <rebjon@gmail.com>, Natalia Banulescu-Bogdan <natalitza@gmail.com>, Valerie Baron <baron.valerie@gmail.com>, ELFS <dcelfs@googlegroups.com>, Ariel Johnson <ajohnson@dccharters.org>, Rachel Johnston and Tami Lewis <rjohnston@dccharters.org>, Tameria Lewis <tlewis@dccharters.org>, Agatha Schmaedick Tan <as863@law.georgetown.edu>

Dear Mayor Bowser and Members of the DC Council,

I am writing to request your urgent support in investigating and clarifying an incident that occurred today, September 25, 2025, outside of DC Bilingual Public Charter School at dismissal.

At approximately 3:45 p.m., at least nine officers from the Metropolitan Police Department (MPD), Homeland Security Investigations, Enforcement and Removal Operations, Customs and Border Patrol, and Federal Bureau of Investigation (FBI) were involved in the arrest of two young Latino men outside our school. The officers had three unmarked cars. This occurred during school dismissal, just steps from our school playground.  The arrest was in plain view of dozens of parents and children--many of whom began crying and asking if they were going to be taken away.  Students and teachers from other nearby schools also witnessed the incident. Based on what I observed, MPD carried out the majority of the actions on the scene, in the presence of federal agents.

Despite the fact that at least nine MPD and federal officers participated in the arrest, there was no sign that the detainees were armed or posing any threat to those around them--and indeed, the MPD did not follow typical protocol when there is a safety issue outside of our school (such as alerting the school to shelter in place).

During the incident, I witnessed MPD officers speak rudely and in a highly escalatory fashion to concerned neighbors, school staff, parents and caregivers who were simply asking for information about what was taking place.  One MPD officer repeatedly threatened to arrest bystanders--including me--who were exercising their First Amendment right to record the arrest or who asked questions.  The officer asserted that bystanders were not allowed to stand on the sidewalk or on the street and demanded that they move farther away.  A second officer remarked caustically to alarmed bystanders:  "If you have such a problem with us, don't call 911 next time."  When informed that children were watching the arrest and crying because they were concerned about being taken away by the officers, the first officer responded dismissively:  "Make up the narrative.  That's what you do anyway."  Several officers turned their back on the people trying to speak to them.

This incident raises serious questions about the role of MPD in aggressive ICE activities in our city, about MPD's disrespectful treatment of members of the community they are sworn to protect, and about the risks this conduct poses to our school community's safety and trust in law enforcement.

I'd appreciate responses to the following questions:

1. **Is MPD continuing to cooperate with ICE and participate in immigration enforcement related arrests?** Such actions appear to contradict the Mayor's statement on September 10 that "Immigration enforcement is not what MPD does. And with the end of the emergency, it won't be what MPD does in the future."  If this incident was not an immigration arrest, can you explain what happened and confirm that the detained men were not sent to an ICE detention facility, but instead to an appropriate facility that ensures basic human rights and adheres to due process?
2. **Do you believe that it is appropriate for MPD, along with armed federal agents, to conduct aggressive immigration arrests just steps from a school playground during school dismissal?** If so, what is the justification for conducting immigration arrests at school playgrounds, given the potential harm this causes to children and families?  Is this conduct consistent with current MPD policy, and will you commit to reviewing that policy?
3. **Is MPD committed to de-escalation, transparency, and respect for community members?**  Did the officers' conduct during this incident meet the MPD's standards?  Will this incident be reviewed, and will you share the results of that review?  Will our community members receive an apology?

As the leader of a school that serves a large Latino and immigrant population, I urgently need clarity to assure our families that our campus remains a safe space.  Our community has been directly impacted by ICE arrests and regularly witnesses ICE activity in the area surrounding our school.  Already, our children carry fears about coming to school, and incidents like this deepen their anxiety and mistrust.

I'm also concerned about the impact that today's arrest will have on our school community's trust in the MPD.  At DC Bilingual, we've built a strong, positive relationship with MPD over many years.  Officers have volunteered to speak to our students about safety, appeared at school events, represented the MPD at college and career classroom events, assisted when issues arise in the neighborhood, and supported safe arrival and dismissal.  Our school's relationship of mutual trust and respect with MPD benefits our students, staff, families, and community.  Unfortunately, incidents like today's arrest threaten to erode that trust, which could lead to serious harm for our community.

**I respectfully request a clear statement regarding MPD's role in this arrest and continued immigration enforcement and concrete steps that will be taken to ensure that families in our community can trust DC law enforcement to protect DC residents, rather than act as an extension of federal immigration enforcement.**

Our students and families deserve to feel safe walking to and from school without fear of being targeted or traumatized by law enforcement encounters. I ask that you prioritize this matter and provide answers and accountability.

Thank you for your attention and leadership on this urgent concern.

Daniela Anello
**Daniela Anello | Chief Executive Officer (CEO) | Directora Ejecutiva (CEO)**

DC Bilingual Public Charter School l 33 Riggs Rd, NE l Washington, DC 20011

**Please make an appointment HERE to meet with me**

**Por favor haga clic aquí para hacer una cita conmigo**

 W: 202.750.6674 l danello@dcbilingual.org l www.dcbilingual.org