# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JOSE ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-3417 |

### DECLARATION OF DARWIN LOPEZ CASTAÑON

I, Darwin Lopez Castañon, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Darwin Lopez Castañon. I am 31 years old. I lived in the District of Columbia from 2021 until I was deported last month.
2. On Thursday August 21, at around 7:30am, my brother and I left for work. We left from our home on Holmead Pl NW, which is close to Monroe St NW. My brother was driving us in his car. The car is registered under my brother's name and has current license plates and registration. My brother was driving within the speed limit.
3. Once we left, we turned onto Monroe St to head towards 13th St NW. As we were turning onto Monroe, we saw two unmarked vehicles that began to follow us. One vehicle immediately came in front of us to block the road, while the other remained behind. The cars flashed their lights at us to let us know we were getting stopped.
4. A masked agent approached my side, the passenger's side. He was wearing a red t-shirt and gray pants and had on a velcro vest that said "Police" across the front. I could not see a badge of any kind. He had a gun strapped to one of his legs. He was Latino. I pulled my window down slightly to be able to hear him speak. In Spanish he asked me for our documents, asked if we were American, and asked if we've had any trouble with the law. He did not tell me his name, tell me what agency he was with, or provide any credentials of any kind. The agent did not ask me any other questions. He never explained why in particular we got stopped.
5. I responded to his questions by telling him that I am an immigrant. I showed him my medical insurance but he told me that it was not a valid form of identification. I told him that I didn't have my physical ID (an ID from my country of origin, Guatemala) because it was stolen along with my wallet when I was assaulted on the street months ago, and told him that I was still waiting to get a new ID card. Instead, I showed him the digital copy of my ID on my phone. My brother provided his driver's license, which he had on hand.

6. After we showed the agent our IDs, two other agents gathered outside my brother's side. One appeared to be a white man, and the other was a female wearing a mask. They both had on the vests that said "Police" on them. Another agent wearing a t-shirt and jeans came to my side. He also had the same type of vest. They spent a few minutes talking amongst each other and checking our names.
7. The officer on my side asked me to get out of the car so that "we could do things the right way." I told them no, that "it is my right to not roll down the window completely, or open the door." I told them to look up our names again because they will find that we have no criminal record. The agents threatened us to break our windows if we did not get out. We were scared, and didn't know what to do.
8. After a few seconds of us still inside the car, the agents began to break our windows without any type of warning. There was one agent on each side of the car. Both the driver's and passenger's side windows were broken. At this time more agents came to both sides of the car. They tried to grab us and pull us out of the car from the window, but could not manage to do so. They then reached inside of the car, unlocked the doors, and opened them. The two agents on my brother's side pulled him out of his seat, threw him on the ground, grabbed his arms, and tied his hands to his back. I stood up before the agents on my side could fully grab me and held onto the car for stability so I wouldn't get thrown onto the pavement. The two agents standing next to me grabbed my arms and tied my hands together behind my back. I did not try to flee.
9. We were both put into the black car that had stopped behind us. We were not told where we were being taken and what would happen to us next. While we were riding off in the car I asked "Why are you doing this? We haven't done anything, the only thing we were trying to do is just go to work." The agent in the car driving ignored me and did not answer any of my questions.
10. The total duration of the stop in arrest in DC was about 20 minutes.
11. None of the agents at any point ever identified themselves, presented a warrant or other paperwork, explained why they stopped us, or indicated that they knew us/knew our names prior to stopping us.  Nor did any of them ask us any questions about our ties to the community, how long we've been living/working in DC, our family here, or anything else about our circumstances.
12. I have lived in the DC area since 2021 and I have never experienced an encounter like this. I have never been arrested. I have never been convicted of any crime/offense. The same goes for my brother. We are victims of an assault that happened months ago. And what happened on August 21 felt like another assault.
13. Because of this arrest I have now been deported back to Guatemala. I went from the processing center in Chantilly, to Farmville, VA, to Louisiana, and then deported. I was asked to self-deport multiple times and each time, I refused. I was also lied to when taken to Louisiana because I was told I could continue my case there instead of being deported. My brother is currently in Farmville waiting for a court case. Our family in DC is struggling financially as my brother and I were the sole providers of income. My wife cannot work and has to take care of our two children. I am stuck in Guatemala not knowing what I can do.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2025.

**CERTIFICATE OF INTERPRETATION**

I, Alejandra Jolodosky, certify that I am fluent in Spanish and English and that I read this declaration in its entirety to D.L.C. Due to D.L.C.'s deportation, I have not been able to visit him in person or otherwise obtain his signature. I spoke with D.L.C. by phone, documented his statement, and drafted this declaration accordingly. At 2:10pm on 9/19/2025, I read the declaration back to D.L.C. word for word to confirm its accuracy. D.L.C. affirmed that it was accurate and authorized me to sign on his behalf.

[Alejandra Jolodosky]