IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | No. 25-cv-3417 |

### DECLARATION OF ELIAS DOE

I, Elias Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Elias Doe. I am 41 years old. I am a CASA member, and I identify as Latino.

2. I live in Hyattsville, Maryland, right outside Washington, D.C. On the morning of August 20, 2025, I was driving through Washington, D.C. I was in the Northeast part of the city on my way to the doctor to receive my dialysis treatment, which I am required to do several times a week. Unfortunately, as I was driving, I was in a car accident with an Amazon vehicle.

3. After the accident, local police officers arrived, but then so did ICE officers. They arrived about 5 minutes after the local police. I knew that they were ICE officers because they were wearing vests that said "ICE". One of the agents came up to me and spoke to me in Spanish. He told me he was an ICE officer. He did not know my name and did not seem to know anything about me. He asked me where I was from, so I told him El Salvador. He then asked me for my Salvadoran I.D. card, which I showed him. I also explained that I had a U.S.-issued driver's license, but the ICE officer said that he didn't need that.

4. The officer did not take my I.D. or do anything with it when I showed it to him. He simply looked at my I.D., told me I was under arrest, and then started putting handcuffs on me. This was around 10 a.m. At no point before they arrested me did they ask me if I had immigration status or if I was a U.S. citizen, what my ties were to the community, whether I had family members in the U.S., where I live and how long I have lived there, my work history, if I had any criminal convictions, or anything else about my individual circumstances.

5. The officers did not explain why they were arresting me. They did not give me any documents or a warrant prior to arresting me. I did not attempt to resist arrest in any way.

6. After arresting me and placing me in their vehicle, the officers took me to Chantilly, Virginia and detained me in the center there. After several hours, the ICE officers said I could leave that evening because I was so sick after missing my dialysis treatment that day. This was around 6 pm.

7. Again, they did not give me any documents or papers at the time they released me. I still have not received any explanation as to why I was arrested or released. I also never received any kind of assurance that I will not be detained or arrested by ICE in the future.

8. My arrest and detention has had a horrible impact on me. In May 2024, I had open heart surgery. Now, as part of my recovery, I am required by my doctor to receive dialysis treatment three times a week at a clinic in Washington, D.C. When ICE arrested me, they forced me to miss my treatment. I had to scramble the next two days to receive the care I needed. My blood pressure has spiked, and I can't sleep because of all the stress the arrest caused me.

9. I am also living in fear now. I am constantly under the threat of arrest and deportation. I cannot be deported to El Salvador. I would die there because I would not be able to receive the medical treatment I need to live after my surgery. I would also be separated from my mother, whom I depend on to live. Every day is terrifying because I have these threats hanging over me now.

10. I am using a pseudonym because I am afraid of harassment and retaliation for participating in this lawsuit if my real identity is revealed.

11. This declaration was read to me in full in Spanish on September 30, 2025 by Megan Steinheimer. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

I, Megan Steinheimer, CASA Representative, affirm Elias Doe gave me permission to sign this declaration on his behalf. At 11:00am on September 30, 2025, I read the above Declaration back to Elias Doe to confirm its accuracy and he stated that it was accurate.

Executed on October 1, 2025.

_____
Signature