## DECLARATION OF FIONA LEWIS

I, Fiona Lewis, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Fiona Lewis. On September 22nd, 2025, one of my friends named Alex was walking down 2nd st NE DC in front of the Chick Fil A near the intersection of Riggs Rd at around 6:15 am. I make this declaration on my own personal knowledge, except as to facts relayed to me by Alex's partner concerning his arrest and detention by federal agents in a telephone call and except as to matters expressly stated to be upon information and belief, and as to these, I believe them to be true.

2. I understand from speaking to Alex's partner and mother of his two young children, that two plain-clothed people who were not wearing uniforms that he could remember, grabbed Alex from behind. The two men did not show Alex any identification, and they did not ask Alex to show any identification. They also did not ask anything about Alex's immigration status or ties to the community. The men immediately took Alex's phone and turned it off and took Alex's possessions. Alex did not make any attempt to resist arrest or run. Then, the men threw Alex into an unmarked van.

3. Alex said the men who took him then took two other Latino men walking down the street in the same way they took him.

4. The men took Alex and the other men somewhere and he did not even know where it was. And that's when actual officers spoke to Alex.

5. This blatant disregard for the law is just appalling and demonstrates a profound disregard for both federal immigration statutes and the fundamental rights of D.C. residents.

6. It's been very difficult communicating with Alex while he has been detained by ICE, even when he's been able to call from the jails he's been in. The phone was mostly

dropping out after only a few minutes, because he was getting moved a lot it was difficult to track his location, and find details regarding when his deportation was to take place. We still have no idea where he is. When I call the local DC ICE office all they can tell me is that he is in custody somewhere but they don't know where, and they tell me they cannot give me any further information about his location or deportation date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1st, 2025.

Fiona Lewis