IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants.* | No. 25-cv-3417 |

## DECLARATION OF FRANCO DOE

I, Franco Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Franco Doe. I am 21 years old, and I am an Uber delivery driver. I am from Venezuela. I have lived in the DMV since June 2023, when I received Temporary Protected Status (TPS), which is active until 2026. I have a fear of harm and persecution from the Venezuelan government because I was tortured in prison after I was accused of committing a crime I did not commit. I live in an apartment with my wife and my eight-month-old daughter, who is a U.S. citizen. I am a member of a church in my community and am just trying to make money to support my family.

2. On August 17, 2025, I was working as an Uber delivery driver in Capitol Hill, driving my motorcycle to drop off a delivery order at an apartment complex. The moment I left the building after dropping off the order, I noticed that various federal agents had surrounded my motorcycle.

3. When I approached my motorcycle, there were multiple police officers and federal agents

waiting for me. They asked me for my social security, my work permit, my motorcycle title, and my driver's license. I was able to provide them with all of those documents. They didn't ask me my status, they only asked me for my paperwork. I told them that I had my TPS. At the time, my TPS had expired but I was applying for renovation, so I was still legally in the United States. After giving them my documents, the agents put handcuffs on me. I didn't understand why they were arresting me when I had all my paperwork in order and was able to show it to them. Immediately after handcuffing me, they put me in one of the five vehicles nearby. Bystanders around me were asking why I was being detained.

4. The agents never provided any reason and never presented me with a warrant or any order for my arrest. Before arresting me, the agents did not ask me any questions about my family members, where I live and how long I have lived there, my work history, or anything else about my ties to the community. I did not make any attempt to resist arrest or run away. My wife could not get in touch with me. I had no way of telling her that I had been arrested. When her calls and texts to me went unanswered, she looked to social media and found out about my arrest through a video on TikTok. My wife wasn't able to get my motorcycle back because they took the registration and title.

5. I went to Chantilly first, where they took my fingerprints and asked identifying questions. I was there for about four hours until they took me to Farmville. In Farmville, the conditions are difficult, but in order to survive, the other detainees and I must eat the horrific food available.

6. Since 2023 when I entered this country, this is the first and only time I have had interaction with law enforcement. I have never been convicted of any crime or offense, and I have not had any issues with meeting deadlines or appearing in court in relation to my immigration

case.

7. My wife and 8-month old baby depend on me economically. She and our baby have had to move because, as a result of my detention, they cannot pay the rent where they were living. My daughter is suffering from the absence of her father. My wife had an accident and is unable to work right now. She also has a low platelet count, meaning she is more likely to suffer from a stroke. I worry what will happen to her without me there and what will happen to our daughter if anything happens to my wife. I also economically support my disabled father in Venezuela, who relies on me for his daily life.

8. I am deeply concerned and scared by this incident. I believe I was stopped and arrested solely because of the color of my skin, my appearance, and my job. The officer did not present any warrant and did not say why I was stopped and/or why I was being arrested. If I am released, I fear that I will be arrested or detained again because I would continue to work in the same neighborhoods of D.C. where I was arrested.

9. Due to my pending TPS application, I fear I would face retaliation and grave danger if my persecutors in Venezuela were to learn of my TPS claims through this lawsuit. I am also afraid of retaliation towards me and my family may face if my identity were to become public as a result of my participation in this lawsuit. I am afraid that me and my family members will be retaliated against and harassed by members of the public on social media given recent reports about people harassing noncitizens online.

10. This declaration was read to me in full in Spanish on September 30, 2025, by Alexis Gorfine. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2025.

                                      */s/ Franco Doe*
                                      Franco Doe

I, Alexis Gorfine, Law Clerk at Covington & Burling LLP, affirm Franco Doe gave me permission to sign this declaration on his behalf because he is currently detained. At 3:45pm on September 30, 2025, I read the above Declaration back to Franco Doe word for word to confirm its accuracy and he stated that it was accurate.

Executed on September 30, 2025.

                                      */s/ Alexis R. Gorfine*
                                      Alexis Gorfine