IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | No. 25-cv-3417 |

### **DECLARATION OF JAVIER DOE**

I, Javier Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Javier. I am 43 years old. I am a CASA member, and I identify as Latino.

2. Before I was deported in September 2025, I lived in Washington D.C. with my wife and three children. The oldest child is 18, but I also have a four-year-old and a six-month-old baby. My two younger children are U.S. citizens.

3. About three years ago, my oldest daughter was the victim of a violent assault. Because of this, my family and I applied for U Visas. Those applications are still pending.

4. At around 6 am on September 10, 2025, I was at the Fort Totten Metro stop in D.C. on my way to work. I was the only person in my family that worked because my wife had to take care of our new baby. I would take the train to work because I didn't have a driver's license and I wanted to respect the driving laws, so I didn't drive to work.

5. As I was walking out of the metro station, I saw four immigration officials get out of a truck and start to approach me. I knew they were ICE officials immediately because they

were wearing ICE uniforms with the green vests. At first, one asked me to stop for a second and showed me a photo of a person who looked Latino. He asked if I knew the person and I said that I did not. But before I could leave, the officer then asked if he could see my immigration documents. I did not want to lie to them so I told them I didn't have any documentation, but that I did have a pending U Visa case.

6. The officer responded that he had to ask his supervisor something. When he came back he said "I'm sorry sir, but I have to arrest you." They put me in handcuffs and then in their car and that was it. They did not ask me any questions about how long I had been in the United States, if I had any family or ties to the community, or anything else about my personal circumstances. They did not explain why they had to arrest me. I did not make any attempt to flee or resist arrest.

7. They put me in a car and took me to the detention center in Chantilly, Virginia. I was there for a full day, and then was transferred to a jail in Richmond the following day. I was there for two days when they moved me again to a detention center in Louisiana. I was there until I was deported on September 26.

8. While I was detained, immigration officials handed me a piece of paper and told me that I had to sign it. I told them I didn't want to because I knew it meant I was accepting my deportation. I told them I had a pending U Visa case and wanted to see a judge. But the officials said I had to sign the document. I didn't know what was going to happen to me if I didn't sign it, so out of fear, I signed it.

9. My arrest and deportation has been hard for my family to bear. My family depended on my income to survive. My wife has had to assume all the responsibility after I was arrested. She is very scared that she also might be arrested, but she has to leave the house

    every day and work just so my children can survive. Economically, it has been very tough for them.

10. It has been even harder emotionally. My arrest and detention traumatized our entire family because it ripped us apart. I miss my children so much. I don't have any family in my home county and feel so alone. I can talk with my oldest child, but my baby and younger daughter are too young. I want to be a part of their lives and hear about what they are learning in school, but that was taken away from me. My oldest tells me that my children sometimes go to the park and ask the police officers there if they know where their dad is. It is heartbreaking.

11. All I want now is to see my family. It feels so unjust that this happened to me. I respected all the laws, did my taxes, and worked to support my family. Yet all of this happened to me. It feels like the officials do not respect our rights.

12. I am afraid that I will be harassed and retaliated against for participating in this lawsuit if I reveal my true identity. This is why I am using a pseudonym.

13. This declaration was read to me in full in Spanish on October 1, 2025 by Megan Steinheimer. I completely understand the content of this declaration.

14. I declare under penalty of perjury that the foregoing is true and correct.

I, Megan Steinheimer, CASA Representative, affirm Javier Doe gave me permission to sign this declaration on his behalf because he is currently detained. At 9:00am on October 1, 2025, I read the above Declaration back to Javier Doe to confirm its accuracy and Javier Doe stated that it was accurate.

Executed on October 1, 2025.

*[Signature]*
Signature