IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | No. 25-cv-3417 |

## DECLARATION OF JULIO DOE

I, Julio Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Julio Doe. I am 44 years old. My wife is a CASA member, and I identify as Latino. I have lived in the United States since 2003. Before my arrest, I lived in Jessup, Maryland, with my wife and four children. My oldest child is 19 years old, and my youngest child is four years old. My children are U.S. citizens. I am originally from Guatemala, and my wife and I have a pending asylum application. My nephew and I work as plumbers in our neighborhood to support our family. I have had a work permit since 2013, which I have renewed every year. Last year, I received a 5-year work permit. I am a CASA member, and I participate in a committee at Iglesia San Mateo Episcopal that does community work like building bathrooms in the church.

2. On August 28, 2025, my nephew and I were on our way to work. I don't have a driver's license, so I was in the passenger's seat of the car while my nephew drove. We were a few blocks south of Walmart on Georgia Ave NW in Washington, D.C., when we were stopped

by ICE agents. I could see six agents at first. First, they asked my nephew for his identification, and he showed his green card. Then, they asked for my ID, and I showed them my Real ID. They told me to get out of the car, and I asked why. The agent said if I didn't get out, they would break down the door.

3. When I got out of the car, I saw many more agents. I was so scared about what was happening to me. The agents immediately put handcuffs on me and grabbed me by the collar. I asked why because I hadn't done anything wrong. At no point did I resist or run away. They walked me over to their van. Afterward, they took my work permit, my license, and all of my things from me. One of the agents said that I was "fine." Another agent said that I wasn't, and they put me in the van. On the drive to Chantilly, the agents were bragging about getting "another one" and said, "that was easy." They were acting like they were celebrating having detained me.

4. Throughout the whole interaction, none of the agents at any point identified themselves, presented a warrant, or indicated that they knew me or my name prior to the arrest. They also did not ask me any questions about my ties to the community, how long I've been living or working in the D.C. area, or my family here.

5. They initially took me to an ICE detention facility in Chantilly, Virginia, for two nights and one day. I was fingerprinted and interviewed there. They put us in a cement room in horrible conditions. One night, they called me out of the room around midnight, and one of the agents told me that my work permit was fake, while the other said it was real. They laughed and said that they would review it more and that if it was real, I could leave.

6. After Chantilly, they moved me to Farmville Detention Center where I slept in a freezing cold room. In one room, there were no beds, so we were sleeping on the concrete floor. In another room with 100 people, we slept in bunk beds that were very close together.

7. From there, I was taken to Richmond in a two-hour car ride. We were all tied up so that we couldn't move, and they blasted the cold air even though we all asked them to stop. They then turned on the heat and played music at high volume. They then took us to a hidden part of the airport and made us get on the plane really fast with chains on our arms and legs. In the airplane, we were still tied up and couldn't even eat the small sandwich they gave us. We also couldn't use the bathroom because we were tied up.

8. This declaration was read to me in full in Spanish on October 1, 2025, by Alexis Gorfine. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2025.

*Julio Doe*
Julio Doe

I, Alexis Gorfine, a Law Clerk at Covington & Burling LLP, affirm Julio Doe gave me permission to sign this declaration on his behalf because he is currently detained. At 9:00 pm on October 1, 2025, I read the above Declaration back to Julio Doe word for word to confirm its accuracy and he stated that it was accurate.

Executed on October 1, 2025.

*Alexis R. Gorfine*
Signature