IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

No. 25-cv-3417

**DECLARATION OF MATEO DOE**

I, Mateo Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Mateo Doe. I am 23 years old. My wife is a CASA member, and I identify as Latino.

2. Before my arrest, I lived in Hyattsville, Maryland, right outside Washington, D.C., with my seven-year-old son and my wife.

3. My wife and I are originally from Venezuela, but we cannot go back. We applied for asylum in this country because we are scared to return.

4. I obtained work authorization through my pending asylum application. I work as a delivery driver with DoorDash to support not just my family here, but also my parents in Venezuela. I work under my legal name and with all the proper documentation and legal work authorization.

5. I was working on August 21, 2025 when I was arrested. At the time, I was parked on my electric bike, waiting for a delivery order in a McDonald's parking lot on Georgia Avenue in D.C.

6. When I mounted my bike to leave, two unmarked cars pulled up—one in front of me and one on my side. They parked in a way that stopped me from leaving. Four officers wearing masks got out of the cars. They were wearing jeans and t-shirts, but green vests and badges that said "ICE." The four officers surrounded me, with two in front of me and two behind me.

7. They asked if I was allowed to be in this country, so I told them yes. I explained I had a pending asylum application and showed them my work authorization card and Maryland driver's license. After I showed them these two cards, they said I was under arrest. When I asked why, they said it was because I wasn't a permanent resident. That's the only reason they gave me. They did not ask me anything about my family members, where I live and how long I have lived there, my work history, or anything else about my personal circumstances or ties to the community. They did not hand me any documents or warrants.

8. Before the officer said I was under arrest, I was simply seated on my bike; I did not make any attempt to resist arrest.

9. They took me first to an area right outside the Pentagon. They kept me there for about 30 minutes. Then the officers came back with about ten other people and told us all to get into a white van. They drove us to the ICE center in Chantilly, Virginia. I was there for about two and a half days. Then they moved me to the Farmville Detention Center, which is more than three and a half hours away from my family. I was there for 13 or 14 days.

    After that, they moved me to the South Texas Detention Complex in Pearsall, Texas. I am still detained there almost a month later. There are a lot of other people here. So many that our meals are very small and there are about 100 people in every dorm.

10. My arrest in D.C. was so traumatic for me, my wife, and our son. My son, who is only seven years old, asks my wife why his daddy isn't coming back. He cries so much, saying he misses me. Emotionally it has been devastating.

11. It has been difficult for them to survive without me, too. They depended on my income to get by. My parents in Venezuela, who are too old to work, also need my help.

12. All I want is to come home and for my rights to be respected. I was detained even though I have a pending asylum application, work authorization, and no criminal history, besides one ticket for driving without a license. I am not violent or dangerous—I am just trying to live a safe life in this country.

13. My lawyer is seeking a bond for me. I am afraid that even after I am released, ICE will once again target me and arrest me like they did in August.

14. Due to my and my wife's pending asylum applications, I fear we would face retaliation and grave danger if our persecutors in Venezuela were to learn of our asylum claims through this lawsuit.

15. This declaration was read to me in full in Spanish on September 29, 2025 by Megan Steinheimer. I completely understand the content of this declaration.

I, Megan Steinheimer, CASA Representative, affirm Mateo Doe gave me permission to sign this declaration on his behalf because he is currently detained. At 8:00am on September 29, 2025, I read the above Declaration back to Mateo Doe to confirm its accuracy and he stated that it was accurate.

Executed on September 30, 2025.

/

_____
Signature