## DECLARATION OF PAOLA FLORES ROMAN

I, Paola Flores Roman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Paola Flores Roman. I am an attorney at the firm Murray Osorio PLLC, and I have been practicing exclusively immigration law for nearly three years in the District of Columbia, Maryland, and Virginia. I have represented individuals detained by Immigration and Customs Enforcement ("ICE") during that time. I focus on humanitarian relief and am part of my firm's detained removal defense team, and I represent clients in bond proceedings, credible and reasonable fear interviews, asylum, cancellation of removal, adjustment of status, and other forms of relief.

2. In my experience, before August 2025, ICE typically detained individuals in Washington, D.C. who were considered priorities for removal, such as those with criminal convictions or prior removal orders. Officers would complete the required paperwork and document how, when, where, and why the encounter with the individual and detention occurred including in Form I-213. In this form, there was typically a paragraph summary of the encounter. These encounters often arose from joint task force operations with law enforcement who were serving warrants on individuals with criminal backgrounds, or after an individual was detained by law enforcement and transferred to ICE custody.

3. Before August 2025, if ICE encountered an individual in D.C., ICE would sometimes ask for their information, but it would not always lead to detention. They would check their immigration and criminal history. If ICE saw that they had a pending case and had no criminal history, they would let them go and they would not be detained.

4. Things are starkly different now. The context of the encounter is largely absent from documentation. Today, the I-213 forms often contain only a line or two stating that the individual was encountered, without explaining how, why, or the reason behind the

encounter. The officers simply state that it was determined that the individual lacked immigration status, without any explanation of how that was determined. Now, there are no priorities for removal for ICE; everyone is a priority, regardless of whether the person has been here for 20+ years, paid taxes, has no criminal history, or has a pending application for immigration relief.

5. From the reports I have received from clients and their family members, most individuals detained by ICE are Latinos and are from neighborhoods in D.C. where predominantly Latinos live and work. There have been a few Afghan and Pakistani clients who were working for Uber or Lyft when they were also pulled over.

6. I have a Latino client who was walking to work in D.C. on August 21, 2025, when he was stopped and detained by plainclothed and masked ICE officers. He reported that ICE made no inquiry regarding his immigration status or individualized circumstances. My client had been in the U.S. for 23 years with no criminal history. Unfortunately, *Matter of Yahure* was issued just two days before his bond hearing, which impacted his case. He ultimately opted for voluntary departure. His Form I-213 only notes that he was arrested by an ICE officer, with the date, time, location, and that he was transported to Chantilly.

7. I also have a client who was working as an Uber driver and was waiting in a designated area for rides when he was pulled over by U.S. Park Police in D.C. on August 15, 2025. He presented his valid driver's license and asked them why he was being pulled over. They called HSI, and he showed them his Employment Authorization Document (EAD) and informed the officers that he had a pending asylum application with USCIS. His car was stopped. Despite having a pending asylum application, ICE handcuffed him with force and detained him. His only prior issue was a traffic infraction from 2024 for failure

to pay attention. He had entered the U.S. on a B1/B2 visa, and he has been previously

released on bond. The I-213 simply states that he was encountered by HSI agents after

being pulled over by U.S. Park Police.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2025.

_____
Paola Flores Roman