IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,

    Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    Defendants.

No. 25-cv-3417

## DECLARATION OF W. G. M.

I, W. G. M., pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is W.G.M. I am 20 years old. I have lived in Washington, DC since 2019.

2. On the morning of Sunday, September 7, 2025, I was walking toward my girlfriend's apartment building in the Fort Totten neighborhood of Washington, DC, when several officers randomly approached me. They got out of an unmarked Subaru car with Texas license plates. The officers were in plain clothes wearing vests, but I do not remember if there was any writing on their vests.

3. The officers called out to me to stop in English. They walked up to me and asked me to show them "documents". I showed them my DC driver's license. The officers started speaking in Spanish and said those are not "papers" and asked me for a green card. I told them that I do not have a green card but I have a work permit. The officers then told me to put my hands behind my back and they handcuffed me. I did not try to resist arrest or flee. They told me to get into their car and they would check my status. After I was handcuffed

and in the car, I tried to explain to the officers that I have Special Immigrant Juvenile Status, a work permit, and a social security card, but the officers said they did not care. One of them grabbed me by my shirt and another one grabbed me by my feet and they shuffled me into the car. The handcuffs were so tight they left marks on my wrists.

4. Once in the car, the officers told me that I am here "illegal" and I would be transported to a detention center. I asked them to allow me to make a call to my mother. Over the phone, my mother tried to explain to the officers that I have both Special Immigrant Juvenile Status and "deferred action," which means that ICE is not supposed to deport me. I also heard my mother asking the officer who they were and why I was arrested. The officers refused to answer her and just hung up the call.

5. The total duration of the interaction with the officers was less than ten minutes. One of the officers spoke Spanish, so most of the conversation I had with the officers was in Spanish.

6. None of the officers at any point ever identified themselves, presented a warrant or other paperwork, explained why they stopped me, or indicated that they knew me or my name prior to walking up to me. The officers never asked me about my ties to the community, how long I have been living or working in DC, if I had any family here, or anything else about my circumstances.

7. I have lived in DC since 2019, and I have never experienced an encounter like this before. I have never been convicted of any crime.

8. After I was taken by the officers on September 7, 2025, they brought me to the Chantilly ICE Office where I was detained for several days. I was then transferred to Riverside Regional Jail for another day and then transferred to Farmville Detention Center. I am currently at Farmville waiting for my next court date.

9. With my lawyers' help, I am trying to get bond so that I can leave immigration detention. But I fear that even if I am released on bond, ICE will arrest me again like they did on September 7.

10. I am using my initials instead of my full name in this declaration because I am afraid that my family members and me would be retaliated against and harassed by members of the public on social media given recent reports about people harassing noncitizens online.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2025.

## CERTIFICATE OF INTERPRETATION

I, Martha Arzu, certify that I am fluent in Spanish and English and that I read this declaration in its entirety to W. G. M. Due to W. G. M.'s detention, I have not been able to visit him in person or otherwise obtain his signature. I spoke with W. G. M. via Zoom call on October 2, 2025 and read this declaration to W. G. M. word for word to confirm its accuracy. W. G. M. affirmed that it was accurate and authorized me to sign on his behalf.

Martha Arzu
Date 10/02/2025