IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, et al., *on behalf of themselves and others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | No. 25-cv-3417-PLF |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Consent Motion for Non-Plaintiff Declarants to Proceed Under Pseudonyms, it is

**ORDERED** that Plaintiffs' Consent Motion for Non-Plaintiff Declarants to Proceed Under Pseudonyms is GRANTED.

**SO ORDERED.**

Date: _____     _____
                                                                PAUL L. FRIEDMAN
                                                                United States District Judge