## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSÉ ESCOBAR MOLINA, *et al.*,

               Plaintiffs,

      v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

               Defendants.

No. 1:25-cv-03417

## DECLARATION OF ADINA APPELBAUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Adina Appelbaum, declare as follows:

1.    I am the Program Director of the Immigration Impact Lab at the Amica Center for Immigrants Rights (Amica Center) (formerly CAIR Coalition). I am co-counsel for Plaintiffs in the above-captioned lawsuit. I submit this declaration in support of Plaintiffs' Motion for Class Certification in the above-captioned case.

2.    I am admitted to practice in Virginia and the District of Columbia. I am also admitted in the United States Courts of Appeals for the Fourth, Ninth, and D.C. Circuits and the United States District Courts for the Eastern and Western Districts of Virginia and the District of Columbia. I have litigated immigration-related cases before the United States District Court for the Eastern and Western Districts of Virginia, the District of Columbia, and Maryland; and the United States Courts of Appeals for the Fourth, Ninth, and D.C. Circuits.

3.    I have served as co-counsel in the following immigration class action cases: *Palacios v. Sessions*, No. 3:18-cv-0026-RJC-DSC (W.D.N.C.); *Coreas v. Bounds*, No. 8:20-cv-00780-TDC (D. Md.); *Toure v. Hott*, No. 1:20-cv-00395 (E.D. Va.); *Dubon Miranda et al. v. Barr,* No. 1:20-cv-1110 (D. Md.); *Capital Area Immigrants' Rights Coal v. Trump,* No. 1:19-cv-02117-TJK (D.D.C.); and *S.M.S.R. v. Trump,* No. 1:18-cv-02838 (D.D.C.). Within the D.C. Circuit, I am co-counsel in the immigration cases *Amica Center for Immigrant Rights v. DOJ*, No. 1:25-cv-00298-RDM (D.D.C.) and No. 25-5254 (D.C. Cir.) and *American Gateways v. DOJ*, No. 1:25-cv-01370 (D.D.C.). Through these cases and others, I have accumulated distinctive knowledge and specialized skill in the areas of immigrant rights and civil rights litigation in federal courts.

4.      I graduated with joint *Juris Doctor* and Master of Public Policy degrees from Georgetown University Law Center and Georgetown University McCourt School of Public Policy in 2015. I subsequently worked at Amica Center from September 2015 to the present, first as an Equal Justice Works Fellow, then as a Staff Attorney, a Senior Attorney, and currently in my position as Program Director of the Immigration Impact Lab.

5.      In the Spring of 2019, I co-taught a seminar on the intersection of criminal and immigration law at the University of the District of Columbia David A. Clarke School of Law as an adjunct professor. I have spoken on immigration law topics at numerous conferences, panels, and trainings. I have also published a law journal note and several academics articles and practice advisories on immigration law.

6.      My colleague Samantha Hsieh is the Deputy Program Director of Amica Center's Immigration Impact Lab. She is barred in Virginia and admitted in the United States District Courts for the Eastern and Western Districts of Virginia, as well as the United States Circuit Courts for the Fourth, Fifth, Ninth, Eleventh, and D.C. Circuits. In addition to litigating numerous immigration habeas petitions and petitions for review in federal courts, Ms. Hsieh has served as co-counsel in the immigration class action case *Rodriguez Guerra v. Perry*, No. 1:23-cv-1151 (E.D. Va.). She is also co-counsel in *Amica Center for Immigrant Rights v. DOJ*, No. 1:25-cv-00298-RDM (D.D.C.) and No. 25-5254 (D.C. Cir.). She graduated from the George Washington University School of Law in 2016. Prior to her current role, Ms. Hsieh was a Managing Attorney, Senior Attorney, and Staff Attorney at Amica Center and a Staff Attorney at the United States Court of Appeals for the Fourth Circuit. She was also previously an adjunct professor for Refugee and Asylum Law at Antonin Scalia Law School. Ms. Hsieh has conducted

2

numerous trainings and presentations on immigration law and litigating immigration-related claims in federal court.

7.    My colleague Ian Austin Rose is a Managing Attorney with Amica Center's Immigration Impact Lab. His work focuses on district court litigation on behalf of detained noncitizens. He is barred in the State of Maryland. He is also admitted in the United States District Courts for the District of Columbia, District of Maryland, and the Western District of Pennsylvania, as well as the United States Circuit Courts for the Third and Fourth Circuits. Mr. Rose has served as co-counsel in the following immigration class action cases: *D.N.N. v. Baker*, No. 1:25-cv-01500-JRR (D. Md); *Rodriguez Guerra v. Perry*, No. 1:23-cv-115-MSN (E.D. Va.); and *Sobirjanov v. Wamsley*, No. 2:24-cv-04129-PD (E.D. Pa.). He was also appellate counsel in *Miranda v. Garland*, No. 20-1828 (4th Cir.), an immigration class action case. Mr. Rose graduated from Georgetown University Law Center in 2021. Prior to his current role, he was a Senior Attorney and Equal Justice Works fellow at Amica Center. Mr. Rose has also conducted numerous trainings and presentations on litigating immigration-related claims in federal court.

8.    The Amica Center is a non-profit organization based in Washington, DC that provides legal services to indigent noncitizens in immigration detention throughout Virginia, Pennsylvania, Georgia, and beyond. Amica Center runs know-your-rights presentations, conducts pro se workshops, and provides legal advice and assistance to individuals in immigration detention. It further provides in-house direct representation, secures pro bono representation, and brings impact litigation on behalf of noncitizens in immigration detention. Above all, Amica Center's work focuses on advancing the civil rights of noncitizens held in immigration detention.

9.     Neither the Amica Center, I, nor my co-counsel are receiving reimbursement from any individual plaintiff or class member in this case. My co-counsel and I will fairly and adequately protect the interests of the individual plaintiffs and the proposed class and possess the commitment and resources to prosecute the case as a class action.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Executed in Washington, D.C. on October 3, 2025

*/s/ Adina Appelbaum*
Adina Appelbaum
Amica Center for Immigrant Rights
1025 Connecticut Ave. NW, Ste. 701
Washington, DC 20036
(202) 899-1412
adina@amicacenter.org