## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br> *Defendants*. | No. 25-cv-3417 |

## DECLARATION OF KATHRYN HUDDLESTON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Kathryn Huddleston, hereby declare:

1. I am an attorney at the American Civil Liberties Union Foundation ("ACLU") Immigrants' Rights Project, and I am co-counsel for Plaintiffs in this case. I make this declaration to describe my qualifications.

2. I am a Senior Staff Attorney at the ACLU Immigrants' Rights Project, where I have worked since May 2025. Previously I was an attorney at the ACLU of Texas, the ACLU of Southern California, and the ACLU of Arizona, focusing on immigrants' rights litigation. My experience includes immigrants' rights and other civil rights litigation in federal courts. In addition to my work at the ACLU, I was previously Senior Legal Counsel for strategic litigation at Campaign Legal Center and a Staff Attorney at the Sierra Club.

3. I graduated from Yale Law School in 2016, and I clerked for Judge Stephen Reinhardt of the U.S. Court of Appeals for the Ninth Circuit and Justice Goodwin Liu of the Supreme Court of California. I am a member of the Arizona and Texas bars and am admitted to practice at the U.S. Courts of Appeals for the Fifth Circuit, Sixth Circuit, Ninth Circuit, and D.C. Circuit and the U.S. District Courts for the District of Arizona and the Southern District of Texas.

4. I have served as counsel in immigrants' rights cases before numerous federal courts. Examples include: *Alabama Coalition for Immigrant Justice v. Allen*, No. 2:24-cv-01254 (N.D. Ala.) (argued) (challenge to state purge of naturalized citizen voters from voter rolls); *Vazquez Barrera v. Wolf*, No. 4:20-cv-01421 (S.D. Tex.) (argued) (challenge to ICE's detention of medically vulnerable individuals at Texas

detention center during COVID pandemic); and *Annunciation House v. Abbott*, Nos. 3:21-cv-00173 (W.D. Tex.) and 22-50212 (5th Cir.) (argued sovereign immunity appeal before Fifth Circuit) (challenge to state executive order barring private individuals from providing ground transportation to certain migrants). My cases as class counsel include *Ortega Melendres v. Arpaio*, No. 2:07-cv-02513 (D. Ariz.) (successful class challenge to Maricopa County Sheriff's Office pattern and practice of Fourth Amendment and equal protection violations in vehicle stops), *P.J.E.S. v. Wolf*, No. 1:20-cv-02245 (D.D.C.) (class provisionally certified in challenge to policy blocking unaccompanied minors' access to asylum), and *W.M.M. v. Trump*, No. 25-10534 (5th Cir.) (class provisionally certified in challenge to invocation of Alien Enemies Act).

5.  The ACLU Immigrants' Rights Project has committed to representing Plaintiffs and members of the proposed class on a pro bono basis and to deploying required resources in support of this litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Raleigh, North Carolina.

Dated: October 1, 2025

KATHRYN HUDDLESTON