**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, et al., *on behalf of themselves and others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | No. 25-cv-3417 |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**DECLARATION OF SIRINE SHEBAYA IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, Sirine Shebaya, of full age, do hereby declare as follows:

1.      My name is Sirine Shebaya. I am over 18 years of age and competent to make this declaration. I, along with my colleagues Yulie Landan and Bridget Pranzatelli (collectively, the "National Immigration Project Team"), represent Plaintiffs and the proposed classes in this matter. I respectfully submit this Declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel for the purpose of setting forth the National Immigration Project Team's qualifications in the areas of immigration law, complex litigation, and class action litigation.

2.      I am the Executive Director of the National Immigration Project of the National Lawyers Guild ("National Immigration Project"). In this capacity, I lead our civil rights litigation

and advocacy efforts, including litigation on behalf of immigrants who are arrested or detained by immigration authorities. Prior to joining the National Immigration Project, I was the Interim Legal Director for Muslim Advocates, where I managed and litigated a range of civil rights and immigrants' rights cases. Prior to that, I was Program Director of the Virginia Justice Program at the Capital Area Immigrants' Rights Coalition (now known as Amica Center), and before that a Staff Attorney with the American Civil Liberties Union of Maryland.

3.     I am a 2012 graduate of Yale Law School, where I was awarded the Khosla Memorial Fund for Huma Dignity Prize. I was first admitted to practice in New York in March 2013, and have since been admitted to practice in Maryland, the District of Columbia, and before ten federal district and circuit courts as well as the United States Supreme Court. I have been awarded the Capital Area Muslim Bar Association Award for Outstanding Pro Bono Service and Commitment to Advancing Justice, the Americans for Democratic Action Winn Newman Equality Award, the National Immigration Project Daniel Levy Award, and the Columbia University Graduate School of Arts and Sciences Outstanding Alumni Award.

4.     I have represented immigrants in dozens of federal civil rights cases and in habeas corpus petitions in Maryland, Virginia, California, Louisiana, Mississippi, Colorado, Texas, and the District of Columbia.

5.     I have served as lead counsel or co-counsel in several class action and complex federal civil rights lawsuits on behalf of immigrants, including: *D.N.N. v. Baker*, No. 1:25-cv-01613 (D. Md., filed May 9, 2025) (putative class action); *M.A.P.S. v. Garite*, No. 3:25-cv-00171

(W.D. Tex., filed May 10, 2025) (class action); *Ms. L v. ICE*, No. 3:18-cv-00428, (S.D. Cal. filed Feb. 26, 2018) (class action); *Sanchez-Acosta v. Sessions*, No. 1:18-cv-00872 (E.D. Va. filed Oct. 2, 2018) (class action); *Alvarez v. LaRose*, No. 3:20-cv-00782 (S.D. Cal., filed Apr. 25, 2020) (class action); *Emami v. Nielsen*, 365 F. Supp. 3d 1009 (N.D. Cal. Feb. 4, 2019) (class action); *Coreas v. Bounds*, No. 8:20-cv-00780 (D. Md., filed Mar. 24, 2020) (class action); *Sanchez Puentes v. Charles*, No. 1:25-cv-00509 (E.D. Va., filed Mar. 21, 2025); *Sanchez Puentes v. Garite*, No. 3:25-cv-00127 (W.D. Tex., filed Apr. 16, 2025); *Dora v. Sessions*, No. 18-1938 (D.D.C., filed August 17, 2018); *Iranian Alliances Across Borders, et al. v. Trump, et al.*, No. 17-2921 (D. Md., filed Oct. 3, 2017); *Artiga v. Farrelly*, 270 F. Supp. 3d 851 (D. Md. 2017); *Jarpa v. Mumford*, 211 F. Supp. 3d 706 (D. Md. 2016); *Abdulkadir, et al. v. Hardin, et al.*, No. 19-120 (M.D. Fla., filed Feb. 27, 2019); *Oldaker v. Giles*, No. No. 7:20-cv-224 (M.D. Ga., filed Dec. 21, 2020).

6.      Through these cases and others, I have come to have distinctive knowledge and specialized skill in the areas of immigrant rights and civil rights litigation in federal courts.

7.      Yulie Landan is a Staff Attorney at the National Immigration Project, where she was previously a Justice Catalyst Fellow. She is a 2022 graduate of Stanford Law School, where she received the Judge Shelton E. Henderson Prize for Outstanding Performance in the Immigrants' Rights Clinic. She was first admitted to practice law in March 2023 in California and has since been admitted to four federal district and circuit courts. Prior to joining the National Immigration Project, she served as a law clerk to the Honorable R. Guy Cole, Jr. of the U.S. Court of Appeals for the Sixth Circuit.

8. Ms. Landan specializes in federal litigation on behalf of noncitizens and working with detained noncitizens and noncitizens arrested by immigration authorities. She has represented immigrants in federal civil rights cases in Virginia, Georgia, Louisiana, Pennsylvania, Texas, and the District of Columbia. She serves and has served as co-counsel in complex civil rights and habeas lawsuits on behalf of immigrants, including *A.C.R. v. Noem*, No. 1:25-cv-03962 (E.D.N.Y., filed July 17, 2025) (putative class action); *D.N.N. v. Baker*, No. 1:25-cv-01613 (D. Md., filed May 9, 2025) (putative class action); *Rodriguez Guerra v. Perry*, No. 1:23-cv-1151 (E.D. Va., filed Aug. 19, 2023) (class action); *Sobirjanov v. Wamsley*, No. 2:24-cv-04129 (E.D. Pa., filed Aug. 12, 2024); *Oldaker v. Giles*, No. 7:20-cv-224 (M.D. Ga., filed Dec. 21, 2020); *Argueta Anariba v. United States*, No. 1:24-cv-767 (D.D.C., filed Mar. 15, 2024); *Sanchez Puentes v. Charles*, No. 1:25-cv-00509 (E.D. Va., filed Mar. 21, 2025); *Sanchez Puentes v. Garite*, No. 3:25-cv-00127 (W.D. Tex., filed Apr. 16, 2025); *M.A.P.S. v. Garite*, No. 3:25-cv-00171 (W.D. Tex., filed May 10, 2025) (class action); *E.D.Q.C. v. Warden*, No. 4:25-cv-00050 (M.D. Ga., amended petition filed Apr. 16, 2025); *J.R.B. v. Warden*, No. 4:24-cv-00185 (M.D. Ga., amended petition filed June 20, 2025).

9. Bridget Pranzatelli is a Staff Attorney with the National Immigration Project. Prior to joining the National Immigration Project, Bridget held positions at Sidley Austin LLP, Political Asylum / Immigration Representation (PAIR) Project, the National Immigrant Justice Center, and Amica Center for Immigrant Rights. She graduated from Harvard Law School in 2024, where she participated in the Harvard Crimmigration Clinic and Harvard Defenders, ultimately receiving the

Andrew L. Kaufman Pro Bono Service Award. She is barred in Washington, D.C. and is admitted to three federal district courts and one circuit court. She has supported or co-counseled on litigation in federal courts in Virginia, Maryland, Arizona, Massachusetts, Louisiana, and Texas. *See, e.g.*, *J.L.V. v. Acuna*, No. 3:25-cv-00669 (M.D. La., filed July 31, 2025); *Santiago v. Noem*, No. 3:25-cv-00361 (W.D. Tx., filed Sept. 2, 2025); *Rios v. Trump*, No. 1:25-cv-01320 (W.D. La., filed Sept. 8, 2025); *Pataraia v. Noem*, No. 1:25-cv-01188 (W.D. La., filed Aug. 19, 2025).

10.    Founded in 1980, the National Immigration Project is a legal advocacy organization that works to promote justice and equality of treatment in all areas of immigration law, the criminal legal system, and social policies related to immigration. The National Immigration Project advances these objectives in part through litigation, including class actions, in federal and state courts. The National Immigration Project represents individuals in several jurisdictions across the country in civil rights litigation and challenges to detention. *See, e.g.*, *D.N.N. v. Baker*, No. 1:25-cv-01613 (D. Md., filed May 9, 2025) (class action); *Coreas v. Bounds*, No. 8:20-cv-00780 (D. Md. filed Mar. 24, 2020) (class action); *Rodriguez Guerra v. Perry*, No. 1:23-cv-1151 (E.D. Va. filed Aug. 19, 2023) (class action); *Sobirjanov v. Wamsley*, No. 2:24-cv-04129 (E.D. Pa. filed Aug. 12, 2024) (putative class action); *M.A.P.S. v. Garite*, No. 3:25-cv-00171 (W.D. Tex., filed May 10, 2025) (class action); *Immigrant Defenders Law Center v. Noem*, No. 2:20-cv-09893 (C.D. Cal., filed Oct. 28, 2020) (class action); *J.O.P. v. DHS*, No. 19-01944 (D. Md., filed July 1, 2019) (class action); *A.C.R. v. Noem*, No. 1:25-cv-03962 (E.D.N.Y., filed July 17, 2025) (putative class action).

11.     In addition to proposed class counsel named above, the National Immigration Project has several other attorneys with substantial experience in class action and complex federal litigation with whom the National Immigration Project Team regularly consults.  Although the National Immigration Project Team is not seeking appointment of these particular individuals as class counsel, their continued consultation will provide valuable assistance in this matter and further the interests of Plaintiffs and members of the class.

12.     Together and individually, Ms. Landan, Ms. Pranzatelli, and I have distinctive knowledge and specialized skill in the area of immigration-related litigation in the federal courts and class actions in particular and will adequately and fairly represent the interests of the proposed classes.

13.     The National Immigration Project has not received nor will it receive reimbursement from the individual Plaintiffs or class members in this case.  The National Immigration Project has committed to representing Plaintiffs and members of the proposed classes on a pro bono basis, to deploy required resources in support of this litigation, and to litigate this case to resolution.

14.     I am aware of no conflicts of interest between me, the other attorneys identified in this declaration, and any members of the proposed classes.

-7-

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.


October 2,  2025                                    /s/ Sirine Shebaya_____
                                                   Sirine Shebaya