**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, *individually and on behalf of all others similarly situated* <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No. 25-cv-3417 |

**DECLARATION OF MADELEINE GATES**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Madeleine Gates, declare as follows:

1. I am over 18 years of age and competent to make this declaration. I am a member of the bar of this Court, the D.C. Circuit, the District of Maryland, the District of Columbia, and the State of New York. I am one of the attorneys for the Plaintiffs in this matter.

2. I submit this Declaration in support of Plaintiffs' Motion, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2)), for an Order (i) certifying the proposed class, pursuant to Federal Rule of Civil Procedure 23(a); (ii) determining that through Defendants' policy and practice, they have acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole pursuant to Rule 23(b)(2); and appointing Plaintiffs' counsel as class counsel pursuant to Rule 23(g).

3. The Washington Lawyers' Committee for Civil Rights and Urban Affairs (the "Committee") works to create legal, economic, and social equity through litigation, client and public education, and public policy advocacy with a primary focus on racial justice. For over 50 years, the Committee has been on the cutting edge of civil rights advocacy in the region bringing precedent-setting litigation to address discrimination. Almost all of the Committee's cases are impact cases, which means cases that affect a large number of people, and some of them are class action cases.

4. I graduated from Harvard Law School in 2021. Following law school, I clerked for the Honorable Sandra Lynch on the First Circuit Court of Appeals and then for the Honorable Josephine Staton on the District Court for the Central District of California. Prior to joining the Committee, I completed a fellowship at Cohen Milstein Sellers & Toll LLP, a class action litigation firm, where I worked on matters, including class and collective actions, concerning employment, antitrust, and human rights.

5. I am Associate Counsel at the Committee and focus primarily on workers' rights and policing cases. I joined the Committee in January 2025. At the Committee, I have served as counsel on matters including *New England Synod, Evangelical Lutheran Church in America v. Dept. of Homeland Security*, 4:25-cv-40102-FDS (D. Mass. 2025) (challenging recission of DHS policy that restricted immigration enforcement at houses of worship and other sensitive locations); *District of Columbia v. Trump*, 1:25-cv-03005 (JMC), ECF No. 20 (D.D.C. Sept. 15, 2025) (submitting *amicus* brief on behalf of Washington D.C. area civil rights and legal services organizations in support of D.C.'s suit seeking end of deployment of national guard); *CASA, Inc. v. Noem*, No. 8:25-cv-00525-GLR (D. Md. 2025) (challenging the termination and vacatur of Temporary Protected Status for Venezuelans); *OCA – Asian Pacific American Advocates v.*

*Rubio*, No. 1:25-cv-00287 (D.D.C.) (challenging Executive Order ending birthright citizenship), and *Ferman v. The Whiting Turner Contracting Co.*, No. 2025-CAB-000819 (D.C. Sup. Ct. 2025) (alleging wage theft on behalf of seven construction workers). I and my colleagues at the Committee have significant experience litigating class actions, litigating complex matters in federal court, and working with noncitizens and civil rights plaintiffs.

6. I have no conflicts of interest that would impede my ability to fairly and adequately represent the Plaintiff Class in this matter.

7. The Committee has been involved in this matter since its inception and has devoted significant time and resources to reviewing and analyzing the facts underlying this case, researching the applicable law that governs it, developing evidence, and drafting briefing materials.

8. The Committee has partnered with skilled co-counsel at Amica Center for Immigration Rights ("Amica"), American Civil Liberties Union Foundation of the District of Columbia ("ACLU D.C."), American Civil Liberties Union Foundation ("ACLU National"), National Immigration Project ("NIP"), CASA, Inc. ("CASA"), and Covington & Buring LLP. Co-counsel at these partner organizations bring extensive experience in federal class action litigation, alongside substantial subject-matter expertise and monetary resources. I believe the Washington Lawyers' Committee together with our experienced co-counsel at Amica, ACLU D.C., ACLU National, NIP, CASA, and Covington & Burling LLP will fairly and adequately represent the interests of the class proposed to be certified in this case.

9. If appointed as Class Counsel, I and the Committee will continue to zealously pursue this case on behalf of the Plaintiff Class and will expend the resources necessary to ensure that the interests of the class are served well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on October 3, 2025

*/s/ Madeleine Gates*
Madeleine Gates