IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSÉ ESCOBAR MOLINA, et al., *on behalf of themselves and others similarly situated*,

      *Plaintiffs*,

      v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

      *Defendants*.

No. 25-cv-3417-PLF

**DECLARATION OF JEHAN A. PATTERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, Jehan A. Patterson, of full age, do hereby declare as follows:

1. My name is Jehan A. Patterson. I am over 18 years of age and competent to make this declaration. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I am Of Counsel at the law firm of Covington & Burling LLP ("Covington"). I, along with my colleagues Chris Kimmel, Alexandra Widas, Hassan Ahmad, Eva Lilienfeld, Sean Berman, Graham Glusman, and Austin Riddick (collectively, the "Covington Team"), and Amica Center for Immigrant Rights, the American Civil Liberties Union Foundation, the American Civil Liberties Foundation of the District of Columbia, the National Immigration Project, and Washington Lawyers' Committee for Civil Rights and Urban Affairs (collectively "co-counsel," and collectively with the Covington Team, "Plaintiffs' Counsel") am counsel for the named Plaintiffs and proposed class members in the above-captioned action. I respectfully submit this Declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class

Counsel for the purpose of setting forth the Covington Team's qualifications in the areas of immigration law, civil rights, complex federal litigation, and class action litigation.

3.    My practice focuses on defending companies and individuals in consumer protection investigations and enforcement actions by federal regulators and states Attorneys General and defending financial services companies in consumer class action litigation.  I have previously served as an attorney elsewhere in private practice, the federal government, and the nonprofit sector, where I have gained extensive experience litigating in federal and state trial and appellate courts.  I have also served as a law clerk to the Honorable Anne Thompson of the U.S. District Court for the District of New Jersey.

4.    I am a 2006 graduate of New York University School of Law. I am admitted to practice in New York, New Jersey, and the District of Columbia, and before five federal district and circuit courts.  I am admitted to practice in this Court and have made an appearance in this case.

5.    I have served as lead or co-counsel in the following civil rights and complex federal litigations: *Anderson v. Department of Housing & Urban Development*, No. 23-cv-1259 (D.D.C.) (obtained partial summary judgment resulting in vacatur of agency rule authorizing streamlined process for closure of public housing developments); *Price v. District of Columbia*, 792 F.3d 112 (D.C. Cir. 2015) (obtained reversal of district court's grant of summary judgment  in matter involving applicability of the fee-shifting provisions of the Individuals with Disabilities Education Act); *Ball v. Board of Governors of the Federal Reserve System*, 87 F. Supp. 3d 33 (D.D.C. 2015) (represented economics professor in Freedom of Information Act case to obtain documents supporting the government's authorization of emergency loans to Bear Stearns and AIG during 2008 financial crisis); *Royer v. Bureau of Prisons*, No. 10-cv-1196 (D.D.C.) (represented federal

prisoner asserting Administrative Procedure Act, Due Process, and Privacy Act claims); *Long v. Immigration and Customs Enforcement*, No. 14-cv-00109 (D.D.C.) (represented clearinghouse in Freedom of Information Act matter for records from immigration law enforcement and operations databases). As a Senior Litigation Counsel in the Office of Enforcement at the Consumer Financial Protection Bureau (the "Bureau"), I served as co-counsel in the Bureau's first advisory jury trial in *CFPB v. Weltman, Weinberg & Reis Co., L.P.A.*, No. 17-cv-00817 (N.D. Ohio), where I took testimony, argued motions in limine, and led the Bureau's efforts in jury charge conferences. I also served as co-counsel in *CFPB v. Consumer Advocacy Center*, No. 19-cv-01998 (C.D. Cal.), in which the Bureau obtained extraordinary relief in the form of a temporary restraining order (which later converted to a preliminary injunction) that halted the operations of a network of student loan debt relief operators, froze their assets, and placed the companies into a receivership.

6.      Chris Kimmel is an Associate at Covington. He is a 2016 graduate of Harvard Law School. He was first admitted to practice law in July 2017 in the District of Columbia and has since been admitted to the U.S. Court of Appeals for the Fourth Circuit and the U.S. Supreme Court. Mr. Kimmel's application to the U.S. District Court for the District of Columbia is pending. Prior to joining Covington, Mr. Kimmel served as a law clerk to the Honorable Henry F. Floyd of the U.S. Court of Appeals for the Fourth Circuit and as a Trial Counsel in the U.S. Navy Judge Advocate General's Corps. Mr. Kimmel specializes in election and political law and has served as lead counsel or co-counsel in complex federal civil rights and immigration cases, including *Ozurumba v. Bondi*, No. 24-2070 (4th Cir.).

7.      Alexandra Widas is an Associate at Covington. She is a 2018 graduate of Columbia Law School. She was first admitted to practice law in January 2019 in the State of New York and was admitted in the District of Columbia in August 2019. Ms. Widas' application to the U.S.

District Court for the District of Columbia is pending.  In addition to her work at Covington, Ms. Widas served as a law clerk for the Honorable Paul G. Gardephe of the U.S. District Court for the Southern District of New York and the Honorable William J. Kayatta, Jr. of the U.S. Court of Appeals for the First Circuit, as well as a Trial Attorney for the U.S. Department of Justice, Civil Division, Federal Programs Branch.  Ms. Widas specializes in complex civil litigation and has served as lead counsel or co-counsel in complex federal civil cases, including *Tennessee v. E.E.O.C.*, No. 2:24-cv-84 (E.D. Ark.); *Louisiana v. E.E.O.C.*, No. 2:24-cv-629 (W.D. La.); *U.S. Conference of Catholic Bishops v. E.E.O.C.*, No. 2:24-cv-691 (W.D. La.); *Catholic Benefits Association v. E.E.O.C.*, No. 24-cv-142 (D.N.D.); *Stanley M. Herzog Foundation v. E.E.O.C.*, No. 4:24-cv-651 (W.D. Mo.); *Salman v. Perry*, No. 2:23-cv-1158 (E.D. Mich.); *Assi v. U.S. Department of Homeland Security*, No. 1:23-cv-23596 (M.D. Fla.); *Khairullah v. Garland*, No. 3:23-cv-30095 (D. Mass.); *ProCraft Masonry, LLC v. Department of Justice*, No. 4:23-cv-393 (N.D. Okla.).  Ms. Widas has also represented an individual charged with first degree murder who was acquitted at trial.

8.      Hassan Ahmad is an Associate at Covington.  He is a 2021 graduate of Georgetown University Law Center, where he was a student attorney in the Appellate Litigation Clinic.  He was first admitted to practice law in March 2022 in the District of Columbia and has since been admitted to the U.S. Courts of Appeals for the Second, Ninth, and Eleventh Circuits, as well as the U.S. Supreme Court.  Mr. Ahmad's application to the U.S. District Court for the District of Columbia is pending.  Prior to joining Covington, Mr. Ahmad served as a law clerk to the Honorable Jennifer A. Dorsey of the U.S. District Court for the District of Nevada and the Honorable Mary H. Murguia of the U.S. Court of Appeals for the Ninth Circuit.  Mr. Ahmad specializes in appellate and complex commercial litigation.  He has represented detained persons

in complex federal civil rights and habeas cases, including capital cases, in Alabama, Arizona, Florida, and Virginia.  He serves and has served as lead counsel or co-counsel in civil rights and habeas cases, including in *Moore v. Shinn*, No. 23-15302 (9th Cir.); *Brown v. Commissioner, Alabama Department of Corrections*, No. 25-10210 (11th Cir.); *Crockett v. Clarke*, No. 19-6636 (4th Cir.); *League of Women Voters of Ohio v. LaRose*, No. 1:23-cv-02414 (N.D. Ohio); *American Civil Liberties Union of Michigan v. John Does 1-6*, No. 2:24-cv-12950 (E.D. Mich.).

9.      Eva Lilienfeld is an Associate at Covington.  She is a 2022 graduate of the University of Virginia School of Law.  She was admitted to practice law in May 2023 in the State of New York.  Ms. Lilienfeld's application to appear in this matter *pro hac vice* is pending. Ms. Lilienfeld specializes in complex commercial litigation and serves or has served as co-counsel in class actions, habeas proceedings, civil rights litigation, and immigration cases in New York, Virginia, Alabama, Louisiana, Washington, and Ohio, including in *Morris v. Dunn*, No. 2:18-cv-01578 (N.D. Ala.) and *New York v. Portious*, No. 2017-08039 (N.Y. App Div.).

10.      Sean Berman is an Associate at Covington.  He is a 2023 graduate of Duke University School of Law.  He was first admitted to practice in the State of North Carolina in August 2023, was admitted in the District of Columbia in November 2024, and has since been admitted to practice before this Court.  Prior to joining Covington, Mr. Berman clerked for the Honorable Thomas D. Schroeder of the U.S. District Court for the Middle District of North Carolina.  Mr. Berman specializes in antitrust litigation and also represents clients pro bono in Freedom of Information Act, Administrative Procedure Act, and civil rights litigation, including in *International Refugee Assistance Project v. U.S. Customs and Border Protection*, No. 1:23-cv-304 (D.D.C.).

11.      Graham Glusman is an Associate at Covington.  He is a 2023 graduate of Columbia

Law School.  He was admitted to practice law in the State of New York in February 2024.  Mr. Glusman's application to appear in this matter *pro hac vice* is pending. Mr. Glusman specializes in international arbitration and serves or has served as co-counsel in civil rights litigation, immigrant rights and asylum cases, and cases involving incarcerated individuals, including in *Arnold v. Rodriguez*, No. 7:24-cv-00783 (S.D.N.Y); *U.S. v. Johnson*, No. 8:21-cr-00171 (D. Md.); *Harvard v. D.H.H.S.*, No. 1:25-cv-10910 (D. Ma.).

12.     Austin Riddick is an Associate at Covington.  He is a 2023 graduate of Harvard Law School.  He was first admitted to practice law in the District of Columbia in November 2023 and has since been admitted to practice before this Court and the U.S. Court of Appeals for the Ninth Circuit.  Mr. Riddick specializes in class action litigation and serves as co-counsel in class action cases including *Caston et al. v. Hoffmann-La Roche, Inc., et al.*, 24-2920 (9th Cir.) and *Kachuck Enterprises et al. v. Mission Produce, Inc. et al.*, 2:25-cv-01523 (C.D. Cal.).  He also serves or has served as counsel for incarcerated individuals, including in *United States v. Edward Martinez*, 2004 FEL 003531 (D.C. Super. Ct.) and *State v. Russell*, C-15-CR-23-001384 (Md. Cir. Ct.).

13.     Together and individually, the Covington Team has distinctive knowledge and specialized skill in the area of complex litigation in the federal courts, civil rights and immigration law, and class actions, and will adequately and fairly represent the interests of the proposed class.

14.     Founded in 1919, Covington has more than 1,400 lawyers across its offices in Beijing, Boston, Brussels, Dubai, Frankfurt, Johannesburg, London, Los Angeles, New York, Palo Alto, San Francisco, Seoul, Shanghai, and Washington, D.C.  Covington provides corporate, litigation, and regulatory expertise to help its clients navigate through their most complex business problems, deals and disputes.  Both the firm as a whole and its litigation group are regularly

recognized among the nation's best.

15.    Since its founding, Covington has had a strong commitment to public service and pro bono cases.  The firm is frequently recognized for pro bono service, including 12 times being ranked the number one pro bono practice in the U.S. by *The American Lawyer*.  Much of Covington's pro bono work is anchored in meeting local needs, serving economically disadvantaged individuals and families in our surrounding communities, but the firm also has a long history of serving vulnerable clients and important causes throughout the U.S. and the world.

16.    Covington has substantial experience serving as plaintiffs' counsel in class action litigation involving regulatory, statutory, and federal constitutional rights.  For example, on behalf of a class of veterans who sought to challenge adverse U.S. Department of Veterans Affairs' (VA) benefits decisions, Covington partnered with co-counsel National Veterans Legal Services Program, arguing that years-long delays in the VA's appeal process violated the class members' due process rights.  In a historic victory, the Court of Appeals for Veterans Affairs certified the class and ordered the VA to resolve class members' appeals within 120 days.  *Godsey v. Wilkie*, No. 17-4361, 31 Vet. App. 207 (2019).

17.    In addition, Covington has partnered with co-counsel at American Civil Liberties Unions of Michigan and of Oklahoma to litigate bail reform class actions in Detroit, Michigan and Canadian County, Oklahoma.  *See* Class Action Complaint, *Ross v. Blount*, No. 2:19-cv-11076, ECF No. 1 (E.D. Mich. Apr. 14, 2019); Class Action Complaint, *White v. Hesse*, No. 19-cv-1145, ECF No. 1 (W.D. Okla. Dec. 10, 2019).  Covington has also partnered with the District of Columbia Public Defender Service on behalf of a class of individuals seeking to redress conditions in the District's juvenile justice system.  *Jerry M. v. District of Columbia* litigation, Civil Action No. 1519-85 (D.C. Super. Ct.).  Other Covington prisoners' rights cases, several of which were

class actions, have included *Disability Rights Network v. Wetzel*, 1:13-CV-00635 (M.D. Pa.), *Mathis v. GEO Group*, 2:08-CV-00021 (E.D.N.C.), *Doe v. Wooten*, 1:07-cv-02764 (N.D. Ga.), *Twelve John Does v. District of Columbia*, 117 F.3d 571, 576 (D.C. Cir. 1997), *Women Prisoners of the District of Columbia Dep't of Corr. v. Dist. of Columbia*, 968 F. Supp. 744 (D.D.C. 1997), and *Inmates of the Modular Facility v. Dist. of Columbia*, 1996 WL 734195 (D.C. Cir. Nov. 25, 1996).

18.    Beyond prisoner class actions, Covington has effectively and successfully represented other plaintiffs pro bono in class actions, including *Melendres v. Arpaio*, 989 F. Supp. 2d 822 (D. Ariz. 2013),), *aff'd*, 784 F.3d 1254 (9th Cir. 2015), a class action challenging the policies and practices of the Maricopa County Sheriff's Office, and *Floyd v. City of New York*, 959 F. Supp. 2d 540 (S.D.N.Y. 2013), a class action challenging the stop-and-frisk policy of the New York City Police Department.

19.    In addition to the Covington Team identified as proposed class counsel above, Covington has hundreds of other attorneys with substantial experience in class actions, complex federal litigation, and immigration law with whom the Covington Team regularly consults. Although the Covington Team is not seeking appointment of these particular individuals as class counsel, their continued consultation will provide valuable assistance in this matter and further the interests of Plaintiffs and members of the proposed class.

20.    With co-counsel, the Covington Team has been actively litigating this putative class action, including through factual investigation and preparing and filing the Complaint and the Motion for Plaintiffs to Proceed Under Pseudonyms, as well as the accompanying Motion for Class Certification and Appointment of Class Counsel and the concurrently filed Motion for Non-Plaintiffs Declarants to Proceed Under Pseudonyms and Motion for a Preliminary Injunction, to

-9-

Stay Agency Action, and for Provisional Class Certification.

21.    Covington is prepared to contribute significant resources to litigating this case. Covington has not received compensation nor will it receive reimbursement from the individual Plaintiffs or class members in this case.  Covington has committed to representing Plaintiffs and members of the proposed class on a pro bono basis and to litigate this case to resolution.

22.    I am aware of no conflicts of interest between me or any member of the Covington Team, and any members of the proposed class.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.


October 3, 2025                                                    _s/ Jehan A. Patterson_
                                                                         Jehan A. Patterson