**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No. 25-cv-3417-PLF |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Class Certification ("Motion"), any opposition and reply, and the entire record herein,

The Court finding that the requirements of Fed. R. Civ. P. 23 are satisfied in that the proposed class is sufficiently numerous and satisfies the commonality, typicality, and adequacy requirements; and that Plaintiffs' counsel are qualified to serve as class counsel for the certified classes; and that the proposed class should therefore be certified, it is

**ORDERED** that Plaintiffs' Motion is **GRANTED**;

It is further **ORDERED** that the following class is certified:

**Warrantless Arrest Class**: All persons who, since August 11, 2025, have been or will be arrested in this District for alleged immigration violations without a warrant and without a pre-arrest, individualized assessment of probable cause that the person is in the United States unlawfully and that the person poses a flight risk.

It is further **ORDERED** that Plaintiffs Escobar Molina, B.S.R., N.S., and R.S.M. are hereby appointed as class representatives for the Warrantless Arrest Class.

It is further **ORDERED** that Plaintiffs' counsel from the Amica Center for Immigrant Rights, American Civil Liberties Union Foundation of the District of Columbia, American Civil Liberties Union Foundation, National Immigration Project, Washington Lawyers' Committee for Civil Rights and Urban Affairs, and Covington & Burling LLP, are hereby appointed as counsel for the certified Plaintiff Class.

**SO ORDERED.**

Date: _____    _____
PAUL L. FRIEDMAN
United States District Judge

2