IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-3417 (BAH) |

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's October 3, 2025, Minute Order, counsel for the parties conferred and respectfully report the following:

1. The parties agree that Plaintiffs' Motion for a Preliminary Injunction, to Stay Agency Action, and for Provisional Class Certification (ECF No. 17) should not be consolidated with summary judgment on the merits.

2. The parties respectfully propose the following briefing schedule to govern further proceedings in this case:

| Event | Proposed Deadline |
|---|---|
| Defendants' Combined Opposition to Plaintiffs' Motions for Preliminary Injunction (ECF No. 17) and Class Certification (ECF No. 19). | October 29, 2025 |
| Plaintiffs' Replies in Support of their Motions for Preliminary Injunction (ECF No. 17) and Class Certification (ECF No. 19). | November 7, 2025 |
| Hearing on Plaintiffs' Motions | Date and Time as early as practicable to be set by the Court |

1

A proposed order is attached for the Court's consideration.

Dated: October 7, 2025

Respectfully submitted,

      /s/ Aditi Shah
Aditi Shah (D.C. Bar No. 90033136)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
ashah@acludc.org

*Attorney for Plaintiffs*

      /s/ John C. Truong
JOHN C. TRUONG, D.C. Bar # 465901
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2524 (Truong)
(202) 252-2539 (Bardo)
John.Truong@usdoj.gov
John.Bardo@usdoj.gov

*Attorney for the United States of America*