**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOSÉ ESCOBAR MOLINA, *et al.*,
*individually and on behalf of all others
similarly situated*,

       *Plaintiffs,*

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

       *Defendants*.

Civil Action No. 25-3417 (BAH)

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Proposed Briefing Schedule and the entire record

herein, it is

**ORDERED** that the briefing schedule in the above-captioned case is as follows:

| Event | Deadline |
| --- | --- |
| Defendants' Combined Opposition to Plaintiffs' Motions for Preliminary Injunction (ECF No. 17) and Class Certification (ECF No. 19). | October 29, 2025 |
| Plaintiffs' Replies in Support of their Motions for Preliminary Injunction (ECF No. 17) and Class Certification (ECF No. 19). | November 7, 2025 |

It is further **ORDERED** that the hearing on Plaintiffs' Motions for Preliminary Injunction

(ECF No. 17) and Class Certification (ECF No. 19) is SCHEDULED for _____ [date], at

_____ [time].

SO ORDERED.

                          _____
                          The Hon. Beryl A. Howell
                          United States District Judge

1