IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated,*

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

</td><td>

No. 25-cv-3417-BAH

</td></tr>
</table>

**PLAINTIFFS' MOTION FOR SUPPLEMENTAL NON-PLAINTIFF DECLARANT TO PROCEED UNDER PSEUDONYM**

Plaintiffs respectfully seek leave for Carlos Peña, whose supplemental declaration is attached to Plaintiffs' concurrently filed motion for leave to file supplemental evidence, to proceed under a pseudonym in this action. *See* Declaration of Carlos Peña ("Peña Decl."). Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel conferred with Defendants' counsel about this motion, and Defendants' counsel stated that Defendants take no position on the motion, "without prejudice to the government's ability to seek disclosure of the pseudonymous declarant's identity at the appropriate time."

When evaluating motions to proceed pseudonymously, whether for plaintiffs or non-plaintiff declarants, courts balance the following factors "against countervailing interests in full disclosure":

> (1) whether the justification asserted by the requesting party is merely to avoid the annoyance and criticism that may attend any litigation or is to preserve privacy in a matter of sensitive and highly personal nature; (2) whether identification poses a risk of retaliatory physical or mental harm to the requesting party or even more critically, to innocent non-parties; (3) the ages of the persons whose privacy interests are sought to be protected; (4) whether the action is against a governmental

or private party; and, relatedly, (5) the risk of unfairness to the opposing party from allowing an action against it to proceed anonymously.

*In re Sealed Case*, 931 F.3d 92, 96-97 (D.C. Cir. 2019).

As with the three Plaintiffs and sixteen non-Plaintiff declarants the Court has already permitted to proceed under pseudonyms, ECF No. 13 (Boasberg, C.J.); Minute Order (Oct. 6, 2025), the balance of the *In re Sealed Case* factors strongly favors allowing Mr. Peña to proceed pseudonymously in this case.

Like the aforementioned pseudonymous Plaintiffs and non-Plaintiff declarants, Mr. Peña's situation presents "the truly exceptional circumstances that overcome the presumption against pseudonymity even for programmatic relief." ECF No. 13 at 4 (internal quotations omitted). Mr. Peña has a pending asylum application and fears that persecutors in his home country could learn of his asylum claims through this lawsuit. Peña Decl. ¶ 14. He fears that he and his family would be harassed and retaliated against on social media, should his identity be released. *Id.* Mr. Peña fled his home country due to serious danger, and releasing his identity would place him directly in harm's way. *Id.* ¶¶ 14-15. As this Court recognized in granting Plaintiffs' earlier motion for non-Plaintiff declarants to proceed under pseudonyms, "the risk of retaliation declarants face and the possible effects on future immigration proceedings outweigh the public's interest in knowing the declarants' identities." Minute Order (Oct. 6, 2025).

## CONCLUSION

Because the relevant factors weigh in favor of allowing Mr. Peña to proceed via pseudonym, the Court should grant the Motion.

October 17, 2025

*s/ Adina Appelbaum*
Adina Appelbaum (D.C. Bar No. 1026331)
Ian Austin Rose (Md. Bar No. 2112140043)
Samantha Hsieh (Va. Bar No. 90800)[*]
**AMICA CENTER FOR IMMIGRANT RIGHTS**
1025 Connecticut Avenue NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
austin.rose@amicacenter.org
sam@amicacenter.org

*s/ Aditi Shah*
Aditi Shah (D.C. Bar No. 90033136)
Scott Michelman (D.C. Bar No. 1006945)
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA**
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
ashah@acludc.org
smichelman@acludc.org

Kathryn Huddleston (Tex. Bar No.
24121679)[**++]
**AMERICAN CIVIL LIBERTIES UNION
FOUNDATION**
915 15th Street NW, 7th Floor
Washington, D.C. 20005
(212) 549-2500
khuddleston@aclu.org

*s/ Sirine Shebaya*
Sirine Shebaya (D.C. Bar No. 1019748)
Yulie Landan (Cal. Bar No. 348958)[**+]
Bridget Pranzatelli (D.C. Bar No. 90029726)
**NATIONAL IMMIGRATION PROJECT**
1763 Columbia Road NW, Suite 175
Washington, D.C. 20009
(213) 430-5521
sirine@niplg.org
yulie@nipnlg.org
bridget@nipnlg.org

Respectfully submitted,

*s/ Jehan A. Patterson*
Jehan A. Patterson (D.C. Bar No. 1012119)
Chris Kimmel (D.C. Bar No. 1047680)[***]
Alexandra Widas (D.C. Bar No. 1645372)[***]
Hassan Ahmad (D.C. Bar No. 1030682)
Sean Berman (D.C. Bar No. 90026899)
Austin Riddick (D.C. Bar No. 90018117)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
(202) 662-6000
jpatterson@cov.com
ckimmel@cov.com
awidas@cov.com
hahmad@cov.com
sberman@cov.com
ariddick@cov.com

Eva H. Lilienfeld (N.Y. Bar No. 6143085)[*]
Graham Glusman (N.Y. Bar No. 6099535)[*]
**COVINGTON & BURLING LLP**
30 Hudson Yards
New York, NY 10001
(212) 841-1000
elilienfeld@cov.com
gglusman@cov.com

*s/ Madeleine Gates*
Madeleine Gates (D.C. Bar No. 90024645)
**WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS**
700 14th Street NW, #400
Washington, D.C. 20005
(202) 319-1000
madeleine_gates@washlaw.org

*s/ Ama Frimpong*
Ama Frimpong (D.C. Bar No. 1602444)[*]
**CASA, INC.**
8151 15th Avenue
Hyattsville, MD 20783
(240) 485-8844
afrimpong@wearecasa.org

3

*Attorneys for Plaintiffs*

*\*Admitted* pro hac vice.
*\*\*Motion for Admission* pro hac vice
*forthcoming.*
*\*\*\*Petition for Admission pending.*

*+Not Admitted in D.C.; working remotely
from N.Y. and admitted in Cal. only
++Not Admitted in D.C.; working remotely
under supervision of D.C. Bar member,
practice limited to federal courts in D.C.,
and admitted in Ariz. and Tex. only.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.  I certify that this motion will also be served on counsel for Defendants via e-mail, in accordance with Federal Rule of Civil Procedure 5(b).

Dated: October 17, 2025

Respectfully submitted,

*/s/ Jehan A. Patterson*
Jehan A. Patterson (D.C. Bar No. 1012119)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
(202) 662-6000
jpatterson@cov.com

*Attorney for Plaintiffs*