**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, et al., *on behalf of themselves and others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants*. | No. 25-cv-3417-BAH |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Supplemental Non-Plaintiff Declarant to Proceed Under Pseudonym, it is

**ORDERED** that Plaintiffs' Motion for Supplemental Non-Plaintiff Declarant to Proceed Under Pseudonym is GRANTED.

**SO ORDERED.**

Date: _____

_____
Beryl A. Howell
United States District Judge