UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR MOLINA et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>       Defendants. | Civil Action No. 25-3417 (BAH) |

## [PROPOSED] ORDER

Upon consideration of Defendants' unopposed motion for extension of time to respond to Plaintiffs' motions for preliminary injunction and class certification, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall respond to Plaintiff's motions for preliminary injunction and class certification by October 31, 2025.

SO ORDERED.


_____
Dated

_____
BERYL A. HOWELL
United States District Judge