# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *on behalf of themselves and others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | No. 25-cv-3417 (BAH) |

**BRIEF OF CHURCHES, FAITH LEADERS, AND RELIGIOUS ORGANIZATIONS
AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS**

## **TABLE OF CONTENTS**

**Page**

TABLE OF AUTHORITIES ................................................................................................... ii

INTRODUCTION AND INTEREST OF *AMICI CURIAE* .........................................................1

ARGUMENT .............................................................................................................................2

        A.      The Challenged Policy Stokes Fear And Chills The Religious Exercise Of Individual Worshippers ...................................................................3

        B.      The Challenged Policy Burdens Religious Institutional Interests In Fair Treatment Of All Members Of Their Communities ............................................................................................................5

CONCLUSION ........................................................................................................................11

APPENDIX .............................................................................................................................13

CERTIFICATE OF SERVICE

i

# **TABLE OF AUTHORITIES**

**Page(s)**

**CASES:**

*Capitol Hill Baptist Church v. Bowser*,
   496 F. Supp. 3d 284 (D.D.C. 2020) ..................................................................................... 4

*Everson v. Bd. of Educ.*,
   330 U.S. 1 (1947) ................................................................................................................ 3

*Roman Cath. Diocese of Brooklyn v. Cuomo*,
   592 U.S. 14 (2020) .............................................................................................................. 3

**RULES:**

Fed. R. App. P. 29(a)(4)(E) ........................................................................................................ 1

Rule 7(o)(5) ................................................................................................................................ 1

**OTHER AUTHORITIES:**

*2023-24 U.S. Religious Landscape Study (RLS) Dataset*, PEW RSCH. CTR.
   (2025), https://tinyurl.com/y8tfsen7 .................................................................................... 4

Aleja Hertzler-McCain et al., *Attendance Drops, Fear Rises In Immigrant
   Churches As Trump Takes Over DC*, RELIGIOUS NEWS SERV. (Aug. 19, 2025),
   https://tinyurl.com/yc32fja5 ................................................................................................ 8

Aleja Hertzler-McCain et al., *D.C. Churches See a Drop In Attendance As
   Congregants Fear Immigration Action*, NAT'L PUBLIC RADIO (Aug. 24, 2025),
   https://tinyurl.com/52pttznj ................................................................................................. 5

*Bishops' Statements on Migration*, JUSTICE FOR IMMIGRANTS,
   https://tinyurl.com/4kuckhfz (last visited Oct. 28, 2025) ................................................... 6

Capitol Hill United Methodist Church, *Migrant Respite Ministry*,
   https://tinyurl.com/49k9jmt2 (last visited Oct. 28, 2025) ................................................... 8

Connor Greene, *Pope Leo Is Becoming Increasingly Vocal about Defending
   Immigrants from Trump's Crackdown*, TIME (Oct. 15, 2025),
   https://tinyurl.com/ykde6cc3 .............................................................................................. 6

David Staniunas, *Standing 'On the Kingdom Side of History'*, PRESBYTERIAN
   NEWS SERV. (Oct. 22, 2025), https://tinyurl.com/5849c7yd ............................................... 7

Episcopal Diocese of Washington, *Immigrants, Refugees & Partnerships*,
   https://tinyurl.com/bdz86cax (last visited Oct. 28, 2025) .................................................. 9

Heather Hahn, *United Methodists Join Suit Against Trump Policy*, UNITED
    METHODIST INSIGHT (Sept. 11, 2025), https://tinyurl.com/mumrahrj ......................8

Ittai Sopher, *"Keep Off Our Property" DC Area Christian Leaders Ask ICE to
    Stop Parking In Church Parking Lots*, WUSA9 (Aug. 23, 2025),
    https://tinyurl.com/6rbmebmv ................................................................................8

Jason DeRose & Sarah Ventre, *Bishop Mariann Edgar Budde Confronts Trump In
    Sermon*, NAT'L PUBLIC RADIO (Jan. 21, 2025), https://tinyurl.com/3dcu54p4 .........................7

Jens Manuel Krogstad et al., *Among U.S. Latinos, Catholicism Continues to
    Decline But Is Still the Largest Faith*, PEW RSCH. CTR. (Apr. 13, 2023),
    https://tinyurl.com/9unyex43 .................................................................................4

Madalaine Elhabbal, *ICE Arrests Take Toll on DC Churches*, CATHOLIC NEWS
    AGENCY (Aug. 21, 2025), https://tinyurl.com/nhbss56e...........................................4

Mark Zimmerman, *As Undocumented Immigrants Face Policy Unleashing 'Fear
    and Terror,' Catholics Should Stand In Solidarity with Them, Cardinal
    McElroy Says*, CATHOLIC STANDARD (Sept. 29, 2025),
    https://tinyurl.com/ycy7ddbf.................................................................................6

Patrick Davis et al., *These Churches Offer Shelter and Sanctuary to Vulnerable
    Migrants. Here's Why*, NAT'L PUBLIC RADIO (Mar. 25, 2025),
    https://tinyurl.com/7wwwtysp ...............................................................................8

*Reform Jewish Leader Condemns Federal Takeover of Law Enforcement*,
    RELIGIOUS ACTION CTR. (Aug. 20, 2025), https://tinyurl.com/29e9cur8 ................8

Rev. Dr. Jamie Washam et al., *The Church as Refuge: A Pastoral Response to
    Mass Deportations*, AMERICAN BAPTIST HOME MISSION SOCIETIES (July 2,
    2025), https://tinyurl.com/55tabp4j ........................................................................7

Shannon Schumacher et al., *Understanding the U.S. Immigrant Experience: The
    2023/KFF LA Times Survey of Immigrants*, KFF (Sept. 17, 2023),
    https://tinyurl.com/bdeh6dju..................................................................................5

Shireen Korkzan, *Episcopal Coalition for Racial Equity Calls on Church to
    Publicly Support Migrants*, EPISCOPAL NEWS SERV. (Oct. 21, 2025),
    https://tinyurl.com/mwknr2x4 ................................................................................7

St. Matthew's Cathedral, *English Classes 2025*, https://tinyurl.com/2k65fepw
    (last visited Oct. 28, 2025).....................................................................................9

United Methodist Church, *Emergency Solidarity Fund*,
    https://tinyurl.com/489fwcxj (last visited Oct. 28, 2025).........................................9

iii

Washington Nat'l Cathedral, *Sanctuary Ministry*, https://tinyurl.com/y5sxhc3v
 (last visited Oct. 28, 2025) .................................................................................................. 9

**RELIGIOUS TEXT:**

*1 Corinthians 12:27* ............................................................................................................... 3

*Leviticus* 19:34 ....................................................................................................................... 8

*Luke* 10:25-37 ........................................................................................................................ 8

*Matthew* 25:40 ....................................................................................................................... 8

Sahih al-Bukhari, *Call to Prayers (Adhaan)*, 645, https://tinyurl.com/3uw5ze63
 (last visited Oct. 28, 2025) .................................................................................................. 3

# INTRODUCTION AND INTEREST OF *AMICI CURIAE*[1]

This case requires this Court to protect local communities from systematic and unlawful arrests made in violation of Department of Homeland Security regulations. These illegal arrests, as Plaintiffs explain, have resulted in widespread fear among all people an officer may perceive to be an immigrant—regardless of whether that individual has legal status or is an immigrant at all. *Amici* write to describe the real and sustained burdens that the challenged policy places on local faith communities—burdening individual worshippers and religious institutions alike.

Only a sampling of the hundreds of faith communities located within the city, *Amici* represent a diverse coalition of places of worship, clergy, and religious organizations that have long served immigrant communities in Washington, D.C.[2] The missions of these faith communities are rooted in principles of compassion, justice, and the safeguarding of human dignity. Many of these organizations provide not just spiritual guidance, but also essential resources such as legal assistance, counseling, and community outreach programs. Their commitment to welcoming strangers, loving their neighbors, and caring for vulnerable populations is at the heart of their faith traditions. As one local faith leader put it, contrary to the missions of faith organizations, current immigration enforcement has a "single and unitary" goal: "to rob undocumented immigrants of any real peace in their life." Furthermore, immigration sweeps and illegal arrests rob documented immigrants and non-immigrants of their peace. This marginalization is the antithesis of the lessons taught across faiths. Indeed, pursuant to the faith-based call to love our neighbors as we love

---

[1] No counsel for a party authored this brief in whole or in part; no such counsel or party made a monetary contribution intended to fund the preparation or submission of this brief; and no person other than *Amici*, their members, or their counsel made such a monetary contribution. *See* Local Civil Rule 7(o)(5); Fed. R. App. P. 29(a)(4)(E).

[2] A full list of *Amici* is available in the Appendix.

ourselves, *Amici* feel an obligation to stand in the gap for the people who are most affected by the government's illegal arrests—through both advocacy and action.

*Amici* have a shared interest in ensuring that individual worshippers are free to practice their faith without fear. *Amici* have firsthand experience with the chilling effect that the challenged policy (and general fearmongering) has placed on congregants and their ability to exercise their faith freely. *Amici* have become all too familiar with accounts of worshippers unable to participate in religious services out of fear of being subject to warrantless arrests while en route to their places of worship. Importantly, the challenged policy chills the religious exercise of anyone who may be perceived as foreign-born, regardless of whether they are documented, undocumented, or immigrants at all.

*Amici* are also concerned with the burden placed on religious institutions. As described above, faith communities have a divine obligation to extend compassion and support to others, particularly vulnerable populations. To meet that obligation, faith leaders have denounced policies like the one challenged in this case. In addition to issuing statements, faith leaders have taken steps to alleviate burdens on local Latino and immigrant communities—providing food, shelter, and guidance as members of those communities attempt to navigate the regime of harsh and indiscriminate and unlawful application of federal immigration laws. Nevertheless, and as explained below, the allocation of resources to address these pressing concerns comes at a cost.

For these reasons, *Amici* have joined together to highlight the significance of the current moment and why it is important that a preliminary injunction be issued.

## ARGUMENT

The burdens that the challenged policy places on local faith communities and the organizations that serve them are felt at both the institutional and individual levels. Those burdens,

as described below, should factor into the court's analysis of Plaintiffs' harm and the balance of equities. The First Amendment forbids the Government from deploying power in a manner that deters or chills the exercise of religion. *See Everson v. Bd. of Educ.*, 330 U.S. 1, 18 (1947) ("State power is no more to be used so as to handicap religions, than it is to favor them."). The Supreme Court has held that "the loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Roman Cath. Diocese of Brooklyn v. Cuomo*, 592 U.S. 14, 19 (2020).

The government's practice of conducting arbitrary arrests without warrants or probable cause is working ongoing and irreparable harm on the faith community—both at an individual and institutional level. In Washington D.C., the government's policy of illegally arresting people perceived to be immigrants has interfered with the free exercise of religion. In-person attendance at some religious services has declined significantly with some religious leaders altering their approach to in-person worship. This governmental burden on the free exercise of religion contributes to the irreparable harm that people who worship in the city are experiencing. As discussed below, the significant effects of the challenged policy support the issuance of a preliminary injunction.

    **A.    The Challenged Policy Stokes Fear And Chills The Religious Exercise Of Individual Worshippers**

For many, religious practice has a cadence. For example, many Christians attend religious activities or services at least once a week. *See Roman Cath. Diocese of Brooklyn*, 592 U.S. at 19. And across denominations, congregations are called to worship in person together. *See id.*; *Hebrews* 10:25 (admonishing worshippers to not forsake assembling together); *1 Corinthians* 12:27 (admonishing a church to meet regularly as "the body of Christ"); *see also* Sahih al Bukhari, *Call to Prayers (Adhaan)*, 645, https://tinyurl.com/3uw5ze63 (last visited Oct. 28, 2025) ("The

3

prayer in congregation is twenty seven times superior to the prayer offered by person alone."). Indeed, for many churches, "a weekly in-person worship gathering of the entire congregation is a religious conviction for which there is no substitute." *See Capitol Hill Baptist Church v. Bowser*, 496 F. Supp. 3d 284, 289 (D.D.C. 2020).

The policy of arresting individuals perceived to be immigrants without a warrant or any individualized assessment to justify that intrusion is harming individual members of local faith communities. Policies like the one challenged here impact how safe all congregants feel in their places of worship. That is a big deal: Two-thirds of adult Washingtonians identify as religious. *See 2023-24 U.S. Religious Landscape Study (RLS) Dataset*, PEW RSCH. CTR. (2025), https://tinyurl.com/y8tfsen7. That number goes up when looking at the Latino community: Three out of four Hispanic adults identified themselves as religious—among them, 43% identify as Catholic, 21% as Protestant, and 4% as other faiths. *See* Jens Manuel Krogstad et al., *Among U.S. Latinos, Catholicism Continues to Decline But Is Still the Largest Faith*, PEW RSCH. CTR. (Apr. 13, 2023), https://tinyurl.com/9unyex43.

Here, in the nation's capital, immigration officers have intimidated and detained individuals when they were on their way to attend religious services or community programs. *See* Madalaine Elhabbal, *ICE Arrests Take Toll on DC Churches*, CATHOLIC NEWS AGENCY (Aug. 21, 2025), https://tinyurl.com/nhbss56e (six members of the Sacred Heart Roman Catholic Church were detained by immigration officers while traveling to or from Mass, including individuals in marriage preparation, confirmation class, and catechetical class). Even when members of a congregation have not themselves been detained, they must travel through neighborhoods like Columbia Heights and Mount Pleasant where roving squads of immigration officers patrol, looking for people who appear to be Latino or otherwise from outside the United States. *Id.* The deterrent

4

effects are felt by citizen and noncitizen worshippers alike. *See* Shannon Schumacher et al., *Understanding the U.S. Immigrant Experience: The 2023/KFF LA Times Survey of Immigrants*, KFF (Sept. 17, 2023), https://tinyurl.com/bdeh6dju ("Fears of detention and deportation are a concern for immigrants across immigration statuses."); Aleja Hertzler-McCain et al., *D.C. Churches See a Drop In Attendance As Congregants Fear Immigration Action*, NAT'L PUBLIC RADIO (Aug. 24, 2025), https://tinyurl.com/52pttznj ("[T]he church's WhatsApp groups were full of sightings of agents and immigration detentions and just a lot of fear. And that fear even extends to citizens and people with legal status because they say they're afraid of racial profiling.").

Local worshippers have responded by taking precautions to avoid being arrested. Some congregants have gathered in groups when traveling to and from service. Some have resorted to taking alternate routes or modes of transportation that are not being patrolled by immigration officers. Some travel with red "rights cards" that they can hand to immigration officers in the event of an encounter. Many also speak with advisors to develop "deportation plans" that overview their wishes for their children, pets, and belongings. But often, congregants fearing arrest or deportation have made the understandable but unfortunate choice to stay away from their places of worship altogether. Just take the experience of one *Amicus*, Sacred Heart Roman Catholic Church—a local parish with a large immigrant population located in the Columbia Heights neighborhood—where, on average, 500 fewer individuals attend the Sunday service than did before policies like the one challenged here were implemented.

### B. The Challenged Policy Burdens Religious Institutional Interests In Fair Treatment Of All Members Of Their Communities

The burdens of the government's unlawful arrests are felt not only by individuals, but also by churches and other religious institutions. Since the implementation of new, illegal methods of immigration enforcement, churches and faith leaders have spoken out against policies like the one

5

challenged here. Catholic leaders—whose congregations are most likely to be affected by the challenged policy due to the requirement for Catholics to attend Mass and the high percentage of Latino Catholics—have been particularly vocal. *See Bishops' Statements on Migration*, JUSTICE FOR IMMIGRANTS, https://tinyurl.com/4kuckhfz (last visited Oct. 28, 2025) (collecting statements and noting that "Catholic bishops from across the country have reiterated their support for vulnerable migrant populations"). Cardinal Robert McElroy, for example, explained that "our government is engaged in—by its own admission and by the tumultuous enforcement actions it has launched—a comprehensive campaign to uproot millions of families and hard-working men and women who have come to our country seeking a better life that includes contributing to building up the most important elements of our culture and society." *See* Mark Zimmerman, *As Undocumented Immigrants Face Policy Unleashing 'Fear and Terror,' Catholics Should Stand In Solidarity with Them, Cardinal McElroy Says*, CATHOLIC STANDARD (Sept. 29, 2025), https://tinyurl.com/ycy7ddbf. And it is the church's "first obligation," the Roman Catholic Archbishop of Washington continued, to "console and peacefully stand in solidarity with the undocumented men and women whose lives are being upended by the government's campaign of fear and terror." *Id.*

Pope Leo XIV has also joined the chorus of Catholic leaders who object to what he called "inhuman" treatment of immigrants. *See* Connor Greene, *Pope Leo Is Becoming Increasingly Vocal about Defending Immigrants from Trump's Crackdown*, TIME (Oct. 15, 2025), https://tinyurl.com/ykde6cc3. His Holiness believes that immigrants are too often treated with "the coldness of indifference or the stigma of discrimination," and called on members of his church to "advocate for society to respect the human dignity of the most vulnerable." *See id.*

The faith community's response, however, is not limited to Catholics. Across denominations, faith leaders have spoken out against immigration enforcement policies like the one challenged in this case. For example, Episcopal Bishop Mariann Budde gave a sermon calling for compassion, reminding the congregants that, regardless of documentation, immigrants are essential members of our communities: "The people who pick our crops and clean our office buildings; who labor in poultry farms and meat packing plants; who wash the dishes after we eat in restaurants and work the night shifts in hospitals." *See* Jason DeRose & Sarah Ventre, *Bishop Mariann Edgar Budde Confronts Trump In Sermon*, NAT'L PUBLIC RADIO (Jan. 21, 2025), https://tinyurl.com/3dcu54p4. And despite how they are depicted in certain circles, immigrants are "good neighbors" who deserve not to live in fear. *Id.* And, earlier this month, a coalition of other members of the Episcopal clergy—including a priest for the Washington, D.C. region—announced that "[t]he church cannot remain silent" and "strongly denounce[d]" policies like the one challenged in this case, which criminalizes members of the community based simply on their language, skin color, or cultural heritage. *See* Shireen Korkzan, *Episcopal Coalition for Racial Equity Calls on Church to Publicly Support Migrants*, EPISCOPAL NEWS SERV. (Oct. 21, 2025), https://tinyurl.com/mwknr2x4. Presbyterian ministers, too, believe that, in this moment, it is their duty to "stand up to hate and cruelty." *See* David Staniunas, *Standing 'On the Kingdom Side of History'*, PRESBYTERIAN NEWS SERV. (Oct. 22, 2025), https://tinyurl.com/5849c7yd. Baptist ministers have reminded congregants of the church's "role as a sanctuary, ally, advocate, or pastoral presence in the broader movement for immigration justice." *See* Rev. Dr. Jamie Washam et al., *The Church as Refuge: A Pastoral Response to Mass Deportations*, AMERICAN BAPTIST HOME MISSION SOCIETIES (July 2, 2025), https://tinyurl.com/55tabp4j. Methodist leaders have spoken about their "obligation to resist injustice": "It's a biblical mandate for us to welcome the

7

foreigner, to care for them." *See* Heather Hahn, *United Methodists Join Suit Against Trump Policy*, UNITED METHODIST INSIGHT (Sept. 11, 2025), https://tinyurl.com/mumrahrj.[3]

Religious leaders have also felt the need to use church resources to counteract the effects the challenged policy has on their communities. Scriptural teachings call on the church to do more than identify injustices—it requires action. For example, the Bible tells Christians they will be judged by how they treat the marginalized and the oppressed. *See Matthew* 25:40. Catholic homilies draw on the story of the Good Samaritan, which teaches that—no matter race, color, or creed—we should treat everyone like neighbors. *See Luke* 10:25-37. The Torah likewise speaks in no uncertain terms: "The stranger who resides with you shall be treated the same as the native-born, and thou shalt love him as thyself." *Leviticus* 19:34.

These core pillars of faith have driven churches in the city to take action. With efforts increasing in response to current enforcement policies, churches have long offered hot meals, clothing, and hygiene supplies to immigrant communities. *See*, *e.g.*, Capitol Hill United Methodist Church, *Migrant Respite Ministry*, https://tinyurl.com/49k9jmt2 (last visited Oct. 28, 2025).[4] Providing shelter for immigrants has also been a priority for churches in the city. *See, e.g.*, Patrick Davis et al., *These Churches Offer Shelter and Sanctuary to Vulnerable Migrants. Here's Why*,

---

[3] Non-Christian faith leaders have also spoken out. For example, Jewish leaders are alarmed by the newly implemented policies that work to "scapegoat[] and dehumaniz[e] immigrants." *See Reform Jewish Leader Condemns Federal Takeover of Law Enforcement*, RELIGIOUS ACTION CTR. (Aug. 20, 2025), https://tinyurl.com/29e9cur8.

[4] In addition to making the provision of these services more important, the challenged policy has made doing so more difficult. For example, law enforcement presence has forced churches like Fellowship Baptist Church to rework how they operate food pantries. *See* Ittai Sopher, *"Keep Off Our Property" DC Area Christian Leaders Ask ICE to Stop Parking In Church Parking Lots*, WUSA9 (Aug. 23, 2025), https://tinyurl.com/6rbmebmv; Aleja Hertzler-McCain et al., *Attendance Drops, Fear Rises In Immigrant Churches As Trump Takes Over DC*, RELIGIOUS NEWS SERV. (Aug. 19, 2025), https://tinyurl.com/yc32fja5 (immigration enforcement vehicles were parked near St. Stephen and the Incarnation while the church handed out food as part of a free-meal ministry program).

NAT'L PUBLIC RADIO (Mar. 25, 2025), https://tinyurl.com/7wwwtysp. Acting on their obligation to "love thy neighbor," some churches have established funds to help members of immigrant communities who are afraid to leave their homes for work, school, or grocery shopping. *See, e.g.*, United Methodist Church, *Emergency Solidarity Fund*, https://tinyurl.com/489fwcxj (last visited Oct. 28, 2025). Some have committed to serving as "sanctuary ministries" that provide support and solidarity for immigrants who are wrongfully profiled and are at risk of detention, deportation, or family separation. *See, e.g.*, Washington Nat'l Cathedral, *Sanctuary Ministry*, https://tinyurl.com/y5sxhc3v (last visited Oct. 28, 2025). Some provide English language classes that aid with integration and curb profiling. *See, e.g.*, St. Matthew's Cathedral, *English Classes 2025*, https://tinyurl.com/2k65fepw (last visited Oct. 28, 2025). Others have begun hosting know-your-rights seminars to inform immigrants on how to respond if confronted by immigration enforcement officers. *See, e.g.*, Episcopal Diocese of Washington, *Immigrants, Refugees & Partnerships*, https://tinyurl.com/bdz86cax (last visited Oct. 28, 2025).[5]

Importantly, although many of these initiatives are part of the churches' faith missions, the enhanced focus on the immigrant community at this time of acute targeting has forced churches to divert resources from other work. Indeed, *Amici* are feeling those pressures. For example, a leader at a church in the Columbia Heights community—himself an immigrant—has described his church's response to the unlawful immigration enforcement. As the reverend explained, the church has a Latino group that worships in Spanish and has been an important part of the congregation

---

[5] In addition to those direct services, faith organizations around the country have filed lawsuits to enjoin unlawful immigration enforcement on First Amendment grounds. *See, e.g., Mennonite Church USA v. U.S. Dep't. of Homeland Sec.*, No. 1:25-cv-00403 (D.D.C. 2025); *Philadelphia Yearly Meeting of the Religious Soc'y of Friends v. U.S. Dep't. of Homeland Sec.*, No. 8:25-cv-00243 (D. Md 2025); *Pineros y Campesinos Unidos del Noroeste v. Noem*, No. 6:25-cv-00699 (D. Ore. 2025); *New England Synod, Evangelical Lutheran Church in Am. v. U.S. Dep't of Homeland Sec.*, No. 4:25-cv-40102 (D. Mass. 2025).

(and the neighborhood) for more than two decades. But because of the current practice of indiscriminate immigration enforcement, some members of the Spanish service have had to meet virtually. The reverend and church leadership made the choice to cancel a Spanish-language service when, one Sunday morning, there were several immigration enforcement vehicles parked in an neighboring parking lot. Believing it was unsafe for Spanish-speaking members to attend in those conditions, church leadership hurriedly called around to inform people to stay home.

The reverend shared that, beyond the religious significance of that choice to cancel a service, the challenged policy imposed real costs. The church had to purchase the audio and visual equipment needed to provide live streaming of the Spanish service and recruit volunteers to operate it. The church also needed to change the procession of service to accommodate people participating online, all while understanding that full participation was impossible for remote viewers given the centrality of in-person practices like communion. The reverend also described the difficult choices to close the church doors during service and to enlist volunteers to function as doorkeepers. It was also important to the reverend that church staff and volunteers were trained on how to respond in the event of an immigration raid.

That experience is but one example of the very real burden faith communities throughout the city are forced to carry as a result of the challenged policy. *See*, *e.g.*, Br. of Religious Leaders & Howard Univ. School of Law at 7-10, *District of Columbia v. Trump*, No. 1:25-cv-03005 (D.D.C. 2025), ECF No. 24-1 (collecting examples of the burdens unlawful law enforcement practices place on churches).

\*   \*   \*

In short, the challenged policy places real and sustained burdens on local faith communities, and those burdens contribute to the public harms that weigh decisively in favor of

Plaintiffs' requested relief. This disruption to religious practice, community life, and emotional well-being is not easily remedied. Many congregants have shared feelings of isolation and fear, reporting that these changes have weakened the sense of fellowship that is central to their faith. Church leaders continue to advocate for a return to lawful, predictable enforcement of immigration laws as well as safe, inclusive spaces where all members—regardless of appearance or immigration status—can travel to religious services and worship together without apprehension.

## CONCLUSION

Federal immigration officers must act in accordance with the regulatory guardrails meant to prevent abuses of power of the sort presented by this case. Without emergency injunctive relief, city residents remain under a constant threat of illegal arrest, which prevents them from exercising their faith in the nation's capital. *Amici* therefore support Plaintiffs' motion for preliminary injunction for the reasons expressed in this brief and that motion.

Dated: October 29, 2025

Respectfully submitted,

*/s/ Soojin Jeong*
Soojin Jeong
Darryl E. Williams, Jr.
Hiba Ahmed
Erin Drenning
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel. (202) 637-5600
soojin.jeong@hoganlovells.com
darryl.williams@hoganlovells.com
hiba.ahmed@hoganlovells.com
erin.drenning@hoganlovells.com

Daniel González
HOGAN LOVELLS US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Tel. (305) 459-6500
daniel.gonzalez@hoganlovells.com

*Counsel for Amici*

11

# APPENDIX

*Amici* include the following religious organizations, places of worship, and faith leaders:

1. 8th Day Faith Community
2. All Souls Church, Unitarian
3. Cardinal McElroy, Roman Catholic Archbishop of Washington
4. The Catholic University of America
5. Christ Lutheran Church, Inc.
6. Dumbarton United Methodist Church
7. Episcopal Diocese of Washington
8. The Festival Center
9. First Congregational UCC
10. Franciscan Action Network
11. Luther Place Memorial Church
12. Metropolitan Washington D.C. Synod of the Evangelical Lutheran Church in America, Inc.
13. Pax Christi USA
14. Peace Fellowship Church
15. Reverend Dr. Rose Herr Wayland, Sixth Presbyterian Church
16. Reverend Rachel Cornwell, Dumbarton United Methodist Church
17. Sacred Heart Roman Catholic Church
18. Sixth Presbyterian Church
19. St. Matthew's Episcopal
20. St. Stephen and the Incarnation Episcopal Church
21. Washington DC Congregation, Community of Christ
22. Washington National Cathedral

**CERTIFICATE OF SERVICE**

  I certify that on October 29, 2025, the foregoing was electronically filed through this Court's CM/ECF system. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

Dated: October 29, 2025           */s/ Soojin Jeong*
                   Soojin Jeong