**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    *Defendants*. | Civil Action No. 25-3417 (BAH) |

**[PROPOSED] ORDER GRANTING MOTION OF WASHINGTON TEACHERS' UNION, THE DC ALLIANCE FOR CHARTER TEACHERS AND STAFF LOCAL 1927, AND INDIVIDUAL EDUCATORS FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS**

Upon consideration of the Motion of Washington Teachers' Union, the DC Alliance for Charter Teachers and Staff Local 1927 and Individual Educators for Leave to File an *Amicus Curiae* Brief in Support of Plaintiffs, and any response thereto, it is hereby **ORDERED**:

1. The Motion is GRANTED, and

2. The Clerk of Court is hereby **ORDERED** to file Exhibit A to the Motion, the Proposed *Amicus Curiae* Brief, on the docket.

Dated: _____, 2025

                                                                   Honorable Beryl A. Howell
                                                                   United States District Judge

## PERSONS TO BE SERVED

Pursuant to LCvR 7(k), the following parties are entitled to be notified of the entry of this Order:

Alice C. Hwang
Daniel M. Rosenthal
Charlotte H. Schwartz
Sejal Singh
James & Hoffman, P.C.
1629 K Street, NW, Suite 1050
Washington, DC 20006
Tel: (202) 496-0500
Fax: (202) 496-0555
achwang@jamhoff.com
dmrosenthal@jamhoff.com
chschwartz@jamhoff.com
ssingh@jamhoff.com

*Counsel for Amici*

Jehan A. Patterson
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
jpatterson@cov.com

Sirine Shebaya
National Immigration Project
1763 Columbia Rd NW, Suite 175 #896645
Washington, DC 20009
(202) 656-4788
sirine@nipnlg.org

Aditi Shah
American Civil Liberties Union Foundation of the District of Columbia
529 14th Street NW, Suite 722
Washington, DC 20045
(202) 457-0800
ashah@acludc.org

*Counsel for Plaintiffs*

John C. Truong
John J. Bardo
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2524 (Truong)
(202) 252-2539 (Bardo)
John.truong@usdoj.gov
John.bardo@usdoj.gov

*Counsel for Defendants*