IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR MOLINA, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 1:25-cv-03417-BAH |

**BRIEF OF AMICI CURIAE BUSBOYS AND POETS, CHEFS STOPPING AAPI HATE, COUNCIL FIRE, IMMIGRANT FOOD, IMPACT GC, MASA GROUP, THRIFT THE DISTRICT, AND ERIK BRUNER-YANG IN SUPPORT OF PLAINTIFFS**

## TABLE OF CONTENTS

                                                                                            **Page**

INTEREST OF AMICI CURIAE ................................................................................................... 1

ARGUMENT .................................................................................................................................. 2

CONCLUSION ............................................................................................................................... 4

# TABLE OF AUTHORITIES

Page(s)

**STATUTES**

8 U.S.C. § 1357(a)(2) .................................................................................................................3

**RULES**

LCvR 7(o)(5) ...............................................................................................................................1

Fed. R. App. P. 29(a)(4)(E) .........................................................................................................1

**OTHER AUTHORITIES**

AMERICAN IMMIGRATION COUNCIL, IMMIGRANTS IN THE DISTRICT OF COLUMBIA (2025), https://map.americanimmigrationcouncil.org/locations/district-of-columbia/# ..................................................................................................................3

AMERICAN IMMIGRATION COUNCIL, NEW AMERICAN ECONOMY: THE CONTRIBUTIONS OF NEW AMERICANS IN WASHINGTON, D.C. (August 2016), https://www.americanimmigrationcouncil.org/wp-content/uploads/2017/02/nae-dc-report.pdf ................................................................3

BUREAU OF LABOR STATISTICS, ECONOMIC NEWS RELEASE: LABOR FORCE CHARACTERISTICS OF FOREIGN-BORN WORKERS SUMMARY (May 20, 2025), https://www.bls.gov/news.release/pdf/forbrn.pdf ....................................................2

IMMIGRATION RESEARCH INITIATIVE, 50 STATES: IMMIGRANTS BY NUMBER AND STATE (Jan. 24, 2025), https://immresearch.org/publications/50-states-immigrants-by-number-and-share/ ........................................................................2

U.S. SMALL BUSINESS ADMINISTRATION OFFICE OF ADVOCACY, 2025 SMALL BUSINESS PROFILE: DISTRICT OF COLUMBIA (2025) https://advocacy.sba.gov/wp-content/uploads/2025/06/District_of_Columbia_2025-State-Profile.pdf ...............................3

U.S. SMALL BUSINESS ADMINISTRATION OFFICE OF ADVOCACY, SMALL BUSINESS FACTS: AN OVERVIEW OF IMMIGRANT BUSINESS OWNERSHIP (2022), https://advocacy.sba.gov/wp-content/uploads/2022/10/Small-Business-Facts_Immigrant-Business-Ownership_508c_V2.pdf ..............................................2

**INTEREST OF AMICI CURIAE**

*Amici* represent companies and individuals who are part of or support the local business community. Washington, D.C.'s dynamic business community drives economic growth in the District, employs thousands of residents from the District as well as Maryland and Virginia, and helps give the District its unique and entrepreneurial culture and identity. *Amici* represent local businesses and business owners as well as entities that support socially responsible business practices and growth. *Amici* include: Busboys and Poets; Chefs Stopping AAPI Hate; Council Fire; Immigrant Food; Impact GC, LLP; Masa Group; Thrift the District; and Erik Bruner-Yang.

*Amici* recognize the critical role that immigrants play in the District of Columbia's business ecosystem as business owners, employees, and customers. Immigrant business owners operate a variety of enterprises across the District, ranging from restaurants to grocery stores to technology startups, providing good jobs for District residents and growing the regional economy. Immigrant workers fill key roles for businesses across the District, and immigrant customers are key drivers of revenue and foot traffic for businesses of all types.

*Amici* submit this brief to address the interests of the D.C. business community and to underscore the outsized contributions that immigrants make to businesses across the District.[1]

---

[1] Pursuant to LCvR 7(o)(5) and Fed. R. App. P. 29(a)(4)(E), *Amici* state that no party's counsel authored this brief in whole or in part; no party or party's counsel contributed money that was intended to fund the preparation or submission of this brief; and no person other than counsel for amici curiae contributed money that was intended to fund the preparation or submission of this brief.

## ARGUMENT

Immigrants have a critical effect on the growth of business. Nationwide data across all U.S. businesses reveals significant contributions from immigrants, who serve as both business owners and employees. An October 2022 data report from the U.S. Small Business Administration Office of Advocacy shows that immigrants own businesses at higher rates than individuals born in the United States.[2] Immigrant ownership rates are particularly high in sectors such as accommodation and food services, where immigrants own over a third of the businesses in the U.S.[3] On the employment side, foreign-born individuals accounted for approximately 19 percent of the U.S. civilian labor force in 2024, as reported by the U.S. Bureau of Labor Statistics.[4] Foreign-born workers are more likely than native-born workers to be employed in service occupations (22.0 percent versus 15.1 percent).[5] Almost half of the foreign-born labor force is comprised of individuals of Hispanic or Latino ethnicity.[6]

Immigrants also play a key role in the District's local business community. Approximately 14 percent of D.C. residents are immigrants,[7] and immigrants constitute almost

---

[2] U.S. SMALL BUSINESS ADMINISTRATION OFFICE OF ADVOCACY, SMALL BUSINESS FACTS: AN OVERVIEW OF IMMIGRANT BUSINESS OWNERSHIP (2022), https://advocacy.sba.gov/wp-content/uploads/2022/10/Small-Business-Facts_Immigrant-Business-Ownership_508c_V2.pdf.

[3] *Id*.

[4] BUREAU OF LABOR STATISTICS, ECONOMIC NEWS RELEASE: LABOR FORCE CHARACTERISTICS OF FOREIGN-BORN WORKERS SUMMARY (May 20, 2025), https://www.bls.gov/news.release/pdf/forbrn.pdf.

[5] *Id.* at 13.

[6] *Id.* at 1.

[7] IMMIGRATION RESEARCH INITIATIVE, 50 STATES: IMMIGRANTS BY NUMBER AND STATE (Jan. 24, 2025), https://immresearch.org/publications/50-states-immigrants-by-number-and-share/.

17 percent of the District's labor force.[8] Immigrants in D.C. work in a variety of industries, including finance, health care, hospitality and food services, and education.[9] Immigrants are also a key part of business growth: One conservative estimate found that immigrants make up almost 20 percent of entrepreneurs in the District, employing close to 42,000 people.[10]

Many immigrants own, or are employed by, small businesses in the District, and small businesses are a critical part of the District of Columbia's business ecosystem. There are over 82,000 small businesses operating in D.C., employing over 250,000 people across various industries including professional services, food services, and health care and social assistance.[11]

Plaintiffs' brief addresses the requirements of 8 U.S.C. § 1357(a)(2) in making immigration arrests. Given the critical role that immigrants play in the local business community, adherence to the statutory guardrails will also benefit the local businesses of D.C. and the residents it serves. *Amici* respectfully request that the Court take into account the importance of immigrants to the D.C. business community in reviewing Plaintiffs' motion for preliminary injunctive relief.

---

[8] AMERICAN IMMIGRATION COUNCIL, IMMIGRANTS IN THE DISTRICT OF COLUMBIA (2025), https://map.americanimmigrationcouncil.org/locations/district-of-columbia/#.

[9] *Id.*

[10] This estimate of the share of entrepreneurs in D.C. who are immigrants excludes large, publicly owned firms. *See* AMERICAN IMMIGRATION COUNCIL, NEW AMERICAN ECONOMY: THE CONTRIBUTIONS OF NEW AMERICANS IN WASHINGTON, D.C. (August 2016), https://www.americanimmigrationcouncil.org/wp-content/uploads/2017/02/nae-dc-report.pdf.

[11] U.S. SMALL BUSINESS ADMINISTRATION OFFICE OF ADVOCACY, 2025 SMALL BUSINESS PROFILE: DISTRICT OF COLUMBIA (2025), at 1-2, https://advocacy.sba.gov/wp-content/uploads/2025/06/District_of_Columbia_2025-State-Profile.pdf.

## **CONCLUSION**

Plaintiffs' motion for preliminary injunction and/or stay should be granted.

Dated:  October 29, 2025

Respectfully submitted,

/s/ Caroline M. Mew
Barak Cohen, Bar No. 485945
BCohen@perkinscoie.com
Caroline M. Mew, Bar No. 467354
CMew@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile:  +1.202.654.6211

Counsel for Amici Curiae Busboys and Poets, Chefs Stopping AAPI Hate, Council Fire, Immigrant Food, Impact GC, Masa Group, Thrift the District, and Erik Bruner-Yang