UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jose Escobar Molina, et al.<br><br>Plaintiffs<br><br>v.<br><br>U.S. Department of Homeland Security, et al.<br><br>Defendants | Civil Action No. 25-03417 (BAH) |

## DECLARATION OF KENNETH BLANCHARD JR.

I, Kenneth W. Blanchard, Jr., declare the following to be true and correct:

1. I am the Acting Deputy Executive Assistant Commissioner (DEAC) of U.S. Customs and Border Protection (CBP), Operations Support. In this capacity, I oversee six CBP subcomponents that are charged with performing distinct functions in support of CBP's front line operations: CBP Watch, Laboratories and Scientific Services, Law Enforcement Safety and Compliance (LESC), Office of International Affairs, Planning, Analysis and Requirements Evaluation, and the Office of Chief Medical Officer. As the Acting DEAC, my permanent position is Executive Director of LESC. In this role I oversee the CBP subject matter experts in use of force policy who provide instruction and education to CBP law enforcement officers throughout the country in less lethal use of force and firearms and tactics, among other areas. The employees under my supervision also ensure the Agency has modernized law enforcement equipment and such assets are appropriately managed. I started my law enforcement career with U.S. Border Patrol in 1995 and have held various leadership positions within CBP at both the field and headquarters level.

2. The statements I make in this declaration are based on my personal knowledge which includes knowledge acquired through information provided to me in the course of my official duties and agency records I reviewed in the course of my official duties.

3. I am the Incident Commander in charge of CBP's participation in the Federal Public Safety Surge Operation (FPSSO) in Washington, D.C. The mission of FPSSO is to leverage interagency resources in support of Executive Order 14252, *Making the District of Columbia Safe and Beautiful*.

4. All CBP law enforcement officers deployed in Washington, D.C. in support of FPSSO receive: (1) a special deputation from the U.S. Marshal Service and (2) were designated as special police officers of the National Park Service from August 19, 2025 until September 10, 2025, during the crime emergency declared in Washington D.C. pursuant to Executive Order 14333, *Declaring a Crime Emergency in the District of Columbia*. CBP law enforcement officers also have federal arrest authority pursuant to 8 U.S.C. § 1357 and 19 U.S.C. § 1589a.

5. CBP's FSSO has two main lines of effort, targeted operations and high visibility operations. Targeted operations focus on individuals who have been previously identified based on specific, articulable information in law enforcement records. "High Visibility" operations provide a law enforcement presence and patrol certain areas of Washington, D.C. with other law enforcement partners. These "High Visibility" teams do not engage in proactive immigration investigations or operations.

6. Plaintiffs have provided identifying information for four Plaintiffs, including the circumstances surrounding their alleged arrests. CBP searched for any records which may match these alleged arrests. Agency records reveal that CBP was involved in the arrest of two of the

named Plaintiffs, Jose Escobar Molina and BSR. Agency record checks did not show any CBP involvement with the remaining two Plaintiffs.

7. Mr. Molina was specifically targeted by specialized law enforcement units within CBP because Agency records indicated, in part, that his Temporary Protected Status (TPS) expired on March 9, 2025. Agency records also showed a 2019 criminal charge for simple assault. Mr. Molina was arrested by CBP and transferred to ICE for further processing.

8. BSR was specifically targeted by specialized law enforcement units within CBP because Agency records indicated, in part, that he overstayed his B-2 visa and was in the country unlawfully and subject to removal from the United States. Agency records also referenced a 2025 criminal charge for domestic violence and simple assault. BSR was arrested by CBP and transferred to ICE for further processing.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of October 2025.

_____
Kenneth W. Blanchard Jr.
(A) Deputy Executive Assistant Commissioner
Operations Support
U.S. Customs and Border Protection
U.S. Department of Homeland Security