UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE ESCOBAR MOLINA et al.,

    Plaintiffs,

  v.

DEPARTMENT OF HOMELAND
SECURITY et al.,

    Defendants.

Civil Action No. 25-3417 (BAH)

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' motions for a preliminary injunction (ECF No. 17) and class certification (ECF No. 19), Defendants' opposition, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motions are DENIED, and it is

FURTHER ORDERED that the parties confer and submit a Joint Status Report to include a proposed schedule for the briefing of the merits of this case.

SO ORDERED:

_____            _____
Date                                                  BERYL A. HOWELL
                                                          United States District Judge