AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Jose Escobar Molina, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-CV-03417 |
| U.S. Department of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jose Escobar Molina; B.S.R.; N.S.; R.S.M.; and CASA, Inc.                                            .

Date:    11/17/2025

*Ama S. Frimpong*
*Attorney's signature*

Ama S. Frimpong, 2102230006 (Maryland)
*Printed name and bar number*

8151 15th Avenue
Hyattsville, MD 20783

*Address*

afrimpong@wearecasa.org
*E-mail address*

(240) 485-8844
*Telephone number*

*FAX number*