# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR MOLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 25- 3417 (BAH) |

## FIRST SUPPLEMENTAL DECLARATION OF JOSEPH SIMON

Pursuant to the provisions of 28 U.S.C. § 1746, I, Joseph Simon, Deputy Field Office Director for the Enforcement and Removal Operations (ERO) Washington Field Office, U.S. Immigration Customs Enforcement (ICE), of the Department of Homeland Security (DHS), hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I am employed as Deputy Field Office Director (DFOD) within the ERO Washington Field Office. I have held this position since October 20, 2022. In this position, I am responsible for the management of the field office's detained and non-detained portfolios and intake and removal operations. From August 10, 2025, until October 18, 2025, I served as the acting Field Office Director ((a)FOD) of the ERO Washington Field Office and then returned to my position of DFOD.

2. I have been employed by ICE since September 2009. Prior to my position as DFOD, I served as an Immigration Enforcement Agent from 2009 to 2011 with the ERO Baltimore Field Office. From 2011 to September 2012, I worked in the Newark Field Office as an

Immigration Enforcement Agent. In September 2012 until October 2015, I served as a Deportation Officer in the Newark Field Office. I relocated to Washington, DC, ICE Headquarters as a Detention and Deportation Officer within the ERO Removal Division and worked in the role from October 2015 until January 2017. From January 2017 until January 2019, I served as Deputy Chief of Staff in the ICE Office of the Director. From January 2019 until March 2020, I served as ERO Chief of Staff. From March of 2020 until October of 2022, I served as an Assistant Field Office Director for the ERO Washington Field Office.

3. I provide this supplemental declaration to further elaborate on Paragraph 18 of my initial declaration dated on October 31, 2025, which discussed training provided to ERO officers.

4. ERO officers receive periodic refresher training on arrests, which includes training on the Fourth Amendment, 8 U.S.C. § 1357, and 8 C.F.R. § 287.8. The training, which is approximately two and a half hours long, is provided by counsel from ICE's Office of the Principal Legal Advisor.

5. ERO officers are trained to evaluate whether probable cause exists to arrest an alien. Specifically, ERO officers are taught that an arrest can only be made if the facts and circumstances within the officer's knowledge are sufficient to warrant a prudent person, or one of reasonable caution, to believe, in the circumstances shown, that the alien is in the United States in violation of U.S. immigration laws. Therefore, based upon their training, ERO officers make arrests based upon probable cause, not upon the reasonable suspicion standard for conducting investigative stops.

6. Additionally, ERO officers are trained to evaluate the circumstances in which an alien, for whom they have probable cause to arrest, may be arrested without a warrant. Specifically, they are taught to consider the totality of the particular circumstances to determine whether an individual is likely to escape before a warrant can be obtained.

7. Based on my review of agency records, the arresting officers in the case of N.S. were officers from the ERO Baltimore Field Office, who were detailed to assist with the surge operation in Washington, D.C. Based on my review records from ERO Baltimore, ERO Baltimore had its most recent Fourth Amendment refresher training on or about February 2, 2025.

8. Based on my review of agency records, the arresting officers in the case of R.S.M. were officers from the ERO Boston Field Office, who were detailed to assist with the surge operation in Washington, D.C. Based on my review of records, ERO Boston had its most recent Fourth Amendment refresher training on March 7, 2024 and March 15, 2024.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and based on information obtained from other individuals employed by ICE.

Signed this 24th day of November 2025.

_____
Joseph Simon
Deputy Field Office Director