UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jose Escobar Molina, et al.<br><br>Plaintiffs<br><br>v.<br><br>U.S. Department of Homeland Security, et al.<br><br>Defendants | Civil Action No. 25-03417 (BAH) |

### SUPPLEMENTAL DECLARATION OF KENNETH BLANCHARD JR.

I, Kenneth W. Blanchard, Jr., declare the following to be true and correct:

1. The purpose of this supplemental declaration is to provide additional information about CBP's federal warrantless arrest authority and CBP's arrest of Mr. Molina and BSR.

2. The statements I make in this supplemental declaration are based on my personal knowledge which includes knowledge acquired through information provided to me in the course of my official duties and agency records I reviewed in the course of my official duties.

3. CBP law enforcement officers have federal arrest authority pursuant to 8 U.S.C. § 1357 and 19 U.S.C. § 1589a. CBP law enforcement officers may conduct a warrantless civil immigration arrest pursuant to 8 U.S.C. § 1357(a)(2) where there is probable cause to believe an alien is in the United States in violation of immigration law or regulation and is likely to escape before a warrant can be obtained.

4. Within CBP, federal law enforcement personnel from the Office of Field Operations (OFO) and U.S. Border Patrol (USBP) participate in the Federal Public Safety Surge Operation (FPSSO) in Washington, D.C. in support of Executive Order 14252, *Making the District of Columbia Safe and Beautiful*.

5.      In terms of training, new OFO Officers participate in Basic Training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. New USBP Agents attend the U.S. Border Patrol Academy in Artesia, New Mexico. During this comprehensive basic training, CBP attorneys deliver training on many topics, including Fourth Amendment principles, cases, and the warrantless arrest authority provided by 8 U.S.C. § 1357(a)(2).

6.      Beyond the comprehensive basic training, Officers and Agents receive additional on-the-job training and periodic refresher training throughout their careers, including training on the requirements of the Fourth Amendment and training on their federal warrantless arrest authority. This training occurs in several different contexts and may be provided locally or as part of a national training program. For example, the training may be one element of a larger training program or may be provided in relation to a specific operation. Earlier this year, CBP leadership directed all CBP law enforcement personnel to receive First and Fourth Amendment refresher training developed and delivered by CBP attorneys. This training was delivered this past summer beginning in June 2025.

7.      CBP instructs its law enforcement personnel that to conduct a warrantless civil immigration arrest pursuant to 8 U.S.C. § 1357(a)(2) there must be probable cause to believe an alien is in the United States in violation of immigration law or regulation and is likely to escape before a warrant can be obtained. During my 30 plus year career with USBP, I have not seen, nor am I aware of, any DHS or CBP policy to the contrary.

8.      As stated in my October 31, 2025 declaration, Mr. Molina and BSR were specifically targeted, meaning that the CBP law enforcement personnel who arrested Mr. Molina and BSR intended to arrest them before encountering them based on information in law enforcement records.

9. CBP's National Targeting Center conducted research into law enforcement databases and identified Mr. Molina and BSR. As stated in my October 31, 2025 declaration, both individuals had been criminally charged with offenses, Mr. Molina's Temporary Protected Status (TPS) was expired, and BSR overstayed his B-2 visa and was in the country unlawfully.

10. This information was transmitted to USBP, which conducted additional research into these individuals' locations. USBP then provided this information to the enforcement teams in Washington D.C. conducting targeted operations who ultimately arrested Mr. Molin and BSR pursuant to 8 U.S.C. § 1357(a)(2).

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of November 2025.

_____
Kenneth W. Blanchard Jr.
(A) Deputy Executive Assistant Commissioner
Operations Support
U.S. Customs and Border Protection
U.S. Department of Homeland Security