UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR MOLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 25-3417 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion for a preliminary injunction, Defendants opposition, the parties supplemental filings, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is GRANTED IN PART and DENIED IN PART; and it is further

ORDERED that Defendants are preliminarily enjoined from making any warrantless civil immigration arrest of Plaintiffs Jose Escobar Molina, B.S.R., N.S., and R.S.M without an individualized assessment of probable cause to believe that Plaintiffs are in the United States in violation of the immigration laws or regulations and are likely to escape before a warrant can be obtained; and it is further

OEDERED that Plaintiffs' motion for class certification is DENIED.

SO ORDERED.

_____                                                                                   _____
Dated                                                                                                BERYL A. HOWELL
                                                                                                     United States District Judge