UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR MOLINA, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      Defendants. | Civil Action No. 25-3417 (BAH) |

**NOTICE OF DEFENDANTS' CORRECTED SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION**

      Upon further review of Defendants' supplemental submission filed with the Court on November 25, 2025 (ECF No. 63), Defendants discovered an incorrect use of a term and other typographical errors. Although not required under Local Civil Rule 7(m), as a courtesy, Defendants reached out to confer on Plaintiffs' position on Defendants' filing of a "corrected" supplemental brief to correct those errors, by providing Plaintiff with a copy of the redline edits of the original supplemental brief (Exhibit 1). Through counsel, Plaintiffs do not take a position.

      Accordingly, Defendants are submitting the "corrected" supplemental brief and Exhibit 1 with this Notice for the Court's consideration.

      Defendants apologize to the Court and Plaintiffs for any inconvenience caused by this filing and Defendants submit that the corrected filing will not cause any prejudice to Plaintiffs as all other substantive arguments remain the same.

*\*\*\**

Dated: November 25, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      /s/ John J. Bardo
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2539

*Attorneys for the United States of America*