UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR MOLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 25-3417 (BAH) |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b), Defendants respectfully move the Court for an order enlarging the deadline to respond to the Complaint by sixty days. The current deadline is December 8, 2025, but Defendants seek an enlargement of time until February, 6 2026. Consistent with Local Civil Rule 7(m), counsel for the parties engaged in good faith discussions on the requested relief and Plaintiffs oppose this motion. Nonetheless, good cause supports granting the requested extension.

On December 2, 2025, the Court issued an order substantially granting Plaintiffs' motion for preliminary injunction and provisional class certification. Order (ECF No. 67). Defendants are working to implement that order and are evaluating the litigation of this case in the next phase. More importantly, this case names multiple law enforcement agencies and the undersigned needs time to coordinate with those stakeholders seek their input and prepare an appropriate responsive pleading. These agencies will not be able to provide the necessary input before the current deadline.

With the preliminary injunction in place, Plaintiffs have preliminarily secured the objectives that they sought in filing this lawsuit. Therefore, any delay in moving to the merits

phase of the case will cause Plaintiffs no prejudice. More importantly, Defendants submit that the requested extension will not adversely affect the Court's orderly administration of this litigation.

Accordingly, Defendants respectfully request that the Court enlarge the deadline to February 6, 2026, for Defendants to respond to Plaintiffs' Complaint.

| | |
|---|---|
| Dated: December 4, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:  */s/ John J. Bardo*<br>JOHN J. BARDO, D.C. Bar #1655534<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2539<br><br>*Attorneys for the United States of America* |