UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR MOLINA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Civil Action No. 25-3417 (BAH) |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' motion for extension of time to respond to the complaint, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall respond to the complaint by February, 6, 2026.

SO ORDERED.

_____

Dated

BERYL A. HOWELL
United States District Judge