UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSE ESCOBAR-MOLINA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>        Defendants. | Civil Action No. 25-3417 (BAH) |

## **CERTIFICATION**

I, Robert Guadian, am employed with the U.S. Department of Homeland Security (DHS),

Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as

the Interim Field Office Director for the Washington D.C. area of responsibility. My duties

include responsibilities for intake, detention, and removal operations and for supervising Deputy

Field Office Directors, Assistant Field Office Directors, as well as responsibility for Supervisory

Detention and Deportation Officers, and Deportation Officers in the Washington, D.C. Field

Office.

As the Interim Field Office Director, I am in charge of immigration enforcement and

operations in the Washington D.C. area of responsibility on behalf of ICE ERO, including the

arrests of aliens within this area of responsibility. I have reviewed the Plaintiffs' allegations in the

Class Action Complaint for Injunctive and Declaratory Relief (Complaint). ECF 1. I have

reviewed the names of the Plaintiffs in the Complaint and the corresponding ICE ERO records in

connection with their respective arrests.

I certify that based upon the records maintained by ICE ERO, the documents contained within ICE's Certified Administrative Record constitute the true, correct, and complete copy of its administrative record for the Plaintiffs' arrests. These documents reflect the information considered by the ICE officers in executing the arrests of N.S., and R.S.M., and the taking into ICE custody of B.S.R.

February 19, 2026.

ROBERT GUADIAN

Digitally signed by ROBERT GUADIAN
DN: cn=ROBERT GUADIAN, o=U.S. Government, ou=People, email=Robert.Guadian@ice.dhs.gov, c=US
Date: 2026-02-19T19:36:54-0500

Robert Guadian
Interim Field Office Director
Immigration and Customs Enforcement
Enforcement and Removal Operations