UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR-MOLINA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br><br>        Defendants. | Civil Action No. 25-3417 (BAH) |

**IMMIGRATION AND CUSTOMS ENFORCEMENT
ADMINISTRATIVE RECORD INDEX**

| | Record | Bates Number |
|---|---|---|
| 1. | ICE, Enforcement and Removal Operations, *EARM*, *I-213 Narrative for Plaintiff B.S.R.* (January 29, 2025) | ICE_AR_000001 – 000003 |
| 2. | ICE, Enforcement and Removal Operations, *EARM, I-213 Narrative for Plaintiff N.S.* (August 13, 2025) | ICE_AR_000004 – 000005 |
| 3. | ICE, Enforcement and Removal Operations, *EARM, I-213 Narrative for Plaintiff R.S.M.* (August 26, 2025) | ICE_AR_000006 – 000008 |