UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR-MOLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 25-3417 (BAH) |

## <u>CERTIFICATION OF CBP ADMINISTRATIVE RECORD</u>

I am the Acting Deputy Executive Assistant Commissioner (DEAC) of U.S. Customs and Border Protection (CBP), Operations Support. In this capacity, I oversee six CBP subcomponents that are charged with performing distinct functions in support of CBP's front line operations. As the Acting DEAC, my permanent position is Executive Director of LESC. In this role I oversee the CBP subject matter experts in use of force policy who provide instruction and education to CBP law enforcement officers throughout the country in less lethal use of force and firearms and tactics, among other areas. I started my law enforcement career with U.S. Border Patrol in 1995 and have held various leadership positions within CBP at both the field and headquarters level.

I am the CBP Executive in charge of CBP's participation in the Federal Public Safety Surge Operation (FPSSO) in Washington, D.C. The mission of FPSSO is to leverage interagency resources in support of Executive Order 14252, *Making the District of Columbia Safe and Beautiful*. In this capacity I have oversight of information related to this operation. I am also familiar with the allegations in Plaintiff's complaint in the above-captioned litigation.

- 2 -

I certify that, to the best of my knowledge, information, and belief, the documents contained within Defendant CBP's Certified Administrative Record constitute the true, correct, and complete copy of the administrative record. These are the documents the Agents who arrested Jose Escobar Molina and B.S.R. considered at the time of the arrest of those individuals.

Executed this 19th day of February, 2026.

_____
Kenneth W. Blanchard Jr.
(A) Deputy Executive Assistant Commissioner
Operations Support
U.S. Customs and Border Protection
U.S. Department of Homeland Security