# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-03417 |

## DECLARATION OF BENITO LOPEZ

I, Benito Lopez, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is "Benito Lopez."  I am 29, and I am from Venezuela. Up until very recently, I was living in Washington, D.C. with my cousins and working as a delivery driver.  My girlfriend is a U.S. citizen. I entered the United States for the first time in 2024 through an immigration port, and I was in the process of applying for asylum.

2. On January 2, 2026, at 3 or 4pm, a D.C. Metro Police car turned on its lights and sirens and stopped me on my motorcycle on Wisconsin Avenue, while I was working as a delivery driver.  The D.C. police officer told me that she stopped me because my license plate on my bike was not updated.  She asked me for my name and license, and I gave the officer my Venezuela license and work permit.

3. She spoke on the radio and then told me that she was going to detain me.  She handcuffed me and took me to the police station nearby. Another official was with her and he was

1

wearing different clothes, I wasn't sure who he was. I was at the police station for three hours.  There, the police gave me papers for a court date on January 25 and told me I was free to go.

4.  As I was collecting my things to leave the police station, two officers entered the police station wearing green vests. One of the officers was the same man that had been with the D.C. police officer when they handcuffed me the first time. I asked "why are you arresting me again." They told me that "You are done with them but not with us." They handcuffed me immediately.  I asked if they were ICE, and they said they were HSI, which I think is part of ICE. They didn't show me anything, and they didn't ask me anything.

5.  None of the HSI agents at any point presented a warrant or explained why they were arresting me. Nor did any of them ask me any questions about my ties to the community, how long I've been living/working in DC, my family here, or anything else about my circumstances.

6.  After arresting me, they put me in a car and took me to a parking lot where there were many other people. They chained our hands and feet. They took us to Chantilly.  In Chantilly, they put me in a room to process us, where we had to wait for two days in bad conditions. From there, they took me to Riverside, and then to Farmville, where I am now.

7.  Since 2024 when I entered this country, this is the first and only time I have interacted with law enforcement.  I have not had any other interactions with law enforcement, I have never been convicted of any crime/offense, and I have not had any issues with meeting deadlines or appearing in court in relation to my immigration case.

8. I am deeply concerned and scared by this incident. It appears that the D.C. police were working with ICE, and that as I was leaving police custody, they turned me over to ICE. At no point was I presented with a warrant or told how ICE knew to come get me at the police station at that moment.

9. Unfortunately, the immigration judge ordered me deported at my recent hearing and I will be deported soon. I am using a pseudonym in this case because I am afraid of retaliation me and my family may face both in Venezuela and the United States if my identity were to become public as a result of my participation in this lawsuit.

10. This declaration was read to me in full in Spanish on February 13, 2026 by Alexis Gorfine. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2026.

## CERTIFICATE OF INTERPRETATION

I, Alexis R. Gorfine, certify that I am fluent in Spanish and English and that I read this declaration in its entirety in Spanish to Benito Lopez. Due to his detention, I have not been able to visit him in person or otherwise obtain his signature. I spoke with Benito by phone, documented his statement, and drafted this declaration accordingly. At 2:30 PM on February 13, 2026, I read the declaration back to Benito word for word to confirm its accuracy. Benito affirmed that it was accurate and authorized me to sign on his behalf.

*Alexis R. Gorfine*

_____

Alexis R. Gorfine

3