**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

JOSE ESCOBAR MOLINA, *individually and on behalf of all others similarly situated*,

       *Plaintiffs*,

      v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

      *Defendants*.

</td><td>

No. 1:25-cv-3417

</td></tr>
</table>

## DECLARATION OF EDWIN ESPINOZA FORSITH

I, Edwin Espinoza Forsith, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Edwin Espinoza Forsith. I am a 37-year-old Latino man. I have lived in the United States since April 2023 and moved to Washington D.C. shortly after I came to the United States. I work as a delivery driver for UberEats, making deliveries throughout the district. In December 2025, I moved with my partner and eight month old U.S. citizen child to Maryland but I continue to work and visit the District on a daily basis. After I arrived in the U.S., I have not yet had any hearings in immigration court. Before I was arrested by immigration officials, my first immigration court hearing was scheduled for April 2026.

2. Around noon on January 6, 2026, I was stopped at a red light near a school on Riggs Road NE while driving my moped to make a delivery for UberEats. While I was waiting for the light to turn green, four officers approached me on foot from behind and grabbed me by my jacket, pulling me off the moped and onto the ground. As the officers yanked me to the ground, I felt like I was being strangled, especially because I was wearing a

1

helmet with a chin strip that felt extremely tight as the officers attacked me. My moped went crashing to the ground. Once the officers knocked me to the ground, they handcuffed me and put me into their black truck. The officers did not ask me any questions before handcuffing me and arresting me.

3. The officers who arrested me were all men, and I noticed after I was handcuffed that they had arrived in two different vehicles. Two of the officers wore vests that said FBI, and the other two wore green vests that said "police." Only one of the officers with a beard and whose vest said "police" spoke to me in Spanish.

4. After I was handcuffed and put in the officer's vehicle, one officer asked me for my identification. I told the officer that my Washington D.C. identification and passport were in my moped, so the officer retrieved the documents and took my documents with him. The officers took my photo with a cellphone, and two of them left the scene. They did not ask me any other questions. I asked to make a call to my partner, so she would know what had happened to me, but the officers ignored me. My moped was left abandoned on the street.

5. At no point did I try to resist the officers or flee. I have lived in the United States for about three years and have no criminal history or problems with the law.

6. Two of the four officers drove me to a parking lot about ten to 15 minutes from where I was arrested. Here, the officers moved my handcuffs to the front because I had been handcuffed with my arms behind my back and also put me in ankle shackles and a waist chain before moving me into a white van. I was forced to wait about four hours while officers dropped off other people who had been arrested that same day. I asked for water while I waited but I was not given any nor was I given any food. The officers did not give

2

me any documents during this stop, and the officers did not ask me any questions.

7. Between 5:00 and 6:00 in the afternoon when it was already dark outside, the white van finally departed the parking lot, and I was driven to ICE's facility in Chantilly, where I was detained. Once I arrived at Chantilly, I was given a cup for water and a small bean burrito. I was not given sufficient food to eat until I was transferred to the Riverside detention center. At Chantilly, I was processed and asked several questions, including my address, how long I had lived in Washington D.C., and information about my family.

8. I was transferred out of Chantilly to Riverside detention center and then to Farmville, where I am currently detained. Although I was detained over a month ago, I have not yet had a hearing in immigration court.

9. I am worried about what may happen to my partner and young child if I remain detained. My partner does not have consistent work because she cares for our baby, so she depends on me for financial and emotional support. I hope to return to my family soon.

10. This declaration was read to me in full in Spanish on February 12, 2026 by Lily Hartmann. I completely understand the contents of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2026.

**CERTIFICATE OF INTERPRETATION**

I, Lily Hartmann, certify that I am fluent in Spanish and English and that I read this declaration in its entirety to Edwin Espinoza Forsith. Due to Edwin Espinoza Forsith's detention, I have not been able to visit him in person or otherwise obtain his signature. I spoke with Edwin Espinoza Forsith via telephone call on February 12, 2026 and read this declaration to Edwin Espinoza Forsith word for word to confirm its accuracy. Edwin Espinoza Forsith affirmed that it was accurate and authorized me to sign on his behalf.

February 12, 2026

_____          _____
Lily Hartmann                                             Date

4