IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,

　　　　*Plaintiffs*,

　　　v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security, et al.*,

　　　　*Defendants.*

No. 1:25-cv-03417

## DECLARATION OF HARVEY VALLE GUTIERREZ

I, Harvey Valle Gutierrez, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Harvey Valle Gutierrez. I am 34 years old, and I am a manager for a mechanical repair company. I came to the United States from Nicaragua in 2024 as part of the humanitarian parole program. I have cousins and other family living in the U.S. who I am close to. My aunt and cousin are U.S. citizens.

2. On December 11, 2025, I was pulled over by police on the highway on a cross-country work trip to repair a forklift with my boss. I had been going the speed limit and driving very carefully, and I do not know why they stopped me. At first there was just one officer. He asked for my license, and I gave him my Real ID. After he checked my ID, many additional officers arrived. The officials asked me if I had a visa, and I gave them my work permit. It was really scary because there were so many officials. They determined that I had lawful status and let me go.

1

3. On December 19, 2025, as I was driving through D.C. with a coworker for our job, there was a police checkpoint, where U.S. Park Police pulled us over. Because I was in a work van, I thought it was a regular inspection. But I quickly found out it wasn't.

4. The officials hit the door and told me to get out of the car. The officer asked me for my Real ID. I gave it to him along with my work permit. The official took it back with him. The officials had parked unmarked cars in front and behind of mine. ICE officers got out of these cars and said that they were detaining me. There were about 8 ICE agents who immediately handcuffed me and put me in their van. After being handcuffed, the officials asked me where I was from and whether I had an immigration case. I told them I had a pending immigration case, and they told me that I didn't have legal status. At no point did I resist arrest or attempt to flee.

5. None of the agents at any point ever identified themselves, presented a warrant, explained why they stopped me, or indicated that they knew me/knew my name prior to stopping me. Nor did any of them ask me any questions about my ties to the community, my ties to DC, my family in the U.S., or anything else about my circumstances.

6. After arresting me and placing me in their vehicle, the agents drove me to a car park where there were other people who had also been detained. They then took me to Chantilly, where I was for three days. It was torture there. There wasn't anywhere to lay down, only a concrete bench and a toilet where everyone could see you going to the bathroom. We only got two tiny, hard burritos that were impossible to eat. It was freezing in there; my body couldn't get warm. I didn't understand why I was subjected to that when I had not committed any crime.

7. From Chantilly, they took me to Riverside, where I stayed for around four days. From

there, they took me to Farmville. I had over one thousand dollars with me from getting my salary when I was arrested, money that I was going to use to pay for my mom's medicine for her diabetes. In Riverside, they took the money from me, and when I got to Farmville, they told me it wasn't there, that they didn't have it.

8. In Farmille, there are 88 people in a dormitory where there are only 2 bathrooms for all of us to use for all our needs. Water from the melting snow drips on our heads in the beds in the dormitories. They bring us expired meat and expect us to eat it. I have seen people with serious medical conditions not receive medicine or treatment for days. Sometimes people get deported in the middle of the night and officers make us switch beds in the middle of the night. Guards will verbally abuse us and call us things like "sons of bitches." It makes no sense because we are not delinquents. We are human beings.

9. Since 2024 when I entered this country through humanitarian parole, this is the first and only time I have had any interaction with law enforcement. I have not had any other interactions with law enforcement, I have never been convicted of any crime/offense, and I have not had any issues with meeting deadlines or appearing in court in relation to my immigration case.

10. I am deeply concerned and scared by this incident. I believe I was stopped and arrested solely because of the color of my skin and my appearance, as it was clear that the arresting officer did not know who I was, did not present any warrant, and did not say why I was stopped and/or why I was being arrested. I often have to travel for my work, and am very scared that should I be released, I may be arrested and detained again.

11. I came to United States to seek a better life than I had in Nicaragua. I have a degree in psychology and in Nicaragua, I worked with children. I was a volunteer leader in my

3

community to do Christian ministry. The political situation in Nicaragua is repressive, and I started to receive threats before I left because the government thought that I was training kids to be against the government. I had hoped the United States would provide me freedom to help my community.

12. This declaration was read to me in full in Spanish on February 3, 2026 by Alexis Gorfine. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2026.

*Harvey Valle Gutierrez*

Harvey Valle Gutierrez

I, Alexis Gorfine, an Associate at Covington & Burling LLP, affirm Harvey Valle Gutierrez gave me permission to sign this declaration on her behalf. At 10:45 AM on February 3, 2026, I read the above Declaration back to him word for word to confirm its accuracy, and he stated that it was accurate.

Executed on February 3, 2026.

*Alexis R. Gorfine*

Alexis R. Gorfine