IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-3417 |

### DECLARATION OF JOSE ARGUETA

I, Jose Argueta, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Jose Argueta. I am a 37-year-old Latino man. I have lived in the United States for more than 20 years. For more than a decade, I have lived in Maryland, near the D.C. border. I work as a cook at a restaurant in Maryland and I have worked there for the last twelve years. I have a brother who lives in Virginia. Before my arrest by ICE in December 2025, I never had any interaction with immigration officials, nor had I ever been arrested in my entire life.

2. In late November 2025, my car was stolen in Maryland and I reported this to the police in Maryland. At night on December 5, 2025, I received a call from someone claiming to be from the Washington D.C. police. They told me that they had found my car and that I could come pick it up at the police station. I was reluctant to go because it was late at night, but the caller insisted. They gave me the address of a police station in D.C.: 1805 Bladensburg Rd NE.

3. I asked my friend to drive me to the police station. We arrived at approximately 11 pm on

1

December 5. My friend stayed in the car with her daughter and I went into the station.

4. I walked into the station and started to walk toward the front desk. A man standing near the desk saw me and asked me in Spanish "are you Jose?" I said yes.

5. Immediately, that man and two others approached me, grabbed me, and put me in handcuffs. They were all wearing normal clothes with vests. Another man arrived just after them and he had the word "ICE" on his shirt. They did not present a warrant or explain why they were arresting me. Nor did any of them ask me any questions about my ties to the community, how long I've been living/working in the D.C. area, or anything else about my personal circumstances. They did not even ask for my ID. I have a Maryland driver's license.

6. They took me into a car parked outside. At this point, one of the officers in the car said they were from ICE and that they had checked my car registration information from my stolen vehicle report and determined that I did not have status in the U.S.

7. My friend and her daughter saw them take me into the car in handcuffs. Her daughter started to cry.

8. They drove me to a parking lot where they moved me to a smaller car. From there, they took me to the Chantilly ICE Processing Center in Virginia. At this point it was the early morning of December 6.

9. I was in Chantilly for about two days. I couldn't sleep because it was so cold, I'd never been in a place like that. They asked me how I had entered the country and if I had applied for status. I told them I have a pending application for Temporary Protected Status. They said I could go back to my country or see a judge. I wanted to see a judge and they gave me a court date. After two days at Chantilly, they sent me to Riverside jail,

    where I was for about 9 days. Then they took me to Caroline Detention Facility.

10. I spent the holidays in that horrible place. The food was terrible. There was someone in my room who was all beat up and bloody. He told me the ICE agents had hit him in the head. They had to take him to the hospital in D.C. When he came back he still had problems and I had to advocate for him to get help from a doctor.

11. I had a hearing in immigration court in early January. I requested bond. The Immigration Judge said I was not a flight risk or danger to the community and granted bond. I paid the bond of $3,500 and was released from detention on January 8, 2026

12. After I was released, I went back to my home and job in Maryland. I am very angry and traumatized from what happened. It was a very difficult month for me. My mother was very worried when she learned I had been arrested. I have never done anything wrong. They tricked me into coming to the station to arrest me. I was just trying to get my car back, but it was all a lie. I don't want this to happen to other people.

13. This declaration was read to me in full in Spanish on February 13, 2026 by Ian Austin Rose. I completely understand the contents of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2026.

**CERTIFICATE OF INTERPRETATION**

I, Ian Austin Rose, certify that I am fluent in Spanish and English and that I read this declaration in its entirety in Spanish to Jose Argueta. I spoke with Jose by phone, documented his statement, and drafted this declaration accordingly. At 3:30 PM on February 13, 2026, I read the declaration back to Jose word for word to confirm its accuracy. Jose affirmed that it was accurate and authorized me to sign on his behalf.

*/s/ Ian Austin Rose*

Ian Austin Rose

3