**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSE ESCOBAR MOLINA, *individually and on behalf of all others similarly situated*,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>      *Defendants*. | No. 1:25-cv-3417 |

**DECLARATION OF JOSHUA DOE**

I, Joshua Doe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Joshua Doe. I am 37 years old and I am a pool maintenance technician. Before I was arrested, I lived in Gaithersburg, Maryland, with my partner and two children, where I had lived for 10 years. I am providing this declaration under a pseudonym.

2. On or about December 3 at 7:30AM, I was driving alone on Clara Barton Parkway in Washington, D.C. on my way to work. I was driving a white van that is registered to my employer's pool maintenance company that has the company's logo on the side. The van had current license plates and registration, and I was driving within the speed limit.

3. As I was driving, I saw that there was a barrier set up where some people were stopping vehicles, mostly work trucks. Some kind of officer or agent walked into the road in front of my van to stop me, so I stopped. The agent signaled for me to pull over, so I did.

4. Two agents then walked from the road to approach the side of my van. The agents were

dressed in green uniforms, their faces were covered, and they wore vests that said "ICE" across the chest.

5. The agents did not identify themselves or present any identification. They did not address me by name. The agents told me that commercial trucks were not permitted on the road, and asked me for my driver's license. I handed them my Maryland driver's license, and they walked away. I watched them scan my driver's license with a handheld device, and they walked back to the van I was driving. This process took no more than about two minutes. During this time, I just stayed in the van. I did not attempt to drive away.

6. When they returned, the agents told me that I'm not allowed to be in the country, and that they were going to arrest me. The agents did not ask me any questions about my legal status or life circumstances nor did I provide any information without being asked. Instead, they broke my driver's license in half, opened the door of my van, and told me to get out.

7. About six more agents walked over. They were also dressed in green with vests that said "ICE" on the chest and had their faces covered. Two spoke to me in Spanish. I told them that I was working and that I have children who live with me to take care of but they told me they didn't care and that I would have to come with them. The agents handcuffed me and placed me in the back of a vehicle with another agent.

8. None of the agents ever identified themselves, presented a warrant or other paperwork, or indicated that they knew me or knew my name prior to stopping me. Nor did any of them ask me any questions about my ties to the community, how long I've been living or working in DC, my family here, or anything else about my circumstances. I had made no attempt to leave or flee after the agents stopped me.

9. After arresting me and placing me in their vehicle, the agents drove to a facility about an hour away in Chantilly, Virginia.

10. I was detained at the Chantilly facility for approximately 12 hours.

11. After detaining me for approximately 12 hours, I was transferred to a facility in Riverside, Virginia, where I remained for nine days before I was brought to the Caroline Detention Facility in Bowling Green, Virginia where I remain.

12. Since 2013 when I entered this country, this is the first and only time I was stopped by law enforcement. I have not had any other interactions with law enforcement, I have never been convicted of any crime/offense, and I have not had any issues with meeting deadlines or appearing in court in relation to my immigration case.

13. My arrest and detention has been extremely difficult for my family. I have been unable to see my children, who are one and a half years old and seventeen years old, or my partner, and I was the primary financial provider for them but am now not able to work and support them. It has also been incredibly difficult mentally for me during this time, as I have never been in jail nor committed a crime, so it feels really confusing and makes me feel demoralized. I'm also afraid to be returned to El Salvador, my country of origin, which I left in 2013 because I was being threatened by the gangs.

14. I am making this declaration under pseudonym because I am afraid of retaliation me and my family may face if my identity were to become public as a result of my participation in this lawsuit. I am afraid that me and my family members will be retaliated against and harassed by members of the public on social media given recent reports about people harassing noncitizens online.

15. This declaration was read to me in full in Spanish on February 4, 2026 by Eve Chinea. I

completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.


I, Eve Chinea, CASA Representative, certify that I am fluent in Spanish and English and that I read this declaration in its entirety to Joshua Doe. Due to Joshua's detention, I have not been able to visit him in person or otherwise obtain his signature. I spoke with Joshua via telephone call on February 17, 2026 at 10:00a.m. and read this declaration back to Joshua to confirm its accuracy. Joshua Doe affirmed that it was accurate and authorized me to sign on his behalf.

*Eve Chinea*

Eve Chinea
February 17, 2026