**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,

*Plaintiffs*,

v.

KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*, *et al.*,

*Defendants*.

No. 1:25-cv-03417

**<u>DECLARATION OF LUIS NERI AMADO</u>**

I, Luis Neri Amado, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Luis Neri Amado.  I am from Mexico, and I am 41 years old.  I came to the U.S. in 2003 when I was 16.  I have lived mostly in Maryland since then.  I work fixing houses in Washington, D.C. and Maryland.

2. On January 6, 2026 at around 3pm, I was going back home to my apartment from work. My coworker was driving us in his work truck and I was in the passenger seat. My coworker is also Latino.  He was driving safely and within the speed limit.  We were driving on New Hampshire Ave in Northeast Washington, D.C. near the Maryland border, no further than five minutes away from my house. At the light, a car behind us turned on the siren from inside the car.  We pulled over.  Three cars were on the scene, one parked in front of us, and two behind us. More cars arrived later.  A bunch of officers came over to both sides of the car. Some of the officers were wearing vests that said "Police," and others had no words on their clothes.

1

3. My coworker on the driver's side lowered his window all the way down. He spoke in English to the officers. He gave them his driver's license and his work permit showing he has Temporary Protected Status. They did not arrest him.

4. One of the officers asked me in English for my immigration papers. The officers were very aggressive, and I didn't understand why. When I hesitated in giving them the information, they broke the window. They dragged me out of the car. I gave them my Maryland driver's license. They didn't even check it. They did not ask me anything else. They said that they didn't want to waste more time. Two officers grabbed my arms and forced me onto the ground to handcuff me, even though I was not resisting at all. They brought me to an unmarked car.

5. None of the agents at any point ever identified themselves, presented a warrant, explained why they stopped me, or indicated that they knew me/knew my name prior to stopping my colleague's truck. Nor did any of them ask me any questions about my ties to the community, how long I've been living/working in DC, my family here, or anything else about my circumstances.

6. They took me to an ICE station and then took me to Chantilly, where I stayed for a night. From there, they took me to Riverside, where I spent 2 nights. I'm now in Farmville. It's not right that I'm here and in prison when I haven't done anything wrong. They've effectively kidnapped me. For me, being detained has been torture. In the dormitory, sometimes people scream, and it's generally traumatic to be in jail. I've never been in jail before. I didn't do anything wrong; I haven't hurt anyone. I don't understand why I am being punished. My family relies on me financially and is suffering while I'm here.

7. Since 2003 when I entered this country, this is the first and only time I have had

interaction with law enforcement.  I have not had any other interactions with law enforcement, and I have never been convicted of any crime/offense.

8.  I am deeply concerned and scared by this incident.  I believe my colleague and I were stopped and arrested solely because of the color of our skin and our appearance, as it was clear that the arresting officer did not know who we were, did not present any warrant, and did not say why they stopped my colleague's truck.  If released, I am very scared that I may be arrested and detained again because this arrest occurred in the course of my regular day, driving to work.

9.  This declaration was read to me in full in Spanish on February 13, 2026 by Alexis Gorfine.  I completely understand the contents of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2026.

### CERTIFICATE OF INTERPRETATION

I, Alexis R. Gorfine, certify that I am fluent in Spanish and English and that I read this declaration in its entirety in Spanish to Luis Neri Amado. Due to his detention, I have not been able to visit him in person or otherwise obtain his signature. I spoke with Luis by phone, documented his statement, and drafted this declaration accordingly. At 1:30 PM on February 13, 2026, I read the declaration back to Luis word for word to confirm its accuracy. Luis affirmed that it was accurate and authorized me to sign on his behalf.

_Alexis R. Gorfine_

_____

Alexis R. Gorfine

3