

EARM

Logged In:

Person ID: ███  Sex: **M**  DOB: ███  Current Age: **25**  COB: **GUATE**  COC: **GUATE**

Subject ID : **400941411**  Processing Disposition: **Warrant of Arrest/Notice to Appear**  ICE Non-Detained Portal Verified Account: **No**  RCA Log

Case # : **25296528**  Case Category: **[8B]**  Docket: **WAS - Det.-FDC 51-67 Volcy**

Final Order of Removal: **No**
Final Order Date: **N/A**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

Time in Custody: **22 days**
Depart / Cleared Status: **ACTIVE**

Special Class:

### Current / Active Alerts

| In Custody | eFile G-28 |
|---|---|
| | Z-Hold |

## Encounter Details

### 1 Encounter(s) linked to Person ID: ███

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 1 | 400941411 | ██████ | | | GUATE | No Priority | | 12/10/2025 | 25296528 | 8B | Unlink |

## Encounter Details

All information below may only be edited in ███

### Event / Incident Information

Event Number: **WAS2612000531**
Event Occurred On: **12/10/2025**
Event Type: **Fugitive Operations (Event)**
Program: **FUG - Fugitive Operations**

Operation: **DCS: The District**
Site: **WAS**
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Primary Agent ███
Assigned On: **12/10/2025**
Event Supervisor ███
Assigned On: **12/10/2025**

### Subject Information

FINS: ███
DNA Collection Device Number: ███
A-Number: ███
Control Name: ███
First Name: ███
Middle Name: **N/A**
Maiden: **N/A**
Nickname: **N/A**
Living?: **Y**
Sex: **M**
Marital Status: **Single**
SSN: **N/A**
Juvenile Verified: **N/A**
Occupation: **N/A**
TSC Log #: **N/A**
NUIN #: **N/A**
SEN #: **N/A**

Historical Priority: **No Priority**
Criminal Type: **N/A**
Agg Felon: **No Aggravated Felony Convictions**
Primary Citizenship: **GUATEMALA**
Stateless Type: **N/A**
Hair: **BLK**
Eyes: **BRO**
Complexion: **MBR**
Race: **W**
Origin: **H**
Date of Birth ███
Age: **25**
Age at Encounter: **25**
Height: **65**
Weight: **170**
Speak/Understand English: **N**
Read/Write English: **N**

Role: **P**
Role Comment: **N/A**
Processing Disposition: **Warrant of Arrest/Notice to Appear**
INS Status: **Inadmissible Alien**
POE: **N/A**
Entry Date: **N/A**
Entry Class: **Not Applicable**
Apprehension Date: **2025-12-10 14:17:54.0**
Warrant served by Warrant Service Officer (WSO)? **N/A**
Arrest Method: **Non-Custodial Arrest**
Site: **WAS**
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**
Arrest At/Near: **Washington. DC**
Juvenile Status: **N/A**
CBP Family Unit ID: **N/A**

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Relationship to U.S. Veteran(s): **N/A**

Primary Language: **SPANISH**

Family Members: **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

CBP Separation Reason: **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 12/10/2025 02:09 PM

*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

INITIAL ENCOUNTER:

███████████████████████

DOB ██████████

COC: GUATEMALA

On December 10, 2025, at 0730hours, Team 11/12 was conducting surveillance near 435 Kennedy St NW, Washington DC 20011. At approximately 0800 hours, ERO officers observed a black Chevrolet Avalanche with Maryland license plate ██████████ , four occupants. A query of multiple database systems revealed that the registered own ████████████████████████ lived in the same address as ████████████████ a Mexican national with several immigration encounters and ████████████████s a Honduran national with a final order of removal since 2017. Further database checks revealed tha ████████E had no immigration history in the US, leading ERO officers to believe that he was also illegally present.

ERO officers conducted a vehicle stop. ERO officers approached the vehicle and identified themselves as officers with ICE/ERO. ERO officers questioned the driver and the passengers as to their immigration status. The drive ████████E freely admitted to being illegally present in the US. The front passenge ████████████████████████s stated he entered the US as an H2A, further immigration checks revealed th ████████had overstayed his visa. The back seat passenger-side occupa ████████████████████████freely stated to entering the US illegally in 2018. The back seat driver-side occupan ██████████████████████stated he just attended immigration court on 12/5/2025. Further immigration checks determined th ████████was issued a final order of removal on 12/05/202 ████████stated he was unsure if he wanted to appeal. ERO officers arrested all four subjects. █████████████████████████ Guatemalan who entered the US illegally sometime around 2021. Subject has never reported with DHS or DOJ and has eluded ERO since 2021.

████████████████████████████ - Subject has never updated his address with ERO. Subject's address is out of Phoenix, never reported with DHS or DOJ. Subject has eluded ERO since 2018.

████████████████████████████ Removal order 12/5/2025. Subject stated his wife ████████████████████████████████ , already made plans to leave the US with their kids but he was unsure if he wanted to leave the US.

████████████████████████████████ - Overstated his H2A visa and has never reported with DHS or DOJ. Subject has eluded ERO since 2019.

The officers transported the subject to the ERO Washington Field Office in Chantilly, VA, for processing.

████████████████████████████was Arrested at large, (not at their residence or place of business)

████████████████████████████is an alien who entered the United States after evading inspection.

████████████████████████████was encountered by Immigration Officer while in vehicle.

Record Checks o ████████████████████████████revealed a criminal history in the United States.

ALIENAGE AND REMOVABILITY

██████████████████████████████E is a citizen of GUATEMALA██████████████████████████████E last entered the United States as a NON-IMMIGRNT without proper documentation to enter the US at UNKNOWN PLACE and UNKNOWN TIME without inspection as an EWI.

██████████████████████████████E is amenable to removal under section 212(a)(6)(A)(i) / 212(a)(7)(A)(i)(I) and 8 USC 1182-C of the Immigration and Nationality Act.

IMMIGRATION HISTORY:

██████████████████████████████E is not a citizen of the United States ██████████████████████████E is a citizen and national of GUATEMALA██████████████████████████entered the United States at UNKNOWN PLACE and UNKNOWN TIME without inspection██████████████████████████was detained by Immigration officers and processed for Warrant of Arrest/Notice to Appear as per section 212(a)(6)(A)(i)(I) of the Immigration and Nationality Act.

FAMILY HISTORY:

████████████████████████ claims his father is a citizen and national of GUATEMALA.

████████████████████████ claims his mother is a citizen and national of GUATEMALA.

CRIMINAL HISTORY:

████████████████████████ has no Criminal history.

HEALTH AND HUMANITARIAN

████████████████████████ claims to have no medical issues.

████████████████████████ claims to have two children who are USC and are left in custody of their mother.

PHONE CALL/CONSULAR NOTIFICATION:

████████████████████████ was offered the chance to make a three-minute phone call.

████████████████████████ is a citizen of GUATEMALA and was advised of his right to speak with a Consular Officer.

INTEL:

████████████████████████ claim affiliation of criminal street gangs.
████████████████████████ have tattoos.
████ denies service in any branch of the U.S. military.
denies service in any branch of the GUATEMALA military.

PROPERTY

████████████████████████ had property listed on ICE Form 589 ████████

DNA Collection: DNA was collected ████████

DISPOSITION:

████████████████████████ was processed as a Notice to Appear (NTA). ████████████████████████ is being charged with 212(a)(6)(A)(i) (ALIEN PRESENT WITHOUT ADMISSION OR PAROLE) - (PWAs), 212(a)(7)(A)(i)(I) IMMIGRANT WITHOUT AN IMMIGRANT VISA and 8 USC 1182-C- ALIEN INADMISSIBILITY UNDER SECTION 212 of the Immigration and Nationality Act. ████████████████████████ will be held in custody pending a hearing before an immigration judge.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release EARM 7.97