U.S. Department of Homeland Security       Subject ID : 400987271                **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| ███████████ | | | | M | BLK | BRO | MBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number WAS2612000747 | | Height | Weight | Occupation | |
|---|---|---|---|---|---|---|---|
| GUATEMALA | | ████████ | | 59 | 130 | DISHWASHER | |

| U.S. Address | | Scars and Marks |
|---|---|---|
| ████████████████████ | | None Visible - none |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single |
|---|---|---|---|
| Unknown Date Unknown Time, WI-Without Inspection | | ████████ | ☐ Divorced  ☐ Married<br>☐ Widower  ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ████████ Age: 33 | | 12/15/2025 | WAS/WAS | See I-831 | 12/15/2025 16:49 |

| City, Province (State) and Country of Birth | AR ☒ Form (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|
| SAN MARCOS, GUATEMALA | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| ████████ NATIONALITY: GUATEMALA | ████████ NATIONALITY: GUATEMALA |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| See Narrative | See Narrative | Hr | 11/01/2025 |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ████████             Left Index fingerprint                    Right Index fingerprint

```
Family Information
-------------------
Father:████████████████ is a citizen of  GUATEMALA.
Mother:████████████      is a citizen of  GUATEMALA.
Spouse:Subject is not married.
Child:Subject does not have children or dependents.

Subject Health Status
---------------------
The subject claims good health. ...(CONTINUED ON I-831)
```

| | Deportation Officer |
|---|---|
| Alien has been advised of communication privileges  12/15/2025  ███ (Date/Initials) | (Signature and Title of Immigration Officer) |

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| Working Folder | Officer ████████ |
| Intake | on: December 15, 2025                 (time) |
| Records | Disposition: Voluntary Departure ████████<br>Examining Officer: ████████ |

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| ████████████ | █████████  Event No: WAS2612000747 | 12/15/2025 |

**Current Criminal Charges**
---------------------------
12/15/2025 - 8 USC 1182 - ALIEN INADMISSIBILITY UNDER SECTION 212

**Current Administrative Charges**
-------------------------------
12/15/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)12/15/2025 - 212a7AiI - IMMIGRANT WITHOUT AN IMMIGRANT VISA

**RECORDS CHECKED**
----------------
CIS checked on 12/15/2025 with Negative result.CLAIM checked on 12/15/2025 with Negative result.TECS checked on 12/15/2025 with Negative result.EARM checked on 12/15/2025 with Negative result.

**NAME AND ADDRESS OF US EMPLOYER**
----------------------------------
 UNKNOWN, UNKOWN WASHINGTON D.C., DISTRICT OF COLUMBIA, 20599, UNITED STATES

**TYPE OF EMPLOYMENT**
--------------------
Operators, Fabricators, and Laborers

**ARRESTING AGENTS**

████████████████████████████

**Arrested At/Near**
-----------------
3901 14th St NW Washington DC 200115405 USA

**Record of Deportable/Excludable Alien:**
-----------------------------------------
The officer preparing this document was not involved in the arrest and was assigned to process the arrest; all information contained herein was reported by the arresting officer(s).

Encounter.
Subject: ████████████████
DOB: ████████████████
COC/COB: Guatemala
A: ███████████

On December 15, 2025, at approximately 0840 hours, Deportation Officers ████████████, ████████ and ████████████, with Enforcement and Removal Operations (ERO) from the New York City field Office, assigned to the Washington, DC Title 8 enforcement operation encountered ████████████████████ COC: Guatemala). ERO NYC officers a consensual encounter with ████████████████ ERO Officers approached ████████, near 3901 14th ST NW Washington, DC 20002 and identified themselves as immigration officers with Immigration and Customs Enforcement (ICE). Upon speaking to immigration officers, ████████ claimed to have no identification.

Through standard questioning, ████████ admitted to not having any legal status in the United States and admitted to crossing into the United States without inspection. It was determined that ████████ entered the U.S. without inspection, admission or parole. ████████ was arrested

| Signature | Title |
|---|---|
| ████████████████ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| ████████████ | ████████ <br> Event No: WAS2612000747 | 12/15/2025 |

without further incident.

The subject is citizen and national of GUATEMALA and does not possess valid immigration documents authorizing him to remain in the United States legally.

████████ was transported to the Immigration Customs and Enforcement Sub Office at 14797 Murdock St, Chantilly VA 20151 for processing, custody determination, and final disposition.

At the time of arrest, ████████ was likely to escape before a warrant could be obtained because of the following factors:
████████ was arrested at large, (not at his residence or place of business)

████████ is an alien who entered the United States after evading inspection.

████████ home address was unverified.

████████ employment status was unverified.

████████ familial ties in the United States are unknown.

████████ never applied for lawful status in the United States.

As soon as it was practical and safe to do so, the arresting officer identified themselves as an immigration officer who is authorized to execute an arrest and stated that the subject was under arrest and the reason for the arrest. ████████ was served I-200 Warrant of Arrest at the Chantilly Sub-Office.

IMMIGRATION HISTORY:
████████ is not a citizen of the United States. ████████ is a citizen and national of GUATEMALA. ████████ last entered the United States unlawfully at an unknown location, on an unknown date.

████████ has not changed his status since his last entry into the US and has no petitions pending with U.S. Citizenship and Immigration Service (USCIS) or ICE at this time.

Criminal History:
████████ has no criminal history.

FAMILY HISTORY:
████████ claims his father is a citizen and national of GUATEMALA.

████████ claims his mother is a citizen and national of GUATEMALA.

████████ is unmarried and claims to have no children.

Humanitarian/Health:
████████ claims and appears to be in good mental health and physical health.

████████ makes no claims to be a victim of domestic violence or human trafficking.

Voluntary Departure:
████████ was offered a Voluntary Departure and accepted.

Email:
n/a

Consular Notification:

| Signature ████████ | Title |
|---|---|
| ████████ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| ███████████ | ██████<br>Event No: WAS2612000747 | 12/15/2025 |

████ was advised of his right to speak to a Consular Official from his country.

████ does not want to notify the GUATEMALA Consulate. It is not mandatory to notify the GUATEMALA Consulate.

Gang/Terrorist Affiliation:
████ does not claim to be a member of any gang and/or terrorist group, and there is no indication of gang and/or terrorist affiliation.

Military Service:
████ does not claim to have served in the US military or any foreign military.

Credible/Reasonable Fear:
████ does not claim fear of returning to their country of citizenship.

Travel Document/Foreign Documents:
████ is not in possession of any foreign travel documents.

Property/ Funds:
████ had property on Property Form DHS FORM 589 ██████

DNA Collection: DNA was collected from ███████████

Disposition:
████ was processed as a Voluntary Departure. Forms Executed: I-200, I-210, FD-249, and 4-Shot Mug.

Other Identifying Numbers
----------------------------------
████████

| Signature ████████ | Title |
|---|---|
|  | Deportation Officer |

4 of 4 Pages