EARM



Logged In:

Person ID: ▮▮ Sex: **M** DOB: ▮▮ Current Age: **41** COB: **MEXIC** COC: **MEXIC**

Subject ID : **400911191** Processing Disposition: **Warrant of Arrest/Notice to Appear** ICE Non-Detained Portal Verified Account: **No** RCA Log

Case # : **25291470** Case Category: **[8B]** Docket: **WAS - Det.-FDC 00-16 Mathos**

| | |
|---|---|
| Final Order of Removal: **No** | Time in Custody: **50 days** | Special Class: |
| Final Order Date: **N/A** | Depart / Cleared Status: **ACTIVE** | |
| Proceed With Removal: **N/A** | | |
| Days Final Order in Effect: **N/A** | | |

### Current / Active Alerts

In Custody

Criminal

## Encounter Details

### 1 Encounter(s) linked to Person ID:

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 1 | 400911191 | | | | MEXIC | No Priority | | 12/07/2025 | 25291470 | 8B | Unlink |

## Encounter Details

All information below may only be edited in ▮▮

### Event / Incident Information

| | | |
|---|---|---|
| Event Number: **WAS2612000382** | Operation: **DCS: The District** | Primary Agen ▮▮ |
| Event Occurred On: **12/07/2025** | Site: **WAS** | Assigned On: **12/07/2025** |
| Event Type: **Fugitive Operations (Event)** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** | Event Supervisor ▮▮ |
| Program: **FUG - Fugitive Operations** | | Assigned On: **12/07/2025** |

### Subject Information

| | | |
|---|---|---|
| FINS: ▮▮ | Historical Priority: **No Priority** | Role: **P** |
| DNA Collection Device Number: ▮▮ | Criminal Type: **N/A** | Role Comment: **N/A** |
| A-Number: ▮▮ | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **Warrant of Arrest/Notice to Appear** |
| Control Name: ▮▮ | Primary Citizenship: **MEXICO** | |
| First Name: ▮▮ | Stateless Type: **N/A** | INS Status: **Inadmissible Alien** |
| Middle Name: **N/A** | Hair: **BLK** | POE: **DOUGLAS, AZ** |
| Maiden: **N/A** | Eyes: **BRO** | Entry Date: **N/A** |
| Nickname: **N/A** | Complexion: **N/A** | Entry Class: **Not Applicable** |
| Living?: **Y** | Race: **U** | Apprehension Date: **2025-12-07 16:44:06.0** |
| Sex: **M** | Origin: **H** | Warrant served by Warrant Service Officer (WSO)? **N/A** |
| Marital Status: **Unknown** | Date of Birth: ▮▮ | |
| SSN: **N/A** | Age: **41** | Arrest Method: **Non-Custodial Arrest** |
| Juvenile Verified: **N/A** | Age at Encounter: **41** | Site: **WAS** |
| Occupation: **N/A** | Height: **65** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** |
| TSC Log #: **N/A** | Weight: **150** | Arrest At/Near: **WASHINGTON, DC** |
| NUIN #: **N/A** | Speak/Understand English: **Y** | Juvenile Status: **N/A** |
| SEN #: **N/A** | Read/Write English: **Y** | CBP Family Unit ID: **N/A** |

| | | |
|---|---|---|
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 12/07/2025 06:00 PM

*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

INITIAL ENCOUNTER:
█████████████████DOB █████████████████ MEXICO- NTA never been admitted to alienage on scene.
Arrest location: Near 1900-1912 Benning Rd NE Washington, DC 20002

On December 6, 2025, at approximately 0913 hours, officers with Enforcement and Removal Operations (ERO) from the New York City Field Office, assigned to the Washington, DC Title 8 Enforcement Operation encountered █████████████████ consensually. ERO officers approached █████████████████ near 1900-1912 Benning Rd NE Washington, DC 20002 and identified themselves as immigration officers with Immigration and Customs Enforcement (ICE). Upon speaking to immigration officers █████ ███████ claimed to have no identification, but a later search revealed a Washington DC Driver's License bearing the number ████████. Through standard questioning █████████████████ admitted to not having any legal status in the United States and admitted to crossing into United States without as. Due t ███████████'s admission of illegal status in the US, not presenting identification at the time of the encounter, and threats made to officers by 'turning them into Carne Asada upon entrance into Mexico'. The officers conside █████████████████ s a significant flight risk. At approximately 0918 █████████████████ was arrested without further incident ███████████ was transported to the ICE sub-office located at 14797 Murdock St, Chantilly, VA 20151 for processing, custody determination, and final disposition.

At the time of arrest █████████████████ was likely to escape before a warrant could be obtained because of the following factors:

████████████████ was Arrested at large, (not at their residence or place of business)
is an alien who entered the United States after evading inspection.
is an illegal alien who failed to register or update address with ICE.
never applied for lawful status in the United States.
threatened to kill the Immigration Officers upon they enter Mexico.

As soon as it was practical and safe to do so, the arresting officer identified themselves as an immigration officer who is authorized to execute an arrest and stated tha █████████████████ was under arrest and the reason for the arrest ███████████ ██████ was served I-200 Warra            Sub-Office.

ALIENAGE AND REMOVABILITY
████████████████ is not a citizen of the United States █████████████████ is a citizen and national of MEXICO. last entered the United States as a NON-IMMIGRANT without proper documentation. Record checks indicate tha ███████████ was apprehended by DHS officials on March 04, 2000 in Douglas, AZ with 6 other individuals in a 1992 Mercury Sable █████████████████ voluntarily returned to Mexico █████████████████ is amenable to removal under section 212(a)(6)(A)(i) / 212(a)(7)(A)(i)(I) and 8 USC 1182-C of the Immigration and Nationality Act.

IMMIGRATION HISTORY:

████████████████ is not a citizen of the United States █████████████████ is a citizen and national of MEXICO. last entered the United States as a NON-IMMIGRANT without proper documentation. Record checks indicate tha ███████████ was apprehended by DHS officials on March 04, 2000 in Douglas, AZ with 6 other individuals in a 1992 Mercury Sable █████████████████ voluntarily returned to Mexico before his illegal re-entry.

FAMILY HISTORY:

[redacted] claims his father is a citizen and national of MEXICO.

[redacted] claims his mother is a citizen and national of MEXICO.

CRIMINAL HISTORY: [redacted] has one known criminal conviction. On February 1, 2009, [redacted] was arrested by the Arlington County Sheriff's Office in Arlington, VA and charged with Driving Under the Influence of Alcohol (VA Code 18.2-266), first offense with a blood alcohol content greater than 0.20%. On June 9, 2009, [redacted] was convicted in Arlington County General District Court and sentenced to 6 months confinement, with 5 months suspended.

HEALTH AND HUMANITARIAN

[redacted] claims to have no medical issues.

[redacted] claims that he is the primary caregiver of 3 minor children within the United States.

1St Minor Name: [redacted] (DOB [redacted])
2nd Minor Name: [redacted] (DOB [redacted])
3rd Minor Name: [redacted] (DOB [redacted])

PHONE CALL/CONSULAR NOTIFICATION:
[redacted] was offered the chance to make a five-minute phone call.
[redacted] is a citizen of MEXICO and was advised of his right to speak with a Consular Officer.

INTEL:
[redacted] DOES NOT claim affiliation of criminal street gangs.

[redacted] DOES have multiple tattoos including:

[redacted] on his right forearm (name of former spouse)
[redacted] on his left shoulder (name of his mother)
[redacted] on his neck (name of his daughter)

[redacted] denies service in any branch of the U.S. military.
[redacted] denies service in any branch of the MEXICO military.

PROPERTY
[redacted] had property listed on DHS Form 589 ([redacted]).

DNA Collection: DNA was collected # [redacted]

DISPOSITION:

[redacted] was processed as a Notice to Appear (NTA). [redacted] is being charged with 212(a)(6)(A)(i) (ALIEN PRESENT WITHOUT ADMISSION OR PAROLE) - (PWAs), 212(a)(7)(A)(i)(I) IMMIGRANT WITHOUT AN IMMIGRANT VISA and 8 USC 1182-C- ALIEN INADMISSIBILITY UNDER SECTION 212 of the Immigration and Nationality Act. [redacted] will be held in custody pending a hearing before an immigration judge.