EARM

Logged In: ███████████

Person ID: ███ Sex: M DOB: ███ Current Age: 25 COB: ELSAL COC: ELSAL

Subject ID : **401199416** Processing Disposition: **Voluntary Departure** ICE Non-Detained Portal Verified Account: **No** RCA Look-Up

Case # : 25334474 Case Category: **[1A]** Docket: WAS - WAS Travel IAO Scheduled

Final Order of Removal: **No**
Final Order Date: **N/A**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

Time in Custody: **17 days**
Depart / Cleared Status: **ACTIVE**

Special Class:

**Current / Active Alerts**

In Custody

-- Select Different Case File -- ⌄

███████████████████████████

## Encounter Details

**2 Encounter(s) linked to Person ID:** ███████

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|------|-----------|----------|-----------|------------|-----|---------------------|-----|----------------|------|---------------|---|
| ◉ | 2 | 401199416 | ███████ | | | ELSAL | No Priority | ███ | 01/09/2026 | 25334474 | 1A | Unlink |
| ○ | 1 | 378568197 | | | | ELSAL | No Priority | ███ | 07/05/2022 | 25333412 | 8A | Unlink |

## Encounter Details

All information below may only be edited in ███████

### Event / Incident Information

Event Number: **WAS2601000459**
Event Occurred On: **01/09/2026**
Event Type: **Fugitive Operations (Event)**
Program: **FUG - Fugitive Operations**

Operation: **DCS: The District**
Site: **N/A**
Landmark: **N/A**

Primary Agen ███████████
Assigned On: **01/09/2026**
Event Supervisor: ███████
Assigned On: **01/09/2026**

### Subject Information

FINS: ███████
DNA Collection Device Number: ███████
A-Number: ███████
Control Name: ███████
First Name: ███████
Middle Name: ███████
Maiden: **N/A**
Nickname: **N/A**
Living?: **Y**
Sex: **M**
Marital Status: **Single**
SSN: **N/A**
Juvenile Verified: **N/A**
Occupation: **N/A**
TSC Log #: **N/A**
NUIN #: **N/A**
SEN #: **N/A**

Historical Priority: **No Priority**
Criminal Type: **N/A**
Agg Felon: **No Aggravated Felony Convictions**
Primary Citizenship: **EL SALVADOR**
Stateless Type: **N/A**
Hair: **BLK**
Eyes: **BLK**
Complexion: **MBR**
Race: **W**
Origin: **H**
Date of Birth: ███████
Age: **25**
Age at Encounter: **25**
Height: **72**
Weight: **198**
Speak/Understand English: **Y**
Read/Write English: **N**

Role: **P**
Role Comment: **N/A**
Processing Disposition: **Voluntary Departure**
INS Status: **Inadmissible Alien**
POE: **N/A**
Entry Date: **N/A**
Entry Class: **Not Applicable**
Apprehension Date: **2026-01-08 10:27:00.0**
Warrant served by Warrant Service Officer (WSO)? **N/A**
Arrest Method: **Non-Custodial Arrest**
Site: **WAS**
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**
Arrest At/Near: **District of Columbia (Wash DC)**
Juvenile Status: **N/A**
CBP Family Unit ID: **N/A**

| | | |
|---|---|---|
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 01/09/2026 10:36 AM

The following I-213 documents the investigation, location, and apprehension ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ COC: EL SALVADOR▮▮▮▮▮▮▮▮▮▮This investigation consisted of a review of the alien file or electronic file review f ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , as well as, inquiries in DHS and other law enforcement systems, and statements made b ▮▮▮▮▮ ▮▮▮▮▮▮▮Z at the time of arrest and/or during processing.

ENCOUNTER:
-------------------
Name▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
A#▮▮▮▮▮▮▮▮▮▮
Disp: NTA/EWI
COC: EL SALVADOR
Location: 1100 Ohio, NW, Washington, DC 20016
On January 08, 2026, the subje ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ EWI was encountered subsequently to an arrest for not having a valid driving permit and altered plates by Park Police. Immigration Customs Enforcement LEAR Team received a call from Park Police to pick u ▮▮▮▮▮▮▮▮▮▮Z located at 1100 Ohio, NW, Washington DC, 20016. During the encounter it was determined through record checks and statements from▮▮▮▮▮▮▮▮▮▮▮Z that he was illegally present in the United States without proper or valid document ▮▮▮▮▮▮▮▮▮▮Z was placed under arrest and taken into custody by Immigration Customs Enforcement and was transported to the ERO Washington, DC
Field Office located at 14797 Murdock St, Chantilly, VA 20151, for further processing.

Officer(s) who made the arres ▮▮▮▮▮▮▮▮▮▮▮▮

At the time of arres ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was likely to escape before a warrant could be obtained because of the following factors:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was arrested at large, (not at their residence or place of business)
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was an alien who entered the United States after evading inspection.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was encountered by Immigration Officers while in vehicle.

FAMILY / PARENTAL RIGHTS:
------------------------------------
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ stated his parents are citizens and nationals of EL SALVADOR, neither of which have ever been in the U.S. or obtained any type of legal status in the U.S.

CITIZENSHIP:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is a citizen and national of EL SALVADOR and made no claims to United States citizenship or U.S. Legal Permanent Resident status.

ENTRY:
-----------
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ last entered the U.S. on at an unknown date and time.

ENGLISH PROFICIENCY / LANGUAGE(S)SPOKEN / INTERPRETER USED:
------------------------------------------------------------------------------------
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ states his primary language is Spanish, and that he can read and write Spanis ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ speaks some English and can read or write some English. ERO Washington utilized English and Spanish during interview and processing.

IMMIGRATION HISTORY:
--------------------------------
███████████████████████████ entered the U.S. from an unknown place at an unverified date & time.

CRIMINAL HISTORY:
---------------------------
███████████████████████ has no criminal history in the U.S. other than the arrest by DHS.
FBI# ████████████
FINS ████████████

INTELLIGENCE:
--------------------
WANTS / WARRANTS / INTERPOL / KSTEP:
███████████████████████████ has no known current wants or warrants. KSTEP is negative.

GANG AFFILIATION:
██████████████████████████ denied affiliation with any gangs, past or present.

MILITARY SERVICE:
██████████████████████████ claimed to have never served in any branch of the United States military, or any military organization in any other country.

SCARS/MARKS/TATTOOS:
█████████████████████ has visible scar(s):
1. Back of Head

MEDICAL INFORMATION:
-------------------------------------
██████████████████████████ claimed to be in good health.

EMPLOYMENT:
----------------------
██████████████████████████ claimed to be self-employed (construction) without authorization from the Department of Homeland Security.

EDUCATION:
-------------------
██████████████████████████ claimed to only have completed a few years of school in EL SALVADOR.

CREDIBLE FEAR / REASONABLE FEAR:
----------------------------------------------------
██████████████████████████ did not claim fear of return to EL SALVADOR.

TRAVEL DOCUMENT:
------------------------------
██████████████████████████ was not in possession of any identification from GUATEMALA at time of arrest by ERO WAS Field Office.

PHONE CALL:
--------------------
ERO Washington offere ███████████████████████████ a phone call, and he accepted the offer. This call lasted approximately 5 minutes.

CONSULAR NOTIFICATION:
------------------------------------------
ERO Washington offered to notify the Consulate of EL SALVADOR regarding his arrest, and he declined this offer. EL SALVADOR is not a mandatory notification country.

PROPERTY/FUNDS:
-------------------------------
██████████████████████████ had all property time of arrest accompany him to jail.

VIOLATION/RECOMMENDATION/DISPOSITION:
----------------------------------------------------------------------
██████████████████████████ is in violation of INA Section 212(a)(6)(A)(i)- Alien Present without Admission or Parole and INA 212(a)(7)(A)(i)(I)- immigrant without an Immigrant Visa. ERO Washington processe ████████████████████████ as a Voluntary Departure and served him for I-848, Request for disposition for Salvadorians.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release EARM 7.99.1