

EARM

Logged In: ████

Person ID: ████  Sex: **M**  DOB: ████  Current Age: **29**  COB: **VENEZ**  COC: **VENEZ**

Subject ID : **400941593** Processing Disposition: **Other**  ICE Non-Detained Portal Verified Account: **No**  RCA Look-Up

**No Case associated with this encounter**

-- Select Different Case File -- ▼

**Current / Active Alerts**

| In Custody |
| --- |

⚠ This alien is identified as a member of a Family Unit

## Encounter Details

### 3 Encounter(s) linked to Person ID: ████

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ○ | 3 | 400945506 | | | | VENEZ | No Priority | | 12/10/2025 | 22977153 | 8B | Unlink |
| ◉ | 2 | 400941593 | | | | VENEZ | No Priority | | 12/10/2025 | | | Unlink |
| ○ | 1 | 390581241 | | | | VENEZ | No Priority | | 12/22/2023 | 22977153 | 8B | Unlink |

## Encounter Details

All information below may only be edited in ████

### Event / Incident Information

Event Number: **WAS2612000533**

Event Occurred On: **12/10/2025**

Event Type: **Fugitive Operations (Event)**

Program: **FUG - Fugitive Operations**

Operation: **N/A**

Site: **WAS**

Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Primary Agen ████

Assigned On: **12/10/2025**

Event Superviso ████

Assigned On: **12/10/2025**

### Subject Information

FINS: **N/A**

DNA Collection Device Number: **N/A**

A-Number: ████

Control Name: ████

First Name: ████

Middle Name: ████

Maiden: **N/A**

Nickname: **N/A**

Living?: **Y**

Sex: **M**

Marital Status: **Single**

SSN: **N/A**

Juvenile Verified: **N/A**

Occupation: **N/A**

TSC Log #: **N/A**

Historical Priority: **No Priority**

Criminal Type: **N/A**

Agg Felon: **No Aggravated Felony Convictions**

Primary Citizenship: **VENEZUELA**

Stateless Type: **N/A**

Hair: **BLK**

Eyes: **BRO**

Complexion: **MED**

Race: **W**

Origin: **H**

Date of Birth: ████

Age: **29**

Age at Encounter: **29**

Height: **66**

Weight: **186**

Role: **P**

Role Comment: **N/A**

Processing Disposition: **Other**

INS Status: **Inadmissible Alien**

POE: **UNKNOWN**

Entry Date: **12/21/2023**

Entry Class: **Not Applicable**

Apprehension Date: **N/A**

Warrant served by Warrant Service Officer (WSO)? **N/A**

Arrest Method: **N/A**

Site: **N/A**

Landmark: **N/A**

Arrest At/Near: **N/A**

Juvenile Status: **N/A**

| | | |
|---|---|---|
| NUIN #: **N/A** | Speak/Understand English: **N** | CBP Family Unit ID: **N/A** |
| SEN #: **N/A** | Read/Write English: **N** | CBP Separation Reason: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | Accompanying Family Member Relation: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Subject ID: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Consequence Delivery System Selection: **N/A** |
| | Related Minor(s): **N/A** | ICE Family ID: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 12/10/2025 08:00 PM

INITIAL ENCOUNTER:
On December 10, 2025, Team 11/12 was conducting surveillance near 435 Kennedy St NW, Washington, DC 20011. At approximately 0800 hours, ERO officers observed a black Chevrolet Avalanche with Maryland license plat ▮▮▮▮▮▮ , four occupants. A query of multiple database systems revealed that the registered owne ▮▮▮▮▮▮▮▮▮▮▮▮▮ lived in the same address as ▮▮▮▮▮▮ ▮▮▮▮ , a Mexican national with several immigration encounters and ▮▮▮▮▮▮▮▮▮▮ a Honduran national with a final order of removal since 2017. Further database checks revealed tha ▮▮▮▮▮ had no immigration history in the US, leading ERO officers to believe that he was also illegally present.

ERO officers conducted a vehicle stop. ERO officers approached the vehicle and identified themselves as officers with ICE/ERO. ERO officers questioned the driver and passengers as to their immigration status. The drive ▮▮▮▮▮ freely admitted to being illegally present in the US. The front passenger ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ stated he entered the US as an H2A, further immigration checks revealed tha ▮▮▮▮▮ had overstayed his visa. The back seat passenger-side occupan ▮▮▮▮▮▮▮▮▮▮▮▮▮ freely admitted to entering the US illegally in 2018. The back seat driver-side occupan ▮▮▮▮▮▮▮▮▮▮▮▮▮ stated he just attended immigration court on 12/05/2025. Further immigration checks revealed that he was issued a final order of removal on 12/05/202 ▮▮▮▮▮▮ stated he was unsure if he planned to appeal. ERO officers arrested all four subjects.

ALIENAGE AND REMOVABILITY

▮▮▮▮▮▮ is a citizen of VENEZUELA. He last entered the United States at or near EAGLE PASS INTL BRIDGE on an 12/21/2023, without being admitted or paroled by an immigration officer. He is amenable to removal under section 212(a)(6)(A)(i) of the Immigration and Nationality Act.

IMMIGRATION HISTORY:

On 12/21/202 ▮▮▮▮▮▮ entered the US through Mexico. Border Patrol encountered him in the Del Rio, Texas Border Patrol Sector on December 23, 2023. Border Patrol determined that he was an alien who entered the US illegally and he was arrested and processed as a Notice To Appear (NTA).

On 12/05/2025, an immigration Judge in Hyattsville, Maryland ordered him removed Venezuela. Immigration checks revealed that he does not have immigration applications currently pending.

FAMILY HISTORY:

▮▮▮▮▮▮ stated his parents are citizens and nationals of Tunisia, neither of which have ever been in the U.S. or obtained any type of legal status in the U.S ▮▮▮▮▮▮ claimed to have no family in the U.S. with any legal immigration status. He has claimed to have three children who are minors under the care of their mother.

CRIMINAL HISTORY:

▮▮▮▮▮▮ HAS NO PRIOR CRIMINAL HISTORY

HEALTH AND HUMANITARIAN:

▮▮▮▮▮▮ denies any significant medical conditions

PHONE CALL/CONSULAR NOTIFICATION:

ERO Washington offered ██████████ a phone call, and he accepted the offer. This call lasted approximately 5 minutes. ██████████ is a citizen of VENEZUELA and was advised of his right to speak with a Consular Officer.

GANG AFFILIATION:

██████████ denied affiliation of criminal street gangs or security threat groups, past or present.

SCARS/MARKS/TATTOOS:

██████████ does have tattoos.

MILITARY SERVICE:

██████████ claimed to have never served in any branch of the U.S. military, or any military organization in any other country.

DISPOSITION:

██████████ was processed as a T-OTHER. Following the IJ decision for removal, He has reserved his right to appeal before the appeal deadline of January 5, 2025. He will remain in ERO custody until his IJ next hearing.



EARM

Logged In: ████

Person ID: ███  Sex: M  DOB: ███  Current Age: 29  COB: VENEZ  COC: VENEZ

Subject ID : 400945506  Processing Disposition: **Other**  ICE Non-Detained Portal Verified Account: **No**  RCA Look-Up

Case # : 22977153  Case Category: **[8B]**  Docket: WAS - Det.-FDC 84-99 Burns

| | |
|---|---|
| Final Order of Removal: **No** | Time in Custody: **22 days** |
| Final Order Date: **N/A** | Depart / Cleared Status: **ACTIVE** |
| Proceed With Removal: **N/A** | |
| Days Final Order in Effect: **N/A** | |

Special Class:

**Current / Active Alerts**

In Custody

⚠ This alien is identified as a member of a Family Unit

## Encounter Details

**3 Encounter(s) linked to Person ID** ████

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|------|------------|----------|-----------|------------|-----|---------------------|-----|----------------|------|---------------|---|
| ⦿ | 3 | 400945506 | | | | VENEZ | No Priority | | 12/10/2025 | 22977153 | 8B | Unlink |
| ○ | 2 | 400941593 | | | | VENEZ | No Priority | | 12/10/2025 | | | Unlink |
| ○ | 1 | 390581241 | | | | VENEZ | No Priority | | 12/22/2023 | 22977153 | 8B | Unlink |

## Encounter Details

All information below may only be edited in ████

### Event / Incident Information

| | | |
|---|---|---|
| Event Number: **WAS2612000556** | Operation: **N/A** | Primary Agent ████ |
| Event Occurred On: **12/10/2025** | Site: **WAS** | Assigned On: **12/10/2025** |
| Event Type: **ERO Criminal Alien Program** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** | Event Supervisor ████ |
| Program: **CAP - ERO Criminal Alien Program** | | Assigned On: **12/10/2025** |

### Subject Information

| | | |
|---|---|---|
| FINS: **N/A** | Historical Priority: **No Priority** | Role: **P** |
| DNA Collection Device Number: **N/A** | Criminal Type: **N/A** | Role Comment: **N/A** |
| A-Number ████ | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **Other** |
| Control Name: ████ | Primary Citizenship: **VENEZUELA** | INS Status: **Inadmissible Alien** |
| First Name: ████ | Stateless Type: **N/A** | POE: **UNKNOWN** |
| Middle Name: ████ | Hair: **BLK** | Entry Date: **12/21/2023** |
| Maiden: **N/A** | Eyes: **BRO** | Entry Class: **Not Applicable** |
| Nickname: **N/A** | Complexion: **MED** | Apprehension Date: **2025-12-10 17:23:31.0** |
| Living?: **Y** | Race: **W** | Warrant served by Warrant Service Officer (WSO)? **N/A** |
| Sex: **M** | Origin: **H** | |
| Marital Status: **Single** | Date of Birth: ████ | Arrest Method: **Non-Custodial Arrest** |
| SSN: **N/A** | Age: **29** | Site: **WAS** |
| Juvenile Verified: **N/A** | Age at Encounter: **29** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** |
| Occupation: **N/A** | Height: **66** | Arrest At/Near: **N/A** |
| TSC Log #: **N/A** | Weight: **186** | |

NUIN #: **N/A**

SEN #: **N/A**

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Relationship to U.S. Veteran(s): **N/A**

Speak/Understand English: **N**

Read/Write English: **N**

Primary Language: **SPANISH**

Family Members: **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

Juvenile Status: **N/A**

CBP Family Unit ID: **N/A**

CBP Separation Reason: **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 12/10/2025 06:19 PM

INITIAL ENCOUNTER:
On December 10, 2025, Team 11/12 was conducting surveillance near 435 Kennedy St NW, Washington, DC 20011. At approximately 0800 hours, ERO officers observed a black Chevrolet Avalanche with Maryland license plat ▮▮▮▮▮▮▮, four occupants. A query of multiple database systems revealed that the registered own ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ lived in the same address as ▮▮▮▮▮▮ ▮▮▮▮▮, a Mexican national with several immigration encounters and ▮▮▮▮▮▮▮▮▮▮▮▮▮ a Honduran national with a final order of removal since 2017. Further database checks revealed tha ▮▮▮▮▮▮ had no immigration history in the US, leading ERO officers to believe that he was also illegally present.

ERO officers conducted a vehicle stop. ERO officers approached the vehicle and identified themselves as officers with ICE/ERO. ERO officers questioned the driver and passengers as to their immigration status. The drive ▮▮▮▮▮▮ freely admitted to being illegally present in the US. The front passenge ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ stated he entered the US as an H2A, further immigration checks revealed tha ▮▮▮▮▮ had overstayed his visa. The back seat passenger-side occupant ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ freely admitted to entering the US illegally in 2018. The back seat driver-side occupan ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, stated he just attended immigration court on 12/05/2025. Further immigration checks revealed tha ▮▮▮▮S was issued a final order of removal on 12/05/2025. ▮▮▮▮S stated he was unsure if he planned to appeal. ERO officers arrested all four subjects.

ALIENAGE AND REMOVABILITY

▮▮▮▮S is a citizen of VENEZUELA ▮▮▮▮S last entered the United States at or near EAGLE PASS INTL BRIDGE on an 12/21/2023, without being admitted or paroled by an immigration officer.

▮▮▮▮S is amenable to removal under section 212(a)(6)(A)(i) of the Immigration and Nationality Act.

IMMIGRATION HISTORY:

▮▮▮▮S entered the US through Mexico on 12/21/2023.

Border Patrol encountere ▮▮▮▮S in the Del Rio, Texas Border Patrol Sector on 12/23/2023

Border Patrol determine ▮▮▮▮S was an alien who entered the US illegally.

▮▮▮▮S was arrested and processed as an NTA.

▮▮▮▮S is not a citizen of the United State ▮▮▮▮S is a citizen and national of VENEZUELA.

▮▮▮▮S last entered the United States on an unknown date and time without inspection by an immigration officer.

▮▮▮▮S was placed in proceedings on 1/26/2024 with a court date set for 12/5/2025

▮▮▮▮S went before an IJ judge on 12/05/2025 and was ordered removed

has immigration applications pending, does not have immigration applications pending.

***(If there are applications or petitions pending, list in order from oldest to newest. Include date filed (Month Date, Year), form type, status. ***

**FAMILY HISTORY:**

███████ claims his father is a citizen and national of VENEZUELA.

███████ claims his mother is a citizen and national of VENEZUELA.

███████ claims to have three children.

**CRIMINAL HISTORY:**

**COMPLETE CRIMINAL HISTORY**

███████ HAS NO PRIOR CRIMINAL HISTORY

**HEALTH AND HUMANITARIAN:**
███████ denies any significant medical conditions

**PHONE CALL/CONSULAR NOTIFICATION:**
███████ was offered the chance to make a three-minute phone call.

███████ is a citizen of VENEZUELA and was advised of his right to speak with a Consular Officer.

**INTEL:**
███████ DOES NOT claim affiliation of criminal street gangs or security threat groups.

███████ DOES HAVE tattoos.

███████ denies service in any branch of the U.S. military ███████ denies service in any branch of the VENEZUELAN military.

**DISPOSITION:**
███████ was processed as a T-OTHER. ███████ previously went before IJ on 12/05/2025 who ordered him removed. ███████ plans to appeal the decision before the deadline of 1/05/2026.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release EARM 7.97