

EARM

Logged In:

Person ID: ▮  Sex: M  DOB: ▮  Current Age: 26  COB: **GUATE**  COC: **GUATE**

Subject ID : **401021931**  Processing Disposition: **REINSTATEMENT OF DEPORT ORDER I-871**  ICE Non-Detained Portal Verified Account: **No**

Case # : **25312191**  Case Category: **[16]**  Docket: **WAS - Closed Docket**

| | |
|---|---|
| Final Order of Removal: **Yes** | Time in Custody: **N/A** |
| Final Order Date: **08/07/2017** | Depart / Cleared Status: **8-Excluded/Remov** |
| Proceed With Removal: **Yes** | |
| Days Final Order in Effect: **3066** | |

Special Class:

-- Select Different Case File --  ⌄

**Current / Active Alerts**

Detention History

F.O. of Removal

## Encounter Details

### 4 Encounter(s) linked to Person ID: ▮

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 4 | 401021931 | | | | GUATE | No Priority | | 12/18/2025 | 25312191 | 16 | Unlink |
| ○ | 3 | 360078700 | | | | GUATE | No Priority | | 12/11/2017 | 16229636 | 16 | Unlink |
| ○ | 2 | 359548002 | | | | GUATE | No Priority | | 10/03/2017 | 16116814 | 16 | Unlink |
| ○ | 1 | 359043715 | | | | GUATE | No Priority | | 07/23/2017 | 16015566 | 8G | Unlink |

## Encounter Details

All information below may only be edited in ▮

### Event / Incident Information

| | | |
|---|---|---|
| Event Number: **WAS2612000917** | Operation: **DCS: The District** | Primary Agent ▮ |
| Event Occurred On: **12/18/2025** | Site: **WAS** | Assigned On: **12/18/2025** |
| Event Type: **Fugitive Operations (Event)** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** | Event Supervisor ▮ |
| Program: **FUG - Fugitive Operations** | | Assigned On: **12/18/2025** |

### Subject Information

| | | |
|---|---|---|
| FINS: ▮ | Historical Priority: **No Priority** | Role: **P** |
| DNA Collection Device Number: ▮ | Criminal Type: **N/A** | Role Comment: **N/A** |
| A-Number: ▮ | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **REINSTATEMENT OF DEPORT ORDER I-871** |
| Control Name: ▮ | Primary Citizenship: **GUATEMALA** | |
| First Name: ▮ | Stateless Type: **N/A** | INS Status: **Deportable** |
| Middle Name: **N/A** | Hair: **BLK** | POE: **UNKNOWN** |
| Maiden: **N/A** | Eyes: **BRO** | Entry Date: **N/A** |
| Nickname: **N/A** | Complexion: **MED** | Entry Class: **Not Applicable** |
| Living?: **Y** | Race: **W** | Apprehension Date: **2025-12-18 07:30:00.0** |
| Sex: **M** | Origin: **H** | Warrant served by Warrant Service Officer (WSO)? **N/A** |
| Marital Status: **Single** | Date of Birth: ▮ | |
| SSN: **N/A** | Age: **26** | Arrest Method: **Non-Custodial Arrest** |
| Juvenile Verified: **N/A** | Age at Encounter: **26** | Site: **WAS** |

| | | |
|---|---|---|
| Occupation: **N/A** | Height: **64** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** |
| TSC Log #: **N/A** | Weight: **158** | Arrest At/Near: **N/A** |
| NUIN #: **N/A** | Speak/Understand English: **Y** | Juvenile Status: **N/A** |
| SEN #: **N/A** | Read/Write English: **N** | CBP Family Unit ID: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 12/20/2025 11:43 AM

*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

Name ▓▓▓▓▓▓▓▓
DOB ▓▓▓▓▓
▓▓▓▓▓▓
COC: (Guatemala)

ENCOUNTER:
On December 18, 2025, at 0730hours, Team 11/12 was conducting surveillance near 2670 Military Rd NW, Washington DC 20015. At approximately 0739 hours, ERO officers observed a white Toyota Tacoma with Maryland license plate ▓▓▓▓ , picking up individuals in an area known as a pick-up spot for day workers. ERO officers travelled behind the vehicle and ran a query of multiple database systems. The vehicle was registered to ▓▓▓▓▓ , database checks revealed tha ▓▓▓▓▓ lived in the same address as several subjects who live in the US illegall ▓▓▓▓▓ s name also matched the name of a Guatemalan national who had been previously removed from the US. Further checks revealed tha ▓▓▓▓▓ had no SSN or legal status in the US.

ERO officers activated their emergency lights and initiated a vehicle stop. ERO officers approached the vehicle and identified themselves as officers with ICE/ERO. ERO officers questioned the driver and the passengers as to their immigration status. All subjects freely admitted to entering the US without inspection by an immigration officer and confirmed their identity by providing IDs. All subjects were arrested. ▓▓▓▓▓ Guatemalan national who entered the US without inspection by an immigration officer. Reinstated order 12/13/2017

ALIENAGE AND REMOVABILITY:
▓▓▓▓▓ is a citizen of GUATEMALA ▓▓▓▓▓ stated he last entered the United States Unknown date unknown time, without being admitted or paroled by an immigration officer
▓▓▓▓▓ is ▓▓▓▓ is being processed for reinstatement of his prior removal August 8, 2017.
▓▓▓▓▓ has no pending application.

FAMILY HISTORY:
▓▓▓▓▓ claims his father was born in GUATEMALA and is a citizen and national of GUATEMALA.
▓▓▓▓▓ claims his mother was born in GUATEMALA and is a citizen and national of GUATEMALA.
▓▓▓▓▓ claims does not have any Childers.

IMMIGRATION HISTORY:
1) On July 23, 201 ▓▓▓▓▓ was detained by Border Patrol Rio Grande Valley and Processed as processed for Expedited Removal with Credible Fear as per section 212(a)(6)(A)(i)(I) of the Immigration and Nationality Act.

2) On October 03, 2017 ▓▓▓▓▓ was detained by Border Patrol Rio Grande Valley and Processed as processed Reinstatement of Prior Order of Removal as per section 241(a)(5) of the Immigration and Nationality Act.

3) December 10, 2017 ▓▓▓▓▓ was detained by Border Patrol South of Little Egypt near Cowlick, AZ and Processed as

processed reinstatement of his prior order of removal. He was served with Service Forms I-294 and I-205.

███████████████ has NO pending applications.

CRIMINAL HISTORY:
███████████████ has no criminal history.

FINS ███████████
FBI: ███████████

HEALTH AND HUMANITARIAN
███████████████ does not any significant medical conditions.

███████████ does not have any significant humanitarian concerns.
does NOT claim FEAR of returning to GUATEMALA.

PHONE CALL AND CONSULAR NOTIFICATION
███████████ was offered a five/minute telephone call.
was advised of his right to contact a Consular Officer from his country Guatemala of citizenship.
was provided with the most recent version of the EOIR free legal services list.

DNA
POP CHOC, CESAR had DNA Collected: ███████████

PROPERTY
POP CHOC, CESAR had property noted on Form 589 # ███████████

INTEL
███████████ DOES NOT claim affiliation of criminal street gangs or security threat groups.
DOES NOT HAVE tattoos
denies service in any branch of the U.S. military.
denies service in any branch of the GUATEMALA military.

DISPOSITION
ERO Washington served ███████████ with a Notice of Intent/Decision to Reinstate Prior Order. ███████████ will be detained at the Farmville Detention Center pending his removal.