EARM

Logged In: ▮

Person ID: ▮ Sex: **M** DOB: ▮ Current Age: **20** COB: **VENEZ** COC: **VENEZ**

Subject ID : **401175547** Processing Disposition: **Other** ICE Non-Detained Portal Verified Account: **No** RCA Look-Up

Case # : **24040194** Case Category: **[8A]** Docket: **WAS - Det.-FDC 17-33 Short**

| | |
|---|---|
| Final Order of Removal: **No** | Time in Custody: **19 days** | Special Class: |
| Final Order Date: **N/A** | Depart / Cleared Status: **ACTIVE** | |
| Proceed With Removal: **N/A** | | |
| Days Final Order in Effect: **N/A** | | |

**Current / Active Alerts**

In Custody



## Encounter Details

### 2 Encounter(s) linked to Person ID: ▮

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 2 | 401175547 | ▮ | ▮ | ▮ | VENEZ | No Priority | ▮ | 01/06/2026 | 24040194 | 8A | Unlink |
| ○ | 1 | 394524898 | ▮ | ▮ | ▮ | VENEZ | No Priority | ▮ | 06/14/2024 | 24040194 | 8A | Unlink |

## Encounter Details

All information below may only be edited in ▮

### Event / Incident Information

| | | |
|---|---|---|
| Event Number: **WAS2601000325** | Operation: **DCS: The District** | Primary Agent ▮ |
| Event Occurred On: **01/06/2026** | Site: **WAS** | Assigned On: **01/07/2026** |
| Event Type: **Fugitive Operations (Event)** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** | Event Superviso ▮ |
| Program: **FUG - Fugitive Operations** | | Assigned On: **01/06/2026** |

### Subject Information

| | | |
|---|---|---|
| FINS ▮ | Historical Priority: **No Priority** | Role: **P** |
| DNA Collection Device Number: **N/A** | Criminal Type: **N/A** | Role Comment: **N/A** |
| A-Number: ▮ | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **Other** |
| Control Name: ▮ | Primary Citizenship: **VENEZUELA** | INS Status: **Inadmissible Alien** |
| First Name: ▮ | Stateless Type: **N/A** | POE: **CALEXICO, CA** |
| Middle Name: ▮ | Hair: **BLK** | Entry Date: **06/14/2024** |
| Maiden: **N/A** | Eyes: **BLK** | Entry Class: **Not Applicable** |
| Nickname: **N/A** | Complexion: **MBR** | Apprehension Date: **2026-01-06 11:35:00.0** |
| Living?: **Y** | Race: **W** | Warrant served by Warrant Service Officer (WSO)? **N/A** |
| Sex: **M** | Origin: **H** | Arrest Method: **Non-Custodial Arrest** |
| Marital Status: **Single** | Date of Birth: ▮ | Site: **WAS** |
| SSN: **N/A** | Age: **20** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** |
| Juvenile Verified: **N/A** | Age at Encounter: **20** | |
| Occupation: **N/A** | Height: **66** | Arrest At/Near: **Washington, DC** |
| TSC Log #: **N/A** | Weight: **154** | Juvenile Status: **N/A** |
| NUIN #: **N/A** | Speak/Understand English: **N** | CBP Family Unit ID: **N/A** |
| SEN #: **N/A** | Read/Write English: **N** | |

| | | |
|---|---|---|
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 01/06/2026 08:30 PM

*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

ENCOUNTER:
On January 06, 2026, WAS FUG Field Team 7, 8 and 9 assigned to The District Operation and Make DC Safe and Beautiful in Washington, DC, along with ATF and DSS Agents, assisted the U.S. Park Police north west of Washington, D.C. At approximately 1135 hours, the U.S. Park Police conducted a vehicle stop at New Hampshire Ave and Engram Washington DC 20037 of a moped. Upon making contact, the U.S. Park Police requested identification, and the subject was identified as ▮▮▮▮▮▮▮▮▮▮▮▮▮. Upon completion of the initial vehicle stop and identification procedures by the U.S. Park Police, FOT Officers made contact with ▮▮▮▮▮▮▮ who was the DRIVER and identified themselves as Immigration Officers. FOT Officers conducted routine immigration checks and a field interview in accordance with standard operating procedures to establish alienage and removability. It was determined that ▮▮▮▮▮▮▮▮ entered the U.S. without inspection, admission or paroled. Based on these findings, FOT Officers, explained that he will be taken into custody and transported to the WAS Field Office where he will be processed. Body Worn Camara footage may exist for this event.

IMMIGRATION HISTORY:
- 06/14/2024 - Arrived at CBP-CALEXICO, CA West POE as a CBP-ONE appointment. Subject was Paroled into the United States and issued an NTA.
- 04/18/2025 - DHS terminated parole for ▮▮▮▮▮▮▮▮

CRIMINAL HISTORY:
Records Checks did not reveal any criminal history beyond immigration violations.
FIN: ▮▮▮▮▮▮ FBI: ▮▮▮▮▮

PENDING APPLICATIONS:
▮▮▮▮▮▮▮ does not have any pending applications with USCIS.

HEALTH:
▮▮▮▮▮▮▮ claimed good health and denied taking any prescribed medication.
▮▮▮▮▮▮▮ does not have any children.
▮▮▮▮▮▮ is not married.

CONSULAR NOTIFICATION:
▮▮▮▮▮▮▮ was advised of his right to contact the Consulate of VENEZUELA. ▮▮▮▮▮▮ wanted to contact the Consulate of VENEZUELA. The Consulate of VENEZUELA is currently closed until further notice.

DISPOSITION:
▮▮▮▮▮▮▮ was processed as T-Other. ICE-ERO WAS executed Forms: I-200, I-830E, FD-249, I-213, and I-217.