EARM

Logged In: ███

Person ID: ███  Sex: **M**  DOB: ███  Current Age: **18**  COB: **GUATE**  COC: **GUATE**

Subject ID : **400942382**  Processing Disposition: **Warrant of Arrest/Notice to Appear**  ICE Non-Detained Portal Verified Account: **No**  RCA Los

Case # : 25296892  Case Category: **[8B]**  Docket: WAS - Det.-FDC 51-67 Volcy

Final Order of Removal: **No**  Time in Custody: **21 days**  Special Class:
Final Order Date: **N/A**  Depart / Cleared Status: **ACTIVE**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

**Current / Active Alerts**

| In Custody |
|---|

## Encounter Details

### 2 Encounter(s) linked to Person ID: ███

|  | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 2 | 400942382 | | | | GUATE | No Priority | | 12/10/2025 | 25296892 | 8B | Unlink |
| ○ | 1 | 361376369 | | | | GUATE | No Priority | | 05/13/2018 | | | Unlink |

## Encounter Details

All information below may only be edited in ███

### Event / Incident Information

Event Number: **WAS2612000536**  Operation: **DCS: The District**  Primary Agen ███
Event Occurred On: **12/10/2025**  Site: **WAS**  Assigned On: **12/10/2025**
Event Type: **Fugitive Operations (Event)**  Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**  Event Supervisor ███
Program: **FUG - Fugitive Operations**  Assigned On: **12/10/2025**

### Subject Information

FINS: ███  Historical Priority: **No Priority**  Role: **P**
DNA Collection Device Number: ███  Criminal Type: **N/A**  Role Comment: **N/A**
A-Number: ███  Agg Felon: **No Aggravated Felony Convictions**  Processing Disposition: **Warrant of Arrest/Notice to Appear**
Control Name: ███  Primary Citizenship: **GUATEMALA**
First Name: ███  Stateless Type: **N/A**  INS Status: **Inadmissible Alien**
Middle Name: ███  Hair: **BLK**  POE: **ANTELOPE WELLS, NM**
Maiden: **N/A**  Eyes: **BRO**  Entry Date: **05/13/2018**
Nickname: **N/A**  Complexion: **MED**  Entry Class: **Not Applicable**
Living?: **Y**  Race: **W**  Apprehension Date: **2025-12-10 17:36:02.0**
Sex: **M**  Origin: **H**  Warrant served by Warrant Service Officer (WSO)? **N/A**
Marital Status: **Single**  Date of Birth: ███
SSN: **N/A**  Age: **18**  Arrest Method: **Non-Custodial Arrest**
Juvenile Verified: **N/A**  Age at Encounter: **18**  Site: **WAS**
Occupation: **N/A**  Height: **52**  Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**
TSC Log #: **N/A**  Weight: **128**
NUIN #: **N/A**  Speak/Understand English: **Y**  Arrest At/Near: **WASHINGTON, DC**
SEN #: **N/A**  Read/Write English: **Y**  Juvenile Status: **N/A**
CBP Family Unit ID: **N/A**

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Relationship to U.S. Veteran(s): **N/A**

Primary Language: **SPANISH**

Family Members: **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

CBP Separation Reason: **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 12/10/2025 05:20 PM

*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The Working-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

INITIAL ENCOUNTER:
On December 10, 2025, at 0730hours, Team 11/12 was conducting surveillance near 435 Kennedy St NW, Washington DC 20011. At approximately 0800 hours, ERO officers observed a black Chevrolet Avalanche with Maryland license plate ████████ , four occupants. A query of multiple database systems revealed that the registered owne ██████████████████████ lived in the same address as ████████████ , a Mexican national with several immigration encounters and ███████████████ a Honduran national with a final order of removal since 2017. Further database checks revealed tha ████████ had no immigration history in the US, leading ERO officers to believe that he was also illegally present.
ERO officers conducted a vehicle stop. ERO officers approached the vehicle and identified themselves as officers with ICE/ERO. ERO officers questioned the driver and the passengers as to their immigration status. The driver ████████ freely admitted to being illegally present in the US. The front passenger████████████████████████ stated he entered the US as an H2A, further immigration checks revealed tha ████████ had overstayed his visa. The back seat passenger-side occupant ████████████████ ████████ freely stated to entering the US illegally in 2018. The back seat driver-side occupan ███████████████████████ stated he just attended immigration court on 12/5/2025. Further immigration checks determined tha ████████ was issued a final order of removal on 12/05/2025 ████████ stated he was unsure if he wanted to appeal. ERO officers arrested all four subjects. ██████████████████████████████████ - Subject has never updated his address with ERO. Subject's address is out o ███████████ never reported with DHS or DOJ. Subject has eluded ERO since 2018.

The officers transported the subject to the ERO Washington Field Office in Chantilly, VA, for processing.

At the time of arrest ████████████ was likely to escape before a warrant could be obtained because of the following factors:
████████████ was Arrested at large, (not at their residence or place of business)
████████████ is an alien who entered the United States after evading inspection.
████████████ home address was unverified.
████████████ Employment status was unverified.
███████████ s familial ties in the United States are unknown.
████████████ was encountered by Immigration Officer while in vehicle.
████████████ never applied for lawful status in the United States.

As soon as it was practical and safe to do so, the arresting officer identified themselves as an immigration officer who is authorized to execute an arrest and stated that the subject was under arrest and the reason for the arrest. ████████████ was served I-200 Warrant of Arrest at the Chantilly Sub-Office.

ALIENAGE AND REMOVABILITY:
████████████ is a citizen of GUATEMALA.
████████████ last entered the United States as a NON-IMMIGRNT without proper documentation to enter the US at Antelope Wells, NM on May 13, 2018.
████████████ is amenable to removal under section 212(a)(6)(A)(i) / 212(a)(7)(A)(i)(I) and 8 USC 1182-C of the Immigration and Nationality Act.

IMMIGRATION HISTORY:
████████████ is not a citizen of the United States ████████████ is a citizen and national of GUATEMALA ████████████ entered the United States Antelope Wells, NM on May 13, 2018 without inspection as an EWI. As a minor████████████ was detained by Border Patrol and processed for Warrant of Arrest/Notice to Appear as per section 212(a)(6)(A)(i)(I) of the Immigration and Nationality

Act.

FAMILY HISTORY:
███████████ claims his father is a citizen and national of GUATEMALA.
███████████ claims his mother is a citizen and national of GUATEMALA.

CRIMINAL HISTORY:
███████████ has NO Criminal history.

HEALTH AND HUMANITARIAN:
███████████ claims to have no medical issues.
███████████ claims to have no children.

PHONE CALL/CONSULAR NOTIFICATION:
███████████ was offered the chance to make a five-minute phone call.
███████████ is a citizen of GUATEMALA and was advised of his right to speak with a Consular Officer.

INTEL:
███████████ DOES NOT claim affiliation of criminal street gangs.
███████████ DOES NOT have tattoos.
███████████ denies service in any branch of the U.S. military.
███████████ denies service in any branch of the GUATEMALA military.

PROPERTY:
███████████ gad property listed on ICE Form 589 #███████
DNA Collection: DNA was collected #███████

DISPOSITION:
███████████ was processed as a Notice to Appear (NTA). ███████████ is being charged with 212(a)(6)(A)(i) (ALIEN PRESENT WITHOUT ADMISSION OR PAROLE) - (PWAs), 212(a)(7)(A)(i)(I) IMMIGRANT WITHOUT AN IMMIGRANT VISA and 8 USC 1182-C-ALIEN INADMISSIBILITY UNDER SECTION 212 of the Immigration and Nationality Act. ███████████ will be held in custody pending a hearing before an immigration judge.