

EARM

Logged In: ▮▮▮▮▮▮▮

Person ID: ▮▮▮ Sex: **M** DOB: ▮▮▮ Current Age: **37** COB: **VENEZ** COC: **VENEZ**

Subject ID : **401175438** Processing Disposition: **Other** ICE Non-Detained Portal Verified Account: **No** RCA Look-Up

Case # : 25330840 Case Category: **[8B]** Docket: WAS - Det.-FDC 68-83 Kennedy

Final Order of Removal: **No**          Time in Custody: **19 days**          Special Class:
Final Order Date: **N/A**               Depart / Cleared Status: **ACTIVE**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

**Current / Active Alerts**

| In Custody |

## Espinoza Forsith, Edwin Alexis ▮▮▮▮▮▮

## Encounter Details

### 2 Encounter(s) linked to Person ID: ▮▮▮▮

|  | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 2 | 401175438 | ▮▮ | ESPINOZA FORSITH | EDWIN | VENEZ | No Priority | ▮▮ | 01/06/2026 | 25330840 | 8B | Unlink |
| ○ | 1 | 384582529 | ▮▮ | ESPINOZA FORSMITH | EDWIN ALEXIS | VENEZ | No Priority | ▮▮ | 04/26/2023 |  |  | Unlink |

## Encounter Details

All information below may only be edited in ▮▮▮▮

### Event / Incident Information

Event Number: **WAS2601000321**          Operation: **DCS: The District**          Primary Agent ▮▮▮▮▮
Event Occurred On: **01/06/2026**          Site: **WAS**          Assigned On: **01/06/2026**
Event Type: **Fugitive Operations (Event)**          Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**          Event Supervisor ▮▮▮▮
Program: **FUG - Fugitive Operations**          Assigned On: **01/06/2026**

### Subject Information

FINS: ▮▮▮▮                              Historical Priority: **No Priority**          Role: **P**
DNA Collection Device Number: ▮▮▮       Criminal Type: **N/A**                       Role Comment: **N/A**
A-Number: ▮▮▮                           Agg Felon: **No Aggravated Felony Convictions**   Processing Disposition: **Other**
Control Name: **ESPINOZA FORSITH**      Primary Citizenship: **VENEZUELA**           INS Status: **Inadmissible Alien**
First Name: **EDWIN**                   Stateless Type: **N/A**                      POE: **PASO DEL NORTE, TX, BRIDGE**
Middle Name: **ALEXIS**                 Hair: **BLK**                                Entry Date: **04/26/2023**
Maiden: **N/A**                         Eyes: **BRO**                                Entry Class: **Not Applicable**
Nickname: **N/A**                       Complexion: **MED**                          Apprehension Date: **2026-01-07 09:13:56.0**
Living?: **Y**                          Race: **W**                                  Warrant served by Warrant Service Officer (WSO)? **N/A**
Sex: **M**                              Origin: **H**
Marital Status: **Single**             Date of Birth: ▮▮▮▮                           Arrest Method: **Non-Custodial Arrest**
SSN: **N/A**                           Age: **37**                                   Site: **WAS**
Juvenile Verified: **N/A**             Age at Encounter: **37**                      Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**
Occupation: **N/A**                    Height: **68**
TSC Log #: **N/A**                     Weight: **185**                               Arrest At/Near: **N/A**
NUIN #: **N/A**                        Speak/Understand English: **N**              Juvenile Status: **N/A**
SEN #: **N/A**                         Read/Write English: **N**                    CBP Family Unit ID: **N/A**

| | | |
|---|---|---|
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 01/07/2026 09:12 AM

  *The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

NAME: ESPINOZA FORSITH, EDWIN
DOB ██████████
██████████
COC: (VENEZUELA)

ENCOUNTER:
On January 06, 2026, WAS FUG Field Team 7, 8 and 9 assigned to The District Operation and Make DC Safe and Beautiful in Washington, DC, along with ATF and DSS Agents, assisted the U.S. Park Police northwest of Washington, D.C. At approximately 1220 hours, the U.S. Park Police conducted a vehicle stop at Riggs Rd NE Washington DC 20011 of a moped. Upon making contact, the U.S. Park Police requested identification, and a Washington DC driver's license and Venezuelan Passport was produced bearing the name of ESPINOZA FORSITH, Edwin Alexis, ██████████. Upon completion of the initial vehicle stop and identification procedures by the U.S. Park Police, FOT Officers contacted ESPINOZA FORSITH who was the DRIVER and identified themselves as Immigration Officers. FOT Officers conducted routine immigration checks and a field interview in accordance with standard operating procedures to establish alienage and removability. It was determined that ESPINOZA FORSITH entered the U.S. without inspection, admission or paroled. Based on these findings, FOT Officers explained that he will be taken into custody and transported to the WAS Field Office where he will be processed. Body Worn Camara footage may exist for this event.

Arresting Officer:
██████████████████████████████

At the time of arrest, ESPINOZA FORSITH was likely to escape before a warrant could be obtained because of the following factors:
ESPINOZA FORSITH was arrested at large, (not at their residence or place of business)
ESPINOZA FORSITH an alien who entered the United States after evading inspection.
ESPINOZA FORSITH illegal alien who failed to register or update address with ICE.
ESPINOZA FORSITH attempted to flee from immigration officers.
ESPINOZA FORSITH never applied for unlawful status in the United States.
ESPINOZA FORSITH was served I-200 Warrant of arrest at the Chantilly Sub-Office.

ALIENAGE:
ESPINOZA FORSITH is not a citizen or national of the United States.
ESPINOZA FORSITH is a native and citizen of VENEZUELA and made no claims of United States Citizenship or Lawful Permanent Resident status of the United States.

ALIENAGE and DEPORTABILITY:
ESPINOZA FORSITH claims both parents are citizens and nationals of VENEZUELA.

Family:
ESPINOZA FORSITH claims have a minor child in custody wit ██████ █████████████████ (A-FILE more Info)

IMMIGRATION HISTORY:
ESPINOZA FORSITH entered in Unites states on April 26, 2023, though PASO DEL NORTE, TX, BRIDGE.

CRIMINAL HISTORY:
ESPINOZA FORSITH has no Criminal History.

PENDING APPLICATIONS:
ESPINOZA FORSITH has master hearing pending with IJ on June 06, 2026, in Miami FL.

MEDICAL INFORMATION:
ESPINOZA FORSITH claimed good health and denied taking any prescribed medication.
ESPINOZA FORSITH has no children residing outside of the United States.
ESPINOZA FORSITH is not married.

TRAVEL DOCUMENTS/FOREIGN DOCUMENTS:
ESPINOZA FORSITH does possess a VENEZUELA Passport

CONSULAR NOTIFICATION:
ESPINOZA FORSITH was advised of his right to contact the Consulate of VENEZUELA.
ESPINOZA FORSITH declined to have the Consulate of VENEZUELA be notified of his detainment. VENEZUELA was not a mandatory consular notification country.

TRAVEL DOCUMENTS/FOREIGN DOCUMENTS:
ESPINOZA FORSITH does possess a VENEZUELA Passport.

PROPERTY & FUNDS:
ESPINOZA FORSITH had property listed on DHS Form 589 #

DNA collected #
FBI NUMBER:
FINS NUMBER:

DISPOSITION:
ESPINOZA FORSITH is in violation of INA section 212(a)(6)(A)(i) - (Alien Present without admission or parole), 212(a)(7)(A)(i)(I) - (Immigrant Without an Immigrant Visa), and 212(a)(9)(A)(i) - (Alien Previously Removed).
ERO Washington processed ESPINOZA FORSITH as a custody re-determination (T-other) ESPINOZA FORSITH will be held in ICE custody pending this decision.