

EARM

Logged In:

Person ID: ▉▉ Sex: **M** DOB: ▉▉ Current Age: **29** COB: **BRAZI** COC: **BRAZI**

Subject ID : **401277151** Processing Disposition: **Voluntary Departure** ICE Non-Detained Portal Verified Account: **No** RCA Look-Up

Case # : 25347707 Case Category: **[1A]** Docket: WAS - WAS Travel AEX Staged

Final Order of Removal: **No**
Final Order Date: **N/A**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

Time in Custody: **9 days**
Depart / Cleared Status: **ACTIVE**

Special Class:

-- Select Different Case File -- ⌄

**Current / Active Alerts**

| In Custody |
| --- |

⚠ This alien is identified as a member of a Family Unit

## Encounter Details

**3 Encounter(s) linked to Person ID:** ▉▉

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ◉ | 3 | 401277151 | | | | BRAZI | No Priority | | 01/16/2026 | 25347707 | 1A | Unlink |
| ○ | 2 | 401275532 | | | | BRAZI | No Priority | | 01/16/2026 | 25347707 | 1A | Unlink |
| ○ | 1 | 377642009 | | | | BRAZI | No Priority | | 05/21/2022 | 19834804 | 8A | Unlink |

## Encounter Details

All information below may only be edited in ▉▉

### Event / Incident Information

Event Number: **WAS2601000933**
Event Occurred On: **01/16/2026**
Event Type: **Fugitive Operations (Event)**
Program: **FUG - Fugitive Operations**

Operation: **DCS: The District**
Site: **WAS**
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Primary Agen ▉▉
Assigned On: **01/17/2026**
Event Superviso ▉▉
Assigned On: **01/16/2026**

### Subject Information

FINS: ▉▉
DNA Collection Device Number: ▉▉
A-Number: ▉▉
Control Name: ▉▉
First Name: ▉▉
Middle Name: **N/A**
Maiden: **N/A**
Nickname: **N/A**
Living?: **Y**
Sex: **M**
Marital Status: **Single**
SSN: **N/A**
Juvenile Verified: **N/A**
Occupation: **N/A**

Historical Priority: **No Priority**
Criminal Type: **N/A**
Agg Felon: **No Aggravated Felony Convictions**
Primary Citizenship: **BRAZIL**
Stateless Type: **N/A**
Hair: **BLK**
Eyes: **BLK**
Complexion: **MBR**
Race: **W**
Origin: **H**
Date of Birth: ▉▉
Age: **29**
Age at Encounter: **29**
Height: **68**

Role: **P**
Role Comment: **N/A**
Processing Disposition: **Voluntary Departure**
INS Status: **Inadmissible Alien**
POE: **SAN LUIS, AZ**
Entry Date: **05/20/2022**
Entry Class: **Not Applicable**
Apprehension Date: **2026-01-16 13:35:00.0**
Warrant served by Warrant Service Officer (WSO)? **N/A**
Arrest Method: **Non-Custodial Arrest**
Site: **WAS**
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

| | | |
|---|---|---|
| TSC Log #: **N/A** | Weight: **190** | Arrest At/Near: **Washington, DC** |
| NUIN #: **N/A** | Speak/Understand English: **N** | Juvenile Status: **N/A** |
| SEN #: **N/A** | Read/Write English: **N** | CBP Family Unit ID: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **PORTUGUESE** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 01/17/2026 05:30 PM

The officer preparing this document was not involved in the arrest and was assigned to process the arrest; all information contained herein was reported by the arresting officer(s) and record checks.

ENCOUNTER:
On January 16, 2026 at approximately 1335hrs ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was encountered at the 3400 Block of Whitehaven Parkway in Washington DC during a routine traffic stop by the DC Metropolitan Police Department (DC MPD) and HSI Agents from the Washington Field Office ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was cited for Driving on a Suspended License and Failure to Provide Valid Vehicle Registration. During this stop, it was determined tha ▮▮▮▮▮▮▮▮ was a native and citizen of Brazil who was present in the United States without admission.

▮▮▮▮▮▮ was transported to 14797 Murdock Street, Chantilly, VA, 20151, for processing.
On January 16, 202 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was booked in and enrolled int ▮▮▮▮▮ after confirmation o ▮▮▮▮▮▮▮▮▮▮▮ identity, immigration, and criminal history via fingerprint match through the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ systems.

ALIENAGE AND REMOVABILITY:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is a citizen of BRAZIL ▮▮▮▮▮▮▮▮▮▮▮▮ parents are both citizens of BRAZIL and has no claim to United States Citizenship.
▮▮▮▮▮▮▮▮▮▮ has no applications pending with USCIS.
▮▮▮▮▮▮▮▮▮▮ is removable via 212(a)(6)(A)(i) (ALIEN PRESENT WITHOUT ADMISSION OR PAROLE) - (PWAs), 212(a)(7)(A)(i)(I) IMMIGRANT WITHOUT AN IMMIGRANT VISA and 8 USC 1182-C- ALIEN INADMISSIBILITY UNDER SECTION 212 of the Immigration and Nationality Act.

IMMIGRATION HISTORY:
▮▮▮▮▮▮▮▮▮▮▮ is not a citizen of the United States ▮▮▮▮▮▮▮▮▮▮▮▮ is a citizen and national of BRAZIL ▮▮▮▮▮▮▮▮ last entered the United States unlawfully on May 20, 2022, near San Luis, AZ.
On May 21 2022 ▮▮▮▮▮▮▮▮▮▮▮▮ was encountered by US Border Patrol Agent in Yuma, AZ. Border Patrol Agent determined ▮▮▮▮▮▮▮▮ had unlawfully entered the United States from Mexico, at a time and place other than as designated by the ▮▮▮▮▮▮▮▮▮▮ artment of Homeland Security of the United States. After determining tha ▮▮▮▮▮▮▮▮▮▮ was an alien who illegally entered the United States ▮▮▮▮▮▮▮▮▮▮ was arrested and processed as a War ▮▮▮▮▮▮▮▮ to Appear (WA/NTA).
Subject was released with an I-94 as an Alternate to Detention (ATD) as a condition of Parole.
Subject was Paroled due to detention capacity.

Criminal History:
▮▮▮▮▮▮▮▮▮▮ has no criminal history.

Pending Applications/ Litigations:

USCIS checks indicated tha ▮▮▮▮▮▮▮▮▮▮▮ has no pending applications.

Humanitarian/Health:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

██████████████████ stated that he has one child.
stated he is not married.

**Voluntary Departure:**
██████████████ was offered a Voluntary Departure and accepted.

**Email:**
████████████████

**Consular Notification:**
██████████████ was advised of his right to speak to a Consular Official from his country.
does not want to notify the BRAZIL Consulate.

**Gang Affiliation:**
██████████████ claims no gang affiliation and his criminal and immigration history do not reflect any known gang affiliation.

**Military Service:**
██████████████ has not served in the United States military.

**Property/ Funds:**
██████████████ had property noted on Form DHS FORM 589 # ████████

**Travel Documents:**
██████████████ has a Brazilian passport, however it was not in his possession when he was detained. ████████████ will have his passport delivered to ERO to assist in his Voluntary Departure.

**DNA:**
ERO Washington collected DNA; DNA collected with collection device # ████████

**Disposition:**
██████████████ was processed as a Voluntary Departure. Forms Executed: I-200, I-210, FD-249, and 4-Shot Mug.