EARM

Logged In: ▮

Person ID: ▮  Sex: **M**  DOB: ▮  Current Age: **30**  COB: **VENEZ**  COC: **VENEZ**

Subject ID : **400863311**  Processing Disposition: **Other**  ICE Non-Detained  Portal Verified Account: **No**  RCA Look-Up

Case # : **25285073**  Case Category: **[8B]**  Docket: WAS - Det.-FDC 84-99 Burns

Final Order of Removal: **No**

Final Order Date: **N/A**

Proceed With Removal: **N/A**

Days Final Order in Effect: **N/A**

Time in Custody: **29 days**

Depart / Cleared Status: **ACTIVE**

Special Class:

### Current / Active Alerts

| Officer Safety Alert | |
|---|---|
| Aggravated Felon | In Custody |
| | Criminal |
| Gangs | |

## Encounter Details

**3 Encounter(s) linked to Person ID:** ▮

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 3 | 400863311 | ▮ | | | VENEZ | No Priority | ▮ | 12/02/2025 | 25285073 | 8B | Unlink |
| ○ | 2 | 395176066 | | | | VENEZ | No Priority | | 07/23/2024 | 25285073 | 8B | Unlink |
| ○ | 1 | 381377514 | | | | VENEZ | No Priority | | 11/17/2022 | 25285073 | 8B | Unlink |

## Encounter Details

All information below may only be edited in ▮

### Event / Incident Information

Event Number: **WAS2612000109**

Event Occurred On: **12/02/2025**

Event Type: **Fugitive Operations (Event)**

Program: **FUG - Fugitive Operations**

Operation: **DCS: The District**

Site: **WAS**

Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Primary Agen ▮

Assigned On: **12/02/2025**

Event Supervisor: ▮

Assigned On: **12/02/2025**

### Subject Information

FINS: ▮

DNA Collection Device Number: ▮

A-Number: ▮

Control Name: ▮

First Name: ▮

Middle Name ▮

Maiden: **N/A**

Nickname: **N/A**

Living?: **Y**

Sex: **M**

Marital Status: **Single**

Historical Priority: **No Priority**

Criminal Type: **N/A**

Agg Felon: **No Aggravated Felony Convictions**

Primary Citizenship: **VENEZUELA**

Stateless Type: **N/A**

Hair: **BLK**

Eyes: **BRO**

Complexion: **MBR**

Race: **W**

Origin: **H**

Date of Birth: ▮

Role: **P**

Role Comment: **N/A**

Processing Disposition: **Other**

INS Status: **Inadmissible Alien**

POE: **PASO DEL NORTE, TX, BRIDGE**

Entry Date: **11/22/2022**

Entry Class: **Not Applicable**

Apprehension Date: **2025-12-03 11:18:46.0**

Warrant served by Warrant Service Officer (WSO)? **N/A**

Arrest Method: **Non-Custodial Arrest**

| | | |
|---|---|---|
| SSN: **N/A** | Age: **30** | Site: **WAS** |
| Juvenile Verified: **N/A** | Age at Encounter: **30** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** |
| Occupation: **N/A** | Height: **66** | |
| TSC Log #: **N/A** | Weight: **165** | Arrest At/Near: **Washington DC** |
| NUIN #: **N/A** | Speak/Understand English: **N** | Juvenile Status: **N/A** |
| SEN #: **N/A** | Read/Write English: **N** | CBP Family Unit ID: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | | Consequence Delivery System Selection: **N/A** |
| | Related Minor(s): **N/A** | ICE Family ID: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 12/03/2025 12:20 PM

The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries.

██████████████████████████████████████ ██████████████████████████████████████h
████/Active Warrant
Arrest location: 1240 W Street, NE Washington, DC, 20002

ENCOUNTER:
On November 2, 2025, the subje ████████████████████████████████████████ , was encountered on foot near 1240 W Street, NE Washington, DC, 20002 by Homeland Security Investigations. During the encounter it was determined through record checks and statements from ████████████████T that he was illegally present in the United States without proper or valid document ██████ ████████████T was placed under arrest and taken into custody by Immigration Customs Enforcement and was transported to the ERO Washington, DC Field Office located at 14797 Murdock St, Chantilly, VA 20151, for further processing.

At the time of arrest, the ██████████████████████ was likely to escape before a warrant could be obtained because of the following factors:

████████████████T was Arrested at large, (not at their residence or place of business)
████████████████T was encountered by Immigration Officer while in vehicle.
As soon as it was practical and safe to do so, the arresting officer identified themselves as an immigration officer who is authorized to execute an arrest and stated that the ██████████████T was under arrest and the reason for the arrest ██████████████T was served I-200 Warrant of arrest at the Chantilly Sub-Office.

ALIENAGE AND REMOVABILITY

████████████████T is a citizen of Venezuela██████last entered the United States at an unknown location on an unknown date.

█████is amenable to removal under section 212(a)(6)(A)(i) of the Immigration and Nationality Act.

█████does not have any pending applications.

FAMILY HISTORY:

█████claims his father is a citizen and national of Venezuela

█████claims his mother is a citizen and national of Venezuela

CRIMINAL HISTORY:

███ was convicted on July 17,2024 of Aggravated Assault - Non-Family-Weapon. ███ was serving a three-year and six-month sentence at Stateville Correctional Center in Chicago, IL.

HEALTH AND HUMANITARIAN:

███ denies any significant medical conditions.

███ does not have any children and is not married.

PHONE CALL/CONSULAR NOTIFICATION:

███ was offered the chance to make a three-minute phone call.

███ is a citizen of VENEZUELA and was advised of his right to speak with a Consular Officer.

INTEL:

███ does claim affiliation of criminal street gangs or security threat groups. ███ is active ███████████████

███████████████ has tattoos or scars.

███ denies service in any branch of the U.S. military. ███ denies service in any branch of the Venezuela military.

DISPOSITION:

███ was processed as a notice to appear. ███ will be held in custody pending a hearing before an immigration judge.