

EARM

Logged In:

Person ID: ▮ Sex: **M** DOB: ▮ Current Age: **28** COB: **MEXIC** COC: **MEXIC**

Subject ID : **400868633** Processing Disposition: **Warrant of Arrest/Notice to Appear** ICE Non-Detained Portal Verified Account: **No** RCA Lo

Case # : 25285012  Case Category: **[8B]** Docket: WAS - Det.-Caroline 25-49 Bevard

Final Order of Removal: **No**

Final Order Date: **N/A**

Proceed With Removal: **N/A**

Days Final Order in Effect: **N/A**

Time in Custody: **29 days**

Depart / Cleared Status: **ACTIVE**

Special Class:

**Current / Active Alerts**

In Custody

## Encounter Details

### 1 Encounter(s) linked to Person ID: ▮

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 1 | 400868633 | | | | MEXIC | No Priority | | 2/03/2025 | 25285012 | 8B | Unlink |

## Encounter Details

All information below may only be edited in ▮

### Event / Incident Information

Event Number: **WAS2612000157**

Event Occurred On: **12/03/2025**

Event Type: **Fugitive Operations (Event)**

Program: **FUG - Fugitive Operations**

Operation: **DCS: The District**

Site: **N/A**

Landmark: **N/A**

Primary Agen ▮

Assigned On: **12/03/2025**

Event Superviso ▮

Assigned On: **12/03/2025**

### Subject Information

FINS: ▮

DNA Collection Device Number: ▮

A-Number: ▮

Control Name: ▮

First Name: ▮

Middle Name: ▮

Maiden: **N/A**

Nickname: **N/A**

Living?: **Y**

Sex: **M**

Marital Status: **Single**

SSN: **N/A**

Juvenile Verified: **N/A**

Occupation: **N/A**

TSC Log #: **N/A**

NUIN #: **N/A**

SEN #: **N/A**

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Historical Priority: **No Priority**

Criminal Type: **N/A**

Agg Felon: **No Aggravated Felony Convictions**

Primary Citizenship: **MEXICO**

Stateless Type: **N/A**

Hair: **BLK**

Eyes: **BRO**

Complexion: **MBR**

Race: **W**

Origin: **H**

Date of Birth ▮

Age: **28**

Age at Encounter: **27**

Height: **66**

Weight: **170**

Speak/Understand English: **N**

Read/Write English: **N**

Primary Language: **SPANISH**

Family Members: **N/A**

Role: **P**

Role Comment: **N/A**

Processing Disposition: **Warrant of Arrest/Notice to Appear**

INS Status: **Inadmissible Alien**

POE: **N/A**

Entry Date: **N/A**

Entry Class: **Not Applicable**

Apprehension Date: **2025-12-03 12:27:25.0**

Warrant served by Warrant Service Officer (WSO)? **N/A**

Arrest Method: **Non-Custodial Arrest**

Site: **WAS**

Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Arrest At/Near: **Washington, DC**

Juvenile Status: **N/A**

CBP Family Unit ID: **N/A**

CBP Separation Reason: **N/A**

Relationship to U.S. Veteran(s): **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 12/03/2025 12:27 PM

*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

INITIAL ENCOUNTER:
On December 3, 2025, at approximately 0700 hours, Team 11/12 conducted surveillance near 2501 Second St NE, Washington, DC. At 0710 hours, ERO officers observed a White Kia with racing stripes, bearing DC license plat ████████ registered t ██████████████ ██████████████████), a Mexican national who entered the U.S. illegally and had various VR ████████ was identified as the driver during a consensual encounter while the vehicle was parked on a side street. Two additional occupants were identifie ██████████████ ████████████████████████), a Mexican national who admitted to entering the U.S. illegally in 2006, an ████████████████████ ████████████████████████████, a Mexican national who admitted to entering the U.S. illegally in 2025. All individuals were confirmed to be unlawfully present in the United States. ERO officers took all subjects into custody. ██████████████████████████████████████████ a Mexican national who entered the United States illegally at an unknown place and time. ██████████████████████████████████████ a Mexican national who entered the United States illegally at an unknown place and time. ██████████████████████████████████ a Mexican national who entered the United States illegally at an unknown place and time. The officers transported the subjects to the ERO Washington Field Office in Chantilly, VA, for processing. At the time of arrest, ██████████████████████ was likely to escape before a warrant could be obtained because of the following factors: ██████████████████████ was Arrested at large, (not at their residence or place of business) ██████████████████████ is an alien who entered the United States after evading inspection. ██████████████████████ s home address was unverified. ██████████████████████ s employment status was unverified. ██████████████████████ s familial ties in the United States are unknown. ██████████████████████ never applied for lawful status in the United States. As soon as it was practical and safe to do so, the arresting officer identified themselves as an immigration officer who is authorized to execute an arrest and stated that the subject was under arrest and the reason for the arres ██████████████████████ was served I-200 Warrant of Arrest at the Chantilly Sub-Office.

ALIENAGE AND REMOVABILITY
██████████████████████ is a citizen of MEXICO████████████████████████ last entered the United States as a NON-IMMIGRNT without proper documentation to enter the US at an unknown place and known time. ██████████████████████ is amenable to removal under section 212(a)(6)(A)(i) / 212(a)(7)(A)(i)(I) and 8 USC 1182-C of the Immigration and Nationality Act.

IMMIGRATION HISTORY:
██████████████████████ is not a citizen of the United State ████████████████████████ is a citizen and national of MEXICO. ██████████████████████ entered the United States at an unknown place and known time. without inspection as an EWI. ██████████████████████ has no pending applications with USCIS

FAMILY HISTORY:
██████████████████████ claims his father is a citizen and national of MEXICO.

██████████████████████ claims his mother is a citizen and national of MEXICO.

CRIMINAL HISTORY:
██████████████████████ has no criminal history.

HEALTH AND HUMANITARIAN

███████████ claims to have good health.

███████████ claims to have no children.

PHONE CALL/CONSULAR NOTIFICATION:
███████████ was offered the chance to make a three-minute phone call.

███████████ is a citizen of MEXICO and was advised of his right to speak with a Consular Officer.

INTEL:
███████████ DOES NOT claim affiliation of criminal street gangs.
DOES have tattoos.
denies service in any branch of the U.S. military.
denies service in any branch of the MEXICO military.

PROPERTY
███████████ had no property

DNA Collection: DNA was collected ███████

DISPOSITION:
███████████ was processed as a Notice to Appear (NTA). ███████████ is being charged with 212(a)(6)(A)(i) (ALIEN PRESENT WITHOUT ADMISSION OR PAROLE) - (PWAs), 212(a)(7)(A)(i)(I) IMMIGRANT WITHOUT AN IMMIGRANT VISA and 8 USC 1182-C- ALIEN INADMISSIBILITY UNDER SECTION 212 of the Immigration and Nationality Act. ███████████ will be held in custody pending a hearing before an immigration judge.