EARM

Logged In: ▮

Person ID: ▮ Sex: **M** DOB: ▮ Current Age: **27** COB: **VENEZ** COC: **VENEZ**

Subject ID : **401175453** Processing Disposition: **Other** ICE Non-Detained Portal Verified Account: **No** RCA Look-Up

Case # : **22331087** Case Category: **[8B]** Docket: **WAS - Det.-FDC 17-33 Short**

Final Order of Removal: **No**          Time in Custody: **19 days**          Special Class:
Final Order Date: **N/A**               Depart / Cleared Status: **ACTIVE**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

### Current / Active Alerts

| In Custody |
| --- |

## Encounter Details

**2 Encounter(s) linked to Person ID:** ▮

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ◉ | 2 | 401175453 | | | | VENEZ | No Priority | | 01/06/2026 | 22331087 | 8B | Unlink |
| ○ | 1 | 388390433 | | | | VENEZ | No Priority | | 10/04/2023 | 22331087 | 8B | Unlink |

## Encounter Details

All information below may only be edited in ▮

### Event / Incident Information

Event Number: **WAS2601000322**          Operation: **DCS: The District**          Primary Agen▮
Event Occurred On: **01/06/2026**          Site: **WAS**                            Assigned On: **01/07/2026**
Event Type: **Fugitive Operations (Event)**  Landmark: **WASGEN - WAS GENERAL AREA, NON-**  Event Superviso▮
Program: **FUG - Fugitive Operations**       **SPECIFIC**                            Assigned On: **01/06/2026**

### Subject Information

FINS: ▮                                  Historical Priority: **No Priority**         Role: **P**
DNA Collection Device Number: **N/A**     Criminal Type: **N/A**                      Role Comment: **N/A**
A-Number: ▮                              Agg Felon: **No Aggravated Felony Convictions**  Processing Disposition: **Other**
Control Name: ▮                          Primary Citizenship: **VENEZUELA**           INS Status: **Inadmissible Alien**
First Name: ▮                            Stateless Type: **N/A**                     POE: **EAGLE PASS INTL BRIDGE**
Middle Name: ▮                           Hair: **BLK**                               Entry Date: **10/04/2023**
Maiden: **N/A**                          Eyes: **BLK**                               Entry Class: **Not Applicable**
Nickname: **N/A**                        Complexion: **LBR**                         Apprehension Date: **2026-01-06 14:41:00.0**
Living?: **Y**                           Race: **W**                                 Warrant served by Warrant Service Officer (WSO)?
Sex: **M**                               Origin: **H**                               **N/A**
Marital Status: **Single**               Date of Birth: ▮                            Arrest Method: **Non-Custodial Arrest**
SSN: **N/A**                             Age: **27**                                 Site: **WAS**
Juvenile Verified: **N/A**               Age at Encounter: **27**                    Landmark: **WASGEN - WAS GENERAL AREA, NON-**
Occupation: **N/A**                      Height: **69**                              **SPECIFIC**
TSC Log #: **N/A**                       Weight: **220**                             Arrest At/Near: **Washington, DC**
NUIN #: **N/A**                          Speak/Understand English: **N**             Juvenile Status: **N/A**
SEN #: **N/A**                           Read/Write English: **N**                   CBP Family Unit ID: **N/A**

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Relationship to U.S. Veteran(s): **N/A**

Primary Language: **SPANISH**

Family Members: **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

CBP Separation Reason: **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 01/06/2026 06:21 PM

        *The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

ENCOUNTER:
On January 06, 2026, WAS FUG Field Team 7, 8 and 9 assigned to The District Operation and Make DC Safe and Beautiful in Washington, DC, along with ATF and DSS Agents, assisted the U.S. Park Police north west of Washington, D.C. At approximately 1410 hours, the U.S. Park Police conducted a vehicle stop at Third St NE Washington DC 20011 of a moped bearing license plate number: ▮▮▮▮▮▮▮ Upon making contact, the U.S. Park Police requested identification, and the subject was identified a ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ . Upon completion of the initial vehicle stop and identification procedures by the U.S. Park Police, FOT Officers made contact with ▮▮▮▮▮▮▮▮▮▮ who was the DRIVER and identified themselves as Immigration Officers. FOT Officers conducted routine immigration checks and a field interview in accordance with standard operating procedures to establish alienage and removability. It was determined tha ▮▮▮▮▮▮▮▮ entered the U.S. without inspection, admission or paroled. Based on these findings, FOT Officers, explained that he will be taken into custody and transported to the WAS Field Office where he will be processed. Body Worn Camara footage may exist for this event.

At the time of arrest ▮▮▮▮▮▮▮▮▮ was likely to escape before a warrant could be obtained because of the following factors:
▮▮▮▮▮▮▮ was arrested at large (not at their residence or place of business)
▮▮▮▮▮▮▮ is an alien who entered the United States after evading inspection
▮▮▮▮▮▮▮ is an illegal alien who failed to register or update address with ICE
▮▮▮▮▮▮▮ attempted to flee from immigration officers.
▮▮▮▮▮▮▮ never applied for lawful status in the United States

IMMIGRATION HISTORY:
10/04/2023 - Entered US southeast of Eagle Pass, TX - EWI - Apprehended by Border Patrol and transported to Del Rio Station for further processing.
10/07/2023 - Subject issued NTA, then released on OREC due to lack of bed space.

CRIMINAL HISTORY:
Records Checks did not reveal a criminal history beyond immigration violations.
FIN ▮▮▮▮▮▮▮▮ FBI ▮▮▮▮▮▮▮▮

PENDING APPLICATIONS:
▮▮▮▮▮▮▮▮ does not have any pending applications with USCIS.

HEALTH:
▮▮▮▮▮▮▮▮ claimed good health and denied taking any prescribed medication.
▮▮▮▮▮▮▮▮ has one child residing with it's mother in the United States.
▮▮▮▮▮▮▮▮ is not married.

CONSULAR NOTIFICATION:
▮▮▮▮▮▮▮▮ was advised of his right to contact the Consulate of VENEZUELA ▮▮▮▮▮▮▮▮ declined to have the Consulate of VENEZUELA be notified of his detainment. VENEZUELA was not a mandatory consular notification country.

DISPOSITION: ▓▓▓▓▓▓▓ was processed as T-Other. ICE-ERO WAS executed Forms: I-200, I-830E, FD- 249, I-213, and I-217.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release EARM 7.99.1