EARM

Logged In: ███

Person ID: ███ Sex: **M** DOB: ███ Current Age: **34** COB: **NICAR** COC: **NICAR**

Subject ID : **401034813** Processing Disposition: **Expedited Removal (I-860)** ICE Non-Detained Portal Verified Account: **No** RCA Look-Up

Case # : 25312469 Case Category: **[8G]** Docket: WAS - Det.-FDC 34-50 Filisetti

Final Order of Removal: **No**  
Final Order Date: **N/A**  
Proceed With Removal: **N/A**  
Days Final Order in Effect: **N/A**

Time in Custody: **12 days**  
Depart / Cleared Status: **ACTIVE**

Special Class:

### Current / Active Alerts

In Custody

## Valle Gutierrez, Harvey ███

## Encounter Details

### 3 Encounter(s) linked to Person ID: ███

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 3 | 401034813 | ███ | VALLE-GUTIERREZ | HARVEY | NICAR | No Priority | ███ | 12/19/2025 | 25312469 | 8G | Unlink |
| ○ | 2 | 400951575 | ███ | VALLE-GUTIERREZ | HARVEY | NICAR | No Priority | ███ | 12/11/2025 | | | Unlink |
| ○ | 1 | 394887434 | ███ | VALLE GUTIERREZ | HARVEY | NICAR | No Priority | ███ | 07/05/2024 | | | Unlink |

## Encounter Details

All information below may only be edited in ███

### Event / Incident Information

Event Number: **WAS2612000964**  
Event Occurred On: **12/19/2025**  
Event Type: **Fugitive Operations (Event)**  
Program: **FUG - Fugitive Operations**

Operation: **DCS: The District**  
Site: **N/A**  
Landmark: **N/A**

Primary Agent ███  
Assigned On: **12/20/2025**  
Event Supervisor ███  
Assigned On: **12/20/2025**

### Subject Information

FINS: ███  
DNA Collection Device Number: ███  
A-Number: ███  
Control Name: **VALLE-GUTIERREZ**  
First Name: **HARVEY**  
Middle Name: **N/A**  
Maiden: **N/A**  
Nickname: **N/A**  
Living?: **Y**  
Sex: **M**  
Marital Status: **Unknown**  
SSN: ███  
Juvenile Verified: **N/A**  
Occupation: **N/A**  
TSC Log #: **N/A**  
NUIN #: **N/A**

Historical Priority: **No Priority**  
Criminal Type: **N/A**  
Agg Felon: **No Aggravated Felony Convictions**  
Primary Citizenship: **NICARAGUA**  
Stateless Type: **N/A**  
Hair: **BLK**  
Eyes: **BRO**  
Complexion: **LBR**  
Race: **W**  
Origin: **H**  
Date of Birth: ███  
Age: **34**  
Age at Encounter: **34**  
Height: **65**  
Weight: **174**  
Speak/Understand English: **N**

Role: **P**  
Role Comment: **N/A**  
Processing Disposition: **Expedited Removal (I-860)**  
INS Status: **Inadmissible Alien**  
POE: **HOUSTON, TX**  
Entry Date: **07/05/2024**  
Entry Class: **Not Applicable**  
Apprehension Date: **2025-12-19 08:20:00.0**  
Warrant served by Warrant Service Officer (WSO)? **N/A**  
Arrest Method: **Custodial Arrest**  
Site: **WAS**  
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**  
Arrest At/Near: **WASHINGTON, DC**  
Juvenile Status: **N/A**

| | | |
|---|---|---|
| SEN #: **N/A** | Read/Write English: **N** | CBP Family Unit ID: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 12/20/2025 03:06 PM

\*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. \*

ENCOUNTER:
On December 19, 2025, the Field Team 7 assigned to The District Operation and Make DC Safe and Beautiful at Washington DC along with ATF, and DSS Agents assisted U.S. Park Police at the Baltimore Washington Memorial Parkway. U.S. Park Police conducted a vehicle stop and encountered Harvey VALLE GUTIERREZ and ▮▮▮▮▮▮▮▮ FOT Officer conducted a field interview to established alienage and removability VALLE GUTIERREZ, and it was determined that VALLE GUTIERREZ entered the U.S. with a Nicaraguan humanitarian Parole which has expired. VALLE GUTIERREZ was taken into custody and transported to the WAS Field Office for processing.

VALLE GUTIERREZ was served I-200 Warrant of arrest at the Chantilly Sub-Office.

ARRESTING OFFICERS
Team ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Team 9▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

IMMIGRATION HISTORY:
On or about July 5, 2024, VALLE GUTIERREZ was paroled into the United States at George Bush Intercontinental Airport, Houston, TX pursuant to INA 212(d)(5).

On December 11, 2025, ERO Fort Smith received a call from the Arkansas State Highway Patrol indicating that they were on a traffic stop with two foreign-born VALLE GUTIERREZs. ERO Fort Smith Officers determined that the VALLE GUTIERREZ, identified as Harvey VALLE-Gutierrez, is lawfully present in the US. No further action was taken.

On December 19, 2025, at 1605 hours, VALLE GUTIERREZ's parole was terminated by ▮▮▮▮▮▮▮▮▮▮▮▮, the Washington Field Office Deputy Field Office Director pursuant to 8 CFR 212.5(e)(2)(i).

ALIENAGE
VALLE GUTIERREZ is not a citizen or national of the United States. VALLE GUTIERREZ stated that he is a native and citizen of Nicaragua and made no claim to U.S. citizenship or lawful permanent resident status. Record queries confirmed that Valle Gutierrez is a male citizen and national of Nicaragua, with no known derivative citizenship claims.

CRIMINAL HISTORY:
A review of available records revealed no criminal history or convictions.

PENDING APPLICATIONS
System checks revealed that VALLE GUTIERREZ has a pending Form I-589, Application for Asylum, with U.S. Citizenship and Immigration Services.

▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

HEALTH
VALLE GUTIERREZ claimed to be in good health.

DNA: DNA was collected (DNA kit █████████)

DISPOSITION
VALLE GUTIERREZ placed into expedited removal proceedings under INA 235(b)(1 ████████████