EARM

Logged In: ███████████

Person ID: ███  Sex: **M**  DOB: ███  Current Age: **37**  COB: **ELSAL**  COC: **ELSAL**

Subject ID : **400871614**  Processing Disposition: **Warrant of Arrest/Notice to Appear**  ICE Non-Detained Portal Verified Account: **No**  RCA Log

Case # : **25285755**  Case Category: **[8B]**  Docket: **WAS - Det.-Caroline 25-49 Bevard**

Final Order of Removal: **No**
Final Order Date: **N/A**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

Time in Custody: **28 days**
Depart / Cleared Status: **ACTIVE**

Special Class:

### Current / Active Alerts

| In Custody |
| --- |
| Parental Interest |



## Encounter Details

### 1 Encounter(s) linked to Person ID: ███

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ⦿ | 1 | 400871614 | ███ | | | ELSAL | No Priority | ███ | 12/03/2025 | 25285755 | 8B | Unlink |

## Encounter Details

All information below may only be edited in ███

### Event / Incident Information

Event Number: **WAS2612000175**
Event Occurred On: **12/03/2025**
Event Type: **Fugitive Operations (Event)**
Program: **FUG - Fugitive Operations**

Operation: **DCS: The District**
Site: **WAS**
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Primary Agen ███
Assigned On: **12/03/2025**
Event Superviso ███
Assigned On: **12/03/2025**

### Subject Information

FINS: ███
DNA Collection Device Number: ███
A-Number: ███
Control Name: ███
First Name: ███
Middle Name: ███
Maiden: **N/A**
Nickname: **N/A**
Living?: **Y**
Sex: **M**
Marital Status: **Single**
SSN: **N/A**
Juvenile Verified: **N/A**
Occupation: **N/A**
TSC Log #: **N/A**
NUIN #: **N/A**
SEN #: **N/A**

Historical Priority: **No Priority**
Criminal Type: **N/A**
Agg Felon: **No Aggravated Felony Convictions**
Primary Citizenship: **EL SALVADOR**
Stateless Type: **N/A**
Hair: **BLK**
Eyes: **BRO**
Complexion: **MBR**
Race: **W**
Origin: **H**
Date of Birth: ███
Age: **37**
Age at Encounter: **37**
Height: **66**
Weight: **175**
Speak/Understand English: **N**
Read/Write English: **N**

Role: **P**
Role Comment: **N/A**
Processing Disposition: **Warrant of Arrest/Notice to Appear**
INS Status: **Inadmissible Alien**
POE: **EAGLE PASS INTL BRIDGE**
Entry Date: **12/03/2025**
Entry Class: **Not Applicable**
Apprehension Date: **2025-12-03 16:35:49.0**
Warrant served by Warrant Service Officer (WSO)? **N/A**
Arrest Method: **Non-Custodial Arrest**
Site: **WAS**
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**
Arrest At/Near: **Washington, DC**
Juvenile Status: **N/A**
CBP Family Unit ID: **N/A**

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Relationship to U.S. Veteran(s): **N/A**

Primary Language: **SPANISH**

Family Members: **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **Yes**

Related Minor(s) ▆▆▆▆▆▆▆▆▆▆

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

CBP Separation Reason: **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 12/03/2025 04:56 PM

The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries.

On December 3, 2025, the Field Team 8 and 9 assigned to The District Operation and Make DC Safe and Beautiful Task Force in Washington DC along with ATF, and DSS Agents assisted U.S. Park Police on the George Washington Memorial Parkway. U.S. Park Police conducted a vehicle stop and encountered ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ . FOT Officers conducted a field interview to established alienage and removability, and it was determined that he did not have permission to be present in the United States at the time of encounter ▆▆▆▆▆▆ was taken into custody and transported to the WAS Field Office for processing.

At the time of arrest, the ▆▆▆▆▆▆ was likely to escape before a warrant could be obtained because of the following factors:
▆▆▆▆▆ was Arrested at large, (not at their residence or place of business)
▆▆▆▆▆ was encountered by Immigration Officer while in vehicle.
As soon as it was practical and safe to do so, the arresting officer identified themselves as an immigration officer who is authorized to execute an arrest and stated that the ▆▆▆▆▆ was under arrest and the reason for the arrest ▆▆▆▆▆ was served I-200 Warrant of arrest at the Chantilly Sub-Office.

IMMIGRATION HISTORY:
▆▆▆▆▆ is not a citizen of the United States ▆▆▆▆▆ is amenable to removal under section 212(a)(6)(A)(i) of the Immigration and Nationality Act. is a citizen and national of El Salvador.
▆▆▆▆▆ last entered the United States on an unknown date at an unknown location.
▆▆▆▆▆ does not have any pending applications.

FAMILY HISTORY:
▆▆▆▆▆ claimed he is married and have two kids

CRIMINAL HISTORY:
Subject has no Criminal history.

HEALTH AND HUMANITARIAN:
▆▆▆▆▆ has no medical conditions.
PHONE CALL/CONSULAR NOTIFICATION:
▆▆▆▆▆ was offered the chance to make a three-minute phone call.
▆▆▆▆▆ is a citizen of EL SALVADOR and was advised of his right to speak with a Consular Officer.

INTEL:
▆▆▆▆▆ does not claim affiliation of criminal street gangs or security threat groups ▆▆▆▆▆ does not have tattoos or scars.
▆▆▆▆▆ denies service in any branch of the U.S. military.
▆▆▆▆▆ denies service in any branch of the El Salvadorian military.

DISPOSITION:
▆▆▆▆▆ is amenable to removal under section 212(a)(6)(A)(i) of the Immigration and Nationality Act.
▆▆▆▆▆ was processed as a notice to appear ▆▆▆▆▆ will be held in custody pending a hearing before an immigration judge.