

EARM

Logged In: ███████

| | |
|---|---|
| Person ID: ███ Sex: **M** DOB: ███ | Current Age: **54** COB: **GUATE** COC: **GUATE** |

Subject ID : **401021948** Processing Disposition: **Voluntary Departure** ICE Non-Detained Portal Verified Account: **No** RCA Look-Up

Case # : **25311025** Case Category: **[1A]** Docket: **WAS - Closed Docket**

| | | |
|---|---|---|
| Final Order of Removal: **No** | Time in Custody: **N/A** | Special Class: |
| Final Order Date: **N/A** | Depart / Cleared Status: **3-Voluntary Depart** | |
| Proceed With Removal: **N/A** | | |
| Days Final Order in Effect: **N/A** | | |

**Current / Active Alerts**

Detention History

## Encounter Details

**1 Encounter(s) linked to Person ID:** ███

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊙ | 1 | 401021948 | ███ | | | GUATE | No Priority | ███ | 12/18/2025 | 25311025 | 1A | Unlink |

## Encounter Details

All information below may only be edited in ███

### Event / Incident Information

| | | |
|---|---|---|
| Event Number: **WAS2612000918** | Operation: **DCS: The District** | Primary Agen ███ |
| Event Occurred On: **12/18/2025** | Site: **WAS** | Assigned On: **12/18/2025** |
| Event Type: **Fugitive Operations (Event)** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** | Event Supervisor ███ |
| Program: **FUG - Fugitive Operations** | | Assigned On: **12/19/2025** |

### Subject Information

| | | |
|---|---|---|
| FINS: ███ | Historical Priority: **No Priority** | Role: **P** |
| DNA Collection Device Number: ███ | Criminal Type: **N/A** | Role Comment: **N/A** |
| A-Number: ███ | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **Voluntary Departure** |
| Control Name: ███ | Primary Citizenship: **GUATEMALA** | INS Status: **Inadmissible Alien** |
| First Name: ███ | Stateless Type: **N/A** | POE: **UNKNOWN** |
| Middle Name: **N/A** | Hair: **BLK** | Entry Date: **N/A** |
| Maiden: **N/A** | Eyes: **BRO** | Entry Class: **Not Applicable** |
| Nickname: **N/A** | Complexion: **MBR** | Apprehension Date: **2025-12-18 07:39:00.0** |
| Living?: **Y** | Race: **W** | Warrant served by Warrant Service Officer (WSO)? **N/A** |
| Sex: **M** | Origin: **H** | |
| Marital Status: **Single** | Date of Birth: ███ | Arrest Method: **Non-Custodial Arrest** |
| SSN: **N/A** | Age: **54** | Site: **WAS** |
| Juvenile Verified: **N/A** | Age at Encounter: **54** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** |
| Occupation: **N/A** | Height: **64** | |
| TSC Log #: **N/A** | Weight: **162** | Arrest At/Near: **Washington, DC** |
| NUIN #: **N/A** | Speak/Understand English: **N** | Juvenile Status: **N/A** |
| SEN #: **N/A** | Read/Write English: **N** | CBP Family Unit ID: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |

| | | |
|---|---|---|
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 12/19/2025 01:07 PM

The officer preparing this document was not involved in the arrest and was assigned to process the arrest; all information contained herein was reported by the arresting officer(s) and record checks.

Encounter:
On December 18, 2025, at 0730hours, Team 11/12 was conducting surveillance near 2670 Military Rd NW, Washington DC 20015. At approximately 0739 hours, ERO officers observed a white Toyota Tacoma with Maryland license plate ▇▇▇▇▇▇ picking up individuals in an area known as a pick-up spot for day workers. ERO officers travelled behind the vehicle and ran a query of multiple database systems. The vehicle was registered to ▇▇▇▇▇▇▇▇, database checks revealed tha ▇▇▇▇▇▇▇▇▇ lived in the same address as severa ▇▇▇▇▇▇▇▇ who live in the US illegally ▇▇▇▇▇▇▇▇▇▇ name also matched the name of a Guatemalan national who had been previously removed from the US. Further checks revealed tha ▇▇▇▇▇▇▇▇▇ had no SSN or legal status in the US.
ERO officers activated their emergency lights and initiated a vehicle stop. ERO officers approached the vehicle and identified themselves as officers with ICE/ERO. ERO officers questioned the driver and the passengers as to their immigration status. Al ▇▇▇▇ ▇▇▇▇▇s freely admitted to entering the US without inspection by an immigration officer and confirmed their identity by providing IDs. All ▇▇▇▇▇▇▇▇s were arrested.
▇▇▇▇▇▇▇▇▇▇ A#TBD DOB▇▇▇▇▇▇▇▇ - Guatemalan national who entered the US without inspection by an immigration officer.
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇0- Guatemalan national who entered the US without inspection by an immigration officer. NTA but no court date.
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ - Guatemalan national who entered the US without inspection by an immigration officer. Reinstated order 12/13/2017
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ - Guatemalan national who entered the US without inspection by an immigration officer. Final Order 5/29/2002
At the time of arrest, th ▇▇▇▇▇▇▇▇▇▇ was likely to escape before a warrant could be obtained because of the following factors:
▇▇▇▇▇▇▇▇▇▇ was Arrested at large, (not at their residence or place of business)
▇▇▇▇▇▇▇▇▇▇ is an alien who entered the United States after evading inspection.
▇▇▇▇▇▇▇▇▇▇ is an illegal alien who failed to register or update address with ICE.
▇▇▇▇▇▇▇▇▇▇ 's home address was unverified.
▇▇▇▇▇▇▇▇▇▇ s employment status was unverified.
▇▇▇▇▇▇▇▇▇▇ s familial ties in the United States are unknown.
▇▇▇▇▇▇▇▇▇▇ never applied for lawful status in the United States.
▇▇▇▇▇▇▇ practical and safe to do so, the arresting officer identified themselves as an immigration officer who is authorized to execute an arrest and stated tha ▇▇▇▇▇▇▇▇▇▇ was under arrest and the reason for the arrest ▇▇▇▇▇▇▇▇▇▇ was served I-200 Warrant of arrest at the Chantilly Sub-Office.

ALIENAGE AND REMOVABILITY
▇▇▇▇▇▇▇▇▇▇ is a citizen of GUATEMALA ▇▇▇▇▇▇▇▇▇▇ s parents are both citizens of GUATEMALA and has no claim to United States Citizenship.
▇▇▇▇▇▇▇▇▇▇ is removable via 212(a)(6)(A)(i) (ALIEN PRESENT WITHOUT ADMISSION OR PAROLE) - (PWAs), 212(a)(7)(A)(i)(I) IMMIGRANT WITHOUT AN IMMIGRANT VISA and 8 USC 1182-C- ALIEN INADMISSIBILITY UNDER SECTION 212 of the Immigration and Nationality Act.

IMMIGRATION HISTORY:
▇▇▇▇▇▇▇▇▇▇ is not a citizen of the United States ▇▇▇▇▇▇▇▇▇▇ is a citizen and national of GUATEMALA ▇▇▇▇▇▇▇ ast entered the United States unlawfully at an unknown place, unknown date and unknown time.

Criminal History:
▇▇▇▇▇▇▇▇▇▇ has no criminal history.

Pending Applications/ Litigations:

USCIS checks indicated that ████████████ has no pending applications.


Humanitarian/Health:
████████████ stated he has no health problems.
stated that he has no children.
stated he is not married.

Voluntary Departure:
████████████████ was offered a Voluntary Departure and accepted.

Email:
No email was provided.
Consular Notification:
████████████ was advised of his right to speak to a Consular Official from his country.
does not want to notify the GUATEMALA Consulate.

Gang Affiliation:
████████████████ claims no gang affiliation and his criminal and immigration history do not reflect any known gang affiliation.

Military Service:
████████████████ has not served in the United States military.

Property/ Funds:
████████████████ had NO property noted on Form DHS FORM 589.

Travel Documents:
████████ was in possession of travel documents.
GUATEMALA Cedula # ████████████████
GUATEMALA Passport # ████████████

DNA:
ERO Washington collected DNA; DNA collected with collection device # ████████████

Disposition:
████████████████ was processed as a Voluntary Departure. Forms Executed: I-200, I-210, FD-249, and 4-Shot Mug.