

EARM

Logged In:

Person ID: ███ Sex: **M** DOB: ███ Current Age: **37** COB: **ELSAL** COC: **ELSAL**

Subject ID : **400900337** Processing Disposition: **Warrant of Arrest/Notice to Appear** ICE Non-Detained Portal Verified Account: **No** RCA Los

Case # : 25290216 Case Category: **[8B]** Docket: WAS - Det.-Caroline 50-74 Blake

Final Order of Removal: **No**
Final Order Date: **N/A**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

Time in Custody: **25 days**
Depart / Cleared Status: **ACTIVE**

Special Class:

### Current / Active Alerts

| In Custody | eFile G-28 |
|---|---|
| | Z-Hold |

## Argueta Argueta, Jose Roberto

## Encounter Details

### 1 Encounter(s) linked to Person ID:

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 1 | 400900337 | ███ | ARGUETA ARGUETA | JOSE ROBERTO | ELSAL | No Priority | ███ | 12/06/2025 | 25290216 | 8B | Unlink |

## Encounter Details

All information below may only be edited in ███

### Event / Incident Information

Event Number: **WAS2612000298**
Event Occurred On: **12/06/2025**
Event Type: **Fugitive Operations (Event)**
Program: **FUG - Fugitive Operations**

Operation: **DCS: The District**
Site: **WAS**
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Primary Agen ███
Assigned On: **12/06/2025**
Event Superviso ███
Assigned On: **12/06/2025**

### Subject Information

FINS ███
DNA Collection Device Number: ███
A-Number: ███
Control Name: **ARGUETA ARGUETA**
First Name: **JOSE ROBERTO**
Middle Name: **N/A**
Maiden: **N/A**
Nickname: **N/A**
Living?: **Y**
Sex: **M**
Marital Status: **Single**
SSN: **N/A**
Juvenile Verified: **N/A**
Occupation: **N/A**
TSC Log #: **N/A**
NUIN #: **N/A**
SEN #: **N/A**

Historical Priority: **No Priority**
Criminal Type: **N/A**
Agg Felon: **No Aggravated Felony Convictions**
Primary Citizenship: **EL SALVADOR**
Stateless Type: **N/A**
Hair: **BLK**
Eyes: **BRO**
Complexion: **LBR**
Race: **U**
Origin: **H**
Date of Birth: ███
Age: **37**
Age at Encounter: **37**
Height: **66**
Weight: **175**
Speak/Understand English: **N**
Read/Write English: **N**

Role: **P**
Role Comment: **N/A**
Processing Disposition: **Warrant of Arrest/Notice to Appear**
INS Status: **Inadmissible Alien**
POE: **HOUSTON, TX**
Entry Date: **05/22/2005**
Entry Class: **Not Applicable**
Apprehension Date: **2025-12-06 04:37:34.0**
Warrant served by Warrant Service Officer (WSO)? **N/A**
Arrest Method: **Non-Custodial Arrest**
Site: **WAS**
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**
Arrest At/Near: **Washington DC**
Juvenile Status: **N/A**
CBP Family Unit ID: **N/A**

| | | |
|---|---|---|
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 12/06/2025 04:50 AM

*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

INITIAL ENCOUNTER:
ARGUETA-ARGUETA, Jose Roberto
DOB██████████
COC: EL SALVADOR

Arrest location: 1805 Bladensburg NE, Washington DC, 20002

ENCOUNTER: On December 6, 2025, the subject, ARGUETA-ARGUETA, Jose Roberto wit ███████████ , was encountered by Homeland Security Investigations at the Metropolitan Police Department district. Immigration Customs Enforcement LEAR Team received a call from Homeland Security Investigations to pick up ARGUETA-ARGUETA located at 1805 Bladensburg NE, Washington DC, 20002. During the encounter it was determined through record checks and statements from ARGUETA-ARGUETA that he was illegally present in the United States without proper or valid documents. ARGUETA-ARGUETA was placed under arrest and taken into custody by Immigration Customs Enforcement and was transported to the ERO Washington, DC Field Office located at 14797 Murdock St, Chantilly, VA 20151, for further processing.
ALIENAGE AND REMOVABILITY
ARGUETA-ARGUETA is a citizen of EL SALVADOR.
ARGUETA-ARGUETA last entered the United States as a NON-IMMIGRNT without proper documentation to enter the US though Houston TX on 05-22-2005 at 05:00 am without inspection.

ARGUETA-ARGUETA is amenable to removal under section 212(a)(6)(A)(i) / 212(a)(7)(A)(i)(I) and 8 USC 1182-C of the Immigration and Nationality Act.

IMMIGRATION HISTORY:
ARGUETA-ARGUETA is not a citizen of the United States. ARGUETA-ARGUETA is a citizen and national of EL SALVADOR ██████████ ███████████claims to have entered the United States though Houston TX on 05-22-2005 at 05:00 am without inspection.
On 12/6/2025 ARGUETA-ARGUETA was detained by Immigration Customs Enforcement (ICE). ARGUETA-ARGUETA is processed for Warrant of Arrest/Notice to Appear as per section 212(a)(6)(A)(i)(I) of the Immigration and Nationality Act.
ARGUETA-ARGUETA has a pending I-821 - Application for Temporary Protected Status (TPS)

FAMILY HISTORY:
ARGUETA-ARGUETA claims his father is a citizen and national of EL SALVADOR.

ARGUETA-ARGUETA claims his mother is a citizen and national of EL SALVADOR.

CRIMINAL HISTORY:
ARGUETA-ARGUETA has no Criminal history.

HEALTH AND HUMANITARIAN

ARGUETA-ARGUETA claims to have no medical issues.

ARGUETA-ARGUETA claims to have no children.

PHONE CALL/CONSULAR NOTIFICATION:

ARGUETA-ARGUETA was offered the chance to make a three-minute phone call.

ARGUETA-ARGUETA is a citizen of EL SALVADOR and was advised of his right to speak with a Consular Officer.


INTEL:
ARGUETA-ARGUETA DOES NOT claim affiliation of criminal street gangs.
ARGUETA-ARGUETA DOES have tattoos on his right arm nonspecific.
ARGUETA-ARGUETA denies service in any branch of the U.S. military.
ARGUETA-ARGUETA denies service in any branch of the EL SALVADOR military.

PROPERTY
ARGUETA-ARGUETA had property listed on ICE Form 589 ███████

DNA Collection: DNA was collected ██████

DISPOSITION:
ARGUETA-ARGUETA was processed as a Notice to Appear (NTA). ARGUETA-ARGUETA is being charged with 212(a)(6)(A)(i) (ALIEN PRESENT WITHOUT ADMISSION OR PAROLE) - (PWAs), 212(a)(7)(A)(i)(I) IMMIGRANT WITHOUT AN IMMIGRANT VISA and 8 USC 1182-C- ALIEN INADMISSIBILITY UNDER SECTION 212 of the Immigration and Nationality Act. ARGUETA-ARGUETA will be held in custody pending a hearing before an immigration judge.