EARM

Logged In: ████

| | |
|---|---|
| Person ID: ████ Sex: **M** DOB: ████ Current Age: **29** COB: **MEXIC** COC: **MEXIC** | |

Subject ID : **400868585** Processing Disposition: **Warrant of Arrest/Notice to Appear** ICE Non-Detained Portal Verified Account: **No** RCA Log

Case # : **25285001** Case Category: **[8B]** Docket: **WAS - Det.-Caroline 25-49 Bevard**

| | | |
|---|---|---|
| Final Order of Removal: **No** | Time in Custody: **28 days** | Special Class: |
| Final Order Date: **N/A** | Depart / Cleared Status: **ACTIVE** | |
| Proceed With Removal: **N/A** | | |
| Days Final Order in Effect: **N/A** | | |

**Current / Active Alerts**

In Custody



## Encounter Details

### 1 Encounter(s) linked to Person ID: ████

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 1 | 400868585 | | | | MEXIC | No Priority | | 12/03/2025 | 25285001 | 8B | Unlink |

## Encounter Details

All information below may only be edited in ████

### Event / Incident Information

| | | |
|---|---|---|
| Event Number: **WAS2612000155** | Operation: **DCS: The District** | Primary Agen ████ |
| Event Occurred On: **12/03/2025** | Site: **WAS** | Assigned On: **12/03/2025** |
| Event Type: **Fugitive Operations (Event)** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** | Event Superviso ████ |
| Program: **FUG - Fugitive Operations** | | Assigned On: **12/03/2025** |

### Subject Information

| | | |
|---|---|---|
| FINS: ████ | Historical Priority: **No Priority** | Role: **P** |
| DNA Collection Device Number: ████ | Criminal Type: **N/A** | Role Comment: **N/A** |
| A-Number: ████ | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **Warrant of Arrest/Notice to Appear** |
| Control Name: ████ | Primary Citizenship: **MEXICO** | |
| First Name: ████ | Stateless Type: **N/A** | INS Status: **Inadmissible Alien** |
| Middle Name: ████ | Hair: **BLK** | POE: **UNKNOWN** |
| Maiden: **N/A** | Eyes: **BRO** | Entry Date: **N/A** |
| Nickname: **N/A** | Complexion: **MBR** | Entry Class: **Not Applicable** |
| Living?: **Y** | Race: **U** | Apprehension Date: **2025-12-03 12:59:46.0** |
| Sex: **M** | Origin: **H** | Warrant served by Warrant Service Officer (WSO)? **N/A** |
| Marital Status: **Single** | Date of Birth: ████ | |
| SSN: **N/A** | Age: **29** | Arrest Method: **Non-Custodial Arrest** |
| Juvenile Verified: **N/A** | Age at Encounter: **29** | Site: **WAS** |
| Occupation: **N/A** | Height: **69** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** |
| TSC Log #: **N/A** | Weight: **175** | Arrest At/Near: **CHANTILLY, VA** |
| NUIN #: **N/A** | Speak/Understand English: **N** | Juvenile Status: **N/A** |
| SEN #: **N/A** | Read/Write English: **N** | CBP Family Unit ID: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | |

Relationship to U.S. Veteran(s): **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 12/03/2025 01:02 PM

*The Officer preparing this document was not involved in this arrest and was assigned to process the arrest. The A-File was created during the time of arrest processing. All information contained herein was reported by the arresting Officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

ENCOUNTER:
On December 3, 2025, at approximately 0700 hours, Team 11/12 conducted surveillance near 2501 Second St NE, Washington, DC. At 0710 hours, ERO officers observed a White Kia with racing stripes, bearing DC license plat ▮▮▮▮▮ , registered t ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ a Mexican national who entered the U.S. illegally and had various VR ▮▮▮▮▮ was identified as the driver during a consensual encounter while the vehicle was parked on a side street. Two additional occupants wer ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ (DOB▮▮▮▮▮▮▮▮, a Mexican national who admitted to entering the U.S. illegally in 2006, an ▮▮▮▮▮▮▮ ▮▮▮▮▮ (DOB▮▮▮▮▮▮▮▮, a Mexican national who admitted to entering the U.S. illegally in 2025. All individuals were confirmed to be unlawfully present in the United States. ERO officers took all subjects into custody. The officers transported the subject to the ERO Washington Field Office in Chantilly, VA, for processing.

ALIENAGE:
▮▮▮▮▮▮▮▮▮▮is not a citizen or national of the United State ▮▮▮▮▮▮▮▮▮▮stated his a native and citizen of Mexico and made no claims of United States Citizenship or Lawful Permanent Resident status of the United States. Record queries revealed tha ▮▮▮▮▮▮▮▮▮is a male citizen and national of Mexico with no known derivation issues.

IMMIGRATION HISTORY:
▮▮▮▮▮▮▮▮▮entered the United States without inspection at an unknown place and at an unknown date.

CRIMINAL HISTORY:
The records check did not reveal any criminal history or conviction.
FINS▮▮▮▮▮▮▮▮
FB▮▮▮▮▮▮

PENDING APPLICATIONS:
On November 3, 2025, ICE-ERO conducted a system check. The system checks didn't reveal any pending or approved application with the United States Citizenship and Immigration Services to include U, T visa and VAWA applications.

CONSULAR NOTIFICATION:
▮▮▮▮▮▮▮▮▮was advised of his right to contact the Consulate of Mexic ▮▮▮▮▮▮▮▮▮declined to have the Consulate of Mexico notified of his detainment. Mexico is not a mandatory consular notification country.

HEALTH:
▮▮▮▮▮▮▮▮▮claims to be in good health.

DNA:
DNA was collected. (DNA k▮▮▮▮▮▮▮

MILITARY:
▮▮▮▮▮▮▮▮▮stated his never served with the United States military.

GANG/TERRORISM AFFILIATIONS:
▮▮▮▮▮▮▮▮▮claims his not affiliated with any gangs or terrorist organizations.

VOLUNTARY DEPARTURE:
▮▮▮▮▮▮▮▮▮declined the Voluntary Departure offer.

DISPOSITION:

████████████ was issued a Notice to Appear. On December 3, 2025, ICE-ERO completed forms: I-200, I-862, I-826, FD- 249, I-213, FD-936, and provided ████████████ with the Online Detainee Locator and a List of Pro Bono Legal Service Providers.

At the time of arrest, ████████████ was likely to escape before a warrant could be obtained because of the following factors:

████████████ was Arrested at large, (not at their residence or place of business)
is an alien who entered the United States after evading inspection.
is an illegal alien who failed to register or update address with ICE.
s home address was unverified.
s employment status was unverified.
s familial ties in the United States are unknown.
was encountered by Immigration Officer while in vehicle.
attempted to flee from immigration Officers.
Record Checks revealed a criminal history in the United States.
████████████ never applied for lawful status in the United States.

As soon as it was practical and safe to do so, the arresting officer identified themselves as an immigration officer who is authorized to execute an arrest and stated that ████████████ was under arrest and the reason for the arrest. ████████████ was served I-200 Warrant of arrest at the Chantilly Sub-Office.