

EARM

Logged In ████

Person ID: ████ Sex: **M** DOB: ████ Current Age: **27** COB: **MEXIC** COC: **MEXIC**

Subject ID : **400942205** Processing Disposition: **Warrant of Arrest/Notice to Appear** ICE Non-Detained Portal Verified Account: **No** RCA Log

Case # : **25296687** Case Category: **[8B]** Docket: **WAS - Det.-FDC 51-67 Volcy**

| | |
|---|---|
| Final Order of Removal: **No** | Time in Custody: **21 days** |
| Final Order Date: **N/A** | Depart / Cleared Status: **ACTIVE** |
| Proceed With Removal: **N/A** | |
| Days Final Order in Effect: **N/A** | |

Special Class:

**Current / Active Alerts**

| In Custody | eFile G-28 |
|---|---|

## Encounter Details

### 1 Encounter(s) linked to Person ID ████

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 1 | 400942205 | | | | MEXIC | No Priority | | 12/10/2025 | 25296687 | 8B | Unlink |

## Encounter Details

All information below may only be edited in ████

### Event / Incident Information

| | | |
|---|---|---|
| Event Number: **WAS2612000535** | Operation: **DCS: The District** | Primary Agen ████ |
| Event Occurred On: **12/10/2025** | Site: **WAS** | Assigned On: **12/10/2025** |
| Event Type: **Fugitive Operations (Event)** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** | Event Supervisor ████ |
| Program: **FUG - Fugitive Operations** | | Assigned On: **12/10/2025** |

### Subject Information

| | | |
|---|---|---|
| FINS: ████ | Historical Priority: **No Priority** | Role: **P** |
| DNA Collection Device Number ████ | Criminal Type: **N/A** | Role Comment: **N/A** |
| A-Number: ████ | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **Warrant of Arrest/Notice to Appear** |
| Control Name: ████ | Primary Citizenship: **MEXICO** | INS Status: **Inadmissible Alien** |
| First Name: ████ | Stateless Type: **N/A** | POE: **HIDALGO, TX** |
| Middle Name: **N/A** | Hair: **BLK** | Entry Date: **04/13/2019** |
| Maiden: **N/A** | Eyes: **BRO** | Entry Class: **Not Applicable** |
| Nickname: **N/A** | Complexion: **MBR** | Apprehension Date: **2025-12-10 16:16:42.0** |
| Living?: **Y** | Race: **W** | Warrant served by Warrant Service Officer (WSO)? **N/A** |
| Sex: **M** | Origin: **H** | |
| Marital Status: **Single** | Date of Birth: ████ | Arrest Method: **Custodial Arrest** |
| SSN: **N/A** | Age: **27** | Site: **WAS** |
| Juvenile Verified: **N/A** | Age at Encounter: **27** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** |
| Occupation: **N/A** | Height: **66** | |
| TSC Log #: **N/A** | Weight: **180** | Arrest At/Near: **N/A** |
| NUIN #: **N/A** | Speak/Understand English: **N** | Juvenile Status: **N/A** |
| SEN #: **N/A** | Read/Write English: **N** | CBP Family Unit ID: **N/A** |

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Relationship to U.S. Veteran(s): **N/A**

Primary Language: **SPANISH**

Family Members: **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

CBP Separation Reason: **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 12/10/2025 05:53 PM

The following I-213 documents the investigation, location, and apprehension o███████████████████████████████. This investigation consisted of a review of the alien file or electronic file review fo██████████████ as well as inquiries in DHS and other law enforcement systems, and statements made b ███████████ at the time of arrest and/or during processing.

FAMILY / PARENTAL RIGHTS:
███████████████ stated his parents are citizens and nationals of Mexico, neither of which have ever obtained any type of legal status in the U.S.

███████████ claims his father is a citizen and national of Mexico.

███████████ claims his mother is a citizen and national of Mexico.

CITIZENSHIP:
███████████ is a citizen and national of Mexico and made no claims to United States citizenship or U.S. Legal Permanent Resident status.

ENTRY:
███████████ claimed to have last entered the U.S. as a H2A non-immigrant on or about April 13, 2019, at or near Hildalgo, Texas. ██████████████████████████████

ENCOUNTER:
On December 10, 2025, ICE/ERO was conducting surveillance near 435 Kennedy St NW Washington, DC 20011. ICE/ERO teams conducted a vehicle stop and identified themselves as Officers with ICE/ERO███████████Z was the front passenger, and ███████████ voluntarily provided information that he entered the U.S. as an H2A visa holder. Further investigation check revealed tha ███████████ had overstayed his visa. ICE/ERO officers transported █████████████ to the Washington Field Office without incident.

ENGLISH PROFICIENCY / LANGUAGE(S)SPOKEN / INTERPRETER USED:
███████████ states his primary language is Spanish, and that he can read and write Spanish ███████████ does not speak ████ annot read or write in English. ERO Washington utilized Spanish during interview and processing.

IMMIGRATION HISTORY:
On April 13, 2019, at or near Hildalgo, Texas, subject was admitted as non-immigrant Temporary Agricultural Worker (H2A) until October 20, 2019.

CRIMINAL HISTORY:
On December 10, 2025, ICE/ERO conducted a search via TECS and results were negative.
In addition, a search via NCIC indicated tha ███████████ has no warrants or criminal history.

WANTS / WARRANTS / INTERPOL / KSTEP:
███████████ has no known current wants or warrants.

GANG AFFILIATION:
███████████ denied affiliation with any gangs, past or present.

MILITARY SERVICE:
███████████ claimed to have never served in any branch of the United States military, or any military organization in any other country.

**MEDICAL INFORMATION:**
█████████████ claimed no medical issues and stated that he has no prescriptions or medical diagnosis.

**SCARS/MARKS/TATTOOS:**
████████ has a tattoo of a Jaguar inside a feather on the right-side abdomen.
████████ has a tattoo of his name ██████ and family initials ██████ with a small heart on the chest.
████████ has a tattoo of a Rose and name ██████ on the right shoulder.
████████ has a tattoo of wording "Mexico" with swirls on the back right shoulder blade.

**EMPLOYMENT:**
█████████████ stated that he was employed with C&S Home Remodeling.

**EDUCATION:**
█████████████ claimed no education in the United States.

**CREDIBLE FEAR / REASONABLE FEAR:**
█████████████ did claim fear of return to Mexico.

**TRAVEL DOCUMENT:**
█████████████ was not in possession of a Mexican Passport. █████████████ stated that his passport was at home.

**PHONE CALL:**
ERO Washington offered █████████████ a phone call, however, █████████████ did not have a number memorized or written down. █████████████ stated that he would need to obtain contact off his personal cell phone.

**CONSULAR NOTIFICATION:**
ERO Washington offered to notify the Consulate of Mexico of his arrest, and █████████████ declined this offer. Mexico is not a mandatory notification country.

**PROPERTY/FUNDS:**
█████████████ had all property time of arrest accompanied him from the arrest.

**VIOLATION/RECOMMENDATION/DISPOSITION:**
█████████████ is in violation of INA Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States. ERO Washington processed █████████████ as a Notice to Appear and detained. █████████████ will be held in ICE custody pending his initial appearance before an immigration judge.