EARM

Logged In: ███████

Person ID: ███  Sex: **M**  DOB: ███  Current Age: **38**  COB: **CHINA**  COC: **CHINA**

Subject ID : **401034817**  Processing Disposition: **Warrant of Arrest/Notice to Appear**  ICE Non-Detained Portal Verified Account: **No**  RCA Lo...

Case # : **25312092**  Case Category: **[2A]**  Docket: **WAS - WAS OUT of AOR Transfers**

Final Order of Removal: **No**    Time in Custody: **11 days**    Special Class:
Final Order Date: **N/A**    Depart / Cleared Status: **ACTIVE**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

**Current / Active Alerts**

| In Custody |
| --- |

## Encounter Details

### 2 Encounter(s) linked to Person ID: ███

|  | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category |  |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ⦿ | 2 | 401034817 | ███ |  |  | CHINA | No Priority | ███ | 12/19/2025 | 25312092 | 2A | Unlink |
| ○ | 1 | 400951183 | ███ |  |  | CHINA | No Priority | ███ | 12/11/2025 |  |  | Unlink |

## Encounter Details

All information below may only be edited in ███

### Event / Incident Information

Event Number: **WAS2612000965**    Operation: **DCS: The District**    Primary Agen███
Event Occurred On: **12/19/2025**    Site: **N/A**    Assigned On: **12/19/2025**
Event Type: **Fugitive Operations (Event)**    Landmark: **N/A**    Event Superviso███
Program: **FUG - Fugitive Operations**    Assigned On: **12/19/2025**

### Subject Information

FINS: ███    Historical Priority: **No Priority**    Role: **P**
DNA Collection Device Number: ███    Criminal Type: **N/A**    Role Comment: **N/A**
A-Number: ███    Agg Felon: **No Aggravated Felony Convictions**    Processing Disposition: **Warrant of Arrest/Notice to Appear**
Control Name: ███    Primary Citizenship: **CHINA, PEOPLES REPUBLIC OF**
First Name: ███    INS Status: **Deportable**
Middle Name: **N/A**    Stateless Type: **N/A**    POE: **LOS ANGELES, CA, AIRPORT**
Maiden: **N/A**    Hair: **BLK**    Entry Date: **11/23/2019**
Nickname: **N/A**    Eyes: **BRO**    Entry Class: **Not Applicable**
Living?: **Y**    Complexion: **FAR**    Apprehension Date: **2025-12-20 11:19:23.0**
Sex: **M**    Race: **A**    Warrant served by Warrant Service Officer (WSO)? **N/A**
Marital Status: **Unknown**    Origin: **N**
SSN: ███    Date of Birth: **09/18/1987**    Arrest Method: **Non-Custodial Arrest**
Juvenile Verified: **N/A**    Age: **38**    Site: **WAS**
Occupation: **N/A**    Age at Encounter: **38**    Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**
TSC Log #: **N/A**    Height: **70**
NUIN #: **N/A**    Weight: **160**    Arrest At/Near: **Washington, DC**
SEN #: **N/A**    Speak/Understand English: **N**    Juvenile Status: **N/A**
TECS Subject #: **N/A**    Read/Write English: **N**    CBP Family Unit ID: **N/A**

| | | |
|---|---|---|
| U.S. Veteran Status: **N** | Primary Language: **MANDARIN** | CBP Separation Reason: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 12/20/2025 12:32 PM

*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. All information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

NAME ███████████████████
DOB ████████
A# ████████
FBI# ████████

INITIAL ENCOUNTER:
On December 19, 2025, the Field Team 7 assigned to The District Operation and Make DC Safe and Beautiful at Washington DC along with ATF, and DSS Agents assisted U.S. Park Police at the Baltimore Washington Memorial Parkway. U.S. Park Police conducted a vehicle stop and encountered Harvey VALLE GUTIERREZ an ████████ FOT Officer conducted a field interview to establish alienage and removability ████ and it was determined tha ████ entered the U.S under a B2 visa ████ admitted his last entry was in 2019 ████ was taken into custody and transported to the WAS Field Office for processing.

At the time of arres ████████ was likely to escape before a warrant could be obtained because of the following factors:
████ was arrested                eir residence or place of business)
████ was encountered by Immigration Officer while in mobile conveyance.
As soon as it was practical and safe to do so, the arresting officers identified themselves as immigration enforcement authorized to execute an arrest and stated ████ was under arrest and the reason for the arres ████ was served an I-200, Warrant of Arrest, at the Chantilly Sub-Office.

PROCESSING ENCOUNTER:
████ was transported to Chantilly, VA where a rolled set of his fingerprints were submitted to IDENT and Next Generation Identification (NGI) which confirmed his criminal and immigration history ████ has known immigration history or apprehension.

ALIENAGE AND REMOVABILITY:
████ is a citizen of CHINA ████ ast entered the United States at Los Angeles International Airport on November 23, 2019. An igration officer inspected      admitte ████ under a B2 visa and issued an Arrival/Departure Record, Form I94, with an admission date of May 22, 2020.

Record check indicate ████ remained in the United States beyond May 22, 2020, without authorization from the Immigration and Naturalization Service or its successor the Department of Homeland Security.

████ is amenable to removal under section 237(a)(1)(B) of the Immigration and Nationality Act.

IMMIGRATION HISTORY:
████ is not a citizen of the United States ████ s a citizen and national of CHINA ████ last entered the United States at Los Angeles International Airport on November 23, 2019. An immigration officer inspected and admitte ████ under a B2 visa and issued an Arrival/Departure Record, Form I94, with an admission date of May 22, 2020.

████ remained in the United States beyond May 22, 2020, without authorization from the Immigration and Naturalization Service or its successor the Department of Homeland Security.

█████ has immigration applications pending.

███████████████████████████████████████████████████████████
███████████████████████████████████

No other known immigration application/relief than what is listed above.


FAMILY HISTORY:
█████ claims his father is a citizen and national of CHINA.
█████ claims his mother is a citizen and national of CHINA.


CRIMINAL HISTORY:
No known criminal history.

HEALTH AND HUMANITARIAN:
█████ denies any significant medical conditions.
█████ claims to be married with 1 none USC child.


PHONE CALL/CONSULAR NOTIFICATION:
█████ was offered the chance to make a three-minute phone call.
█████ is a citizen of CHINA and was advised of his right to speak with a Consular Officer.
CHINA is a country with mandatory consulate notification, the Chinese consulate was notified of CHIN's detainment.


INTEL:
█████ DOES NOT claim affiliation of criminal street gangs or security threat groups.
█████ DOES NOT HAVE tattoos.
█████ denies service in any branch of the U.S. military.
█████ denies service in any branch of the CHINA military.


DISPOSITION:
█████ was processed as a notice to appear. █████ will be held in Service custody pending a hearing before an immigration judge.