

EARM

Logged In: ▮▮▮▮▮▮▮ |

Person ID: ▮▮▮▮ Sex: **M** DOB: ▮▮▮▮ Current Age: **29** COB: **VENEZ** COC: **VENEZ**

Subject ID : **401146993** Processing Disposition: **Other** ICE Non-Detained Portal Verified Account: **No** RCA Look-Up

Case # : **24622356** Case Category: **[8A]** Docket: WAS - Det.-FDC 34-50 Filisetti

Final Order of Removal: **No**
Final Order Date: **N/A**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

Time in Custody: **22 days**
Depart / Cleared Status: **ACTIVE**

Special Class:

**Current / Active Alerts**

In Custody

## Encounter Details

**2 Encounter(s) linked to Person ID:** ▮▮▮▮

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 2 | 401146993 | | | | VENEZ | No Priority | | 01/03/2026 | 24622356 | 8A | Unlink |
| ○ | 1 | 396880822 | | | | VENEZ | No Priority | | 11/11/2024 | 24622356 | 8A | Unlink |

## Encounter Details

All information below may only be edited in ▮▮▮▮

### Event / Incident Information

Event Number: **WAS2601000145**
Event Occurred On: **01/03/2026**
Event Type: **Fugitive Operations (Event)**
Program: **FUG - Fugitive Operations**

Operation: **DCS: The District**
Site: **WAS**
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Primary Age ▮▮▮▮
Assigned On: **01/03/2026**
Event Superviso ▮▮▮▮
Assigned On: **01/03/2026**

### Subject Information

FINS: ▮▮▮▮
DNA Collection Device Number: ▮▮▮▮
A-Number: ▮▮▮▮
Control Name: ▮▮▮▮
First Name: ▮▮▮▮
Middle Name: ▮▮▮▮
Maiden: **N/A**
Nickname: **N/A**
Living?: **N/A**
Sex: **M**
Marital Status: **Single**
SSN: **N/A**
Juvenile Verified: **N/A**
Occupation: **N/A**
TSC Log #: **N/A**
NUIN #: **N/A**
SEN #: **N/A**

Historical Priority: **No Priority**
Criminal Type: **N/A**
Agg Felon: **No Aggravated Felony Convictions**
Primary Citizenship: **VENEZUELA**
Stateless Type: **N/A**
Hair: **BLK**
Eyes: **BRO**
Complexion: **MED**
Race: **W**
Origin: **H**
Date of Birth: ▮▮▮▮
Age: **29**
Age at Encounter: **29**
Height: **64**
Weight: **127**
Speak/Understand English: **N**
Read/Write English: **N**

Role: **P**
Role Comment: **N/A**
Processing Disposition: **Other**
INS Status: **Inadmissible Alien**
POE: **SAN YSIDRO, CA**
Entry Date: **11/11/2024**
Entry Class: **Not Applicable**
Apprehension Date: **2026-01-04 11:40:16.0**
Warrant served by Warrant Service Officer (WSO)? **N/A**
Arrest Method: **Non-Custodial Arrest**
Site: **WAS**
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**
Arrest At/Near: **Washington, DC**
Juvenile Status: **N/A**
CBP Family Unit ID: **N/A**

| | | |
|---|---|---|
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 01/04/2026 11:39 AM

*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

ENCOUNTER:

DOB ████████████
COC: (VENEZUELA)

On January 2, 2026, the subject ████████████ with ████████████ was encountered during a vehicle stop, near 4505 Wisconsin Ave. NW, Washington, DC 20019, by Homeland Security Investigations and Metropolitan Police Department. During the encounter it was determined through record checks and statements from ████████████ that he was illegally present in the United States without proper or valid document ████████████ was served a Form (I-200) warrant of arrest, placed under arrest, and taken into custody by Immigration Customs Enforcement and was transported to the ERO Washington, DC Field Office located at 14797 Murdock St, Chantilly, VA 20151, for further processing.
████████████ was Arrested at large, (not at their residence or place of business)
████████████ was encountered by Immigration Officer while in vehicle.

ALIENAGE:
████████████ is not a citizen or national of the United States ████████████ stated that he was a native and citizen of VENEZUELA and made no claims of United States Citizenship or Lawful Permanent Resident status of the United States. Record queries revealed tha ████████████ was a male citizen and national of VENEZUELA with no known derivation issues.

ALIENAGE and DEPORTABILITY:
Database queries revealed tha ████████████ is a male citizen and national of VENEZUELA. No derivation issues exist as ████████████ claims both parents are citizens and nationals of VENEZUELA.

IMMIGRATION HISTORY:
████████████ Claims to have entered the US unlawfully as a nonimmigrant on November 11, 2024, through San Ysidro. ████████████ was detained by Customs and Border Patrol Agent at San Ysidro Port of Entry Pedestrian West Facility on November 11, 2024 ████████████ sponsor in the United States is his friend.
Sponsor Name ████████████
Sponsor Address ████████████████████████████████. Sponsor Phone: ████)
████████████ was charged with Expedited Removal (I-860) as per section 212(a)(7)(A)(i)(I) and 8 USC 1182-C of the Immigration and Nationality pending immigration proceedings.
████████████ was later given a Warrant of Arrest/Notice to Appear (WA/NTA).
████████████ has an application pending for an I-589 filed on April 25, 2025.
████████████ is currently in proceedings, and his next hearing scheduled May 26, 2027 ████████████ will be processed as a T-Other.

CRIMINAL HISTORY:
████████████ has no criminal history.

MEDICAL INFORMATION:
████████████ claims to have no medical Issues.

███████████████ claims to have no children in the United State.

TRAVEL DOCUMENTS/FOREIGN DOCUMENTS:
███████████████ does not possess any foreign documents.

INTEL:
███████████████ DOES NOT claim affiliation of criminal street gangs.
DOES does not have tattoos.
denies service in any branch of the U.S. military.

PROPERTY & FUNDS:
███████████████ had property listed on DHS Form 589 # ████████

DNA:
DNA was not collected on ███████████████ # ████████

DISPOSITION:
███████████████ was served Forms, I-200 (Warrant for Arrest of Alien), and provided the List of Pro Bono Legal Service Providers. ███████████████ will remain in ICE ERO custody, pending immigration proceedings.