

EARM

Logged In: ███████████

Person ID: ████  Sex: **M**  DOB: ████  Current Age: **41**  COB: **MEXIC**  COC: **MEXIC**

Subject ID : **401175524**  Processing Disposition: **Warrant of Arrest/Notice to Appear**  ICE Non-Detained Portal Verified Account: **No**  RCA Log

Case # : 25330994  Case Category: **[8B]**  Docket: WAS - Det.-FDC 00-16 Mathos

| | |
|---|---|
| Final Order of Removal: **No** | Time in Custody: **19 days** |
| Final Order Date: **N/A** | Depart / Cleared Status: **ACTIVE** |
| Proceed With Removal: **N/A** | |
| Days Final Order in Effect: **N/A** | |

Special Class:

**Current / Active Alerts**

In Custody

## Neri -Amado, Luis ████

## Encounter Details

**1 Encounter(s) linked to Person ID:** ████

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 1 | 401175524 | ████ | NERI - AMADO | LUIS | MEXIC | No Priority | ████ | 01/06/2026 | 25330994 | 8B | Unlink |

## Encounter Details

All information below may only be edited in ████

### Event / Incident Information

| | | |
|---|---|---|
| Event Number: **WAS2601000324** | Operation: **DCS: The District** | Primary Agent ████ |
| Event Occurred On: **01/06/2026** | Site: **WAS** | Assigned On: **01/06/2026** |
| Event Type: **Fugitive Operations (Event)** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** | Event Superviso ████ |
| Program: **FUG - Fugitive Operations** | | Assigned On: **01/06/2026** |

### Subject Information

FINS: ████

DNA Collection Device Number: ████

A-Number: ████

Control Name: **NERI -AMADO**

First Name: **LUIS**

Middle Name: **N/A**

Maiden: **N/A**

Nickname: **N/A**

Living?: **Y**

Sex: **M**

Marital Status: **Single**

SSN: **N/A**

Juvenile Verified: **N/A**

Occupation: **N/A**

TSC Log #: **N/A**

NUIN #: **N/A**

SEN #: **N/A**

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Historical Priority: **No Priority**

Criminal Type: **N/A**

Agg Felon: **No Aggravated Felony Convictions**

Primary Citizenship: **MEXICO**

Stateless Type: **N/A**

Hair: **BLK**

Eyes: **BRO**

Complexion: **MBR**

Race: **W**

Origin: **H**

Date of Birth: ████

Age: **41**

Age at Encounter: **41**

Height: **66**

Weight: **130**

Speak/Understand English: **N**

Read/Write English: **N**

Primary Language: **SPANISH**

Family Members: **N/A**

Role: **P**

Role Comment: **N/A**

Processing Disposition: **Warrant of Arrest/Notice to Appear**

INS Status: **Inadmissible Alien**

POE: **UNKNOWN**

Entry Date: **N/A**

Entry Class: **Not Applicable**

Apprehension Date: **2026-01-07 10:58:37.0**

Warrant served by Warrant Service Officer (WSO)? **N/A**

Arrest Method: **Non-Custodial Arrest**

Site: **WAS**

Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Arrest At/Near: **WASHINGTON, DC**

Juvenile Status: **N/A**

CBP Family Unit ID: **N/A**

CBP Separation Reason: **N/A**

| | | |
|---|---|---|
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Relation: **N/A** |
| | Related Minor(s): **N/A** | Accompanying Family Member Subject ID: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | Consequence Delivery System Selection: **N/A** |
| | Related Minor(s): **N/A** | ICE Family ID: **N/A** |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 01/07/2026 08:04 AM

*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. All information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

ENCOUNTER:
NAME: NERI- AMADO, LUIS
DOB ██████████
COUNTRY: Mexico
Disposition: NTA
Arrest location: 1901 Anacostia DR. SE, Washington, DC 20020

ENCOUNTER:
On January 06, 2026, WAS FUG Field Team 7, 8 and 9 assigned to The District Operation and Make DC Safe and Beautiful in Washington, DC, along with ATF and DSS Agents, assisted the U.S. Park Police northwest of Washington, D.C. At approximately 1435 hours, the U.S. Park Police conducted a vehicle stop at New Hampshire Ave NE Washington DC 20011 of a moped. Upon making contact, the U.S. Park Police requested identification, and a Maryland driver's license was produced bearing the name of NERI - AMADO, Ner ██████████ Upon completion of the initial vehicle stop and identification procedures by the U.S. Park Police, FOT Officers made contact with NERI-AMADO who was the DRIVER and identified themselves as Immigration Officers. FOT Officers conducted routine immigration checks and a field interview in accordance with standard operating procedures to establish alienage and removability. It was determined that NERI -AMADO entered the U.S. without inspection, admission or paroled. Based on these findings, FOT Officers explained that he will be taken into custody and transported to the WAS Field Office where he will be processed. Body Worn Camara footage may exist for this event.

At the time of arrest, the NERI -AMADO LUIS was likely to escape before a warrant could be obtained because of the following factors:
NERI -AMADO LUIS was Arrested at large, (not at their residence or place of business)
NERI -AMADO LUIS is an alien who entered the United States after evading inspection.
NERI -AMADO LUIS was encountered by Immigration Officer while in vehicle.

Arresting Officer:
████████████████████████████████████████████████████████████ .

ALIENAGE AND REMOVABILITY
NERI- AMADO, LUIS is a citizen of MEXICO.
NERI- AMADO, LUIS 's parents are both citizens of MEXICO and has no claim to United States Citizenship.
NERI- AMADO, LUIS was Arrested at large, (not at their residence or place of business)
NERI- AMADO, LUIS is an alien who entered the United States after evading inspection.
NERI- AMADO, LUIS last entered the United States as an Alien without inspection at an UNKNOWN location on an UNKNOWN date at an UNKNOWN time.
NERI- AMADO, LUIS is removable via 212(a)(6)(A)(i) (ALIEN PRESENT WITHOUT ADMISSION OR PAROLE) - (PWAs), 212(a)(7)(A)(i)(I) IMMIGRANT WITHOUT AN IMMIGRANT VISA and 8 USC 1182-C- ALIEN INADMISSIBILITY UNDER SECTION 212 of the Immigration and Nationality Act.

IMMIGRATION HISTORY:
NERI- AMADO, LUIS has no pending application with USCIS.

FAMILY HISTORY:
NERI- AMADO, LUIS claims his father is a citizen and national of MEXICO.
NERI- AMADO, LUIS claims his mother is a citizen and national of MEXICO.

CRIMINAL HISTORY:
NERI- AMADO, LUIS does not have criminal history.

TATOOS:
NERI- AMADO, LUIS has no tattoos.

HEALTH AND HUMANITARIAN
NERI- AMADO, LUIS claims to be in good health.
NERI- AMADO, LUIS claims to not have a child.
NERI- AMADO, LUIS stated he is not married.
NERI- AMADO, LUIS does not claim to be afraid to return to his country.

PHONE CALL/CONSULAR NOTIFICATION:
NERI- AMADO, LUIS was offered the chance to make a three-minute phone call.
NERI- AMADO, LUIS is a citizen of MEXICO and was advised of his right to speak with a Consular Officer.

INTEL:
NERI- AMADO, LUIS does not have affiliation with criminal street gangs.
NERI- AMADO, LUIS denies service in any branch of the U.S. military.
NERI- AMADO, LUIS denies service in any branch of the MEXICO military.

PROPERTY
NERI- AMADO, LUIS property was transported with him and is listed on DHS Form # ▮▮▮▮▮

DNA Collection: DNA was collected # ▮▮▮▮

DISPOSITION:
NERI- AMADO, LUIS was processed as a Notice to Appear (NTA). NERI- AMADO, LUIS is being charged with 212(a)(6)(A)(i) (ALIEN PRESENT WITHOUT ADMISSION OR PAROLE) - (PWAs), 212(a)(7)(A)(i)(I) IMMIGRANT WITHOUT AN IMMIGRANT VISA and 8 USC 1182-C- ALIEN INADMISSIBILITY UNDER SECTION 212 of the Immigration and Nationality Act. NERI- AMADO, LUIS will be held in custody pending a hearing before an immigration judge.