EARM

Logged In: ▮

Person ID: ▮  Sex: **M**  DOB: ▮  Current Age: **33**  COB: **GHANA**  COC: **GHANA**

Subject ID : **401298023**  Processing Disposition: **Other**  ICE Non-Detained Portal Verified Account: **No**  RCA Look-Up

Case # : **19786561**  Case Category: **[8G]**  Docket: **WAS - Det.-Caroline 75-99 Hutcheson**

Final Order of Removal: **Yes**          Time in Custody: **7 days**          Special Class:
Final Order Date: **05/11/2022**         Depart / Cleared Status: **ACTIVE**
Proceed With Removal: **No**
Days Final Order in Effect: **1356**

### Current / Active Alerts

| In Custody |
| F.O. of Removal |

## Encounter Details

**3 Encounter(s) linked to Person ID:** ▮

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 3 | 401298023 | ▮ | ▮ | ▮ | GHANA | No Priority | ▮ | 01/19/2026 | 19786561 | 8G | Unlink |
| ○ | 2 | 401297833 | ▮ | ▮ | ▮ | GHANA | No Priority | ▮ | 01/19/2026 | 19786561 | 8G | Unlink |
| ○ | 1 | 377402537 | ▮ | ▮ | ▮ | GHANA | No Priority | ▮ | 05/09/2022 | 19786561 | 8G | Unlink |

## Encounter Details

All information below may only be edited in ▮

### Event / Incident Information

Event Number: **WAS2601001096**            Operation: **DCS: The District**            Primary Agen ▮
Event Occurred On: **01/19/2026**           Site: **N/A**                               Assigned On: **01/19/2026**
Event Type: **Fugitive Operations (Event)**  Landmark: **N/A**                          Event Superviso ▮
Program: **FUG - Fugitive Operations**                                                  Assigned On: **01/19/2026**

### Subject Information

FINS: ▮                                     Historical Priority: **No Priority**        Role: **P**
DNA Collection Device Number: **N/A**        Criminal Type: **N/A**                      Role Comment: **N/A**
A-Number: ▮                                  Agg Felon: **No Aggravated Felony Convictions**  Processing Disposition: **Other**
Control Name: ▮                              Primary Citizenship: **GHANA**             INS Status: **N/A**
First Name: ▮                                Stateless Type: **N/A**                     POE: **DEL RIO, TX, INTL BRIDGE**
Middle Name: **N/A**                         Hair: **BLK**                               Entry Date: **05/09/2022**
Maiden: **N/A**                              Eyes: **BLK**                               Entry Class: **Not Applicable**
Nickname: **N/A**                            Complexion: **BLK**                         Apprehension Date: **2026-01-19 13:58:46.0**
Living?: **Y**                               Race: **B**                                 Warrant served by Warrant Service Officer (WSO)? **N/A**
Sex: **M**                                   Origin: **N**
Marital Status: **Single**                   Date of Birth: ▮                            Arrest Method: **Custodial Arrest**
SSN: **N/A**                                 Age: **28**                                 Site: **WAS**
Juvenile Verified: **N/A**                   Age at Encounter: **28**                    Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**
Occupation: **N/A**                          Height: **72**
TSC Log #: **N/A**                           Weight: **205**                             Arrest At/Near: **Washington, DC**

NUIN #: **N/A**

SEN #: **N/A**

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Relationship to U.S. Veteran(s): **N/A**

Speak/Understand English: **Y**

Read/Write English: **Y**

Primary Language: **ENGLISH**

Family Members: **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

Juvenile Status: **N/A**

CBP Family Unit ID: **N/A**

CBP Separation Reason: **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 01/19/2026 02:18 PM

The following I-213 documents the investigation, location, and apprehension o ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ This investigation consisted of a review of the alien file or electronic file review fo ▮▮▮▮▮▮ d other law enforcement systems, and statements made b ▮▮▮▮▮▮ at the time of arrest and/or during processing.

FAMILY / PARENTAL RIGHTS:
▮▮▮▮▮ stated his parents are citizens and nationals of Ghana, neither of which have ever been in the U.S. or obtained any type of legal status in the U.S ▮▮▮▮▮ stated he is married to a woman in Ghana and has 2 children in Ghan ▮▮▮▮▮ claimed to have no family in the U.S. with any legal immigration status.

CITIZENSHIP:
▮▮▮▮▮ is a citizen and national of Ghana and made no claims to United States citizenship or U.S. Legal Permanent Resident status.

ENTRY:
▮▮▮▮▮ claimed to have last entered the U.S. without inspection on or about May 9, 2022, at or near Del Rio, TX.

ENCOUNTER:
On January 19, 2026, ERO Wahington encountere ▮▮▮▮▮ at US Park Police District 1 in Washington DC 1200 Ohio Dr SW, Washington, DC 20024 wher ▮▮▮▮▮ was detained for illegal campin ▮▮▮▮▮ initially identified himself as the false name ▮▮▮▮▮ and stated he was a citizen of Sudan. Record checks confirmed his true identity a ▮▮▮▮▮▮▮▮▮▮▮ a citizen of Ghana.

Deportation Office ▮▮▮▮▮ advised ▮▮▮▮▮ he was under arrest and transported him to the Washington Field Office for processing for without further incident.

ENGLISH PROFICIENCY / LANGUAGE(S)SPOKEN / INTERPRETER USED:
▮▮▮▮▮ states his primary language is English, and that he can read and write English.

IMMIGRATION HISTORY:
▮▮▮▮▮ last entered the U.S. without inspection on or about May 9, 2022, at or near Del Rio, TX ▮▮▮▮▮ was arrested by US Border Patrol and processed as an expedited removal with fear claim. The fear referral was sent to USCIS but never calendared. ▮▮▮▮▮ was released before his fear claim could be adjudicated.

On January 19, 2026, ERO Wahington encountere ▮▮▮▮▮ at US Park Police District 1 in Washington DC 1200 Ohio Dr SW, Washington, DC 20024 wher ▮▮▮▮▮ was detained for illegal camping ▮▮▮▮▮ initially identified himself as the false name ▮▮▮▮▮ and stated he was a citizen of Sudan. Record checks confirmed his true identity a ▮▮▮▮▮▮▮▮▮▮▮ a citizen of Ghana ▮▮▮▮▮ was processed as a T-other ▮▮▮▮▮ s fear referral will be sent to USCIS.

CRIMINAL HISTORY:
On January 19, 2026 ▮▮▮▮▮ was cited by US Park police in Washington DC for illegal camping ▮▮▮▮▮ also had a crack pipe in his possession that he was not charged fo ▮▮▮▮▮ was turned over to immigration and customs enforcement Washington Field

Office.

No other criminal history.

WANTS / WARRANTS / INTERPOL / KSTEP:
███████ has no known current wants or warrants. KSTEP is negative.

GANG AFFILIATION:
███████ denied affiliation with any gangs, past or present.

MILITARY SERVICE:
███████ claimed to have never served in any branch of the United States military.

MEDICAL INFORMATION:
██████████ claimed to have bipolar disorder but does not take any medication. ████████ claims to occasionally smoke crack cocaine.

EMPLOYMENT:
███████ claims to be unemployed and homeless.

████████████████████████

██████████████████

TRAVEL DOCUMENT:
███████ was in not in possession of any travel documents or foreign ID.

PHONE CALL:
ERO Washington offered ███████ a phone call.

CONSULAR NOTIFICATION:
ERO Washington offered to notify the Consulate of Ghana of his arrest, and ████████ declined this offer. Ghana is a mandatory notification country.

PROPERTY/FUNDS:
███████ had all property time of arrest accompanied him to jail.

VIOLATION/RECOMMENDATION/DISPOSITION:
███████ s in violation of INA section 212(a)(7)(A)(i). ERO Washington processed ████████ as a custody re-determination (T-other) for violation his release conditions of OREC. ████████ will be held in ICE custody.