EARM

Logged In: ███

Person ID: ███ Sex: **M** DOB: ███ Current Age: **39** COB: **ELSAL** COC: **ELSAL**

Subject ID : **400963664** Processing Disposition: **Other** ICE Non-Detained Portal Verified Account: **No** RCA Look-Up

Case # : 9640339 Case Category: **[8G]** Docket: WAS - Det.-Caroline 50-74 Blake

Final Order of Removal: **No**
Final Order Date: **N/A**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

Time in Custody: **49 days**
Depart / Cleared Status: **ACTIVE**

Special Class: **El Salvadorans**

### Current / Active Alerts

| In Custody | eFile G-28 |
|---|---|

## Encounter Details

### 4 Encounter(s) linked to Person ID: ███

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 4 | 400963664 | | | | ELSAL | No Priority | | 12/12/2025 | 9640339 | 8G | Unlink |
| ○ | 3 | 279515986 | | | | ELSAL | No Priority | | 04/10/2009 | | | Unlink |
| ○ | 2 | 279515987 | | | | ELSAL | No Priority | | 04/10/2009 | | | Unlink |
| ○ | 1 | 279372253 | | | | ELSAL | No Priority | | 03/31/2009 | 9640339 | 8G | Unlink |

## Encounter Details

All information below may only be edited in ███

### Event / Incident Information

Event Number: **WAS2612000629**
Event Occurred On: **12/12/2025**
Event Type: **Fugitive Operations (Event)**
Program: **FUG - Fugitive Operations**

Operation: **N/A**
Site: **WAS**
Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Primary Agen ███
Assigned On: **12/12/2025**
Event Superviso ███
Assigned On: **12/12/2025**

### Subject Information

FINS: ███
DNA Collection Device Number: ███
A-Number: ███
Control Name: ███
First Name: ███
Middle Name: **N/A**
Maiden: **N/A**
Nickname: **N/A**
Living?: **Y**
Sex: **M**
Marital Status: **Married**
SSN: **N/A**
Juvenile Verified: **N/A**

Historical Priority: **No Priority**
Criminal Type: **N/A**
Agg Felon: **No Aggravated Felony Convictions**
Primary Citizenship: **EL SALVADOR**
Stateless Type: **N/A**
Hair: **BLK**
Eyes: **BRO**
Complexion: **MBR**
Race: **W**
Origin: **H**
Date of Birth: ███
Age: **39**
Age at Encounter: **39**

Role: **P**
Role Comment: **N/A**
Processing Disposition: **Other**
INS Status: **Inadmissible Alien**
POE: **LAREDO, TX**
Entry Date: **03/30/2009**
Entry Class: **Not Applicable**
Apprehension Date: **2025-12-12 17:47:48.0**
Warrant served by Warrant Service Officer (WSO)? **N/A**
Arrest Method: **Non-Custodial Arrest**
Site: **WAS**

Occupation: **N/A**

TSC Log #: **N/A**

NUIN #: **N/A**

SEN #: **N/A**

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Relationship to U.S. Veteran(s): **N/A**

Height: **60**

Weight: **170**

Speak/Understand English: **N**

Read/Write English: **N**

Primary Language: **SPANISH**

Family Members: **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Arrest At/Near: **Washington, DC**

Juvenile Status: **N/A**

CBP Family Unit ID: **N/A**

CBP Separation Reason: **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 12/12/2025 06:12 PM

The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries.

INITIAL ENCOUNTER:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
DOB▮▮▮▮▮▮▮▮▮
COC: EL SALVADOR

On December 12, 2025, at 0620hours, Team 11/12 was conducting surveillance near Fourth St NE Washington, DC 200017. At approximately 0635 hours, ERO officers observed a black Altima with DC license plate ▮▮▮▮▮▮ . A query of multiple database systems revealed that the registered owner ▮▮▮▮▮▮▮▮▮▮ , a El Salvadorian national who overstayed his visa.
ERO officers conducted a vehicle stop. ERO officers approached the vehicle and identified themselves as officers with ICE/ERO. ERO officers questioned the driver as to his immigration status. The drive▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ provided an MD DL and stated he was an El Salvadorian national who entered the US illegally. Further databases revealed that ▮▮▮▮▮▮had a final order of removal since 2020 and was under BIA appeal. DHS field brief to BIA in 2022, DHS stated ▮▮▮▮▮ has not provided evidence that shows he meets the burden of proof to merit relief. ERO arrested ▮▮▮▮▮ and will issue an 830 to the BIA.
The officers transported the subject to the ERO Washington Field Office in Chantilly, VA, for processing.

Record Checks
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮does not have any criminal history in the United States.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮is amenable to removal under section 212(a)(6)(A)(i) / 212(a)(7)(A)(i)(I) and 8 USC 1182-C of the Immigration and Nationality Act.
As soon as it was practical and safe to do so, the arresting officer identified themselves as an immigration officer who is authorized to execute an arrest and stated tha ▮▮▮▮▮▮▮▮▮▮▮▮ was under arrest and the reason for the arrest ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ was served I-200 Warrant of arrest at the Chantilly Sub-Office.

ALIENAGE AND REMOVABILITY
▮▮▮▮▮▮▮▮▮▮▮▮ is a citizen of EL SALVADOR ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ last entered the United States as a NON-IMMIGRNT without proper documentation to ▮▮▮▮▮▮▮▮▮▮▮▮▮entered in the US at Rio Grande River in Laredo, TX without inspection as an EWI.
▮▮▮▮▮▮▮▮▮▮▮▮ is amenable to removal under section 212(a)(6)(A)(i) / 212(a)(7)(A)(i)(I) and 8 USC 1182-C of the Immigration and Nationality Act.

IMMIGRATION HISTORY:
▮▮▮▮▮▮▮▮▮▮▮▮ is not a citizen of the United State ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is a citizen and national of EL SALVADOR▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ entered the United States on March 30, 2009. at Rio Grande River in Laredo, TX without inspection▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was detained by Immigration officer and processed for Warrant of Arrest/Notice to Appear as per section 212(a)(6)(A)(i)(I) of the Immigration and Nationality Act.
▮▮▮▮▮▮▮▮▮▮▮▮ appeal for BIA March 11, 2020. It is currently pending.
▮▮▮▮▮▮▮▮▮▮▮▮ -765 Application for Employment Authorization that was approved on October 02, 2024.

FAMILY HISTORY:

claims his father is a citizen and national of EL SALVADOR.
claims his mother is a citizen and national of EL SALVADOR.

CRIMINAL HISTORY:

has no criminal history in the United States.

HEALTH AND HUMANITARIAN

claims to have no medical issues.
claims to have no children

PHONE CALL/CONSULAR NOTIFICATION:

was offered the chance to make a Five-minute phone call.
is a citizen of EL SALVADOR and was advised of his right to speak with a Consular Officer.

INTEL:

DOES NOT claim affiliation of criminal street gangs.
DOES NOT have tattoos.
denies service in any branch of the U.S. military.
denies service in any branch of the EL SALVADOR military.

PROPERTY

had property listed on ICE Form 589 #

DNA Collection: DNA was collected

DISPOSITION:

was processed as a Notice to Appear (NTA). is being charged with 212(a)(6)(A)(i) (ALIEN PRESENT WITHOUT ADMISSION OR PAROLE) - (PWAs), 212(a)(7)(A)(i)(I) IMMIGRANT WITHOUT AN IMMIGRANT VISA and 8 USC 1182-C- ALIEN INADMISSIBILITY UNDER SECTION 212 of the Immigration and Nationality Act. will be held in custody pending a hearing before an immigration judge.