EARM

Logged In: ▮▮▮▮

Person ID: ▮▮▮  Sex: **M**  DOB: ▮▮▮  Current Age: **52**  COB: **GUATE**  COC: **GUATE**

Subject ID : **401021976**  Processing Disposition: **REINSTATEMENT OF DEPORT ORDER I-871**  ICE Non-Detained Portal Verified Account: **No**

Case # : **25310689**  Case Category: **[16]**  Docket: **WAS - Closed Docket**

| | |
|---|---|
| Final Order of Removal: **Yes** | Time in Custody: **N/A** | Special Class: |
| Final Order Date: **05/29/2002** | Depart / Cleared Status: **8-Excluded/Remov** | |
| Proceed With Removal: **Yes** | | |
| Days Final Order in Effect: **8614** | | |

-- Select Different Case File -- ⌄

**Current / Active Alerts**

Detention History

F.O. of Removal

## Encounter Details

**5 Encounter(s) linked to Person ID:** ▮▮▮

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 5 | 401029920 | | | | GUATE | No Priority | | 12/19/2025 | | | Unlink |
| ⦿ | 4 | 401021976 | | | | GUATE | No Priority | | 12/18/2025 | 25310689 | 16 | Unlink |
| ○ | 3 | 278113164 | | | | GUATE | No Priority | | 12/22/2008 | 7259404 | 8C | Unlink |
| ○ | 2 | 262997648 | | | | GUATE | No Priority | | 07/10/2007 | 7259404 | 8C | Unlink |
| ○ | 1 | 24081272 | | | | GUATE | No Priority | | 07/24/2001 | 25320465 | 8A | Unlink |

## Encounter Details

All information below may only be edited in ▮▮▮

### Event / Incident Information

Event Number: **WAS2612000919**

Event Occurred On: **12/18/2025**

Event Type: **Fugitive Operations (Event)**

Program: **FUG - Fugitive Operations**

Operation: **DCS: The District**

Site: **WAS**

Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Primary Agent ▮▮▮

Assigned On: **12/19/2025**

Event Supervisor ▮▮▮

Assigned On: **12/19/2025**

### Subject Information

FINS: ▮▮▮

DNA Collection Device Number: ▮▮▮

A-Number: ▮▮▮

Control Name: ▮▮▮

First Name: ▮▮▮

Middle Name: **N/A**

Maiden: **N/A**

Nickname: **N/A**

Living?: **N/A**

Sex: **M**

Marital Status: **Married**

SSN: **N/A**

Historical Priority: **No Priority**

Criminal Type: **N/A**

Agg Felon: **No Aggravated Felony Convictions**

Primary Citizenship: **GUATEMALA**

Stateless Type: **N/A**

Hair: **BLK**

Eyes: **BLK**

Complexion: **DBR**

Race: **W**

Origin: **H**

Date of Birth: ▮▮▮

Age: **52**

Role: **P**

Role Comment: **N/A**

Processing Disposition: **REINSTATEMENT OF DEPORT ORDER I-871**

INS Status: **Inadmissible Alien**

POE: **BROWNSVILLE/GATEWAY**

Entry Date: **07/21/2001**

Entry Class: **Not Applicable**

Apprehension Date: **2025-12-19 04:57:12.0**

Warrant served by Warrant Service Officer (WSO)? **N/A**

Arrest Method: **Custodial Arrest**

Site: **WAS**

Juvenile Verified: **N/A**

Occupation: **N/A**

TSC Log #: **N/A**

NUIN #: **N/A**

SEN #: **N/A**

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Relationship to U.S. Veteran(s): **N/A**

Age at Encounter: **52**

Height: **65**

Weight: **175**

Speak/Understand English: **N**

Read/Write English: **N**

Primary Language: **SPANISH**

Family Members: **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Arrest At/Near: **WASHINGTON, DC**

Juvenile Status: **N/A**

CBP Family Unit ID: **N/A**

CBP Separation Reason: **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 12/19/2025 05:02 AM

*The officer preparing this document was not involved in the arrest and was assigned to process the arrest. The A-file associated with this arrest was not available for review at the time of arrest processing; all information contained herein was reported by the arresting officer(s) and/or obtained through a post arrest review of available electronic databases and computerized systems queries. *

Alien Name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Alien Number ▓▓▓▓▓▓▓▓▓▓
Date of Birth ▓▓▓▓▓▓▓
Country of Citizenship: GUATEMALA

ENCOUNTER:
On December 18, 2025, at 0730 hours, Team 11/12 was conducting surveillance near 2670 Military Rd NW, Washington DC 20015. At approximately 0739 hours, ERO officers observed a white Toyota Tacoma with Maryland license plate ▓▓▓▓▓▓ , picking up individuals in an area known as a pick-up spot for day workers. ERO officers travelled behind the vehicle and ran a query of multiple database systems. The vehicle was registered to ▓▓▓▓▓▓▓▓▓▓ . Database checks revealed tha ▓▓▓▓▓▓▓▓▓▓ lived in the same address as severa ▓▓▓▓▓▓▓▓ who live in the US illegally ▓▓▓▓▓▓▓▓▓ s name also matched the name of a Guatemalan national who had been previously removed from the US. Further checks revealed that ▓▓▓▓▓▓▓▓▓ had no SSN or legal status in the US.

ERO officers activated their emergency lights and initiated a vehicle stop. ERO officers approached the vehicle and identified themselves as officers with ICE Enforcement and Removal Operations. ERO officers questioned the driver and the passengers as to their immigration status. Al ▓▓▓▓▓▓▓ s freely admitted to entering the US without inspection by an immigration officer and confirmed their identity by providing IDs. A ▓▓▓▓▓▓▓ s were arrested.

At the time of arrest, the ▓▓▓▓▓▓▓▓▓▓ (hereafter referred b ▓▓▓▓▓▓▓ was likely to escape before a warrant could be obtained because of the following factors:

▓▓▓▓▓▓ was Arrested at large, (not at their residence or place of business)
▓▓▓▓▓ is an alien who entered the United States after evading inspection.
▓▓▓▓▓ is an illegal alien who failed to register or update address with ICE.
▓▓▓▓▓ s home address was unverified.
▓▓▓▓▓ s employment status was unverified.
▓▓▓▓▓ s familial ties in the United States are unknown.
▓▓▓▓▓ never applied for lawful status in the United States.

As soon as it was practical and safe to do so, the arresting officer identified themselves as an immigration officer who is authorized to execute an arrest and stated that the ▓▓▓▓▓▓ was under arrest and the reason for the arrest ▓▓▓▓▓▓ was served I-200 Warrant of arrest at the Chantilly Sub-Office.

IMMIGRATION HISTORY
▓▓▓▓▓▓▓ was first encountered by U.S. Border Patrol on 07/24/2001 in Brownsville, TX ▓▓▓▓▓▓ stated that he left his hometown in Guatemala on July 4, 2001, en route to his cousin's house in Maryland ▓▓▓▓▓▓ stated that he traveled through Guatemala on foot and arrived at the border of Mexico on July 14, 2001. That same day he then entered Mexico illegally near Tapachula, Chiapas, Mexico. From Tapachula, Chiapas, Mexico he continued by bus and arrived in Matamoros, Tamaulipas, Mexico on

July 23, 2001. ████████ stated that on the same day, he entered the United States illegally by wading across the Rio Grande River and was apprehended shortly after his entry by U.S. Border Patrol Agents ████████

████████ was ordered removed by Immigration Judge on May 29, 2002.

On December 12, 2008, ████████ was encountered again by the Prince Georges County Police Department during a routine traffic stop. During the traffic stop, it was determined that ████████ had a firearm on his person. ████████ was arrested by the officer. A records check conducted by the encountering officer revealed an outstanding Warrant of Deportation that had been entered into NCIC. The LESC was contacted, verified the ████████s identity, faxed a detainer to the Prince Georges County Detention Center and notified the DRO duty officer. ████████ was interviewed in person on December 22, 2008, to verify identity at the PGCDC and was brought to the Baltimore Field Office for processing on December 29, 2008. ████████ was removed from the US to Guatemala on January 30th, 2009. ████████ departed the US from New Orleans, Louisiana.

ALIENAGE AND REMOVABILITY
████████ is a citizen of GUATEMALA. ████████ entered the US illegally after being removed. ████████ will be charged in accordance with section 212(a)(9)(c)(i)(II) PREVIOUSLY ORDERED REMOVED AND ENTERED OR ATTEMPTED TO ENTER WITHOUT BEING ADMITTED.

FAMILY HISTORY
████████ claims his father was born in GUATEMALA and is a citizen and national of GUATEMALA.
claims his mother was born in GUATEMALA and is a citizen and national of GUATEMALA.

PENDING APPLICATIONS
████████ has no pending application.

HEALTH AND HUMANITARIAN
████████ claims to be in good health.

PHONE CALL AND CONSULAR NOTIFICATION
████████ was offered a phone call.
was advised of his right to contact a Consular Officer from his country of citizenship.

INTEL
████████ does not claim affiliation of criminal street gangs or security threat groups.
does not have a tattoo.
denies service in any branch of the U.S. military.
denies service in any branch of the GUATEMALA military.

DISPOSITION
ERO Washington served ████████ with a Notice of Intent/Decision to Reinstate Prior Order. ████████ refused to speak without an attorney, ████████ will be detained at the Farmville Detention Center pending his removal.

EARM



Logged In:

Person ID: ███  Sex: **M**  DOB: ███  Current Age: **52**  COB: **GUATE**  COC: **GUATE**

Subject ID : **401029920**  Processing Disposition: **Bag and Baggage**  ICE Non-Detained Portal Verified Account: **No**  RCA Look-Up

**No Case associated with this encounter**

-- Select Different Case File --                          ∨

**Current / Active Alerts**

Detention History

███████████████

## Encounter Details

### 5 Encounter(s) linked to Person ID: ███

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 5 | 401029920 | | | | GUATE | No Priority | | 12/19/2025 | | | Unlink |
| ○ | 4 | 401021976 | | | | GUATE | No Priority | | 12/18/2025 | 25310689 | 16 | Unlink |
| ○ | 3 | 278113164 | | | | GUATE | No Priority | | 12/22/2008 | 7259404 | 8C | Unlink |
| ○ | 2 | 262997648 | | | | GUATE | No Priority | | 07/10/2007 | 7259404 | 8C | Unlink |
| ○ | 1 | 24081272 | | | | GUATE | No Priority | | 07/24/2001 | 25320465 | 8A | Unlink |

## Encounter Details

All information below may only be edited in ███

### Event / Incident Information

Event Number: **WAS2612000944**

Event Occurred On: **12/19/2025**

Event Type: **ERO Criminal Alien Program**

Program: **CAP - ERO Criminal Alien Program**

Operation: **N/A**

Site: **N/A**

Landmark: **N/A**

Primary Agen ███

Assigned On: **12/19/2025**

Event Supervisor ███

Assigned On: **12/19/2025**

### Subject Information

FINS: **N/A**

DNA Collection Device Number: **N/A**

A-Number: ███

Control Name: ███

First Name: ███

Middle Name: **N/A**

Maiden: **N/A**

Nickname: **N/A**

Living?: **Y**

Sex: **M**

Marital Status: **Single**

SSN: **N/A**

Juvenile Verified: **N/A**

Occupation: **N/A**

Historical Priority: **No Priority**

Criminal Type: **N/A**

Agg Felon: **No Aggravated Felony Convictions**

Primary Citizenship: **GUATEMALA**

Stateless Type: **N/A**

Hair: **BLK**

Eyes: **BRO**

Complexion: **MED**

Race: **W**

Origin: **H**

Date of Birth: ███

Age: **52**

Age at Encounter: **52**

Height: **65**

Role: **P**

Role Comment: **N/A**

Processing Disposition: **Bag and Baggage**

INS Status: **Deportable**

POE: **BROWNSVILLE/GATEWAY**

Entry Date: **07/21/2001**

Entry Class: **Not Applicable**

Apprehension Date: **2025-12-18 02:43:00.0**

Warrant served by Warrant Service Officer (WSO)?
**N/A**

Arrest Method: **Custodial Arrest**

Site: **WAS**

Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

| | | |
|---|---|---|
| TSC Log #: **N/A** | Weight: **125** | Arrest At/Near: **college park, md** |
| NUIN #: **N/A** | Speak/Understand English: **Y** | Juvenile Status: **N/A** |
| SEN #: **N/A** | Read/Write English: **Y** | CBP Family Unit ID: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Separation Reason: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Relation: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

## General Subject Narrative

### Created Date: 12/19/2025 02:57 AM

INITIAL ENCOUNTER:
On December 18, 2025, at 0730hours, Team 11/12 was conducting surveillance near 2670 Military Rd NW, Washington DC 20015. At approximately 0739 hours, ERO officers observed a white Toyota Tacoma with Maryland license plat ▇▇▇▇▇ , picking up individuals in an area known as a pick-up spot for day workers. ERO officers travelled behind the vehicle and ran a query of multiple database systems. The vehicle was registered to ▇▇▇▇▇▇▇ database checks revealed tha ▇▇▇▇▇▇▇ lived in the same address as several subjects who live in the US illegally▇▇▇▇▇▇▇'s name also matched the name of a Guatemalan national who had been previously removed from the US. Further checks revealed tha ▇▇▇▇▇▇▇ had no SSN and or legal status in the US.
ERO officers activated their emergency lights and initiated a vehicle stop. ERO officers approached the vehicle and identified themselves as officers with ICE/ERO. ERO officers questioned the driver and the passengers as to their immigration status. All subjects freely admitted to entering the US without inspection by an immigration officer and confirmed their identity by providing IDs. All subjects were arrested
On December 18th, 2025, ERO Washington encountere ▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇was arrested During Targeting Enforcement.
After a review of available DHS/ICE databases, it was determined tha ▇▇▇▇▇▇was amenable to DHS/ICE enforcement action as a Final Order. Based on the information an ICE Immigration I-247A Detainer and I-205 Warrant of Removal/Deportation were lodged.
The mitigating and aggravating factors o ▇▇▇▇▇▇case were thoroughly reviewed and considered. The migrant meets the priority enforcement criteria outlined in the Guidelines for the Enforcement of Civil Immigration Law dated September 30, 2021, and issued by DHS Secretary Alejandro N. Mayorkas.
PROCESSING ENCOUNTER:
On 12,18,2025 ▇▇▇▇▇▇was administratively arrested by ERO Washington and, was transported to the Chantilly, VA where a rolled set of his fingerprints were submitted to IDENT and Next Generation Identification (NGI) which confirmed his criminal history.
ALIENAGE AND REMOVABILITY
▇▇▇▇▇▇is a citizen of GUATEAMALA ▇▇▇▇▇▇last entered the United States at or near Brownsville, TEXAS on July 21,2001 without being admitted or paroled by an immigration officer.
▇▇▇▇▇▇is amenable to removal as having a final order of removal issued by an immigration judge.
IMMIGRATION HISTORY:
▇▇▇▇▇▇is not a citizen of the United States ▇▇▇▇▇▇is a citizen and national of GUATEMALA ▇▇▇▇▇▇last entered the United States on July 21, 2001 in Brownsville, TX.
02/01/2002 HRNG R/S FOR 05/29/02. *06/02/02 HIA; IJ ORDERED REMOVED TO GUAT ON 05/29/02
▇▇▇▇▇▇has no known immigration applications pending.
FAMILY HERTORY:
▇▇▇▇▇▇claims his fathe ▇▇▇▇▇▇▇▇▇▇is a citizen and national of GUATEMALA.

▇▇▇▇▇▇claims her mothe ▇▇▇▇▇▇▇▇▇is a citizen and national of GUATEMALA.
CRIMINAL HISTORY:
The subject was encountered by the Prince Georges Co. Police Deparment. on 12/22/2008 during a routine traffic stop. A records check conducted by the encountering officer revealed an outstanding Warrant of Deportation that had been entered into NCIC. The LESC was contacted, verified the subject's identity, faxed a detainer to the Prince Georges County Detention Center and notified the DRO duty officer. Subject was interviewed in person on 12/22/2008 to verify identity at the PGCDC and was brought to the Baltimore Field Office for processing on 12/29/2008.
Subject was arrested for handgun in vehicle by the Prince George County Police Department on 12/22/2008. Subject was released on Bond.

HEALTH AND HUMANITARIAN:
██████████ denies/claims any significant medical conditions.

PHONE CALL/CONSULAR NOTIFICATION:
██████████ was offered the chance to make a three-minute phone call.

██████████ is a citizen of GUATEMALA and was advised of his right to speak with a Consular Officer.

INTEL:
██████████ DOES NOT claim affiliation of criminal street gangs or security threat groups. ██████████ HAS/DOES NOT HAVE tattoos.

██████████ denies service in any branch of the U.S. military. ██████████ denies service in any branch of the ██████████ military.
DISPOSITION:
██████████ was processed as a bag and baggage. ██████████ will be held in Service custody pending removal from the United States.