

EARM

Logged In: ██████████

| | |
|---|---|
| Person ID: ████ Sex: **M** DOB: ████ Current Age: **59** COB: **COSTA** COC: **COSTA** | |

Subject ID : **400872582** Processing Disposition: **Voluntary Departure** ICE Non-Detained Portal Verified Account: **No** RCA Look-Up

Case # : **25285786** Case Category: **[1A]** Docket: **WAS - Closed Docket**

Final Order of Removal: **No**      Time in Custody: **N/A**      Special Class:
Final Order Date: **N/A**      Depart / Cleared Status: **3-Voluntary Depart**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**

**Current / Active Alerts**

Detention History

## Encounter Details

**1 Encounter(s) linked to Person ID:** ██████

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 1 | 400872582 | ████ | ████ | | COSTA | No Priority | ████ | 12/03/2025 | 25285786 | 1A | Unlink |

## Encounter Details

All information below may only be edited in ████

### Event / Incident Information

Event Number: **WAS2612000187**      Operation: **DCS: The District**      Primary Agen ████████

Event Occurred On: **12/03/2025**      Site: **WAS**      Assigned On: **12/03/2025**

Event Type: **Fugitive Operations (Event)**      Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**      Event Supervisor ████████

Program: **FUG - Fugitive Operations**      Assigned On: **12/03/2025**

### Subject Information

FINS ████

DNA Collection Device Number: ████

A-Number: ████

Control Name: ████

First Name: ████

Middle Name: **N/A**

Maiden: **N/A**

Nickname: **N/A**

Living?: **Y**

Sex: **M**

Marital Status: **Single**

SSN: **N/A**

Juvenile Verified: **N/A**

Occupation: **N/A**

TSC Log #: **N/A**

NUIN #: **N/A**

SEN #: **N/A**

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Historical Priority: **No Priority**

Criminal Type: **N/A**

Agg Felon: **No Aggravated Felony Convictions**

Primary Citizenship: **COSTA RICA**

Stateless Type: **N/A**

Hair: **BLD**

Eyes: **BRO**

Complexion: **FAR**

Race: **U**

Origin: **H**

Date of Birth: ████

Age: **59**

Age at Encounter: **59**

Height: **72**

Weight: **180**

Speak/Understand English: **N**

Read/Write English: **N**

Primary Language: **SPANISH**

Family Members: **N/A**

Role: **P**

Role Comment: **N/A**

Processing Disposition: **Voluntary Departure**

INS Status: **Inadmissible Alien**

POE: **UNKNOWN**

Entry Date: **N/A**

Entry Class: **Not Applicable**

Apprehension Date: **2025-12-03 17:40:25.0**

Warrant served by Warrant Service Officer (WSO)? **N/A**

Arrest Method: **Non-Custodial Arrest**

Site: **WAS**

Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC**

Arrest At/Near: **WASHINGTON, DC**

Juvenile Status: **N/A**

CBP Family Unit ID: **N/A**

CBP Separation Reason: **N/A**

Accompanying Family Member Relation: **N/A**

Relationship to U.S. Veteran(s): **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 12/03/2025 05:44 PM

The officer preparing this document was not involved in the arrest and was assigned to process the arrest; all information contained herein was reported by the arresting officer(s).
Encounter:

DOB
COB: COSTA RICA
On December 3, 2025, the Field Team 8 and 9 assigned to The District Operation and Make DC
Safe and Beautiful Task Force in Washington DC along with ATF, and DSS Agents assisted U.S.
Park Police on the George Washington Memorial Parkway. U.S. Park Police conducted a vehicle stop and encountere                        ,
            FOT Officers conducted a field interview to established alienage and removability, and it was determined that he did not have permission to be present in the United States at the time of encounte            was taken into custody and transported to the WAS Field Office for processing.
At the time of arres            was likely to escape before a warrant could be obtained because of the following factors: he was arrested at large (not at their residence or place of business), he is an alien unknown to ICE who entered the United States after evading inspection, his home address, employment, and family ties were unknown or unverified, and he never applied for lawful status in the United States.
As soon as it was practical and safe to do so, the arresting officer identified themselves as an immigration officer who is authorized to execute an arrest and stated th            was under arrest and the reason for the arrest.

Immigration History:
On an unknown date and at an unknown locatio            unlawfully entered the United States without inspection or admission by an immigration official at a place other than a designated as a point of entry.
            stated to an Immigration Officer that he unlawfully entered the United States through the Texas Border.
            is inadmissible pursuant section 212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.
Alienage:
            is not a citizen or national of the United State            stated that he was a native and citizen of COSTA RICA and presented no known derivation issues.

Criminal History:
LEIVA has no criminal history.
FB
FINS

Pending Applications/ Litigations:
USCIS checks indicated tha        A has no pending applications.

Humanitarian/Health:
            stated that he has good health but also claims to have high blood pressure.
            stated that he does have children in Costa Rica.
            is not married.

Voluntary Departure:
            was offered a Voluntary Departure and accepted.

Email:

Consular Notification:
████ was advised of his right to speak to a Consular Official from his country. ████ does not want to notify the COSTA RICA Consulate. It is mandatory to notify the COSTA RICA Consulate. Consulate was notified via fax.

Gang Affiliation:
████ claims no gang affiliation and his criminal and immigration history do not reflect any known gang affiliation.

Military Service:
████ has not served in the United States military.

Property/ Funds:
████ has funds and property that are notated on ████████

Travel Documents:
████ was not in possession of any travel documents.

DNA:
ERO Washington collected DNA; DNA collected with collection device ████████

Disposition:
████ was processed as a Voluntary Departure. Forms Executed: I-200, I-210, FD-249, and 4-Shot Mug.