UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR-MOLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 25-3417 (BAH) |

**SUPPLEMENTAL DECLARATION OF KENNETH W. BLANCHARD JR.**

I, Kenneth W. Blanchard Jr., declare the following to be true and correct:

1.      The purpose of this declaration is to explain the steps CBP took to implement the District Court's Order dated December 2, 2025 where the District Court ordered Defendants to carry out the following:

ORDERED that defendants comply with the following reporting requirements:

(1) Any defendant or their agent who conducts a warrantless civil immigration arrest in the District of Columbia shall, as soon as practicable, document the facts and circumstances surrounding the warrantless civil immigration arrest in narrative form. This documentation shall include the specific, particularized facts that supported the agent's pre-arrest probable cause to believe that the person is likely to escape before a warrant can be obtained, including the following facts that are required to be documented pursuant to the Department of Homeland Security's "Broadcast Statement of Policy" on compliance with 8 U.S.C. § 1357(a)(2) available at…"that the alien was arrested without a warrant"; "the location of the arrest and whether this location was a place of business, residence, vehicle, or a public area"; "the alien's ties to the community, if known at the time of arrest, including family, home, or employment"; and "the specific, particularized facts supporting the conclusion that the alien was likely to escape before a warrant could be obtained." The

documentation shall include the date and time of the arrest, and the date and time the agent completed the documentation;

(2) In describing the individualized assessment of escape risk in the documentation ordered above, specific details as to the person being arrested must be provided such that the use of boilerplate language may be deemed indicative of noncompliance;

(3) Within 30 days of this Order and every 30 days thereafter until this litigation is terminated or the Court rules otherwise, defendants shall release to plaintiffs' counsel the documentation describing defendants' and their agents' warrantless civil immigration arrests within this District, or if requested by plaintiffs' counsel concerning specific individual warrantless arrests, no later than seven days after the request; …

(ECF 67, pp. 2-3).

2.      Prior to the District Court's December 2, 2025 Order, CBP Officers and Agents who participated in the Federal Public Safety Surge Operation (FPSSO) in Washington D.C. in support of Executive Order 14252, *Making the District of Columbia Safe and Beautiful,* and made a criminal or civil immigration arrest, were required to complete an arrest report. The arrest report included a field for the date and time of the arrest. The date and time the CBP Officer or Agent completed the arrest report is also electronically recorded.

3.      Following the District Court's Order, CBP added fields to the arrest report to require CBP Officers and Agents who make a civil immigration arrest to enter narrative text describing the "Probable Cause for Immigration Violation," select the "Location of Arrest Type" - "Business, Residence, Vehicle, Public Area, Other," enter narrative text describing the "Alien Ties to Community," and enter narrative text describing "Facts Supporting Likely Escape." All CBP Officers and Agents who participate in FPSSO are informed of the requirement to complete the arrest report.

4.      In the time following the District Court's Order until December 29, 2025, CBP recorded three warrantless civil immigration arrests in Washington, D.C. On January 2, 2026, CBP produced for Plaintiffs a PDF titled "CBP DC Safe and Beautiful Warrantless Immigration Arrests

- 3 -

Ending Dec. 29, 2025." The PDF contained the relevant, non-personally identifiable information the CBP Officers and Agents who made the three warrantless civil immigration arrests entered in the arrest report, including the probable cause of the immigration violation, the location of the arrest, the aliens' ties to the community, and the facts supporting likely escape.

5.     CBP did not record any warrantless civil immigration arrests in Washington, D.C. from December 30, 2025 through January 28, 2026 and therefore did not submit any information to Plaintiffs on February 2, 2026.

6.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Kenneth W. Blanchard, Jr*

Kenneth W. Blanchard Jr.
(A) Deputy Executive Assistant Commissioner
Operations Support
U.S. Customs and Border Protection
U.S. Department of Homeland Security