UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSE ESCOBAR MOLINA et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY et al., <br><br> Defendants. | Civil Action No. 25-3417 (BAH) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's motion to enforce, and the entire record herein,

it is hereby

ORDERED that Plaintiff's motion is DENIED.


SO ORDERED:


_____                    _____
Date                                                          BERYL A. HOWELL
                                                                 United States District Judge