**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>       *Plaintiffs*,<br><br>       v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>       *Defendants*. | Civil Action No. 25-3417 (BAH) |

**DECLARATION OF ALEXANDRA J. WIDAS IN SUPPORT OF PLAINTIFFS'
MOTION FOR EXTRA-RECORD DISCOVERY
("FOURTH WIDAS DECLARATION")**

I, Alexandra J. Widas, declare pursuant to 28 U.S.C. § 1746 that:

1.    I am an attorney with the law firm Covington & Burling LLP. I represent Plaintiffs José Escobar Molina, B.S.R., N.S., R.S.M., and CASA, Inc., on behalf of themselves and similarly situated individuals ("Plaintiffs") in this action. I submit this declaration ("Fourth Widas Declaration") in support of Plaintiffs' Motion for Extra-Record Discovery.  If called upon to do so, I could and would competently testify as follows:

2.    Attached hereto as **Exhibit 1** is a true and correct copy of an X post by the U.S. Department of Homeland Security (@DHSgov) (Dec. 31, 2025 at 4:06 p.m.), available at https://x.com/DHSgov/status/2006472108222853298?lang=en (last accessed Mar. 3, 2025).

3.    Attached hereto as **Exhibit 2** is a true and correct copy of a Washington Post article by David Nakamura and Sarah Blaskey entitled "Ex-ICE instructor testifies that agency slashed officer training, lied to Congress." (Feb. 23, 2026), available at https://www.washingtonpost.com/immigration/2026/02/23/former-ice-instructor-says-agency-slashed-training-new-officers/ (last accessed Mar. 3, 2026), as published on Westlaw at 2026 WLNR 5468750 (last accessed Mar. 3, 2026).

4.    Attached hereto as **Exhibit 3** is a true and correct copy of a press release from the U.S. Department of Homeland Security entitled "DHS Sets the Record Straight About ICE Law Enforcement Training, Debunks Falsehoods" (Feb. 23, 2026), available at https://www.dhs.gov/news/2026/02/23/dhs-sets-record-straight-about-ice-law-enforcement-training-debunks-falsehoods (last accessed Mar. 3, 2026).

5.    Attached hereto as **Exhibit 4** is a true and correct copy of a Washington Post article by Sarah Blaskey entitled "ICE training was slashed, records show, corroborating whistleblower claims." (Mar. 3, 2026), available at https://www.washingtonpost.com/investigations/2026/03/03/ice-training-cuts-graduation-rate/ (last accessed Mar. 3, 2026), as published on Westlaw at 2026 WLNR 6391423 (last accessed Mar. 3, 2026).

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on March 5, 2026, in Washington, D.C.

*/s/ Alexandra J. Widas*
Alexandra J. Widas (D.C. Bar No. 1645372)

2

# Exhibit 1



← **Post**

 **Homeland Security** ☑
@DHSgov

...

The peace of a nation no longer besieged by the third world.

*America After 100 Million Deportations*

👥 **Readers added context they thought people might want to know**    →

This image was stolen and is actually a piece of art by the Japanese artist Hiroshi Nagai.

andrewjonesauctions.com/auction-lot/hi...

47 million of the United States' 340 million population is foreign-born, the majority of those being legal immigrants. To do 100 million deportations they'd have to deport citizens.

census.gov/quickfacts/fac...

Context is written by people who use X, and appears when rated helpful by others. Find out more.

4:06 PM · Dec 31, 2025 · **20.6M** Views

💬 5.2K        ⟲ 7K        ♡ 35K        🔖 3.4K        ↥

💬 **Read 5.2K replies**

**New to X?**

Sign up now to get you

G    Sign u

🍎    Sign

Creat

By signing up, you agre
Privacy Policy, including

**What's happe**

Trending in United Stat
**Colin Gray**

Technology · Trending
**GoXLR**

Music · Trending
**KEVIN PARKER**

Music · Trending
**Diplo**

Show more

Terms of Service  |  Privac
Accessibility  |  Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

Case 1:25-cv-03417-BAH   Document 85-1   Filed 03/05/26   Page 5 of 17



**New to X?**

Sign up now to get you

 Sign

Creat

By signing up, you agre
Privacy Policy, including

**What's happe**

Trending in United Stat
**Colin Gray**

Technology · Trending
**GoXLR**

Music · Trending
**KEVIN PARKER**

Music · Trending
**Diplo**

Show more

Terms of Service  |  Privac
Accessibility  |  Ads info

## Don't miss what's happening
People on X are the first to know.

Log in

# Exhibit 2

**NewsRoom**

2/23/26 WashingtonPost.com (No Page)
2026 WLNR 5468750

WashingtonPost.com
Copyright (c) 2026 The Washington Post

February 23, 2026

Section: /immigration

Ex-ICE instructor testifies that agency slashed officer training, lied to Congress

David Nakamura; Sarah Blaskey

A former instructor for U.S. Immigration and Customs Enforcement on Monday accused the agency of dramatically slashing training standards for new officers and lying to Congress about it as the Trump administration seeks to rapidly expand its mass deportation operation.

Ryan Schwank, who resigned from his job at an ICE academy in Georgia last week, told congressional Democrats at a hearing that the agency eliminated 240 hours of "vital classes" from a mandatory 580-hour training program, including instruction about the legal boundaries for the use of force, how to safely handle firearms, and the proper way to detain and arrest immigrants.

"Law enforcement is a deadly serious business. It is not a place for shortcuts," Schwank said. "Deficient training can and will get people killed. … ICE is lying to Congress and the American people about the steps it is taking to ensure that 12,000 officers can faithfully uphold the Constitution and perform their jobs."

Ahead of the hearing, Schwank provided a joint panel of House and Senate Democrats copies of internal ICE documents that he said show the extent of the cuts. The documents indicated that the Federal Law Enforcement Training Centers in Glynco, Georgia, shortened its training program from 72 days to 42 days.

Democratic lawmakers said that a side-by-side comparison of a table of contents for the ICE basic training program in July 2025 — before a tranche of new funding from Congress for the agency to hire thousands of officers — and February 2026 appears to show that "a number of courses have been wholly cut from ICE's training program."

The Department of Homeland Security, which oversees ICE, "has knowingly jeopardized the safety of Americans by systematically dismantling the training designed to educate ICE officers on the legal limits of their authority," Rep. James Walkinshaw (D-Virginia) said.

Schwank's testimony comes two weeks after acting ICE director Todd M. Lyons testified in front of separate House and Senate committees amid growing public outrage over the aggressive tactics of ICE and other federal immigration officers. Two U.S. citizens were fatally shot by federal officers in Minneapolis last month.

During his testimony in the House on Feb. 10, Lyons responded to questions about the agency's training program by saying it has not reduced the "meat of the training" but has sought to reduce the time it takes to get officers into the field. He said training used to take place five days a week for eight hours a day but has been changed to six days a week for 12 hours per day.

In a statement Monday, the Department of Homeland Security said ICE recruits receive 56 days of training before beginning their assignments, along with an average of 28 additional days of "on-the-job-training." DHS said recruits are receiving the same total hours of training as they always have.

"No training hours have been cut. Our officers receive extensive firearm training, are taught de-escalation tactics, and receive Fourth and Fifth Amendment comprehensive instruction," said Lauren Bis, a spokeswoman for the department.

Schwank said that among the classes eliminated were 16 hours of firearms training. He also said that a two-hour class on the rights of protesters was shortened into 10 minutes of discussion during a lecture on "the concept of seizure."

Schwank began working at ICE in 2021 as an assistant chief counsel and, in September, volunteered to serve as an instructor at the training academy in Georgia. He said recruits came from a variety of backgrounds, including some as young as 18 years old and some who did not have college degrees.

On his first day on the job, he said, he was asked to review an internal memo, signed by Lyons, that said ICE officers are authorized to use administrative warrants, approved by senior ICE officials, to enter private residences.

That marked a shift from the federal government's long-standing position that officers must obtain judicial warrants signed by federal judges. Schwank said he was instructed to train the recruits on the policy but was told he could not talk about the information publicly or even take notes after reading the memo. The Washington Post and other news outlets reported on the memo last month.

"ICE is teaching cadets to violate the Constitution and attempting to cloak it in secrecy by demanding I lie about it," he said.

In the statement, DHS said officers receive "comprehensive" instruction on the Fourth Amendment, which provides constitutional safeguards against unreasonable searches and seizures.

"The overarching objective is to ensure that, before assuming field duties, every ICE officer has been repeatedly trained, tested, and held to clear standards that require consistent respect for constitutional rights in all enforcement activities," the agency said.

The lawmakers also heard from Teyana Gibson Brown, a Minneapolis resident whose husband was detained by heavily armed ICE officers last month after they entered her home without permission and showed her an administrative warrant purportedly authorizing the arrest.

Several of the lawmakers repeated calls for Homeland Security Secretary Kristi L. Noem to resign or be impeached.

Rep. Robert Garcia (D-California) called what happened to Gibson Brown "wrong" and "outrageous" and said that "every person should be ashamed of our own government for causing this kind of terror."

---- Index References ----

Company: UNITED STATES, GOVERNMENT OF

News Subject: (Government (1GO80); Immigration & Naturalization (1IM88); Legal (1LE33); Legislation (1LE97); Police (1PO98); Social Issues (1SO05))

Industry: (Homeland Security (1HO11); Security (1SE29))

Region: (Americas (1AM92); Minnesota (1MI53); North America (1NO39); U.S. Midwest Region (1MI19); USA (1US73))

Language: EN

Other Indexing: (Federal Law Enforcement Training Centers; Congress; Department of Homeland Security; U.S. Immigration and Customs Enforcement)

Word Count: 870

---

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.

# Exhibit 3

Case 1:25-cv-03417-BAH    Document 85-1    Filed 03/05/26    Page 11 of 17

**Countdown to America's 250th Anniversary!**

| **122** | **11** | **26** |
|---|---|---|
| Days | Hours | Minutes |

✓ **NOTICE**    Due to the lapse in federal funding, this website will not be actively managed. Click here for more information.

**Homeland Security**

U.S. Department of Homeland Security

# DHS Sets the Record Straight About ICE Law Enforcement Training, Debunks Falsehoods

**Release Date:** February 23, 2026

*DHS provides the best of the best training for our law enforcement officers who put their lives on the line to remove murderers, rapists, pedophiles, terrorists, and gang members from American communities*

WASHINGTON – The U.S. Department of Homeland Security (DHS) today released further details about the training U.S. Immigration and Customs Enforcement (ICE) officers receive. New ICE recruits receive 56 days of training and an average of 28 days of on-the-job training. **No training requirements have been removed**. Training increased from five days a week, eight hours a day to six days a week, twelve hours per day**. It is the same hours of training officers have always received.**

*"We have ensured our law enforcement officers get the best of the best training to arrest and remove murderers, rapists, pedophiles, terrorist, and gang members from our communities,"* said **Deputy Assistant Secretary Lauren Bis.** *"Despite false claims from the media and sanctuary politicians, no training hours have been cut. Our officers receive extensive firearm training, are taught de-escalation tactics, and receive Fourth and Fifth Amendment comprehensive instruction. The training does not stop after graduation from the academy—Recruits are put on a rigorous on-the-job training program that is tracked and monitored."*

Federal Law Enforcement Training Centers (FLETC) is prepared to accommodate 12,000 new hires this year. The One Big Beautiful Bill Act provided FLETC with **$750 million**, more than doubling its annual resources, to enhance the training and readiness of U.S. Border Patrol (USBP), U.S. Customs and Border Protection (CBP), and ICE personnel.

**DHS has streamlined training to cut redundancy and incorporate technology advancements, without sacrificing basic subject matter content.** Under these new improvements, candidates still learn the same elements and meet the same high standards ICE has always required. **No subject matter has been cut.**

Language classes, which previously covered only a specific dialect of Spanish, have been replaced with robust translation and interpretation services that apply to multiple languages. The majority of new officers brought on during the hiring surge are experienced law enforcement officers who have already successfully completed a law enforcement academy.

These training courses, run by seasoned officers, focus on essential skills like:

- Arrest techniques, where recruits are trained to safely detain suspects during law enforcement encounters;
- Defensive tactics, where recruits learn how to safely protect themselves and others during potentially violent encounters;
- Conflict management and de-escalation techniques;
- Extensive firearms and marksmanship training;
- Multiple classes dedicated to use of force policy and the proper use of force;
- And much more.

Those who join ICE's Special Response Teams (SRT) undergo even more intensive and rigorous training, including:

- 30 hours of tryouts just to be considered;
- An SRT Basic Operator Course;
- Continuous and ongoing training in several specialized skills, including breaching techniques, perimeter control, advanced firearms training, hostage rescue, and more;
- Maintaining an expert marksman qualification on all issued firearms.

Case 1:25-cv-03417-BAH    Document 85-1    Filed 03/05/26    Page 12 of 17

**ICE officers receive structured and comprehensive instruction on the Fourth and Fifth Amendments as an integral component of their basic training at FLETC.** The overarching objective is to ensure that, prior to assuming field duties, every ICE officer has been repeatedly trained, tested, and held to clear standards that require consistent respect for constitutional rights in all enforcement activities.

**Their training does not end when recruits graduate from the academy.** ICE officers go through a rigorous on-the-job training and mentorship. This additional training is tracked online and monitored closely. New hires take what they learn at FLETC and apply it to real-life scenarios while on duty, preserving ICE's reputation as one of the most elite law enforcement agencies not only in the U.S., but the entire world.

The baseline courses at FLETC provide a solid foundation for the situations our agents and officers will encounter in the field. **As with most other fields, our workforce never stops learning.** Each office is staffed with senior officials who mentor, coach, and train agents and officers every step of the way, preserving ICE's reputation as one of the most elite federal law enforcement agencies in the United States.

# # #

## Topics

HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)

IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

## Keywords

CUSTOMS AND BORDER PROTECTION (CBP) (/KEYWORDS/CUSTOMS-AND-BORDER-PROTECTION-CBP)

FEDERAL LAW ENFORCEMENT TRAINING CENTERS (FLETC) (/KEYWORDS/FEDERAL-LAW-ENFORCEMENT-TRAINING-CENTERS-FLETC)

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)

Last Updated: 02/23/2026

# Exhibit 4

**NewsRoom**

3/3/26 WashingtonPost.com (No Page)
2026 WLNR 6391423

WashingtonPost.com
Copyright (c) 2026 The Washington Post

March 3, 2026

Section: /national/investigations

ICE training was slashed, records show, corroborating whistleblower claims

Sarah Blaskey

Immigration and Customs Enforcement dramatically cut its basic training program amid a hiring spree meant to speed up the Trump administration's deportation efforts, records obtained by The Washington Post show, corroborating a whistleblower's claim.

After former ICE instructor Ryan Schwank testified during a congressional hearing last week, the Department of Homeland Security denied any reduction in the amount or quality of training provided to ICE recruits. The previously undisclosed records obtained by The Post show that, as the whistleblower said, ICE last year removed about 240 hours from its basic training program, or more than 40 percent of instructional time.

The documents also offer new insight into how and when the training program was reduced. The vast majority of the cuts occurred in August, the records show, as the Trump administration pushed ICE to double the number of officers in the field by the end of 2025.

The initial cuts eliminated more than 100 hours dedicated to hands-on instruction and practice scenarios, including half the 56 hours once spent on firearms training, the records show. Fitness training time was almost entirely cut. Also eliminated were dozens of hours of classroom learning on such topics as case processing and deportation officers' legal authority.

With further cuts later that fall, the records show, ICE had eliminated three-quarters of the hours once dedicated to evaluating recruits' practical skills, including firearms handling. The agency eliminated time for driving tests and cut all 26 hours previously allotted for evaluating recruits' grasp of skills specific to immigration enforcement and deportation operations.

As of Jan. 1, records show, more than 900 ICE officers had completed a shortened version of basic training and were destined for field offices across the country. That is more than three times the total number of graduates in the 12 months before August, when the program was first cut.

Asked about The Post's findings, ICE acknowledged that the program has been accelerated by increasing the daily training time and adding an extra day of training each week but insisted that there had been no cuts to overall training hours, requirements or subject matter.

"ICE officers go through a rigorous on-the-job training and mentorship," the agency said in a statement. It said new officers take what they learn at the academy and "apply it to real-life scenarios while on duty, preserving ICE's reputation as one of the most elite law enforcement agencies not only in the U.S., but the entire world."

Concerns about the quality of immigration officers' training have been mounting for months amid reports of violent arrests and heavy-handed crowd-control tactics, along with two high-profile killings of U.S. citizens by federal immigration agents during protests in Minneapolis this year.

On Feb. 23, Schwank, a lawyer who recently resigned from his teaching position at the ICE academy, testified that the agency had removed so many essential courses from the program that "even in the final days of training, the cadets cannot demonstrate a solid grasp of the tactics or the law required to perform their jobs."

That same day, congressional Democrats made public DHS documents indicating that ICE last year removed courses that were once part of its basic training program. The records obtained by The Post were not among those released by the Democrats and did not come from the same source.

The records obtained by The Post include four training program outlines, dated between July 2025 and January 2026, that break down the hours allocated to instructional topics. The records also track student outcomes and time at the academy. They reveal a steep decline in the graduation rate as DHS ramped up recruitment, part of President Donald Trump's goal to double the number of ICE officers to 20,000 and deport an unprecedented 1 million people each year.

"Students must meet all requirements, otherwise they will not be made law enforcement officers," ICE told The Post, citing the lower graduation rate as evidence that the academy has not lowered standards.

ICE made slight adjustments to the basic training program after the sweeping cuts last year, the records show. After initially cutting the training time dedicated to use of force by three hours, for instance, ICE later added five hours on that subject. Asked about the change, ICE told The Post that the agency "increased de-escalation training for recruits to ensure they are prepared for attacks from ICE agitators."

Before the changes last summer, ICE basic training was a 72-day program held at the headquarters of the Federal Law Enforcement Training Centers, a sprawling campus in southeastern Georgia. ICE never formally announced changes to the program but told reporters on a media tour in August that it had been streamlined to eight weeks.

Pushed for specifics at the time, the agency said it had eliminated a Spanish-language requirement. But Spanish instruction was not part of the ICE basic training program. It was a separate course for recruits who could not pass a Spanish fluency test. The records obtained by The Post show cutting the language requirement eliminated only four hours from the basic training program — the time previously set aside for that test.

Since the August media tour, officials have given conflicting accounts about training time. In the past month, they have stated at different times that the basic training last 47 days, 42 days and 56 days.

The DHS records obtained and analyzed by The Post show that the program was first cut to 47 days in August and further reduced in September to 42 days. Since then, all trainings have been on a 42-day schedule, the records show.

DHS and ICE officials have repeatedly said that no training time has been lost, in part because the academy increased daily instruction from eight hours to 12 hours. The Post's analysis of the records shows that as recently as January, students were receiving about eight hours of daily instruction. That hadn't changed as of February, according to a DHS official who spoke on the condition of anonymity because they were not authorized to talk to the media.

Asked about the discrepancy, ICE repeated the claim about 12-hour days and added that those hours include "personalized independent training." The statement emphasized in bold: "It's the same hours of training officers have always received."

ICE also said graduates of the academy go on to receive "an average of 28 days of on-the-job training."

Policing expert Marc Brown, an instructor at the University of South Carolina's law school, told The Post that "training on the job doesn't replace training at the academy, especially in a law enforcement career."

From 2019 to 2024, Brown taught physical techniques, including the use of handcuffs and defensive tactics, at the ICE basic training program. Incoming deportation officers need time to practice their new skills in safe, controlled environments before going into the field, Brown said, "so that if mistakes are made or there are things you could do better, you have a chance to make that mental correction."

Slightly more than 230 new deportation officers began ICE basic training in 2024, records show. In 2025, that same number had started at the ICE academy by the beginning of August. This followed a midsummer recruitment boom spurred by the passage of Trump's sweeping tax-and-spending legislation, which tripled the agency's enforcement and deportation budget to about $30 billion.

To boost the number of applicants, ICE lifted age restrictions, offered student loan forgiveness and $50,000 signing bonuses, and held recruitment events where some prospective agents were told they could receive tentative offer letters on the spot. By the end of September, cohorts of up to 48 trainees were arriving at the facility in Georgia almost daily, records show.

In the past, all new deportation officers were required to attend the academy. Now, only recruits who have no law enforcement experience are sent to the academy. Recruits with law enforcement experience, including "arrest authorities," are instead required to take an online course, and then they, too, "receive in-person on the job training," ICE said.

The records obtained by The Post show that more than 1,400 ICE recruits attended a shortened version of basic training in Georgia between August and Jan. 1. Those students failed or dropped out at high rates, and the 2025 graduation rate plummeted from around 80 percent among recruits who went through the full-length training to around 60 percent for those in shortened versions.

One in every four recruits destined for field offices by the end of the year flunked out of the shortened training program, records show. Among those who fell short, the majority failed written exams. Most of the remainder failed the physical abilities assessment, which requires recruits to complete a timed run and an obstacle course. Only three people failed that test in the first half of 2025 before ICE loosened certain enrollment standards and slashed more than 40 hours of preparation time.

Brown attributed the low graduation rate in part to the reduced hours of instruction, which he said don't provide new officers enough time to absorb material or practice difficult skills one-on-one with instructors in remedial workshops. He said it also appeared ICE's hiring spree pulled in more than the usual number of recruits who weren't suited for or capable of the job.

Sarah Blaskey is an investigative reporter who can be reached securely on Signal at SarahBlaskey.25

---- Index References ----

News Subject: (Immigration & Naturalization (1IM88); Legal (1LE33); Police (1PO98); Social Issues (1SO05))

Industry: (Aerospace & Defense (1AE96); Defense (1DE43); Land Transportation (1LA43); Military Forces (1MI37); Military Recruitment & Training (1MI40); Passenger Railroads (1PA89); Passenger Transportation (1PA35); Railroads (1RA98); Transportation (1TR48))

Language: EN

Other Indexing: (Federal Law Enforcement Training Centers; Immigration and Customs Enforcement; Department of Homeland Security; University of South Carolina)

Word Count: 1541

---

**End of Document**                                    © 2026 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

---

WESTLAW  © 2026 Thomson Reuters. No claim to original U.S. Government Works.  4