**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>        *Defendants*. | Civil Action No. 25-3417 (BAH) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION**
**FOR EXTRA-RECORD DISCOVERY**

Upon consideration of plaintiffs' Motion for Extra-Record Discovery ("Motion"), any opposition and reply, and the entire record herein, it is,

**ORDERED** that plaintiffs' Motion for Extra-Record Discovery is GRANTED;

It is further **ORDERED** that plaintiffs may serve on defendants requests for production and admission and up to ten (10) interrogatories, and take up to five (5) depositions.

It is further **ORDERED** that the parties shall submit a proposed schedule for plaintiffs to conduct discovery within seven (7) days of this order.

**SO ORDERED.**

Date: _____        _____
                                     BERYL A. HOWELL
                                     United States District Judge

1