UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR MOLINA et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>    Defendants. | Civil Action No. 25-3417 (BAH) |

## NOTICE

Defendants respectfully submit this response to the Court's question regarding the statement in the Lyons Memo concerning prior Immigration and Customs Enforcement ("ICE") practices.

The Lyons Memo (ECF No. 82-1 at 5) states "[w]ithout explanation, and without any formal policy, ICE previously applied the phrase 'likely to escape' as being the equivalent of 'flight risk.' This unreasoned position was incorrect." To be clear, ICE never had a formal policy or other written directive stating that "likely to escape" is the equivalent of flight risk or that provided a definition of "likely to escape." Rather, this sentence in the Lyons Memo reflects a past common practice that was never adopted as formal written ICE policy.

\*     \*     \*

Dated: March 11, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ John J. Bardo*
JOHN J. BARDO. D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2524

*Attorneys for the United States of America*