**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr>
<td>

JOSÉ ESCOBAR MOLINA, *et al.*,
*individually and on behalf of all others
similarly situated*,

   *Plaintiffs*,

  v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

   *Defendants*.

</td>
<td>

Civil Action No. 25-3417 (BAH)

</td>
</tr>
</table>

**JOINT PROPOSED SCHEDULE**

Pursuant to this Court's March 11, 2026 Minute Order, counsel for the parties conferred and respectfully propose the following schedule to govern supplemental briefing on Plaintiffs' Motion to Enforce Preliminary Injunction (ECF 78):

| Event | Proposed Deadline |
|---|---|
| Plaintiffs' supplemental brief | March 27, 2026 |
| Defendants' response to Plaintiffs' supplemental brief | April 10, 2026 |
| Plaintiffs' reply in support of their supplemental brief | April 17, 2026 |

Dated: March 13, 2026

Respectfully submitted,

   */s/ Aditi Shah*
Aditi Shah (D.C. Bar No. 90033136)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
ashah@acludc.org

*Attorney for Plaintiffs*

1

2

*/s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2539 (Bardo)
John.Bardo@usdoj.gov

*Attorney for the United States of America*