**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>      *Plaintiffs*,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>      *Defendants*. | Civil Action No. 25-3417 (BAH) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Proposed Schedule and the entire record herein, it

is **ORDERED** that the briefing schedule in the above-captioned case is as follows:

| Event | Proposed Deadline |
|---|---|
| Plaintiffs' supplemental brief | March 27, 2026 |
| Defendants' response to Plaintiffs' supplemental brief | April 10, 2026 |
| Plaintiffs' reply in support of their supplemental brief | April 17, 2026 |

SO ORDERED.

_____
The Hon. Beryl A. Howell
United States District Judge

1