UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR MOLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY et al., <br><br> Defendants. | Civil Action No. 25-3417 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion for discovery, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED.

SO ORDERED:

_____                    _____
Date                                                          BERYL A. HOWELL
                                                                 United States District Judge