EARM

Person ID: **20668806**  Sex: **M**  DOB: ▓▓▓  Current Age: **29**  COB: **HONDU**  COC: **HONDU**

Subject ID : **397893054**  Processing Disposition: **Warrant of Arrest/Notice to Appear**  ICE Non-Detained Portal Verified Account: **No**  RCA Log

Case # : **24865205**  Case Category: **[8A]**  Docket: **WAS - ATD 800 - 849 Mohamed**

| | |
|---|---|
| Final Order of Removal: **No** | Time in Custody: **N/A** | Special Class: **No Special Class** |
| Final Order Date: **N/A** | Depart / Cleared Status: **ACTIVE** | |
| Proceed With Removal: **N/A** | | |
| Days Final Order in Effect: **N/A** | | |



**Current / Active Alerts**

Detention History

Enrolled in ATD

S▓▓ R▓▓, ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓

# Encounter Details

## 2 Encounter(s) linked to Person ID: 20668806

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 2 | 397893640 | | ▓▓ | ▓▓ | HONDU | No Priority | ▓▓ | 01/29/2025 | | | Unlink |
| ⦿ | 1 | 397893054 | 240399833 | ▓▓ | ▓▓ | HONDU | No Priority | ▓▓ | 01/29/2025 | 24865205 | 8A | Unlink |

# Encounter Details

All information below may only be edited in EAGLE

## Event / Incident Information

| | | |
|---|---|---|
| Event Number: **WAS2501000612** | Operation: **N/A** | Primary Agen ▓▓▓▓ |
| Event Occurred On: **01/29/2025** | Site: **WAS** | Assigned On: **01/29/2025** |
| Event Type: **CAP Local** | Landmark: **USMDC - USMS DC SUPERIOR COURT** | Event Supervisor ▓▓▓▓ |
| Program: **CAP - ERO Criminal Alien Program** | | Assigned On: **01/29/2025** |

## Subject Information

| | | |
|---|---|---|
| FINS: ▓▓ | Historical Priority: **No Priority** | Role: **P** |
| DNA Collection Device Number: ▓▓ | Criminal Type: **N/A** | Role Comment: **N/A** |
| A-Number: ▓▓ | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **Warrant of Arrest/Notice to Appear** |
| Control Name: ▓▓ | Primary Citizenship: **HONDURAS** | INS Status: **Inadmissible Alien** |
| First Name: ▓▓ | Stateless Type: **N/A** | POE: **MIAMI, FL** |
| Middle Name: ▓▓ | Hair: **BLK** | Entry Date: **07/24/2019** |
| Maiden: **N/A** | Eyes: **BRO** | Entry Class: **Not Applicable** |
| Nickname: **N/A** | Complexion: **N/A** | Apprehension Date: **2025-01-29 15:02:00.0** |
| Living?: **Y** | Race: **W** | Warrant served by Warrant Service Officer (WSO)? **N/A** |
| Sex: **M** | Origin: **H** | |
| Marital Status: **Single** | Date of Birth: ▓▓ | Arrest Method: **CAP Local Incarceration** |
| SSN: **N/A** | Age: **29** | Site: **WAS** |
| Juvenile Verified: **N/A** | Age at Encounter: **28** | Landmark: **USMDC - USMS DC SUPERIOR COURT** |
| Occupation: **N/A** | Height: **65** | Arrest At/Near: **Washington D.C.** |
| TSC Log #: **N/A** | Weight: **110** | Juvenile Status: **N/A** |
| NUIN #: **N/A** | Speak/Understand English: **N/A** | |

CONFIDENTIAL - ICE AR 000001

SEN #: **N/A**

TECS Subject #: **N/A**

U.S. Veteran Status: **N**

Relationship to U.S. Veteran(s): **N/A**

Read/Write English: **N/A**

Primary Language: **SPANISH**

Family Members: **N/A**

Alien is the parent **and also** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

CBP Family Unit ID: **N/A**

CBP Separation Reason: **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 01/29/2025 10:29 AM

Name
DOB
COB/COC: HONDU
FBI
A#

---------------------------------------------------------------------------------------------------------------------------------------------------------------------------

ENCOUNTER:

On January 29, 2025, WAS CAP received a list of incarcerated individuals in Washington, D.C. The list was thoroughly reviewed for illegal aliens in the United States without legal authorization to remain so. Lock Up # 39 was reviewed with the given FBI# ▮▮▮ . A futher review of CBP and other law enforcement databses yielded a positive immigration history abou ▮▮▮ ▮▮▮ DOB ▮▮▮ to be a Visa Overstay, originally entered as B/2 Vistor.

A detainer was sent for same day release.

IMMIGRATION HISTORY:

On March 4, 201 ▮▮▮ entered the United States legally as a B-2 Visitor for Pleasure.

▮▮▮ B-2 visa at this time was valid until September 3, 2011.

On June 21, 2011 ▮▮▮ departed the United States via Miami, Int'l Airport, FL.

On June 22, 201 ▮▮▮ re-entered the United States legally as a B-2 Visitor for Pleasure.

▮▮▮ B-2 visa at this time was valid until December 21, 2012.

On July 13, 201 ▮▮▮ departed the United States via Miami, Int'l Airport, FL.

On April 15, 2014, re-entered the United States legally as a B-2 Visitor for Pleasure.

▮▮▮ B-2 visa at this time was valid until October 14, 2014.

On October 4, 2014, departed the United States to Honduras via Ft. Lauderdale, FL In't Airport.

On September 15, 201 ▮▮▮ re-entered the United States legally as a B-2 Visitor for Pleasure.

▮▮▮ B-2 visa at this time was valid until March 14, 2016.

On March 6, 2016 ▮▮▮ departed the United States to Honduras via Miami Int'l Airport, FL.

On March 12, 2018 ▮▮▮ re-entered the United States legally as a B-2 Visitor for Pleasure

▮▮▮ B-2 visa at this time was valid until September 11, 2018.

CONFIDENTIAL - ICE AR 000002

On September 9, 2018, ███████ departed the United States to Honduras via Miami Int'l Airport, FL.

On July 24, 2019, ███████, re-entered the United States legally as a B-2 Visitor for Pleasure.

███████ B-2 visa at this time was valid until January 23, 2020.

On October 9, 2019, ███████ DID NOT BOARD his commercial flight back to Honduras.

The subject is currently present in the United States without legal authorization to remain so. The subject does not have any pending immigration applications for relief.

On January 29, 2025, ███████ was arrested after his release from local charges. The subject was transported to Chantilly, VA (WAS ERO) and processed as a Notice to Appear. The subject WAS RELEASED ON OREC and the NTA was uploaded into ECAS.

CRIMINAL HISTORY:

On January 29, 2025, ███████ was arrested by the Washington, D.C. Police Department for Domestic Violence, Simple Assault, a misdemeanor.

This charge was dismissed on the same day by the USAO.

FAMILY & HEALTH:

███████ claims his mother ███████ is a national and citizen of Honduras.

███████ claims his father ███████, is a national and citizen of Honduras

INTEL:

There are no intel reports available for this subject.

███████ did not claim to be a member of any criminal or gang organization.

███████ did not claim to have served in any foreign or United States military service.

███████ claimed to be in good health and not taking any medication.

DISPOSITION:

███████ was processed as a NON DETAINED NTA and served with an I-286, I-826, I-862, free legal services and allowed to make a phone call of his choice. The subject was released from the Washington Field Office with reporting instructions.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release EARM 7.102

CONFIDENTIAL - ICE AR 000003

EARM



Logged In: FKBSTETS |

Person ID: **15807546** Sex: **M**  DOB:███████ Current Age: **51** COB: **VENEZ** COC: **VENEZ**

Subject ID : **399849282** Processing Disposition: **Warrant of Arrest/Notice to Appear** ICE Non-Detained Portal Verified Account: **No** RCA Log

Case # : **25122133** Case Category: **[8B]** Docket: **WAS - ATD 250 - 299 Guide**

| Final Order of Removal: **No** | Time in Custody: **N/A** | Special Class: |
|---|---|---|
| Final Order Date: **N/A** | Depart / Cleared Status: **ACTIVE** | |
| Proceed With Removal: **N/A** | | |
| Days Final Order in Effect: **N/A** | | |

-- Select Different Case File -- ⌄

### Current / Active Alerts

LRA Criminal Charge

eFile G-28

Detention History    Enrolled in ATD



S████████, N█████████ 270

## Encounter Details

2 Encounter(s) linked to Person ID: 15807546

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 2 | 399849282 | ███ | ███ | ███ | ███ | No Priority | ███ | 08/13/2025 | 25122133 | 8B | Unlink |
| ○ | 1 | 380614867 | ███ | ███ | ███ | ███ | No Priority | ███ | 10/13/2022 | 20647343 | 8A | Unlink |

## Encounter Details

All information below may only be edited in EAGLE

### Event / Incident Information

| Event Number: **WAS2508000691** | Operation: **N/A** | Primary Agen ████████ |
|---|---|---|
| Event Occurred On: **08/13/2025** | Site: **N/A** | Assigned On: **08/13/2025** |
| Event Type: **Fugitive Operations (Event)** | Landmark: **N/A** | Event Supervisor: ████████ |
| Program: **CAP - ERO Criminal Alien Program** | | Assigned On: **08/13/2025** |

### Subject Information

| FINS: ████ | Historical Priority: **No Priority** | Role: **P** |
|---|---|---|
| DNA Collection Device Number: ████ | Criminal Type: **N/A** | Role Comment: **N/A** |
| A-Number: ████ | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **Warrant of Arrest/Notice to Appear** |
| Control Name: ████ | Primary Citizenship: **VENEZUELA** | |
| First Name: ████ | Stateless Type: **N/A** | INS Status: **N/A** |
| Middle Name: ████ | Hair: **BLK** | POE: **EL PASO, TX** |
| Maiden: **N/A** | Eyes: **BRO** | Entry Date: **10/13/2022** |
| Nickname: **N/A** | Complexion: **LBR** | Entry Class: **Not Applicable** |
| Living?: **Y** | Race: **W** | Apprehension Date: **2025-08-13 20:51:22.0** |
| Sex: **M** | Origin: **H** | Warrant served by Warrant Service Officer (WSO)? **N/A** |
| Marital Status: **Married** | Date of Birth: ████ | |
| SSN: **N/A** | Age: **51** | Arrest Method: **Custodial Arrest** |
| Juvenile Verified: **N/A** | Age at Encounter: **51** | Site: **WAS** |
| Occupation: **Welder** | Height: **69** | Landmark: **NORVA - NORTHERN VIRGINIA AREA** |
| | | Arrest At/Near: **N/A** |

CONFIDENTIAL - ICE AR 000004

| | | |
|---|---|---|
| TSC Log #: **N/A** | Weight: **300** | Juvenile Status: **N/A** |
| NUIN #: **N/A** | Speak/Understand English: **N** | CBP Family Unit ID: **N/A** |
| SEN #: **N/A** | Read/Write English: **N** | CBP Separation Reason: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | Accompanying Family Member Relation: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | Accompanying Family Member Subject ID: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Consequence Delivery System Selection: **N/A** |
| | Related Minor(s): **N/A** | ICE Family ID: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 08/13/2025 08:51 PM

Name: S███████████, N██████

A#: ██████████

FBI#: ████████

COB: Guatemala

DOB: ████████
ENCOUNTER:
On August 12, 2025, ERO Fugitive Operations officers conducted Operation The District. ████████████████ is a citizen of El Salvador. ICE ERO Field Team 7 encountered ██████████████ and identified themselves as police and with immigration. Officers and agents had ICE badges displayed and in marked law enforcement gear. Officers established positive identification, and ██████████████████ was placed under arrest and in ICE custody without incident.

██████████████ was transported to ICE ERO Washington for processing.

ALIENAGE AND REMOVABILITY:

██████████████ is a citizen and national of El Salvador and not a citizen or national of the United States.
CRIMINAL HISTORY:
None Found
DISPOSITION:
ICE will issue a Notice to Appear.

CONFIDENTIAL - ICE AR 000005

EARM

Logged In: FKBSTETS |



Person ID: **11212490** Sex: **F** DOB: ▮▮▮ Current Age: **36** COB: **ELSAL** COC: **ELSAL**

Subject ID : **399958097** Processing Disposition: **Warrant of Arrest/Notice to Appear** ICE Non-Detained Portal Verified Account: **No** RCA Log

Case # : 15987810 Case Category: **[8G]** Docket: WAS - ATD 350 - 399 Suite

| | | |
|---|---|---|
| Final Order of Removal: **No** | Time in Custody: **N/A** | Special Class: |
| Final Order Date: **N/A** | Depart / Cleared Status: **ACTIVE** | |
| Proceed With Removal: **N/A** | | |
| Days Final Order in Effect: **N/A** | | |

**Current / Active Alerts**

Detention History

Enrolled in ATD

 This alien is identified as a member of a Family Unit

S▮▮▮-M▮▮, R▮▮▮▮▮▮ 391

## Encounter Details

### 3 Encounter(s) linked to Person ID: 11212490

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⦿ | 3 | 399958097 | ▮ | ▮ | ▮ | ELSAL | No Priority | ▮ | 08/26/2025 | 15987810 | 8G | Unlink |
| ○ | 2 | 367237736 | ▮ | ▮ | ▮ | ELSAL | No Priority | ▮ | 11/20/2019 | 15987810 | 8G | Unlink |
| ○ | 1 | 358920310 | ▮ | ▮ | ▮ | ELSAL | No Priority | ▮ | 07/04/2017 | 15987810 | 8G | Unlink |

## Encounter Details

All information below may only be edited in EAGLE

### Event / Incident Information

| | | |
|---|---|---|
| Event Number: **WAS2508001882** | Operation: **DCS: The District** | Primary Agen ▮ |
| Event Occurred On: **08/26/2025** | Site: **WAS** | Assigned On: **08/26/2025** |
| Event Type: **Fugitive Operations (Event)** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** | Event Supervisor ▮ |
| Program: **CAP - ERO Criminal Alien Program** | | Assigned On: **08/26/2025** |

### Subject Information

| | | |
|---|---|---|
| FINS: ▮ | Historical Priority: **No Priority** | Role: **P** |
| DNA Collection Device Number: ▮ | Criminal Type: **N/A** | Role Comment: **N/A** |
| A-Number: ▮ | Agg Felon: **No Aggravated Felony Convictions** | Processing Disposition: **Warrant of Arrest/Notice to Appear** |
| Control Name: ▮ | Primary Citizenship: **EL SALVADOR** | |
| First Name: ▮ | Stateless Type: **N/A** | INS Status: **Inadmissible Alien** |
| Middle Name: ▮ | Hair: **BLK** | POE: **N/A** |
| Maiden: **N/A** | Eyes: **BRO** | Entry Date: **N/A** |
| Nickname: **N/A** | Complexion: **LBR** | Entry Class: **Not Applicable** |
| Living?: **Y** | Race: **W** | Apprehension Date: **2025-08-26 19:17:00.0** |
| Sex: **F** | Origin: **H** | Warrant served by Warrant Service Officer (WSO)? **N/A** |
| Marital Status: **Married** | Date of Birth: ▮ | Arrest Method: **Non-Custodial Arrest** |
| SSN: **N/A** | Age: **36** | Site: **WAS** |
| Juvenile Verified: **N/A** | Age at Encounter: **36** | |

CONFIDENTIAL - ICE AR 000006

| | | |
|---|---|---|
| Occupation: **HOUSE KEEPING** | Height: **66** | Landmark: **WASGEN - WAS GENERAL AREA, NON-SPECIFIC** |
| TSC Log #: **N/A** | Weight: **200** | |
| NUIN #: **N/A** | Speak/Understand English: **N** | Arrest At/Near: **Washington, D.C** |
| SEN #: **N/A** | Read/Write English: **N** | Juvenile Status: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | CBP Family Unit ID: **N/A** |
| U.S. Veteran Status: **N** | Family Members: **N/A** | CBP Separation Reason: **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | Alien is the parent **and also** the primary caregiver of a minor within the United States: **No** | Accompanying Family Member Relation: **N/A** |
| | | Accompanying Family Member Subject ID: **N/A** |
| | Related Minor(s): **N/A** | Consequence Delivery System Selection: **N/A** |
| | Alien is the legal guardian of a minor within the United States: **No** | ICE Family ID: **N/A** |
| | Related Minor(s): **N/A** | |
| | Alien is involved in active parental/child welfare proceedings of children located within the United States: **No** | |
| | Related Minor(s): **N/A** | |

## I-213 Narrative

### Narrative 1 : Created Date: 08/26/2025 03:11 PM

Encounter:
On August 26, 2025, at approximately 0717 the Field Team assigned to The District Operation and Make DC Safe and Beautiful at Washington DC encountere ███████████████████████████ (A ██████████ ) near 58th ST NE Washington, D.C 20019. After a consensual encounter and pedigree questions, an immigration Officer from the Field Team determined SANCHEZ-MONGE to have illegally entered the United States without inspection and is amendable to DHS/ICE enforcement.

████████████████E was placed under administrative arrest and transported to ERO Washington Field Office for Processing.

Immigration History:
On July 04, 2017 Border Patrol Agents from HIDALGO, TX Border Patrol Sector encountered SANCHEZ-MONGE near HIDALGO, TX with her 2 children ██████████████E was processed as Expedited Removal (ER) with ████████████████████████████████

On September 25, 202 ████████████████E immigration charges were dismissed by IJ.

On July 01, 202 █████████████████████████████████████████

On August 26, 2025 the Field Team assigned to The District Operation and Make DC Safe and Beautiful at Washington DC encountered ██████████████████

Criminal History:
████████████████E has no known criminal history per records check.

Derivative Issues:
████████████████E states that his mother and father are natives and citizens of El Salvador; therefore, he has no claim to derivative citizenship.

Consular Notification:
████████████████E was advised of his right to speak to a Consular Official from his country. LARIN declined to contact the El Salvador Consulate.

Gang Affiliation:
████████████████E claims no gang affiliation and his criminal and immigration history do not reflect any known gang affiliation.

Military Service:
████████████████E has not served in the United States military.

Health:
████████████████E claims and appears to be in good mental and physical health.

Disposition:
On August 26, 2025, ERO NYC executed Forms: I-213, I-862, I-200, I-826, I-848, I-848A, I-217, FD249 and provided LUC-CUC the

CONFIDENTIAL - ICE AR 000007

Case 1:25-cv-03417-BAH Document 99-1 Filed 04/30/26 Page 8 of 8

Online Detainee Locator System (ODLS) Privacy Notice and a List of Pro Bono Legal Service Providers. Enforcement and Removal Operations (ERO) has reviewed the case and SANCHEZ-MONGE was offered VD (Voluntary Departure), which she Declined.

S███████████ will remain in ICE custody pending his removal proceedings.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release EARM 7.102

CONFIDENTIAL - ICE AR 000008