SOG-IU:
De-confliction Date:
Decon Address:
Decon Subject:

**CONFIDENTIAL**

# Special Operations Group
## Intel Target:

**CONFIDENTIAL**



| | | |
|---|---|---|
| Name: ██████████████ | Organization: N/A | AUSA: |
| Role: | Lead Agency: USBP SOG | Case Agent: ██████ |
| Area of Operation: Washington D.C. | Tier: 1 | SIU POC: ██████████ |

**(U) Name:** ██████████
**(U) DOB:** █
**(U) POB:** █
**(U) Nationality:** █
**(U) Status:**
**(U) SID:** █
**(U) FBI:** █
**(U) FINS:** █
**(U) A:** █
**(U) SSN:** █
**(U) Alias:**
**(U) Height & Weight:** ██████
**(U) Distinguishing Marks:**
**(U) Telephone Number:** ██████
**(U) Address:** ████████

### (FOUO//LES) Actionable Intelligence

**Associated Vehicles:**
██████████████

VIN: ████████
R/O: ████████
R/O ████████

**Associated Addresses:**
████████
████████

(Registered here as of June 2025)





### (FOUO//LES) Significant/Initial Findings from Databases

**Capabilities/Significance:**
██████████████

**Criminal / Immigration History:**
- ██████████████

████████████

N/A

### (FOUO//LES) Associates and Additional Information)

████████████

Created By: SOG-IU (Updated by: ████)

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Last Updated: 8/21/2025

SOG-IU:
De-confliction Date:
Decon Address:
Decon Subject:

**CONFIDENTIAL**          **CONFIDENTIAL**

# Special Operations Group
Intel Target:



| Name: ██████████ | Organization: N/A | AUSA: |
| Role: | Lead Agency: USBP SOG | Case Agent: ██████ |
| Area of Operation: Washington DC | Tier: 1 | SIU POC: ██████ |

**(FOUO//LES) Actionable Intelligence**

**Associated Vehicles:**

**Associated Addresses:**
████████████████████████

**Name**: ██████████
**DOB:** ██████
**POB:** ██████
**STATUS:** ██████
**Criminal History:**

**(FOUO//LES) Significant/Initial Findings from Databases**
Criminal / Immigration History:

CBP_AR_00002

# NOTES

CBP_AR_00003