**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　*Defendants*. | Civil Action No. 25-3417 (BAH) |

**JOINT PROPOSED SCHEDULE**

Pursuant to this Court's May 7, 2026 Order (ECF 101), counsel for the parties conferred

and respectfully propose the following schedule to govern discovery by Plaintiffs in this case:

| Event | Proposed Deadline |
|---|---|
| Discovery Opens | June 8, 2026 |
| Depositions Begin | October 8, 2026 |
| Close of Discovery | December 4, 2026 |

Dated: May 18, 2026

Respectfully submitted,

*/s/ Alexandra J. Widas*

Alexandra J. Widas (DDC Bar No. 1645372)
COVINGTON & BURLING, LLP
One CityCenter
850 10th Street NW
Washington DC, 20001
(202) 662-6000
awidas@cov.com

*Attorney for Plaintiffs*

*/s/ John J. Bardo*

JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2539 (Bardo)
John.Bardo@usdoj.gov

*Attorney for the United States of America*