## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-3417 (BAH) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Proposed Schedule and the entire record herein, it

is **ORDERED** that the briefing schedule in the above-captioned case is as follows:

| Event | Proposed Deadline |
|---|---|
| Discovery Opens | June 8, 2026 |
| Depositions Begin | October 8, 2026 |
| Close of Discovery | December 4, 2026 |

SO ORDERED.

_____
The Hon. Beryl A. Howell
United States District Judge