**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSÉ ESCOBAR MOLINA, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-3417 (BAH) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 29, 2026 Minute Order, the parties respectfully submit this Joint Status Report.

Pursuant to this Court's May 19, 2026 Minute Order setting a schedule governing discovery in this case, on June 10, 2026, Plaintiffs submitted their first sets of Requests for Admission and Requests for Production to Defendants. Under the Federal Rules of Civil Procedure, Defendants' responses are due by July 10. With respect to Defendants' appeal of this Court's December 2, 2025 preliminary injunction, the D.C. Circuit has issued a briefing schedule with oral argument not yet scheduled.

Dated: June 29, 2026

Respectfully submitted,

_____/s/ Aditi Shah_____
Aditi Shah (D.C. Bar No. 90033136)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045

1

(202)-457-0800
ashah@acludc.org

*Attorney for Plaintiffs*

/s/ *John J. Bardo*

JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2539 (Bardo)
John.Bardo@usdoj.gov

*Attorney for the United States of America*

2