UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR-MOLINA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 25-3417 (BAH) |

**JOINT MOTION FOR A STIPULATED PROTECTIVE ORDER**

The parties to this case jointly and respectfully request entry of the enclosed Stipulated Protective Order to protect from public disclosure Defendants' production of documents as required under this Court's preliminary injunction and information in Defendants' administrative record as well as any documents and information produced by Defendants in discovery (together, "Defendants' documents") giving rise to confidentiality concerns. The public release of some of Defendants' documents or portions of Defendants' documents would infringe upon the privacy interests of the parties or might otherwise compromise recognized confidentiality interests. Accordingly, a stipulated protective order will facilitate Defendants' release of documents required under the Court's preliminary injunction and that are part of their administrative record without violating the privacy or proprietary interests of the parties or other individuals mentioned in the covered materials. The parties reserve all rights to move for an amended protective order should the need arise.

A Stipulated Protective Order is enclosed herewith and sets forth the procedures to be followed by the parties when exchanging covered material and filing such material with the Court.

* * *

Respectfully submitted,

*/s/ Aditi Shah*
Aditi Shah (D.C. Bar No. 90033136)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202)-457-0800
ashah@acludc.org

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2539

*Attorneys for the United States of America*

Dated: August 19, 2026