UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ESCOBAR MOLINA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>Defendants. | Civil Action No. 25-3417 (BAH) |

**JOINT SCHEDULING PROPOSAL**

Since Plaintiffs filed their motion for extension of time to complete discovery and to set certain deadlines (ECF No. 109), the parties have met and conferred and agree to the following schedule to govern these proceedings.

By November 16, 2026, Defendants shall substantially complete their document production in response to Plaintiffs' First Set of Requests for Production, excluding arrest forms.

By December 16, 2026, Defendants shall serve a privilege log itemizing redactions and withholdings of all documents other than arrest forms.

By December 18, 2026, Defendants shall finish producing all forms documenting warrantless immigration arrests in Washington, D.C..

By January 18, 2027, Defendants shall serve a privilege log itemizing any redactions or withholdings of the arrest forms.

On March 31, 2027, discovery shall close.

A proposed order is attached herewith.

Dated: October 23, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ John J. Bardo*
JOHN J. BARDO. D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2524

*Attorneys for the United States of America*

*s/ Adina Appelbaum*
Adina Appelbaum (D.C. Bar No. 1026331)
Ian Austin Rose (Md. Bar No. 2112140043)
Samantha Hsieh (Va. Bar No. 90800)*
**AMICA CENTER FOR IMMIGRANT RIGHTS**
1025 Connecticut Avenue NW, Suite 701
Washington, D.C. 20036
(202) 331-3320
adina@amicacenter.org
austin.rose@amicacenter.org
sam@amicacenter.org

*s/ Aditi Shah*
Aditi Shah (D.C. Bar No. 90033136)
Scott Michelman (D.C. Bar No. 1006945)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA**
529 14th Street NW, Suite 420
Washington, D.C. 20045
(202) 457-0800
ashah@acludc.org
smichelman@acludc.org

Kathryn Huddleston (Tex. Bar No. 24121679)**++
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 15th Street NW, 7th Floor
Washington, D.C. 20005
(212) 549-2500

*s/ Jehan A. Patterson*
Jehan A. Patterson (D.C. Bar No. 1012119)
Alexandra Widas (D.C. Bar No. 1645372)
Hassan Ahmad (D.C. Bar No. 1030682)
Sean Berman (D.C. Bar No. 90026899)
Austin Riddick (D.C. Bar No. 90018117)
Marcus Ransom (D.C. Bar No. 90039599)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
(202) 662-6000
jpatterson@cov.com
awidas@cov.com
hahmad@cov.com
sberman@cov.com
ariddick@cov.com
mransom@cov.com

Eva H. Lilienfeld (N.Y. Bar No. 6143085)*
Graham Glusman (N.Y. Bar No. 6099535)*
**COVINGTON & BURLING LLP**
30 Hudson Yards
New York, NY 10001
(212) 841-1000
elilienfeld@cov.com
gglusman@cov.com

*s/ Madeleine Gates*
Madeleine Gates (D.C. Bar No. 90024645)

khuddleston@aclu.org

s/ Sirine Shebaya
Sirine Shebaya (D.C. Bar No. 1019748)
Yulie Landan (Cal. Bar No. 348958)*+
Bridget Pranzatelli (D.C. Bar No. 90029726)
**NATIONAL IMMIGRATION PROJECT**
1763 Columbia Road NW, Suite 175
Washington, D.C. 20009
(213) 430-5521
sirine@niplg.org
yulie@nipnlg.org
bridget@nipnlg.org

**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS**
700 14th Street NW, #400
Washington, D.C. 20005
(202) 319-1000
madeleine_gates@washlaw.org

s/ Ama Frimpong
Ama Frimpong (D.C. Bar No. 1602444)*
Shana Khader (D.C. Bar No. 90011926)
**CASA, INC.**
8151 15th Avenue
Hyattsville, MD 20783
(240) 485-8844
afrimpong@wearecasa.org
skhader@wearecasa.org
*Attorneys for Plaintiffs*

**Admitted* pro hac vice.
***Motion for Admission* pro hac vice *forthcoming.*

+*Not Admitted in D.C.; working remotely from N.Y. and admitted in Cal. only*
++*Not Admitted in D.C.; working remotely under supervision of D.C. Bar member, practice limited to federal courts in D.C., and admitted in Ariz. and Tex. only.*