Case: 1:26-cv-04096
Assigned To : Nichols, Carl J.
Assign. Date : 11/19/2026
Description: Habeas/2255 (G-DECK)

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
2026 NOV 18 P 7: 16
RECEIVED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**JESUS ALFONZO QUINTERO-BARCENAS,**
*Petitioner,*
(By and through his Mother and Next Friend, **NORYS YANELI BARCENAS PENA**)
v.
**DIRECTOR, WASHINGTON FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; ATTORNEY GENERAL OF THE UNITED STATES; and WARDEN / CUSTODIAN OF DETENTION FACILITY,**
*Respondents.*

**Case No. ________________**
*(To be assigned by Clerk)*

**EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND EMERGENCY REQUEST FOR STAY OF TRANSFER**

**1. INTRODUCTION AND EMERGENCY RELIEF SOUGHT**

Petitioner **JESUS ALFONZO QUINTERO-BARCENAS** (Alien Registration Number: [redacted] FINS No.: [redacted] Date of Birth: [redacted], a 23-year-old Venezuelan national who entered the United States on July 18, 2022, and has a duly filed, pending defensive Application for Asylum and for Withholding of Removal (Form I-589) before the Executive Office for Immigration Review (EOIR), was unlawfully taken into civil immigration custody without a judicial warrant by U.S. Immigration and Customs Enforcement (ICE) agents on **November 18, 2026**, in Washington, D.C., following the conclusion of his appearance at the Superior Court of the District of Columbia. Petitioner seeks immediate release from unlawful custody and an **immediate emergency order prohibiting Respondents from transferring him outside the Washington, D.C. metropolitan area** while this Petition is pending.

**2. JURISDICTION AND VENUE**

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 2241, 28 U.S.C. § 1331, and the Suspension Clause of the U.S. Constitution, Art. I, § 9, cl. 2. Venue is proper in the District of Columbia under 28 U.S.C. § 1391(e) because Petitioner was detained within this District on November 18, 2026, and is in the immediate legal custody of the ICE Washington Field Office.

**3. STANDING AS NEXT FRIEND (28 U.S.C. § 2242)**

This Petition is submitted on Petitioner's behalf by his biological mother, **NORYS YANELI BARCENAS PENA**, pursuant to 28 U.S.C. § 2242. Petitioner was taken into ICE custody today, November 18, 2026, is currently being processed without access to outside communication or legal filing materials, and is unable to sign or file this Petition himself. Undersigned Next Friend resides with Petitioner at **3408 Parkway Terrace Dr. apt 7, Suitland, MD 20746** and is dedicated to his best interests.

**4. STATEMENT OF FACTS**

1. Petitioner **JESUS ALFONZO QUINTERO-BARCENAS** (DOB: [redacted], A-Number: [redacted] is a 23-year-old citizen of Venezuela who entered the United States on July 18, 2022, and resides permanently with his mother, **NORYS YANELI BARCENAS PENA**, at **3408 Parkway Terrace Dr. apt 7, Suitland, MD,**
2. Petitioner has an active, pending Application for Asylum and for Withholding of Removal (Form I-589) filed through legal counsel directly before the Immigration Court (Executive Office for Immigration Review) under Alien Registration Number [redacted]

RECEIVED
MAILROOM
NOV 19 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

3. Petitioner has no serious criminal history. When Petitioner voluntarily reported to complete court-ordered community service hours, local authorities informed him of an outstanding bench warrant for a missed local court date of which he was unaware, took him into local custody, and brought him before the Superior Court of the District of Columbia (500 Indiana Ave NW, Washington, D.C.) today, November 18, 2026.
4. Following the resolution of his local court appearance on November 18, 2026, U.S. Immigration and Customs Enforcement (ICE) agents took Petitioner into civil immigration custody in Washington, D.C., without presenting a judicial warrant and without individualized probable cause that he was likely to escape before a warrant could be obtained.

**5. CLAIMS FOR RELIEF**

- **Count I – Violation of Court Order in *Escobar Molina v. U.S. Department of Homeland Security*, No. 1:25-cv-03417 (D.D.C.):** Respondents are enjoined by this Court's Preliminary Injunction in *Escobar Molina* from conducting warrantless civil immigration arrests in the District of Columbia absent individualized probable cause of both removability and likelihood of escape before a warrant can be obtained. Petitioner has a pending asylum application before the Immigration Court, no serious criminal record, and fixed family residence in the community, negating any flight risk. His warrantless arrest is therefore unlawful and in direct violation of this Court's order.
- **Count II – Violation of the Fifth Amendment Due Process Clause and 8 U.S.C. § 1226(a):** Detaining a pending asylum applicant without a warrant, individualized custody determination, or bond hearing violates the Due Process Clause of the Fifth Amendment to the U.S. Constitution and the Immigration and Nationality Act.

**PRAYER FOR RELIEF**

WHEREFORE, Petitioner respectfully requests that this Court:

1. Issue an **Immediate Emergency Order** enjoining Respondents from transferring Petitioner outside the District of Columbia / Washington Field Office area of responsibility pending resolution of this Petition;
2. Issue a Writ of Habeas Corpus ordering Respondents to **immediately release Petitioner** from custody on his own recognizance, or in the alternative, order an immediate individualized bond hearing before a neutral Immigration Judge; and
3. Grant such other and further relief as the Court deems just and proper.

**VERIFICATION UNDER 28 U.S.C. § 1746**

I, **NORYS YANELI BARCENAS PENA**, declare under penalty of perjury under the laws of the United States of America that I am the mother and Next Friend of Petitioner **JESUS ALFONZO QUINTERO-BARCENAS**, that I have read the foregoing Emergency Petition, and that the facts stated therein are true and correct to the best of my knowledge and belief.

Executed on **November 18, 2026**.

**Signature:** ______________________________

**Printed Name:** NORYS YANELI BARCENAS PENA

**Relationship:** Mother / Next Friend of Petitioner

**Address:** 3408 Parkway Terrace Dr apt 7, Suitland, MD 20746

**Telephone:** 240-799-3069

[redacted] [redacted]

Event No:EGT2207001591

| | | | |
|---|---|---|---|
| 1. FAMILY NAME (Capital Letters) First Name Middle Name<br>QUINTERO-BARCENAS, JESUS ALFONZO | 2. Age<br>18 | 3. Country of Citizenship<br>VENEZUELA | |
| 4. Alias | 5. Date Apprehended<br>July 18, 2022 | | 6. Office<br>DRT/EGT |
| 7. Birth Date<br>[redacted] | 8. Birth Place<br>VENEZUELA, VENEZUELA | | 14A<br> |
| 9. Sex<br>☒ Male ☐ Female | 10. OSC/WA Served<br>☐ Yes ☒ No (Explain) | | |
| 11. File Number<br>[redacted] | 12. Bond<br>$ | Date Posted | |
| 13. CINS<br>☐ Yes ☒ No | 14 Medical Alert ☐ No ☐ Yes (Explain) | | |

| 15. TRANSFER DATE | FROM | TO |
|---|---|---|
| A | | |
| B | | |
| C | | |

| | | | |
|---|---|---|---|
| 16. ADMITTED BY: | 19. RELEASED TO: ☐ V/R ☐ Deport | 22. Rt. Index Print – In<br> | 23. Rt. Index Print - Out |
| 17. SEARCHED IN BY: | 20. RELEASED BY: | | |
| 18. DATE ADMITTED: | 21. DATE RELEASED: | | |
| 24. Remarks: See I-831 | | | |

FORM I-385 (08/01/07) ALIEN BOOKING RECORD
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Escaneado con CamScanner

Sibiri I. Samandoulougou, Esq.
Samandulugu Law LLC
6200 Baltimore Ave Ste 300
Riverdale, MD 20737

**NON-DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OFFICE OF THE IMMIGRATION JUDGE**
**HYATTSVILLE, MARYLAND**

| | |
|---|---|
| In the Matter of: | July 15, 2025 |
| **QUINTERO BARCENAS, Jesus** | **FILE No.: 241-854-029** |
| In Removal Proceedings | |

Immigration Judge:
**Hon. Igoe**

Individual Calendar Hearing:
**TBD**

**RESPONDENT'S SUBMISSION OF APPLICATION FOR ASYLUM, WITHHOLDING OF REMOVAL AND PROTECTION UNDER THE CONVENTION AGAINST TORTURE**

Parkway Terrace Drive SUITLAND, MD 20746

Escaneado con CamScanner

**Parkway Terrace**

**Apartment** Lease **Contract** Declaration Pages

Date of Apartment Lease Contract:

**THIS IS** A BINDING **DOCUMENT**

07/09/2026

**READ CAREFULLY** BEFORE SIGNING

1. PARTIES. This Apartment Lease Contract (the "Lease") is between *you,* Norys Y Barcenas and Igmar A quintero barcenas, the resident(s)/tenant(s) ("Resident" or "Tenant") and Parkway Terrace, owner and landlord ("Landlord") of the improved residential real estate known as Parkway Terrace. You have agreed to rent Apartment No.7 at 3408 Parkway Terrace Dr **APT** 7, Suitland, MD 20746 (the "Apartment" or "Leased Premises") for use as a private residence only. The terms "Resident", "Tenant," "you" and "your" refer to all residents listed above. The terms "Landlord", "we," "us," or "our" refer to the landlord/owner listed above. The premises you are renting will be made available to you in a condition permitting habitation, with reasonable safety.

2. **OCCUPANTS**. The Apartment will be occupied only by you and (*list all other "Occupants" not signing the Lease)*:

Name

Age

Fabiana Quintero

Sex

Case 1:25-cv-03409-BAH Document 11 Filed 11/19/26 Page 7 of 9

# Parkway Terrace

## APARTMENT LEASE CONTRACT

**(APARTMENT** LEASE **CONTRACT DECLARATION** PAGES **TO** BE **ATTACHED TO** THIS PAGE**)**

I acknowledge receipt of this Apartment Lease Contract

Igmar A quintero barcenas

Norys Y Barcenas and

Resident

# CIVIL COVER SHEET

JS-44 (Rev. 8/2026 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| JESUS ALFONZO QUINTERO-BARCENAS | DIRECTOR, WASHINGTON FIELD OFFICE USICE, et al |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ________ (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ________ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Pro Se | ATTORNEYS (IF KNOWN)<br>Case: 1:26-cv-04096<br>Assigned To : Nichols, Carl J.<br>Assign. Date : 11/19/2026<br>Description: Habeas/2255 (G-DECK) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ◉ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place an X in one Nature of Suit that best represents your Cause of Action. For Nature of Suit descriptions see here.)

### A. *Antitrust*

- ☐ 410 Antitrust

### B. *Personal Injury/Malpractice*

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

### C. *Administrative Agency Review*

- ☐ 151 Medicare Act

Social Security
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision

### D. *Temporary Restraining Order/Preliminary Injunction*

☐ This category must be selected if the action is accompanied by a Motion for Temporary Restraining Order and/or Preliminary Injunction.

**A corresponding nature of suit from any other category must also be selected for this category of case assignment.**

(If Antitrust, then A governs)

### E. *General Civil (Other)* OR F. *Pro Se General Civil*

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

Other Statutes
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act (TCPA)
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 896 Arbitration
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not Privacy Act)

| G. *Habeas Corpus/2255* | H. *Employment Discrimination* | I. *FOIA/Privacy Act* | J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☒ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | M. *Contract* | N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi-district Litigation ○ 7 Appeal to District Judge from Mag. Judge ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28:2241

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** **JURY DEMAND:** Check YES only if demanded in complaint YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form

**DATE:** 11/19/2026 **SIGNATURE OF ATTORNEY OF RECORD** NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. **You may select only one nature of suit.** For nature of suit descriptions, see here.

VI. CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

**Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.**